UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: H5 Transport, LLC           CASE NO. 25-30409

Debtor(s).                          CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Steven B. Nosek**
**10285 Yellow Circle Drive**
**Hopkins, MN   55343**
**snosek@noseklawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: September 19, 2025         Mary R. Jensen
                                  Acting United States Trustee
                                  Region 12

                                  By: */s/ L. Ashley Wieck*
                                       Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:  H5 Transport, LLC                                                            CASE NO.  25-30409

Debtor.                                                                                       CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtors; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my services in this case at an hourly rate of $400.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:  September 19, 2025.                         */e/ Steven B. Nosek*
                                                                        Steven B. Nosek, Trustee
                                                                        Attorney #79960, Minnesota
                                                                        10285 Yellow Circle Drive
                                                                        Hopkins, MN 55343
                                                                        Telephone:  (612) 335-9171
                                                                        Email:  snosek@noseklawfirm.com