# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| In re:<br><br>H5 TRANSPORT, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 25-30409<br><br>**MOTION TO APPEAR<br>PRO HAC VICE** |
|---|---|

  Jared A. Ullman, an attorney for TBK Bank, SSB d/b/a Triumph ("**Triumph**") moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

  In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions: | 1. Florida State Bar – July 12, 2011<br>2. N.Y. State Bar – May 2, 2010<br>3. U.S. District Court S.D. of NY – 2010<br>4. U.S. District Court S.D. of FL – 2012<br>5. U.S. District Court E.D. of MI – 2019<br>6. U.S. Court of Federal Claims – 2021<br>7. U.S. District Court M.D. of FL – 2015 |
|---|---|
| Disciplinary Actions:<br>list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | **NONE** |

  I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

  Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 23rd day of September 2025.

                     */s/ Jared A. Ullman*