# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>H5 TRANSPORT, LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-30409<br><br>**MOTION TO APPEAR BY TELEPHONE OR VIDEO CONFERENCE** |

  TBK Bank, SSB d/b/a Triumph ("**Triumph**"), respectively moves this Court to enter an order under Local Rule 5001-1 allowing attorney Jared A. Ullman[1] to appear by telephone on Thursday, September 25, 2025, at 3:00 p.m. ("**Hearing**") on the Debtor's Motion to Retain Existing Depository Account and Debtor's Motion for Approval of Post-Petition Financing and any other matters.

  1. The Court's Order Granting Motion to Expedite Hearing on First Day Motions entered on September 17, 2025 (Doc. 9), reads "[t]he Court will grant all requests to appear by video conference given the short notice."

  2. The undersigned Counsel is located in Palm Beach County, Florida. In light of the time and expense that would be incurred by traveling counsel requests to appear at the Hearing telephonically or via video conference.

  WHEREFORE, undersigned counsel, on behalf of secured party TBK Bank, SSB d/b/a Triumph  requests that he be allowed to appear at the Hearing by telephone or via video conference.

 Dated: September 23, 2025

                Respectfully submitted,

                ULLMAN & ULLMAN, P.A.
                *Attorneys for TBK Bank, SSB*
                2500 North Military Trail, Suite 100
                Boca Raton, Florida 33431
                Telephone: (561) 338-3535

                BY: */s/ Jared A. Ullman*
                   JARED A. ULLMAN
                   Email:  jared.ullman@uulaw.net

---

[1] On September 23, 2025 attorney Jared A. Ullman filed a Motion to Appear Pro Hac Vice ("**Pro Hac Motion**") for this case. Approval of the Pro Hac Motion is currently pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

Dated: September 23, 2025

BY: __/s/ *Jared A. Ullman*__
JARED A. ULLMAN