IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September 2025, I caused a copy of the Order Setting Telephonic Status Conference (DE #20), to be served, via U.S. Mail, postage prepaid, on all parties on the attached mailing matrix.

Respectfully Submitted,

Date: September 23, 2025   By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

```
Label Matrix for local noticing        H5 Transport, LLC                      TBK Bank, SSB
0868-3                                 322 11th St N                          Ullman and Ullman, P.A.
Case 25-30409                          Apt 9                                  2500 North Military Trail
District of North Dakota               Oakes, ND 58474-1402                   SUITE 100
Fargo                                                                         BOCA RATON, FL 33431-6342
Tue Sep 23 11:39:00 CDT 2025

U.S. BANKRUPTCY COURT                  A W Diesel Service Inc.                Advance Business Capital LLC
655 1ST AVENUE NORTH, SUITE 210        PO Box 257                             651 Canyon Drive, Suite 105
FARGO, ND 58102-4932                   Gwinner, ND 58040-0257                 Coppell, TX 75019-4112


Alan Salsburg                          American Express                       CORPORATION SERVICE COMPANY
649 Vine Ave                           P.O. Box 981537                        PO BOX 2576
Las Animas, CO 81054-1656              El Paso, TX 79998-1537                 Springfield, IL 62708-2576


Capital One                            Concentric, LLC                        DeWitt
Attn: Bankruptcy                       62861 Collections Center Drive         901 Marquette Ave, Suite 2100
PO Box 30285                           Chicago, IL 60693-0001                 Minneapolis, MN 55402-3713
Salt Lake City, UT 84130-0285


ELM                                    FPL                                    Great West Casualty Company
22849 483rd Av                         General Mail Facility                  PO Box 83153
Flandreau, SD 57028-6640               Miami, FL 33188-0001                   Chicago, IL 60691-0153


H5 Transport Logistics, LLC            I29 Truck Shop                         Internal Revenue Service
5703 Red Bug Lake Rd, STE 523          1539 32nd Ave                          PO Box 7346
Winter Springs, FL 32708-4969          Brookings, SD 57006-4731               Philadelphia, PA 19101-7346


Lonnie Dean Helgerson                  Matt Hill                              Maurice B. VerStandig
322 N. 11th Street, Apt 9              10985 86th St. E                       The Dakota Bankruptcy Firm
Oakes, ND 58474-1402                   Oakes, ND 58474-9702                   1630 1st Avenue N
                                                                              Suite B PMB 24
                                                                              Fargo, North Dakota 58102-4246

Motive Technologies, Inc.              North Dakota Office of State Tax Commiss   Oakes Truck Trailer
55 Hawthorne Street                    600 E. Boulevard Ave.                  11019 Hwy 11
Suite #500                             Dept. 127                              Oakes, ND 58474-9106
San Francisco, CA 94105-3960           Bismarck, ND 58505-0602


Ottertail                              Paul Coleman (P&C Transport, LLC)      Penske Rentals
215 S. Cascade St.                     4002 275th St                          2675 Morgantown Road,
Fergus Falls, MN 56537-2897            Clear Lake, IA 50428-9016              Reading, PA 19607-9676


Revolutionary Road, LLC (Cameron       Sarah J. Wencil                        Starion Bank
13117 27th Ave NW                      Office of the U.S. Trustee             333 N 4th St
Zimmerman, MN 55398                    Suite 1015 U.S. Courthouse             Bismarck, ND 58501-4020
                                       300 South Fourth St.
                                       Minneapolis, MN 55415-1320
```

| | | |
|---|---|---|
| Starion Bank<br>c/o John M. Krings, Jr.<br>PO Box 9231<br>Fargo, ND 58106-9231 | Todd Franklin<br>917 Bremner Ave<br>Bismarck, ND 58503-0986 | Trans Lease<br>1400 W 62nd Avenue<br>Denver, CO 80221-2400 |
| Triumph Business Capital<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | United States Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Valley Tire<br>PO Box 2147<br>Fargo, ND 58107-2147 | (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 |
| Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Steven B Nosek<br>Steven B. Nosek, P.A.<br>10285 Yellow Circle Drive<br>Hopkins, MN 55343-9142 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Wallwork Financial<br>PO Box 628<br>Fargo, ND 58107 | (d)Wallwork Financial Corp<br>401 38th Street SW,<br>P.O Box 628<br>Fargo, ND 58107-0628 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |