UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                                                  Bankruptcy No. 25-30409

H5 Transport, LLC,

        Debtor.

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

      1.      Starion Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing it to appear, through the undersigned counsel, by video conference on the First Day Motions (Doc #2 and Doc #3) scheduled for September 25, 2025, at 3:00 p.m.

      2.      Movant requests that the Court consider savings in travel time and expenses to attend the Motion hearing in person.

      WHEREFORE, Movant requests that its counsel be allowed to appear by video conference at the hearing on the First Day Motions, September 25, 2025, at 3:00 p.m.

Dated: September 24, 2025

                                              */s/ John M. Krings, Jr.*
                                              John M. Krings, Jr. (ND Attorney #06845)
                                              KD LAW, PLLP
                                              PO Box 9231
                                              Fargo, ND  58106-9231
                                              Phone: (701) 232-8757
                                              Email: john@kdlawpartners.com
                                              Attorneys for Starion Bank