UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 25-30409 |
| ) | Chapter 11 – Subchapter V |
| H5 Transport, LLC, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF DISQUALIFICATION AND ORDER OF RECUSAL

Debtor H5 Transport, LLC, filed a lawsuit against Wallwork Truck Center, Inc. and Wallwork Financial Corporation in March 2024. See H5 Transport, LLC. v. Wallwork Truck Center, Inc. et al, Case No. 3:24-cv-45-ARS (D. N.D.). The parties consented to proceed before Magistrate Judge Alice Senechal. Judge Senechal referred the matter to me for mediation in May 2024. I entered an Order for Mediation Conference on June 11, 2024. After ex parte discussions with the parties and with their consent, I continued the mediation to March 5, 2025.

On March 5, 2025, the parties participated in a mediation conference in which I served as the mediator. The parties did not reach a resolution of their disputes. I volunteered to remain involved in mediating the case if the parties thought my assistance would be helpful. The parties did not request my involvement.

In August 2025, Judge Senechal's chambers inquired about my availability for future mediation. I contacted the parties, both of whom agreed to a mediation conference in October. Accordingly, I entered a Second Order for Mediation on August 18, 2025, scheduling a Mediation Conference for October 7, 2025.

Debtor petitioned for bankruptcy relief on September 16, 2025. In preparing for the first day motions scheduled for September 25, 2025, I discovered grounds for disqualification.

Under 11 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges, I must disqualify myself from hearing this bankruptcy case and mediating the

District Court lawsuit if my impartiality might reasonably be questioned. Pursuant to Canon 3(D), I am remitting my disqualification to the parties in the bankruptcy case. The hearing on the First Day Motions scheduled for September 25, 2025 [Doc. 9] is continued.

In December 2024, the Chief of the Eighth Circuit Court of Appeals designated United States Bankruptcy Judge William J. Fisher to preside over cases in the District of North Dakota in my absence or when I am recused due to conflicts of interest. Therefore,

IT IS ORDERED that this case shall be assigned to William J. Fisher, United States Bankruptcy Judge, District of Minnesota.

Dated: September 24, 2025.

Shon Hastings, Judge
United States Bankruptcy Court