| | 9/21/25 | 9/28/25 | 10/5/25 | 10/12/25 | 10/19/25 | 10/26/25 | 11/2/25 | 11/9/25 | 11/16/25 | 11/23/25 | 11/30/25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $14,196.00 | $10,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $159,196.00 |
| | | | | | | | | | | | | |
| Rent | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Patriot Software | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $77,000.00 |
| Wex, Inc. | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $33,000.00 |
| Ottertail | $190.00 | $0.00 | $0.00 | $0.00 | $190.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.00 | $0.00 | $570.00 |
| Verizon | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $900.00 |
| Prepass | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $1,500.00 |
| GoDaddy | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Intuit QB | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 | $0.00 | $180.00 |
| DRN (Internet) | $0.00 | $125.00 | $0.00 | $0.00 | $0.00 | $125.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.00 | $375.00 |
| US Drug Testing | $0.00 | $80.00 | $0.00 | $0.00 | $0.00 | $80.00 | $0.00 | $0.00 | $0.00 | $0.00 | $80.00 | $240.00 |
| Insurance | $0.00 | $0.00 | $0.00 | $3,353.00 | $0.00 | $0.00 | $0.00 | $3,353.00 | $0.00 | $0.00 | $0.00 | $6,706.00 |
| FPL | $0.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| Motive | $0.00 | $0.00 | $0.00 | $611.00 | $0.00 | $0.00 | $0.00 | $611.00 | $0.00 | $0.00 | $0.00 | $1,222.00 |
| City of Oakes | $0.00 | $0.00 | $0.00 | $65.00 | $0.00 | $0.00 | $0.00 | $65.00 | $0.00 | $0.00 | $0.00 | $130.00 |
| Life Insurance | $1,135.68 | $800.00 | $61.81 | $9.00 | $9.00 | $1,200.00 | $1,200.00 | $61.81 | $9.00 | $1,200.00 | $1,200.00 | $6,886.30 |
| Total Expenses | $12,185.68 | $11,005.00 | $10,956.81 | $14,038.00 | $10,759.00 | $11,705.00 | $11,720.00 | $14,465.81 | $10,069.00 | $12,190.00 | $11,405.00 | $130,499.30 |
| Annual License Renewal | | $4,500.00 | $1,100.00 | | | | | | | | | |
| Net | $2,010.32 | ($5,505.00) | $2,943.19 | $962.00 | $4,241.00 | $3,295.00 | $3,280.00 | $534.19 | $4,931.00 | $2,810.00 | $3,595.00 | $28,696.70 |