United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 25-30409-skh |
| H5 Transport, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

**Recip ID        Recipient Name and Address**
db          +  H5 Transport, LLC, 322 11th St N, Apt 9, Oakes, ND 58474-1402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

**Name                        Email Address**

Christianna A. Cathcart
                             on behalf of Debtor H5 Transport  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Maurice VerStandig
                             on behalf of Debtor H5 Transport  LLC mac@mbvesq.com,
                             mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
                             on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven B Nosek
                             snosek@noseklawfirm.com

United States Trustee
                             USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                         Bankruptcy No. 25-30409
                                                               Chapter 11 – Subchapter V
H5 Transport, LLC,

                    Debtor.
_____/

**ORDER SETTING TELEPHONIC STATUS CONFERENCE
IN A CASE FILED UNDER SUBCHAPTER V**

Pursuant to 11 U.S.C. Chapter 11, Subchapter V, Debtor's representative, Debtor's counsel, and the Subchapter V Trustee shall appear at the status conference scheduled on **Thursday, October 23, 2025, at 10:00 a.m.**  Other interested parties are welcome to attend.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Not less than **14 days** before the date of the status conference, Debtor shall file the report required by 11 U.S.C. §1188(c) and shall serve the report on the Subchapter V Trustee, United States Trustee, and all other interested parties.  In the report, Debtor shall summarize the steps taken to comply with Subchapter V, any impediments to prompt confirmation and its efforts to address them and include an estimate of when it will file a plan of reorganization.  At the conference, the Trustee and counsel for Debtor shall summarize the status of the case and Debtor's proposed plan and identify actions necessary to further the expeditious and economical resolution of the case under Subchapter V.

Dated: September 22, 2025.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically on September 22, 2025, to Attorney Christianna Cathcart and Maurice VerStandig for service on interested parties.