# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30409 |
| | Chapter 11 – Subchapter V |
| H5 Transport, LLC, | |
|                 Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO RETAIN EXISTING DEPOSITORY ACCOUNTS**

Debtor H5 Transport, LLC, filed a Motion to Retain Existing Depository Accounts. Doc. 2. In its motion, Debtor maintains that the Court should grant it authority to maintain its existing bank accounts consistent with equity and a plain language reading of the Bankruptcy Code. The United States Trustee filed a Reply of No Objection. Doc. 14.

**IT IS ORDERED** that Debtor's Motion to Retain Existing Depository Accounts is granted. Debtor is authorized to retain its existing depository accounts at FDIC-insured institutions provided it shall not have more than $245,000 on deposit at anyone institution at any one time and otherwise complies with 11 U.S.C. § 345.

Given that the United States Trustee did not assert an objection to the motion, the relief granted in this motion is final.

Dated: September 25, 2025.

BY THE COURT:

**/e/ William J. Fisher**
William J. Fisher, Judge
United States Bankruptcy Court