UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  Bankruptcy No. 25-30409
Chapter 11 – Subchapter V

H5 Transport, LLC,

               Debtor.
_____/

## ORDER FOR TELEPHONIC STATUS CONFERENCE

IT IS ORDERED that a status conference shall be held by **telephone on Thursday, September 25, 2025, at 11:00 a.m. (Central Standard Time)** to consider the following:

- **Preliminary Status Conference on Debtor's Amended First Day Motion for (I) Interim Approval of a Pre-Petition Factoring and Security Agreement, as Revised, With TBK Bank, SSB and (II) Interim Approval of Debtor-in-Possession Financing and Adequate Protection**

Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Dated: September 25, 2025.

BY THE COURT:

**/e/ William J. Fisher**
William J. Fisher, Judge
United States Bankruptcy Court

Copy served electronically September 25, 2025, to Electronic Mail Notice List for Adversary Case No. 25-30409.