IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | |
| H5 TRANSPORT, LLC , ) | Case No. 25-30409 |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

**NOTICE OF DEBTOR'S AMENDED FIRST DAY MOTION FOR (I)
INTERIM APPROVAL OF A PRE-PETITION FACTORING AND SECURITY
AGREEMENT, AS REVISED, WITH TBK, SSB AND (II) INTERIM APPROVAL
OF DEBTOR-IN-POSSESSION FINANCING AND ADEQUATE PROTECTION.**

NOTICE IS HEREBY GIVEN that H5 Transport, LLC ("H5 Transport" or the "Debtor") has filed an Amended First Day Motion for (I) Interim Approval of a Pre-Petition Factoring and Security Agreement, as Revised, with TBK Bank, SSB, and (II) Interim Approval of a Debtor-in-Possession Financing and Adequate Protection (the "Motion") (DE # 30).

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be filed in writing with the Clerk of the United States Bankruptcy Court, Quentin N. Burdick U.S. Courthouse, 655 1st Avenue North, Suite 210, Fargo, ND 58102, and served upon counsel for the Debtor within fourteen (14) days from the date of this Notice.

If no timely objections are filed and served, the Court may grant the relief requested in the Motion without further notice or hearing.

*[Signature on Following Page and Certificate of Service]*

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 25, 2025 By: | /s/ Christianna A. Cathcart |
|  | Christianna A. Cathcart, Esq. |
|  | The Dakota Bankruptcy Firm |
|  | 1630 1st Avenue N |
|  | Suite B PMB 24 |
|  | Fargo, North Dakota 58102-4246 |
|  | Phone: (701) 970-2770 |
|  | christianna@dakotabankruptcy.com |
|  | *Proposed Counsel for the Debtor* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

I FURTHER CERTIFY that on the same date, I caused copies the (i) Notice of Motion and Opportunity to Object and (ii) Amended First Day Motion for (I) Interim Approval of a Pre-Petition Factoring and Security Agreement, as Revised, with TBK Bank, SSB, and (II) Interim Approval of a Debtor-in-Possession Financing and Adequate Protection, along with all accompanying exhibits (DE #30), to be served on all parties on the attached mailing matrix, via U.S. Mail, postage Prepaid.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

```
Label Matrix for local noticing          H5 Transport, LLC                        TBK Bank, SSB
0868-3                                   322 11th St N                            Ullman and Ullman, P.A.
Case 25-30409                            Apt 9                                    2500 North Military Trail
District of North Dakota                 Oakes, ND 58474-1402                     SUITE 100
Fargo                                                                             BOCA RATON, FL 33431-6342
Tue Sep 23 11:39:00 CDT 2025

U.S. BANKRUPTCY COURT                    A W Diesel Service Inc.                  Advance Business Capital LLC
655 1ST AVENUE NORTH, SUITE 210          PO Box 257                               651 Canyon Drive, Suite 105
FARGO, ND 58102-4932                     Gwinner, ND 58040-0257                   Coppell, TX 75019-4112


Alan Salsburg                            American Express                         CORPORATION SERVICE COMPANY
649 Vine Ave                             P.O. Box 981537                          PO BOX 2576
Las Animas, CO 81054-1656                El Paso, TX 79998-1537                   Springfield, IL 62708-2576


Capital One                              Concentric, LLC                          DeWitt
Attn: Bankruptcy                         62861 Collections Center Drive           901 Marquette Ave, Suite 2100
PO Box 30285                             Chicago, IL 60693-0001                   Minneapolis, MN 55402-3713
Salt Lake City, UT 84130-0285


ELM                                      FPL                                      Great West Casualty Company
22849 483rd Av                           General Mail Facility                    PO Box 83153
Flandreau, SD 57028-6640                 Miami, FL 33188-0001                     Chicago, IL 60691-0153


H5 Transport Logistics, LLC              I29 Truck Shop                           Internal Revenue Service
5703 Red Bug Lake Rd, STE 523            1539 32nd Ave                            PO Box 7346
Winter Springs, FL 32708-4969            Brookings, SD 57006-4731                 Philadelphia, PA 19101-7346


Lonnie Dean Helgerson                    Matt Hill                                Maurice B. VerStandig
322 N. 11th Street, Apt 9                10985 86th St. E                         The Dakota Bankruptcy Firm
Oakes, ND 58474-1402                     Oakes, ND 58474-9702                     1630 1st Avenue N
                                                                                  Suite B PMB 24
                                                                                  Fargo, North Dakota 58102-4246


Motive Technologies, Inc.                North Dakota Office of State Tax Commiss Oakes Truck Trailer
55 Hawthorne Street                      600 E. Boulevard Ave.                    11019 Hwy 11
Suite #500                               Dept. 127                                Oakes, ND 58474-9106
San Francisco, CA 94105-3960             Bismarck, ND 58505-0602


Ottertail                                Paul Coleman (P&C Transport, LLC)        Penske Rentals
215 S. Cascade St.                       4002 275th St                            2675 Morgantown Road,
Fergus Falls, MN 56537-2897              Clear Lake, IA 50428-9016                Reading, PA 19607-9676


Revolutionary Road, LLC (Cameron         Sarah J. Wencil                          Starion Bank
13117 27th Ave NW                        Office of the U.S. Trustee               333 N 4th St
Zimmerman, MN 55398                      Suite 1015 U.S. Courthouse               Bismarck, ND 58501-4020
                                         300 South Fourth St.
                                         Minneapolis, MN 55415-1320
```

| | | |
|---|---|---|
| Starion Bank<br>c/o John M. Krings, Jr.<br>PO Box 9231<br>Fargo, ND 58106-9231 | Todd Franklin<br>917 Bremner Ave<br>Bismarck, ND 58503-0986 | Trans Lease<br>1400 W 62nd Avenue<br>Denver, CO 80221-2400 |
| Triumph Business Capital<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | United States Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Valley Tire<br>PO Box 2147<br>Fargo, ND 58107-2147 | (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 |
| Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Steven B Nosek<br>Steven B. Nosek, P.A.<br>10285 Yellow Circle Drive<br>Hopkins, MN 55343-9142 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Wallwork Financial<br>PO Box 628<br>Fargo, ND 58107 | (d)Wallwork Financial Corp<br>401 38th Street SW,<br>P.O Box 628<br>Fargo, ND 58107-0628 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |