UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 25-30409 |
|---|---|
| H5 Transport, LLC, | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Valley Tire, LLC, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389
cstanley@vogellaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 25th day of September, 2025.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
Caren W. Stanley (#06100)
cstanley@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
ATTORNEYS FOR VALLEY TIRE, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>H5 Transport, LLC,<br><br>                Debtor. | Case No.: 25-30409<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

STATE OF NORTH DAKOTA    )
                                         ) SS
COUNTY OF CASS              )

Sonie Thompson, being first duly sworn, does depose and say she is of legal age and not a party to or interested in the above-entitled matter.

On September 25, 2025, affiant caused the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF PAPERS**

to be served electronically to the following:

*All CM/ECF participants.*

                                                     */s/ Sonie Thompson*
                                                   *Sonie Thompson*

Subscribed and sworn to before me this 25th day of September, 2025.

                                                   */s/ Justin Schares*
                                                   Notary Public, Cass County, North Dakota

(SEAL)