IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**JOINT STATEMENT OF UNRESOLVED ISSUES**

Comes now H5 Transport, LLC ("H5 Transport" or the "Debtor") and the United States Trustee ("UST") (collectively, the "Parties"), by and through undersigned counsel, and pursuant to the Court's directive at the September 26, 2025 hearing, submit this Joint Statement of Unresolved Issues regarding the Debtor's Amended Motion for (I) Interim Approval of a Pre-Petition Factoring and Security Agreement, as Revised, with TBK Bank, SSB d/b/a Triumph Business Capital, and (I) Interim Approval of Debtor-in-Possession Financing and Adequate Protection (DE # 30) (the "Motion").

The Parties have conferred and agree that the following issues remain unresolved and are appropriate for the Court's determination at the continued interim hearing:

**1. Indemnification Provisions in the Factoring Agreement (Paragraph 15 of Exhibit A—Factoring Agreement and Paragraph 2 of the Interim Proposed Order);**

**2. Debtor's Waiver of Claims, including the binding effect of any waiver on a trustee (Paragraphs (c), 7, and 20 of the Interim Proposed Order, and Paragraph 4 of Exhibit D—Rider);**

**3. Restriction on the Proposal of Certain Plan Terms (Paragraph 8 of the Interim Proposed Order and Paragraph 5 of Exhibit D—Rider), and;**

1

**4. Attorney's Fees – Scope and Procedure (Paragraph 17 of Exhibit A—Factoring Agreement and Paragraph 21 of the Interim Proposed Order) .**

                                                                     Respectfully Submitted,

Dated: September 29, 2025        By:    /s/ Christianna A. Cathcart
                                                                            Christianna A. Cathcart, Esq.
                                                                            The Dakota Bankruptcy Firm
                                                                            1630 1st Avenue N
                                                                            Suite B PMB 24
                                                                            Fargo, North Dakota 58102-4246
                                                                            Phone: (701) 394-3215
                                                                            christianna@dakotabankruptcy.com
                                                                            *Proposed Counsel for the Debtor*

Dated: September 29, 2025        By:    /s/ Colin Kreuziger
                                                                            Colin Kreuziger, Esq
                                                                            MN Atty. No. 0386834
                                                                            Trial Attorney
                                                                            United States Department of Justice
                                                                            1015 U.S. Courthouse
                                                                            300 South Fourth Street
                                                                            Minneapolis, MN 55415
                                                                            Phone: (612) 334-1360
                                                                            Colin.kreuziger@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                            /s/ Christianna A. Cathcart
                                                                            Christianna A. Cathcart