# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

H5 Transport, LLC                      **Bankr. No. 25-30409**

        **Debtor.**                      **Chapter 11**

---

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

---

Mary R. Jensen, Acting United States Trustee for Region 12, files this notice of rescheduled meeting of creditors. The meeting of creditors will now be held on **Monday, October 27, 2025, at 9:00 a.m.** The meeting of creditors will be conducted telephonically only. The information for those wishing to appear telephonically is below. **Please note that the call-in information has changed**:

**Toll Free:  888-330-1716**

**Participant #: 2513064**

Dated:  October 6, 2025                 MARY R. JENSEN
                                        ACTING UNITED
                                        STATES TRUSTEE
                                        Region 12

                                        s/ Colin Kreuziger
                                        Colin Kreuziger
                                        MN Atty. No. 0386834
                                        Trial Attorney
                                        United States Department of Justice
                                        1015 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415
                                        (612) 334-1360
                                        Colin.Kreuziger@usdoj.gov