UNITED STATES BANKRUPTCY COURT
District of North Dakota Fargo

| | |
|---|---|
| In re:<br>　H5 Transport, LLC,<br>　　　　Debtor(s). | Case No.: 25-30409<br>Chapter: 11 |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 10/06/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice of Continued/Rescheduled Meeting of Creditors Filed by U.S. Trustee United States Trustee. 341(a) meeting to be held on 10/27/2025 at 09:00 AM via Telephone conference ONLY. (Kreuziger, Colin) (Entered: 10/06/2025)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
10/06/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**H5 Transport, LLC 25-30409**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26611 | A W Diesel Service Inc. , PO Box 257, Gwinner, ND, 58040-0257 | First Class |
| 26611 | Advance Business Capital LLC , 651 Canyon Drive, Suite 105, Coppell, TX, 75019-4112 | First Class |
| 26611 | Alan Salsburg , 649 Vine Ave, Las Animas, CO, 81054-1656 | First Class |
| 26611 | American Express , P.O. Box 981537, El Paso, TX, 79998-1537 | First Class |
| 26611 | Capital One , Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT, 84130-0285 | First Class |
| 26611 | Christianna A. Cathcart , The Dakota Bankruptcy Firm, 1630 First Ave N, Ste. B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 26611 | Concentric, LLC , 62861 Collections Center Drive, Chicago, IL, 60693-0001 | First Class |
| 26611 | CORPORATION SERVICE COMPANY , PO BOX 2576, Springfield, IL, 62708-2576, United States of America | First Class |
| 26611 | DeWitt , 901 Marquette Ave, Suite 2100, Minneapolis, MN, 55402-3713 | First Class |
| 26611 | ELM , 22849 483rd Av, Flandreau, SD, 57028-6640 | First Class |
| 26611 | FPL , General Mail Facility, Miami, FL, 33188-0001, United States of America | First Class |
| 26611 | Great West Casualty Company , PO Box 83153, Chicago, IL, 60691-0153 | First Class |
| 26611 | H5 Transport Logistics, LLC , 5703 Red Bug Lake Rd, STE 523, Winter Springs, FL, 32708-4969 | First Class |
| 26611 | H5 Transport, LLC, 322 11th St N, Apt 9, DICKEY-ND, Oakes, ND, 58474, United States of America | First Class |
| 26611 | I29 Truck Shop , 1539 32nd Ave, Brookings, SD, 57006-4731 | First Class |
| 26611 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 26611 | Lonnie Dean Helgerson , 322 N. 11th Street, Apt 9, Oakes, ND, 58474-1402 | First Class |
| 26611 | Matt Hill , 10985 86th St. E, Oakes, ND, 58474-9702 | First Class |
| 26611 | Maurice B. VerStandig , The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 26611 | Maurice VerStandig , The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 26611 | Motive Technologies, Inc. , 55 Hawthorne Street, Suite #500, San Francisco, CA, 94105-3960 | First Class |
| 26611 | North Dakota Office of State Tax Commiss , 600 E. Boulevard Ave., Dept. 127, Bismarck, ND, 58505-0602 | First Class |
| 26611 | Oakes Truck Trailer , 11019 Hwy 11, Oakes, ND, 58474-9106 | First Class |
| 26611 | Ottertail , 215 S. Cascade St., Fergus Falls, MN, 56537-2897 | First Class |
| 26611 | Paul Coleman (P&C Transport, LLC) , 4002 275th St, Clear Lake, IA, 50428-9016 | First Class |
| 26611 | Penske Rentals , 2675 Morgantown Road,, Reading, PA, 19607-9676 | First Class |
| 26611 | Revolutionary Road, LLC (Cameron , 13117 27th Ave NW, Zimmerman, MN, 55398 | First Class |
| 26611 | Starion Bank , c/o John M. Krings, Jr., PO Box 9231, Fargo, ND, 58106-9231 | First Class |
| 26611 | Starion Bank , 333 N 4th St, Bismarck, ND, 58501-4020 | First Class |
| 26611 | Steven B Nosek , Steven B. Nosek, P.A., 10285 Yellow Circle Drive, Hopkins, MN, 55343-9142 | First Class |
| 26611 | TBK Bank, SSB , Ullman and Ullman, P.A., 2500 North Military Trail, SUITE 100, BOCA RATON, FL, 33431-6342 | First Class |
| 26611 | Todd Franklin , 917 Bremner Ave, Bismarck, ND, 58503-0986 | First Class |
| 26611 | Trans Lease , 1400 W 62nd Avenue, Denver, CO, 80221-2400 | First Class |
| 26611 | Triumph Business Capital , 651 Canyon Drive, Suite 105, Coppell, TX, 75019-4112 | First Class |
| 26611 | U.S. Small Business Administration , 2 North Street, Suite 320, Birmingham, AL, 35203 | First Class |
| 26611 | Valley Tire , PO Box 2147, Fargo, ND, 58107-2147 | First Class |
| 26611 | Valley Tire, LLC , c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND, 58107-1389 | First Class |
| 26611 | Valley Tire, LLC , c/o Caren L. Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND, 58107-1389 | First Class |
| 26611 | WALLWORK FINANCIAL CORPORATION, PO BOX 628, FARGO, ND, 58107-0628 | First Class |
| 26611 | WALLWORK FINANCIAL CORPORATION, PO BOX 628, FARGO, ND, 58107-0628 | First Class |