IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 25-30409 |
| ) | (Chapter 11) |
| H5 TRANSPORT, LLC. ) | |
| ) | |
| Debtor. ) | |
| ) | |

### REPORT PURSUANT TO 11 U.S.C. § 1188

Comes now H5 Transport, LLC ("H5 Transport" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1188(b) of Title 11 of the United States Code, and reports as follows:

**I.   Introduction**

This case involves a disputed equipment transaction that significantly disrupted the Debtor's operations and led to the initiation of this Subchapter V proceeding. After filing the petition, the Debtor encountered additional challenges, including the temporary suspension of its factoring facility and fuel accounts. The factoring arrangement has since been reinstated, and the Debtor is actively working to resolve the outstanding issues with its fuel accounts. With cash collateral authority in place and operations stabilizing, the Debtor now moves forward with the intention of reorganizing around its viable core business and pursuing recovery on claims that could significantly benefit the estate.

**II.   Debtor Background**

H5 Transport is a veteran-owned trucking and logistics company formed in 2018, operating out of North Dakota with a satellite presence in Florida. The Debtor's business model emphasizes efficiency, independent operator partnerships, and a lean operational structure – primarily with the dry-van freight sector, with recent expansion into refrigerated transport.

1

Over several years, the Debtor grew steadily by capitalizing on favorable market conditions and maintaining scalable, low-overhead operations. In early 2024, H5 Transport entered into a lease-and-purchase transaction with Wallwork Truck Center, Inc., and Wallwork Financial Corporation. That transaction, which is now the subject of active federal litigation, involved the acquisition of a semi-tractor that Wallwork allegedly misrepresented as structurally sound and eligible for extended warranty coverage. The Debtor later discovered that the vehicle had previously been declared a total loss and suffered material impairment – facts that Wallwork failed to disclose at the time of sale.

The resulting operational fallout was immediate and severe. Repair delays, mechanical failures, and prolonged vehicle downtime disrupted delivery schedules, strained liquidity, and triggered broader instability across the Debtor's fleet. These challenges, compounded by tightening industry margins, left the Debtor with no viable alternative but to seek relief under Subchapter V of Chapter 11 of the United States Code (the "Bankruptcy Code").

Although the Debtor remained operational at the time of filing, it faced further post-petition disruption when its factoring facility and fuel accounts were abruptly suspended. The Court authorized reinstatement of the factoring arrangement, and the Debtor continues working to restore full access to fuel accounts. As these critical supports come back online, the Debtor is preparing to propose a reorganization plan that balances creditor recovery with the long-term sustainability of its business.

### III.    Plan Efforts

H5 Transport intends to propose a plan of reorganization that actively advances operational stability, satisfies creditor claims through strategic asset deployment and litigation recovery, and positions the business for sustainable growth in a competitive freight market. As part of this effort,

2

the Debtor is conducting a comprehensive review of its fleet and will sell non-essential or underutilized equipment. These targeted liquidations will generate short-term liquidity and reduce carrying costs, allowing the Debtor to allocate proceeds toward administrative expenses and secured obligations without undermining core revenue operations.

The Debtor is also implementing operational improvements designed to enhance efficiency and preserve its independent operator model. It is optimizing lane selection to prioritize profitability, streamlining internal processes to control costs, and reinforcing vendor and driver relationships that support reliable service delivery. Although the Court has already approved reinstatement of the Debtor's factoring relationship, the Debtor continues working to restore full access to fuel accounts and other critical infrastructure necessary for consistent operations.

In addition to these internal measures, the Debtor is aggressively pursuing its pending litigation against Wallwork Truck Center and Wallwork Financial Corporation. That case, which remains active in the United States District Court for the District of North Dakota, seeks damages stemming from a materially defective vehicle sale that directly contributed to the Debtor's financial distress. The Debtor believes its claims are well-founded and, if successful, will materially increase recoveries available to creditors under the plan. The Debtor will structure the plan to account for the timing and outcome of that litigation while maintaining the flexibility to distribute any recovery in compliance with the Bankruptcy Code's priority structure.

Throughout this process, H5 Transport will work in good faith to engage with stakeholders and encourage a consensual resolution. However, if a contested confirmation becomes necessary, the Debtor is prepared to demonstrate compliance with all Subchapter V requirements, including feasibility, fairness, and equitable treatment of all classes. The plan will reflect a grounded and realistic assessment of the Debtor's assets, obligations, and prospects—anchored in the operational

experience of its management and supported by the legal claims it continues to pursue for the benefit of the estate.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 10, 2025      By: | /s/ Christianna A. Cathcart |
|  | Christianna A. Cathcart, Esq. |
|  | The Dakota Bankruptcy Firm |
|  | 1630 1st Avenue N |
|  | Suite B PMB 24 |
|  | Fargo, North Dakota 58102-4246 |
|  | Phone: (701) 970-2770 |
|  | christianna@dakotabankruptcy.com |
|  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

4