IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF ENTRY OF FINAL ORDER AND CHALLENGE PERIOD DEADLINE

NOTICE IS HEREBY GIVEN that on October 17, 2025, the United States Bankruptcy Court for the District of North Dakota entered a Final Order (Docket No. 54) (the "Final Order") approving the Debtor's Motion for (i) Interim and Final Approval of a Pre-Petition Factoring and Security Agreement with TBK Bank, SSB d/b/a Triumph and (ii) Interim and Final Approval of Debtor-in-Possession Financing and Adequate Protection.

NOTICE IS FURTHER GIVEN that, pursuant to Paragraph 21 of the Final Order, all parties-in-interest shall have sixty days from the date of entry of the Final Order – i.e., until December 16, 2025 (the "Challenge Deadline") – to complete an investigation of the facts relating to T Triumph's ownership interest in prepetition purchased accounts, the validity, enforceability, or priority of any liens or security interest in the Debtor's prepetition collateral, or the amount of any obligations allegedly owed to Triumph as of the petition date ("Triumph's Prepetition Rights"), or otherwise and, to file a contested matter or an adversary proceeding with the Court seeking to contest Triumph's Prepetition Rights.

NOTICE IS FURTHER GIVEN that any motion or proceeding seeking to contest Triumph's Prepetition Rights as described above must be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932, on or before the Challenge Deadline of December 16, 2025. As provided in Paragraph 21 of

1

the Final Order the failure by a party to timely file and serve such motion or proceeding by the Challenge Deadline shall cause such party to be deemed barred, waived and/or estopped from thereafter: (a) seeking to prevent, impair avoid or otherwise invalidate Triumph's rights to retain payment of any Purchased Accounts and non-Purchased Accounts or otherwise, (b) contesting Triumph's ownership interest in any Purchased Accounts, (c) contesting the validity, enforceability, priority of the liens and security interest granted to Triumph in any Collateral, or (d) contesting the amount of Triumph's Claim against the Debtor, including, but not limited to any Obligations that arose before the commencement of the Bankruptcy Case.

ALL PARTIES-IN-INTEREST ARE ENCOURAGED TO READ THE FINAL ORDER IN ITS ENTIRETY, including Paragraph 21, to fully understand the scope of the rights affected, the deadlines imposed, and the consequences of failing to act within the time prescribed.

Respectfully submitted,

Dated: October 17, 2025          By:     /s/ Christianna Cathcart
                                         Christianna Cathcart
                                         The Dakota Bankruptcy Firm
                                         1630 1st Avenue N
                                         Suite B PMB 24
                                         Fargo, North Dakota 58102-4246
                                         Phone: (701) 970-2770
                                         christianna@dakotabankruptcy.com
                                         *Proposed Counsel for the Debtor*

2