IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2025, I caused a copy of (i) Debtor's Emergency (Amended) Motion for (I) Interim and Final Approval of a Pre-Petition Factoring and Security Agreement, as Revised, with TBK Bank, SSB, and (II) Interim and Final Approval of Debtor-in-Possession Financing and Adequate Protection (DE #30), (ii) Final Order Approving Motion (DE #53), and (iii) Notice of Entry of Final Order and Challenge Period Deadline (DE #54), to be served via U.S. Mail, postage prepaid, on all parties on the attached mailing matrix.

Respectfully Submitted,

Date: October 21, 2025    By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

<u>/s/ Christianna A. Cathcart</u>
Christianna A. Cathcart

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30409<br>DISTRICT OF NORTH DAKOTA<br>FRI OCT 17 12-44-12 PST 2025 | H5 TRANSPORT LLC<br>322 11TH ST N<br>APT 9<br>OAKES ND 58474-1402 | STARION BANK<br>CO JOHN M KRINGS JR<br>KD LAW PLLP<br>PO BOX 9231<br>FARGO ND 58106-9231<br><br>EXCLUDE<br>US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH SUITE 210<br>FARGO ND 58102-4932 |
| TBK BANK SSB<br>ULLMAN AND ULLMAN PA<br>2500 NORTH MILITARY TRAIL<br>SUITE 100<br>BOCA RATON FL 33431-6342 | VALLEY TIRE LLC<br>CO CAREN L STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | |
| A W DIESEL SERVICE INC<br>PO BOX 257<br>GWINNER ND 58040-0257 | ADVANCE BUSINESS CAPITAL LLC<br>651 CANYON DRIVE SUITE 105<br>COPPELL TX 75019-4112 | ALAN SALSBURG<br>649 VINE AVE<br>LAS ANIMAS CO 81054-1656 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 | CORPORATION SERVICE COMPANY<br>PO BOX 2576<br>SPRINGFIELD IL 62708-2576 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CONCENTRIC LLC<br>62861 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0001 | DEWITT<br>901 MARQUETTE AVE SUITE 2100<br>MINNEAPOLIS MN 55402-3713 |
| ELM<br>22849 483RD AV<br>FLANDREAU SD 57028-6640 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | GREAT WEST CASUALTY COMPANY<br>PO BOX 83153<br>CHICAGO IL 60691-0153 |
| H5 TRANSPORT LOGISTICS LLC<br>5703 RED BUG LAKE RD STE 523<br>WINTER SPRINGS FL 32708-4969 | I29 TRUCK SHOP<br>1539 32ND AVE<br>BROOKINGS SD 57006-4731 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LONNIE DEAN HELGERSON<br>322 N 11TH STREET APT 9<br>OAKES ND 58474-1402 | MATT HILL<br>10985 86TH ST E<br>OAKES ND 58474-9702 | EXCLUDE<br>MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO NORTH DAKOTA 58102-4246 |
| MOTIVE TECHNOLOGIES INC<br>55 HAWTHORNE STREET<br>SUITE 500<br>SAN FRANCISCO CA 94105-3960 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE<br>DEPT 127<br>BISMARCK ND 58505-0602 | OAKES TRUCK TRAILER<br>11019 HWY 11<br>OAKES ND 58474-9106 |

| | | |
|---|---|---|
| OTTERTAIL<br>215 S CASCADE ST<br>FERGUS FALLS  MN 56537-2897 | PAUL COLEMAN (PC TRANSPORT  LLC)<br>4002 275TH ST<br>CLEAR LAKE  IA 50428-9016 | PENSKE RENTALS<br>2675 MORGANTOWN ROAD<br>READING  PA 19607-9676 |
| REVOLUTIONARY ROAD  LLC (CAMERON<br>13117 27TH AVE NW<br>ZIMMERMAN  MN 55398 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS  MN 55415-1320 | STARION BANK<br>333 N 4TH ST<br>BISMARCK  ND 58501-4020 |
| STARION BANK<br>CO JOHN M KRINGS  JR<br>PO BOX 9231<br>FARGO  ND 58106-9231 | TODD FRANKLIN<br>917 BREMNER AVE<br>BISMARCK  ND 58503-0986 | TRANS LEASE<br>1400 W 62ND AVENUE<br>DENVER  CO 80221-2400 |
| TRIUMPH BUSINESS CAPITAL<br>651 CANYON DRIVE  SUITE 105<br>COPPELL  TX 75019-4112 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET<br>SUITE 320<br>BIRMINGHAM  AL 35203 | UNITED STATES TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| VALLEY TIRE<br>PO BOX 2147<br>FARGO  ND 58107-2147 | VALLEY TIRE  LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | (P)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 |

| | | |
|---|---|---|
| ~~EXCLUDE~~<br><br>~~(D)(P)WALLWORK FINANCIAL CORPORATION~~<br>~~PO BOX 628~~<br>~~FARGO ND 58107-0628~~ | ~~EXCLUDE~~<br><br>~~CHRISTIANNA A CATHCART~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 FIRST AVE N~~<br>~~STE B PMB 24~~<br>~~FARGO  ND 58102-4246~~ | ~~EXCLUDE~~<br><br>~~MAURICE VERSTANDIG~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N~~<br>~~SUITE B PMB 24~~<br>~~FARGO  ND 58102-4246~~ |

STEVEN B NOSEK
STEVEN B NOSEK  PA
10285 YELLOW CIRCLE DRIVE
HOPKINS  MN 55343-9142