UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                         Bankruptcy No. 25-30409
                                                               Chapter 11 – Subchapter V

H5 Transport LLC,

                      Debtor.
_____/

## SCHEDULING ORDER

Pursuant to 11 U.S.C. § 1188, the Court held a status conference in this case on October 23, 2025. Appearances were noted in the record. Based on the representations of the parties at the status conference, and pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

      1. Deadline to file a plan of reorganization under section 1189(b): **December 15, 2025**.

      2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation: **December 17, 2025.**

      3. A telephonic status conference to discuss plan balloting will be held on **December 18, 2025 at 10:00 AM**. Contact the Courtroom Deputy at mnb_fisher_hearings@mnb.uscourts.gov to request call-in instructions.

      4. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot): **January 14, 2026**.

      5. Deadline to file written objections to plan confirmation: **January 14, 2026**.

      6. Deadline to make election under § 1111(b) of the Bankruptcy Code: **January 14, 2026**.

      7.  Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan: **January 14, 2026**.

8. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Tuesday, January 27, 2026**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

9.  Hearing on confirmation:  **Thursday, January 29, 2026, at 10:00 a.m.** The hearing will be conducted telephonically. Contact the Courtroom Deputy at the above email address to request call-in instructions. At that time, the Court will set an evidentiary hearing if needed.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

10. All dates or deadlines not addressed in this Order shall be governed by the applicable provisions of the Bankruptcy Code or the Bankruptcy Rules.

11. Except as subsequently modified by the Court, the dates stated in this Order are mandatory. Deadlines will not be extended except for good cause. The Court reserves the right to act upon such requests without a hearing.

12. Failure to comply with this Order may result in the imposition of sanctions.

Dated: October 23, 2025

s/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge
Sitting by Designation

Copy served electronically October 23, 2025, to Electronic Mail Notice List for Case No. 25-30409.