IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October 2025, I caused a copy of the Scheduling Order (DE #57), to be served, via U.S. Mail, postage prepaid, on all parties on the attached mailing matrix.

Respectfully Submitted,

Date: October  27, 2025        By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30409<br>DISTRICT OF NORTH DAKOTA<br>MON OCT 27 9-41-4 PST 2025 | H5 TRANSPORT   LLC<br>322 11TH ST N<br>APT 9<br>OAKES   ND 58474-1402 | STARION BANK<br>CO JOHN M KRINGS   JR<br>KD LAW   PLLP<br>PO BOX 9231<br>FARGO   ND 58106-9231 |

EXCLUDE

TBK BANK  SSB
ULLMAN AND ULLMAN  PA
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON  FL 33431-6342

VALLEY TIRE  LLC
CO CAREN L STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH  SUITE 210~~
~~FARGO  ND 58102-4932~~

A W DIESEL SERVICE INC
PO BOX 257
GWINNER  ND 58040-0257

ADVANCE BUSINESS CAPITAL LLC
651 CANYON DRIVE  SUITE 105
COPPELL  TX 75019-4112

ALAN SALSBURG
649 VINE AVE
LAS ANIMAS  CO 81054-1656

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD  IL 62708-2576

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC 28272-1083

CONCENTRIC  LLC
62861 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693-0001

DEWITT
901 MARQUETTE AVE  SUITE 2100
MINNEAPOLIS  MN 55402-3713

EXCLUDE

~~(D)DEWITT LLP~~
~~901 MARQUETTE AVENUE  SUITE 2100~~
~~MINNEAPOLIS  MN 55402-3713~~

ELM
22849 483RD AV
FLANDREAU  SD 57028-6640

FPL
GENERAL MAIL FACILITY
MIAMI  FL 33188-0001

GREAT WEST CASUALTY COMPANY
PO BOX 83153
CHICAGO  IL 60691-0153

H5 TRANSPORT LOGISTICS  LLC
5703 RED BUG LAKE RD  STE 523
WINTER SPRINGS  FL 32708-4969

I29 TRUCK SHOP
1539 32ND AVE
BROOKINGS  SD 57006-4731

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LONNIE DEAN HELGERSON
322 N 11TH STREET  APT 9
OAKES  ND 58474-1402

MATT HILL
10985 86TH ST E
OAKES  ND 58474-9702

EXCLUDE

~~MAURICE B VERSTANDIG~~
~~THE DAKOTA BANKRUPTCY FIRM~~
~~1630 1ST AVENUE N~~
~~SUITE B PMB 24~~
~~FARGO  NORTH DAKOTA 58102-4246~~

MOTIVE TECHNOLOGIES  INC
55 HAWTHORNE STREET
SUITE 500
SAN FRANCISCO  CA 94105-3960

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E BOULEVARD AVE
DEPT 127
BISMARCK  ND 58505-0602

```
OAKES TRUCK TRAILER                OTTERTAIL                          PAUL COLEMAN (PC TRANSPORT  LLC)
11019 HWY 11                       215 S CASCADE ST                   4002 275TH ST
OAKES  ND 58474-9106               FERGUS FALLS  MN 56537-2897        CLEAR LAKE  IA 50428-9016




PENSKE RENTALS                     (P)PENSKE TRUCK LEASING CO  L P    REVOLUTIONARY ROAD  LLC (CAMERON
2675 MORGANTOWN ROAD               PO BOX 563                         13117 27TH AVE NW
READING  PA 19607-9676             READING PA 19603-0563              ZIMMERMAN  MN 55398




SARAH J WENCIL                     STARION BANK                       STARION BANK
OFFICE OF THE US TRUSTEE           333 N 4TH ST                       CO JOHN M KRINGS  JR
SUITE 1015 US COURTHOUSE           BISMARCK  ND 58501-4020            PO BOX 9231
300 SOUTH FOURTH ST                                                   FARGO  ND 58106-9231
MINNEAPOLIS  MN 55415-1320




TODD FRANKLIN                      TRANS LEASE                        TRIUMPH BUSINESS CAPITAL
917 BREMNER AVE                    1400 W 62ND AVENUE                 651 CANYON DRIVE  SUITE 105
BISMARCK  ND 58503-0986            DENVER  CO 80221-2400              COPPELL  TX 75019-4112




US SMALL BUSINESS ADMINISTRATION   UNITED STATES TRUSTEE              VALLEY TIRE
2 NORTH STREET                     SUITE 1015 US COURTHOUSE           PO BOX 2147
SUITE 320                          300 SOUTH FOURTH STREET            FARGO  ND 58107-2147
BIRMINGHAM  AL 35203               MINNEAPOLIS  MN 55415-1320


                                                                      EXCLUDE

VALLEY TIRE  LLC                   (P)WALLWORK FINANCIAL CORPORATION  (D)(P)WALLWORK FINANCIAL CORPORATION
CO CAREN W STANLEY                 PO BOX 628                         PO BOX 628
VOGEL LAW FIRM                     FARGO ND 58107-0628                FARGO ND 58107-0628
PO BOX 1389
FARGO ND  58107-1389


EXCLUDE                            EXCLUDE

CHRISTIANNA A CATHCART             MAURICE VERSTANDIG                 STEVEN B NOSEK
THE DAKOTA BANKRUPTCY FIRM         THE DAKOTA BANKRUPTCY FIRM         STEVEN B NOSEK  PA
1630 FIRST AVE N                   1630 1ST AVENUE N                  10285 YELLOW CIRCLE DRIVE
STE B PMB 24                       SUITE B PMB 24                     HOPKINS  MN 55343-9142
FARGO  ND 58102-4246               FARGO  ND 58102-4246
```