IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 25-30406 |
| ) | (Chapter 11) |
| H5 TRANSPORT, LLC ) | |
| ) | |
| Debtor. ) | |
| _____) | |

### APPLICATION TO APPROVE EMPLOYMENT OF TONI PTACEK AND PTACEK FINANCIAL SERVICES, PC AS ACCOUNTANT TO ABOVE-CAPTIONED DEBTOR

Comes now H5 Transport, LLC ("H5 Transport" or the "Debtor), by and through undersigned counsel, pursuant to Sections 327 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Toni L. Ptacek and Ptacek Financial Services, PC (collectively, "Ptacek Financial") as accountant to the Debtor, and in support thereof states as follows:

1. This case was commenced when the Debtor filed a petition for Chapter 11 relief, pursuant to Section 301 of the Bankruptcy Code, on September 13, 2025.

2. The Debtor is, and at all times relevant has been, a debtor in possession.

3. The Debtor seeks to employ Ptacek Financial as its accountant to perform accounting, tax, and financial recordkeeping services essential to the effective administration of the estate.

4. The Debtor selected Ptacek Financial due to their extensive experience in tax and accounting matters for businesses of comparable size and complexity, longstanding familiarity with the Debtor's operations, and prior role as the Debtor's prepetition accountant. Continuity of service will facilitate a smoother transition into post-petition administration and avoid unnecessary duplication of effort.

1

5. Subject to Court approval, Ptacek Financial will render the following services to the Debtor:

    a. Assist with the preparation and filing of the Debtor's 2024 federal and state tax returns;

    b. Maintain and organize the Debtor's books and records;

    c. Perform accounting tasks necessary for tax compliance and financial disclosures; and

    d. Preserve and retain financial records relevant to the administraton of the estate.

6. To the best of the Debtor's knowledge, Ptacek Financial is not employed by or engaged on behalf of any other person or entity in connection with this case. Ptacek Financial is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, is not a creditor or an insider of the Debtor; has not, within two years before the petition date, served as a director, officer, or employee of the Debtor; and does not hold any interest materially adverse to the estate or its creditors by reason of any direct or indirect relationship to the Debtor or otherwise.

7. Ptacek Financial has no professional or financial connection with the Debtor, any creditor, or any other party in interest, nor with their representative attorney or accountants, nor with the Office of the United States Trustee or any person employed therein, except as expressly disclosed in the declaration of Toni Patacek attached hereto.

8. Ptacek Financial has agreed to perform services at the rate of One Hundred Dollars and No Cents ($100.00) per hour; it is respectfully suggested that this proposed rate is fair and reasonable, and consistent with the skill, experience, and repuation of Ptack Financial.

9. All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of North Dakota.

10. Attached hereto, and incorporated herein by reference, is the declarations of Toni L. Ptacek in support of this application.

11. Attached hereto, and incorporated herein by reference, is an engagement agreement entered into between the Debtor and Ptacek Financial Services.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Toni L. Ptacek, and Ptacek Financial Services, PC as accountant to the Debtor; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: October 27, 2025     By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Proposed Counsel for the Debtor*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna Cathcart
Christianna Cathcart

3