IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF TONI L. PTACEK AND PTACEK FINANCIAL SERVICES, PC AS ACCOUNTANT TO ABOVE-CAPTIONED DEBTOR**

1. My name is Toni L. Ptacek, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a Certified Public Accountant licensed to practice in the State of North Dakota.

3. I am a graduate of the University of North Dakota, having received a Bachelor's Degree in Accountancy in 1988.

4. In 2014, I was awarded the Chartered Global Management Accountant (CGMA) designation by the American Institute of CPAs and the Chartered Institute of Management Accountants.

5. I maintain an office at 420 Main Avenue, Oakes, ND 58474-0412.

6. I am the principal of Ptacek Financial Services, PC, an accounting firm I founded to serve the needs of small businesses, individuals, and farming operations throughout North Dakota and the surrounding region.

7. The majority of my practice is dedicated to providing bookkeeping, payroll, compilation, re-view, and tax services, with a particular focus on farm and small business clients.

8. I represent no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an

1

insider of the Debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

9. Excepting my representation herein and my furnishing the Debtor with prepetition accounting services, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

10. My standard hourly rate is One Hundred Dollars and No Cents per hour ($100.00). I have not received a retainer in connection with this matter. I understand that any compensation for services rendered to the Debtor is subject to application to and approval by the United States Bankruptcy Court for the District of North Dakota, and that no payments will be made to me or my firm without such approval.

11. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

*[Signature on Following Page]*

I, Toni L. Ptacek, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: 10/27/2025

By: *Toni Ptacek* (DocuSigned, E025568E63FA4A3...)

Toni L. Ptacek, CPA
Ptacek Financial Services, PC

3