Dear Lonnie Helgerson,

Preparation of Your 2024 Tax Returns.

Thank you for choosing us to assist you with your tax affairs. This letter specifies the terms of our engagement with you and details the services that we will be providing to you.

We will prepare your 2024 federal and state income tax returns. In order for us to prepare complete and accurate tax returns, we will be relying on you to provide us with the necessary information. When information you provide is incomplete or unclear, we may ask you for clarification. However, we will not audit or otherwise verify the data you submit.

We will perform accounting tasks required to prepare your tax returns. Our engagement should not be relied upon disclose errors, fraud, or other illegal acts. However, we will inform you of any material errors, fraud, or other illegal acts we discover during the course of our engagement.

If we encounter instances of unclear tax law or of potential conflicts in the interpretation of the law, we will outline the reasonable courses of action and the risks and consequences of each. We will ultimately adopt, on your behalf, the alternative you select.

The law imposes penalties when taxpayers underestimate their tax liability. Please contact us if you require further information in this regard.

Your original records will be returned to you with your completed tax returns. Please ensure that you securely store your records, along with all supporting documents, canceled check, etc., as these items may be needed to respond to an audit or inquiry from the tax authorities. We will retain copies of your records and work papers for your engagement for seven years, after which these documents will be destroyed.

Our engagement to prepare your 2024 tax returns will conclude with the delivery of the completed returns to you (if paper filing), or your signature and our subsequent submittal of your tax return (if e-filing). If you have not elected or are not able to e-file your returns with our office, you will be solely responsible to file the returns with the appropriate taxing authorities. Review all tax-return documents carefully before signing them. We recommend that tax returns be sent to tax authorities by certified or registered mail. Please keep your mailing receipts.

THE ESTIMATED COST FOR THIS SERVICE BASED ON PRIOR YEAR PREPARATION & REVIEW HOURS IS:            30 HOURS AT AVERAGE $100/HR    $3,000.00

To confirm that this letter correctly summarizes your understanding of the arrangements for this work, please sign and date below.

**We appreciate your business.**
Sincerely,

*Toni L. Ptacek, CPA, CGMA*
Ptacek Financial Services, PC

Accepted By: (By signing below, one spouse will also bind both spouses for a joint return.)

*Lonnie Helgerson*   President, H5 Tranport, LLC         10-27-2025
Taxpayer or Spouse                                                           Date