IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| In re: | ) | Case No. |
|---|---|---|
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF TONI PTACEK AND PTACEK FINANCIAL SERVICES, PC AS ACCOUNTANT TO ABOVE-CAPTIONED DEBTOR

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Toni Ptacek and the Ptacek Financial Services, PC as accountant for the Debtor. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: October 27, 2025    By:   /s/ Christianna Cathcart
Christianna Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Christianna Cathcart
Christianna Cathcart