UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  BKY No.:  25-30409
Chapter 11

H5 Transport, LLC

Debtor.

---

APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION
FOR SUBCHAPTER V TRUSTEE

---

1. Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), seeks compensation and reimbursement of expenses in the above referenced case and provides the following information.

2. **ANY RESPONSES TO THIS APPLICATION ARE DUE WITHIN 21 DAYS OF THE FILING OF THIS APPLICATION.  IF NO RESPONSE TO THIS APPLICATION IS FILED, THE COURT MAY ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.**

3. This Court has jurisdiction over this application under 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

4. The voluntary petition commencing this chapter 11 case was filed on September 16, 2025.  The case is still pending in this Court.

5. This Application arises under 11 U.S.C. §§328 and 330.  This Application is filed under Fed. R. Bankr. P. 2016 and Local Rule 2016-1.  Notice of this Application is provided to all creditors and parties in interest and the United States Trustee in accordance with Fed. R. Bankr. P. 2002 (a)(6) as described in the contemporaneously filed certificate of service.

6. On September 22, 2025, the U.S. Trustee appointed the Trustee as the Subchapter V Trustee (Doc. 19).  Trustee did not receive a retainer in connection with his employment as Trustee.

7. Trustee filed previous fee applications in the above case as follows: None.

8. No compensation, whether previously received or to be received has been or will be shared and no agreement or understanding exists between Trustee and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this Fee Application pursuant to Fed. R. Bank. P. 2016 (a).

1

9. Trustee has performed actual and necessary services in the exercise and furtherance of his duties under the Bankruptcy Code. Attached as **Exhibit A** is a description of the amounts requested, the services rendered, the time spent and the expenses incurred from September 22, 2025 through October 31, 2025. Trustee requests allowance of compensation for services rendered in the amount of $4,200.00.

**WHEREFORE,** Trustee requests the Court enter an order allowing interim compensation in the amount of $4,200.00 and allowing such fees as an administrative expense consistent with the attached proposed order.

**STEVEN B. NOSEK, P.A.**

Dated: November 7, 2025.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

## VERIFICATION

I, Steven B. Nosek, Subchapter V Trustee, named in the foregoing document, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: November 7, 2025.

s/ *Steven B. Nosek*

2

**Steven B. Nosek, P.A.**
10285 Yellow Circle Drive
Hopkins, MN 55343

(612) 335-9171

Invoice submitted to:

H5 Transport, LLC
c/o Christianna Carthcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste B PMB 24
Fargo, ND 58102-4246

November 1, 2025

In Reference To:  H5 Transport, L        25-30409 H5 Transport, LLC

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/22/2025 SBN | Review pleadings. | 0.30<br>400.00/hr | 120.00 |
| 9/23/2025 SBN | Telephone conference with attorney Carthcart. | 0.20<br>400.00/hr | 80.00 |
| 9/25/2025 SBN | Attend telephonic status conference. | 0.40<br>400.00/hr | 160.00 |
| SBN | Review material received. | 1.00<br>400.00/hr | 400.00 |
| 9/29/2025 SBN | Review filed Stipulation. | 0.20<br>400.00/hr | 80.00 |
| SBN | Telephonic Motion hearings. | 0.80<br>400.00/hr | 320.00 |
| 9/30/2025 SBN | Review material received. | 0.20<br>400.00/hr | 80.00 |
| 10/6/2025 SBN | Review material received. | 0.40<br>400.00/hr | 160.00 |
| 10/9/2025 SBN | Review material received; Email to US Trustee. | 0.80<br>400.00/hr | 320.00 |
| 10/13/2025 SBN | Review pleadings and documents supplied by the Debtor. | 1.00<br>400.00/hr | 400.00 |
| 10/14/2025 SBN | Debtor's telephonic IDI Meeting with US Trustee. | 0.80<br>400.00/hr | 320.00 |

snosek@noseklawfirm.com                    Exhibit A

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/15/2025 | SBN | Review material received. | 0.60<br>400.00/hr | 240.00 |
| 10/16/2025 | SBN | Attend telephonic court hearing; Review material received. | 1.00<br>400.00/hr | 400.00 |
| 10/17/2025 | SBN | Review Order. | 0.40<br>400.00/hr | 160.00 |
| 10/24/2025 | SBN | Telephonic Status Conference; Review Scheduling Order. | 0.40<br>400.00/hr | 160.00 |
| 10/27/2025 | SBN | Telephonic Meeting of Creditors. | 1.50<br>400.00/hr | 600.00 |
| | SBN | Review material received. | 0.50<br>400.00/hr | 200.00 |
| | | **For professional services rendered** | **10.50** | **$4,200.00** |
| | | Balance due | | $4,200.00 |

Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                     BKY No.: 25-30409
                                                                                                     Chapter 11

**H5 Transport, LLC,**

        **Debtor.**

## ORDER

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on November 7, 2025, for allowance of fees pursuant to §328 and §330 from September 22, 2025 to October 31, 2025. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from September 22, 2025 through October 31, 2025, in the amount of $4,200.00 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $4,200.00, as an administrative expense.

Dated:

                                                                          William J. Fisher
                                                                          United States Bankruptcy Judge