**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                          BKY No.:  25-30409
                                                                        Chapter 11
**H5 Transport, LLC**

       **Debtor.**

---

**CERTIFICATE OF SERVICE**

---

I, Steven B. Nosek, declare under penalty of perjury that on November 6, 2025, the following parties were served a copy of Application for Allowance of Interim Compensation for Subchapter V Trustee dated November 7, 2025, by United States First Class Mail or ECF as indicated below:

| Debtor<br>H5 Transport, LLC<br>322 11th St. N.<br>Apt 9<br>Oakes. ND 58474 | Christianna A. Cathcart<br>Debtor's counsel via ECF | Maurice VerStandig<br>Debtor's counsel via ECF |
|---|---|---|
| United States Trustee<br>Via ECF | Colin Kreuzinger,<br>Counsel for the UST, via ECF | Sarah J. Wencil<br>Counsel for the UST, via ECF |
| John M Krings, Jr. on behalf of Creditor Starion Bank, via ECF | Caren Stanley on behalf of Creditor Valley Tire, LLC, via ECF | Jared A Ullman on behalf of Creditor TBK Bank, SSB, via ECF |

**STEVEN B. NOSEK, P.A.**

Dated:  November 7, 2025.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com