UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No.: 25-30409 |
| H5 Transport, LLC | ) | Chapter 11 – Subchapter V |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010, the undersigned hereby appears on behalf of Wallwork Financial Corporation, a party of interest. Pursuant to 11 U.S.C. § 342 and Fed. R. Bankr. P. 2002, the undersigned requests that all notices, pleadings, motions, and other papers served or required to be served in this case and in all related actions be given and served upon:

Anthony Anderson
Nilles Law Firm
PO Box 2626
201 North 5th Street
Fargo ND 58108-2626
701-237-5544
aanderson@nilleslaw.com

Dated this 14th day of November, 2025.

/s/ Anthony Anderson
Anthony Anderson (ND Bar ID: 08744)
NILLES LAW FIRM
201 North 5th Street, Suite 1800
P. O. Box 2626
Fargo, North Dakota 58108-2626
Phone: (701) 237-5544
aanderson@nilleslaw.com
*Attorneys for Wallwork Financial Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | ) |
| | )    Bankruptcy No.: 25-30409 |
| H5 Transport, LLC | )    Chapter 11 – Subchapter V |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, Anthony Anderson, hereby certify under penalty of perjury that a true and correct copy of the foregoing **Notice of Appearance and Request for Notice** has been served to all parties listed as receiving notice via the court's ECF noticing system.

Executed this 14th day of November, 2025, in Fargo, North Dakota.

/s/ Anthony Anderson
Anthony Anderson (ND Bar ID: 08744)
NILLES LAW FIRM
201 North 5th Street, Suite 1800
P. O. Box 2626
Fargo, North Dakota 58108-2626
Phone: (701) 237-5544
aanderson@nilleslaw.com
*Attorneys for Wallwork Financial Corporation*