**Fill in this information to identify the case:**

Debtor Name: H5 Transport, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 25-30409

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: September

Date report filed: 11/21/2025 (MM / DD / YYYY)

Line of business: Freight

NAISC code: 4841

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Lonnie Helgerson, President

Original signature of responsible party: *Lonnie Helgerson* (DocuSigned by: C70B8513AA4C4BB...)

Printed name of responsible party: Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H5 Transport, LLC    Case number 25-30409

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 175,832.17

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 4,772.79

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 27,631.58

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -22,858.79

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 152,973.38

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 1,385.46

    *(Exhibit E)*

Debtor Name  H5 Transport, LLC                                            Case number 25-30409

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                         $ 1,450.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      0
27. What is the number of employees as of the date of this monthly report?         0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ 0.00
30. How much have you paid this month in other professional fees?                                              $ 0.00
31. How much have you paid in total other professional fees since filing the case?                             $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 4,772.79 | = | $ 4,772.79 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 16,547.12 | = | $ 16,547.12 |
| 34. **Net cash flow** | $ 0.00 | − | $ -11,774.33 | = | $ -11,774.33 |

35. Total projected cash receipts for the next month:                    $ 30,000.00
36. Total projected cash disbursements for the next month:             − $ 33,126.00
37. Total projected net cash flow for the next month:                  = $ -3,126.00

Debtor Name  H5 Transport, LLC                                  Case number 25-30409

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTES AND EXHIBITS ACCOMPANYING SEPTEMBER**
**MONTHLY OPERATING REPORT FOR H5 TRANSPORT, LLC**

1. **Cash Balance.** The Debtor filed a voluntary petition for relief under chapter 11, subchapter V on September 16, 2025. Although the petition was filed midway through the day, for purposes of this initial Monthly Operating Report the Debtor has treated the entire day as part of the post-petition reporting period. As of that date, the Debtor held $12,989.42 in its Bank of America account and $162,842.74 held in trust for the Debtor by its principal, for a total beginning cash balance of $175,982.17

2. **Total Cash Receipts –Exhibit C**

| Date | Description | Amount |
|---|---|---|
| 09/16/25 | TRIUMPH FINANCE DES:Payment ID:101928 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXX CCD | $1,730.77 |
| 09/17/25 | TRIUMPH FINANCE DES:Payment ID:101928 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXXCCD | $1,554.40 |
| 09/17/25 | TRIUMPH FINANCE DES:Payment ID:101928 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX CCD | $1,487.62 |
| | *TOTAL* | **$4,772.79** |

1

3. **Total Cash Disbursements –Exhibit D.**

| Date | Description | Amount |
|---|---|---:|
| 9/16/25 | Wire Transfer Fee | $30.00 |
| 9/16/25 | WIRE TYPE:WIRE OUT DATE:250916 TIME:0834 ET TRN:2025091600294650 SERVICE REF:004550 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BANK, NA ID:042000314 PMT DET:572035980 0006702200139 | $2,000.00 |
| 9/16/25 | Patriot Software DES:CNTRACTPAY ID:C29805082 INDN:H5 TRANSPORT LLC CO ID:XXXXXXXXXV CCD | $6,646.75 |
| 9/16/25 | GRTWESTCAS DES:GRTWESTCAS ID:620414 INDN:H5 TRANSPORT LLC CO ID:UXXXXXXXXX CCD | $2,650.84 |
| 9/16/25 | AMERICAN EXPRESS DES:ACH PMT ID:W0386 INDN:LONNIE HELGERSON CO ID:1133133497 CCD | $650.00 |
| 9/17/25 | Concora payment | $100.00 |
| 9/17/25 | AMERICAN EXPRESS DES:ACH PMT ID:M7660 INDN:LONNIE HELGERSON CO ID:1133133497 CCD | $400.00 |
| 9/18/25 | BoA Card Payment | $100.00 |
| 9/18/25 | Wire Transfer Fee | $30.00 |
| 9/18/25 | WIRE TYPE:WIRE OUT DATE:250918 TIME:1449 ET TRN:2025091800484619 SERVICE REF:015379 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT DET:572468676 FUEL PURCH ASES | $1,000.00 |
| 9/18/25 | CHECKCARD 0918 MOTIVE 855-434-35 8554343564 CA 5543286526 1204459248712 RECURRING CKCD 7372 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | $610.08 |
| 9/18/25 | GEICO DES:GEICO PYMT ID: 1937753854 INDN:LONNIE HELGERSON CO ID:1530075853 WEB | $480.45 |
| 9/19/25 | Truck Repair | $2,012.00 |
| 9/19/25 | Wire Transfer Fee | $30.00 |
| 9/19/25 | Paypal Payment | $110.00 |
| 9/19/25 | Paypal Payment | $26.97 |
| 9/19/25 | Wire Transfer Fee | $30.00 |
| 9/19/25 | WIRE TYPE:WIRE OUT DATE:250919 TIME:1148 ET TRN:2025091900388254 SERVICE REF:010935 BNF:TODD FRANKLIN ID:10213384 BNF BK:DACOTAH BANK ID:091400172 PMT DET:572647748 FUEL | $700.00 |
| 9/19/25 | WIRE TYPE:WIRE OUT DATE:250919 TIME:1424 ET TRN:2025091900468598 SERVICE REF:014361 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT DET:572682886 FUEL | $1,000.00 |
| 9/22/25 | CAPITAL ONE DES:MOBILE PMT ID:CA009783D22E357 INDN:Lonnie D Helgerson CO ID:9279744380 CCD | $202.00 |
| 9/22/25 | CAPITAL ONE DES:MOBILE PMT ID:CA0069B91C5F144 INDN:Lonnie D Helgerson CO ID:9279744380 CCD | $87.00 |
| 9/25/25 | Patriot Software DES:CNTRACTPAY | $5,998.08 |
| 9/25/25 | Transfer to LDH account for wire for fuel | $2,000.00 |
| 9/25/25 | Wire Transfer Fee | $30.00 |
| 9/30/25 | Truck Repair | $707.41 |
| | **TOTAL** | **$27,631.58** |

2

4. **Total Payables –Exhibit E.** Workforce Safety & Insurance (North Dakota worker's compensation) issued an invoice for past insurance premiums in the amount of $1,385.46, stated as due upon receipt. This amount reflects changes for prior coverage periods and remains outstanding as of the end of the reporting period.

5. **Total Receivables –Exhibit F.** During the reporting period, the Debtor reflected an accounts receivable owing from LW Sales in the amount of $1,450.00. This receivable represents amounts due to the Debtor for services rendered and remains outstanding as of the end of the reporting period.



P.O. Box 15284
Wilmington, DE 19850

H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL  34208-1438

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for September 1, 2025 to September 30, 2025                    Account number:         0655
**H5 TRANSPORT, LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on September 1, 2025 | $1,677.70 |
| Deposits and other credits | 25,082.97 |
| Withdrawals and other debits | -25,395.57 |
| Checks | -0.00 |
| Service fees | -150.00 |
| **Ending balance on September 30, 2025** | **$1,215.10** |

# of deposits/credits: 11
# of withdrawals/debits: 31
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $3,871.31

[1]Includes checks paid, deposited items and other debits

---

**Bank confidently with Mobile and Online Banking**
Our How-to Guide for Digital Banking offers step-by-step help with Mobile and Online Banking
so you can manage your accounts on your schedule, from almost anywhere. Learn how to:
**Enroll - Pay bills - Set up digital wallet - And more!**
**Get started today!**
Scan the QR code or visit bofa.com/digital-how-to
When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices.
Message and data rates may apply. Zelle® eligible U.S. checking or savings account required. Zelle and the Zelle related
marks are wholly owned by Early Warning Services, LLC and are used herein under license.



SSM-04-25-0509.B  I  7876073

Docusign Envelope ID: 89DE76E4-2EB3-4893-88EA-CEA95B2572AD
Case 25-30409    Doc 70    Filed 11/21/25    Entered 11/21/25 16:02:54    Desc Main
Document    Page 9 of 19

H5 TRANSPORT, LLC   |   Account #   0655   |   September 1, 2025 to September 30, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



# BANK OF AMERICA

**Your checking account**

H5 TRANSPORT, LLC   |   Account #   0655   |   September 1, 2025 to September 30, 2025

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---:|
| 09/02/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 1,665.35 |
| 09/04/25 | TriumphPay CR    DES:TriumphPay ID:C18163440  INDN:H5 Transport LLC    CCD  PMT INFO:**C18163440 TriumphPay on behalf of C.H.   ROBINSON\ | CO ID:3134284814 | 1,764.00 |
| 09/04/25 | TriumphPay CR    DES:TriumphPay ID:C18154065  INDN:H5 Transport LLC    CCD  PMT INFO:**C18154065 TriumphPay on behalf of C.H.   ROBINSON\ | CO ID:3134284814 | 803.60 |
| 09/09/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 6,488.32 |
| 09/09/25 | CHROBINSON8894   DES:TriumphPay ID:C18244716  INDN:H5 Transport LLC    CO ID:T000228894 CCD  PMT INFO:**C18244716 TriumphPay on behalf of C.H.   ROBINSON\ | | 1,597.40 |
| 09/11/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 4,139.63 |
| 09/15/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 2,185.88 |
| 09/15/25 | CHROBINSON8894   DES:TriumphPay ID:C18327277  INDN:H5 Transport LLC    CO ID:T000228894 CCD  PMT INFO:**C18327277 TriumphPay on behalf of C.H.   ROBINSON\ | | 1,666.00 |
| 09/16/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 1,730.77 |
| 09/17/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 1,554.40 |
| 09/17/25 | TRIUMPH FINANCE  DES:Payment    ID:101928  INDN:H5 TRANSPORT, LLC    CCD | CO ID:FXXXXXXXXX | 1,487.62 |

**Total deposits and other credits** $25,082.97

## Withdrawals and other debits

| Date | Description | | Amount |
|---|---|---|---:|
| 09/02/25 | Patriot Software DES:CNTRACTPAY ID:C29523129  INDN:H5 TRANSPORT LLC    CO ID:XXXXXXXXXV CCD | | -2,037.10 |

*continued on the next page*

---

BANK OF AMERICA BUSINESS ADVANTAGE

## Join the Bank of America® Advisory Panel

Have your opinion heard. As a member of our Advisory Panel, you can influence the way Bank of America does business - so we can better support business owners like you.

Enter code SBDD at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-04-25-0486.B  |  7857446

Docusign Envelope ID: 89DE76E4-2FB3-4893-88EA-CEA95B2572AD

H5 TRANSPORT, LLC   |   Account #         0655   |   September 1, 2025 to September 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 09/04/25 | INTUIT *          DES:QBooks Onl ID:7143801  INDN:H5 TRANSPORT         CO ID:0000756346 CCD | -75.00 |
| 09/05/25 | OTTERTAILPOWERCO DES:BILLPAY    ID:OTTER TAIL POWE  INDN:H5 TRANSPORT         CO ID:0000000160 WEB | -216.98 |
| 09/08/25 | Payments and Invoicing payment to Matt Hill       ; ID: B15SLAMAWG2T5I5 | -500.00 |
| 09/08/25 | VZ WIRELESS VE   DES:VZW WEBPAY ID:8627436  INDN:LAVERNE *KRAFT         CO ID:0000751800 WEB | -419.07 |
| 09/09/25 | Patriot Software DES:CNTRACTPAY ID:C29659891  INDN:H5 TRANSPORT LLC       CO ID:XXXXXXXXXV CCD | -2,557.45 |
| 09/09/25 | CAPITAL ONE      DES:ONLINE PMT ID:CA006252B83B8AF  INDN:Lonnie D Helgerson       CO ID:9279744391 CCD | -268.00 |
| 09/10/25 | DRN/Readitech    DES:WEB PMTS   ID:V6511R  INDN:LONNIEHELGERSON        CO ID:9000263814 CCD | -256.63 |
| 09/10/25 | PREPASS         DES:8007737277 ID:2V0X501Y740TW7V  INDN:LONNIE HELGERSON       CO ID:3860730202 PPD | -136.13 |
| 09/12/25 | WIRE TYPE:WIRE OUT DATE:250912 TIME:1156 ET TRN:2025091200395788 SERVICE REF:011497 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:571573820 0006702200139 | -2,000.00 |
| 09/12/25 | GEICO           DES:GEICO PYMT ID:     1931995033  INDN:H5 Transport        CO ID:1530075853 PPD | -278.09 |
| 09/15/25 | Credit One Bank  DES:Payment    ID:34749750  INDN:LONNIE HELGERSON         CO ID:WEB000004  WEB | -126.00 |
| 09/16/25 | WIRE TYPE:WIRE OUT DATE:250916 TIME:0834 ET TRN:2025091600294650 SERVICE REF:004550 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:572035980 0006702200139 | -2,000.00 |
| 09/16/25 | Patriot Software DES:CNTRACTPAY ID:C29805082  INDN:H5 TRANSPORT LLC       CO ID:XXXXXXXXXV CCD | -6,646.75 |
| 09/16/25 | GRTWESTCAS       DES:GRTWESTCAS ID:620414  INDN:H5 TRANSPORT LLC       CO ID:UXXXXXXXXX CCD | -2,650.84 |
| 09/16/25 | AMERICAN EXPRESS DES:ACH PMT    ID:W0386  INDN:LONNIE HELGERSON        CO ID:1133133497 CCD | -650.00 |
| 09/17/25 | AMERICAN EXPRESS DES:ACH PMT    ID:M7660  INDN:LONNIE HELGERSON        CO ID:1133133497 CCD | -400.00 |
| 09/18/25 | WIRE TYPE:WIRE OUT DATE:250918 TIME:1449 ET TRN:2025091800484619 SERVICE REF:015379 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT DET:572468676 FUEL PURCH ASES | -1,000.00 |
| 09/18/25 | GEICO           DES:GEICO PYMT ID:     1937753854  INDN:LONNIE HELGERSON       CO ID:1530075853 WEB | -480.45 |
| 09/19/25 | WIRE TYPE:WIRE OUT DATE:250919 TIME:1148 ET TRN:2025091900388254 SERVICE REF:010935 BNF:TODD FRANKLIN ID:10213384 BNF BK:DACOTAH BANK ID:091400172 PMT DET:572647748 FUEL | -700.00 |
| 09/19/25 | WIRE TYPE:WIRE OUT DATE:250919 TIME:1424 ET TRN:2025091900468598 SERVICE REF:014361 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT DET:572682886 FUEL | -1,000.00 |
| 09/22/25 | CAPITAL ONE      DES:MOBILE PMT ID:CA009783D22E357  INDN:Lonnie D Helgerson       CO ID:9279744380 CCD | -202.00 |
| 09/22/25 | CAPITAL ONE      DES:MOBILE PMT ID:CA0069B91C5F144  INDN:Lonnie D Helgerson       CO ID:9279744380 CCD | -87.00 |

*continued on the next page*



**Your checking account**

H5 TRANSPORT, LLC   |   Account #   0655   |   September 1, 2025 to September 30, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 9869 | | |
| 09/11/25 | CHECKCARD  0910 DAT SOLUTIONS 800 8003285302   FL 55436875254122545515213 CKCD 7375 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -98.00 |
| 09/18/25 | CHECKCARD  0918 MOTIVE 855-434-35 8554343564   CA 55432865261204459248712 RECURRING CKCD 7372 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -610.08 |
| **Subtotal for card account # XXXX XXXX XXXX 9869** | | **-$708.08** |
| **Total withdrawals and other debits** | | **-$25,395.57** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/11/25 | Payments and Invoicing check fee for payment to | -0.00 |
| 09/12/25 | Wire Transfer Fee | -30.00 |
| 09/16/25 | Wire Transfer Fee | -30.00 |
| 09/18/25 | Wire Transfer Fee | -30.00 |
| 09/19/25 | Wire Transfer Fee | -30.00 |
| 09/19/25 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$150.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 1,677.70 | 09/09 | 7,922.77 | 09/16 | 2,742.61 |
| 09/02 | 1,305.95 | 09/10 | 7,530.01 | 09/17 | 5,384.63 |
| 09/04 | 3,798.55 | 09/11 | 11,571.64 | 09/18 | 3,264.10 |
| 09/05 | 3,581.57 | 09/12 | 9,263.55 | 09/19 | 1,504.10 |
| 09/08 | 2,662.50 | 09/15 | 12,989.43 | 09/22 | 1,215.10 |

This page intentionally left blank

## H5 Transport, LLC

### BofA, Period Ending 09/30/2025

### RECONCILIATION REPORT

Reconciled on: 11/18/2025

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,677.70 |
| Checks and payments cleared (32) | -25,597.97 |
| Deposits and other credits cleared (16) | 25,135.37 |
| Statement ending balance | 1,215.10 |
| | |
| Register balance as of 09/30/2025 | 1,215.10 |
| Cleared transactions after 09/30/2025 | 0.00 |
| Uncleared transactions after 09/30/2025 | -24,420.00 |
| Register balance as of 11/18/2025 | -23,204.90 |

### Details

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Expense | | Patriot Software | -2,037.10 |
| 09/04/2025 | Expense | | | -75.00 |
| 09/04/2025 | Expense | | | -36.00 |
| 09/04/2025 | Expense | | | -16.40 |
| 09/05/2025 | Expense | | | -216.98 |
| 09/08/2025 | Expense | | Matt Hill | -500.00 |
| 09/08/2025 | Expense | | Verizon | -419.07 |
| 09/09/2025 | Expense | | Patriot Software | -2,557.45 |
| 09/09/2025 | Expense | | | -268.00 |
| 09/10/2025 | Expense | | PrePass | -136.13 |
| 09/10/2025 | Expense | | | -256.63 |
| 09/11/2025 | Expense | | | -98.00 |
| 09/12/2025 | Expense | | Geico | -278.09 |
| 09/12/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 09/12/2025 | Expense | | | -30.00 |
| 09/15/2025 | Expense | | Credit One | -126.00 |
| 09/16/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 09/16/2025 | Expense | | | -30.00 |
| 09/16/2025 | Expense | | | -650.00 |
| 09/16/2025 | Expense | | Great West Insurance | -2,650.84 |
| 09/16/2025 | Expense | | | -6,646.75 |
| 09/17/2025 | Expense | | | -400.00 |
| 09/18/2025 | Expense | | | -30.00 |
| 09/18/2025 | Expense | | Geico | -480.45 |
| 09/18/2025 | Expense | | | -1,000.00 |
| 09/18/2025 | Expense | | Motive | -610.08 |
| 09/19/2025 | Expense | | | -1,000.00 |
| 09/19/2025 | Expense | | | -700.00 |
| 09/19/2025 | Expense | | | -30.00 |
| 09/19/2025 | Expense | | | -30.00 |
| 09/22/2025 | Expense | | Capital One | -87.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/22/2025 | Expense | | Capital One | -202.00 |
| Total | | | | -25,597.97 |

Deposits and other credits cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Receive Payment | | Ryan Transportation | 1,665.35 |
| 09/04/2025 | Receive Payment | | CH Robinson | 1,800.00 |
| 09/04/2025 | Receive Payment | | CH Robinson | 820.00 |
| 09/09/2025 | Receive Payment | | CH Robinson | 1,597.40 |
| 09/09/2025 | Receive Payment | | Werner Enterprises | 1,288.32 |
| 09/09/2025 | Receive Payment | | Megacorp | 2,900.00 |
| 09/09/2025 | Receive Payment | | FreightEx | 2,300.00 |
| 09/11/2025 | Receive Payment | | Ryan Transportation | 1,450.00 |
| 09/11/2025 | Receive Payment | | TMC | 1,700.00 |
| 09/11/2025 | Receive Payment | | RXO | 989.63 |
| 09/15/2025 | Receive Payment | | Ryan Transportation | 1,585.88 |
| 09/15/2025 | Receive Payment | | CH Robinson | 1,666.00 |
| 09/15/2025 | Receive Payment | | Ryan Transportation | 600.00 |
| 09/16/2025 | Receive Payment | | Bayer Crop Science | 1,730.77 |
| 09/17/2025 | Receive Payment | | Ryan Transportation | 1,554.40 |
| 09/17/2025 | Receive Payment | | Bayer Crop Science | 1,487.62 |
| Total | | | | 25,135.37 |

Additional Information

Uncleared checks and payments after 09/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2025 | Expense | | | -1,000.00 |
| 10/01/2025 | Expense | | | -2,000.00 |
| 10/01/2025 | Expense | | | -30.00 |
| 10/02/2025 | Expense | | | -84.00 |
| 10/02/2025 | Expense | | Geico | -460.45 |
| 10/03/2025 | Expense | | US Drug Test Centers | -67.95 |
| 10/03/2025 | Expense | | PrePass | -705.80 |
| 10/03/2025 | Expense | | | -75.00 |
| 10/03/2025 | Expense | | | -133.00 |
| 10/06/2025 | Expense | | | -1,000.00 |
| 10/06/2025 | Expense | | | -30.00 |
| 10/08/2025 | Expense | | Patriot Software | -1,595.00 |
| 10/08/2025 | Expense | | | -30.00 |
| 10/09/2025 | Expense | | | -233.88 |
| 10/09/2025 | Expense | | | -30.00 |
| 10/09/2025 | Expense | | Matt Hill | -500.00 |
| 10/09/2025 | Expense | | | -2,000.00 |
| 10/09/2025 | Expense | | | -261.89 |
| 10/14/2025 | Expense | | | -2,610.98 |
| 10/14/2025 | Expense | | Geico | -279.22 |
| 10/14/2025 | Expense | | | -1,184.90 |
| 10/14/2025 | Expense | | | -98.00 |
| 10/14/2025 | Expense | | | -127.87 |
| 10/15/2025 | Expense | | Great West Insurance | -3,355.24 |
| 10/15/2025 | Expense | | Wex, Inc. | -2,000.00 |

| Date | Type | | Payee | Amount |
|---|---|---|---|---|
| 10/16/2025 | Expense | | | -5.00 |
| 10/16/2025 | Expense | | Motive | -610.08 |
| 10/16/2025 | Expense | | | -103.00 |
| 10/16/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 10/16/2025 | Expense | | | -30.00 |
| 10/20/2025 | Expense | | | -30.00 |
| 10/20/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 10/20/2025 | Expense | | | -84.79 |
| 10/21/2025 | Expense | | | -9,357.50 |
| 10/22/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 10/22/2025 | Expense | | | -30.00 |
| 10/23/2025 | Expense | | | -82.26 |
| 10/23/2025 | Expense | | | -1,385.46 |
| 10/24/2025 | Expense | | | -30.00 |
| 10/24/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 10/27/2025 | Expense | | | -30.00 |
| 10/27/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 10/27/2025 | Expense | | Matt Hill | -500.00 |
| 10/27/2025 | Expense | | Verizon | -679.54 |
| 10/28/2025 | Expense | | Patriot Software | -7,448.95 |
| 10/28/2025 | Expense | | HP Instant Ink | -11.24 |
| 10/29/2025 | Expense | | | -80.74 |
| 10/30/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 10/30/2025 | Expense | | State of Kentucky | -11.15 |
| 10/30/2025 | Expense | | | -30.00 |
| 10/31/2025 | Expense | | ND Dept of Transportation | -317.53 |
| 11/03/2025 | Expense | | | -30.00 |
| 11/03/2025 | Expense | | Geico | -460.45 |
| 11/03/2025 | Expense | | | -65.00 |
| 11/03/2025 | Expense | | | -75.00 |
| 11/03/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 11/03/2025 | Expense | | Patriot Software | -99.00 |
| 11/04/2025 | Expense | | Patriot Software | -8,263.18 |
| 11/04/2025 | Expense | | | -31.18 |
| 11/04/2025 | Expense | | PrePass | -599.06 |
| 11/05/2025 | Expense | | Truckstop.com | -42.00 |
| 11/05/2025 | Expense | | | -30.00 |
| 11/07/2025 | Expense | | | -101.17 |
| 11/07/2025 | Expense | | Credit One | -62.00 |
| 11/07/2025 | Expense | | | -30.00 |
| 11/10/2025 | Expense | | Sam's Club | -80.46 |
| 11/10/2025 | Expense | | Patriot Software | -6,161.25 |
| 11/12/2025 | Expense | | DAT | -108.00 |
| 11/12/2025 | Expense | | | -244.77 |
| 11/12/2025 | Expense | | Patriot Software | -604.45 |
| 11/12/2025 | Expense | | Geico | -279.22 |
| 11/14/2025 | Expense | | | -216.42 |
| Total | | | | -74,333.03 |

Uncleared deposits and other credits after 09/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2025 | Receive Payment | | CH Robinson | 2,695.00 |
| 10/03/2025 | Deposit | | Lonnie Helgerson | 2,000.00 |
| 10/07/2025 | Receive Payment | | CH Robinson | 3,037.99 |
| 10/08/2025 | Receive Payment | | CH Robinson | 2,352.00 |

| Date | Type | Payee | Amount |
|---|---|---|---|
| 10/09/2025 | Receive Payment | Ryan Transportation | 1,600.00 |
| 10/09/2025 | Receive Payment | TQL | 3,600.00 |
| 10/09/2025 | Receive Payment | RXO | 1,295.39 |
| 10/09/2025 | Receive Payment | Bayer Crop Science | 1,296.73 |
| 10/09/2025 | Receive Payment | Nolan Transport | 2,000.00 |
| 10/09/2025 | Receive Payment | Specialty Commodities | 4,000.00 |
| 10/10/2025 | Receive Payment | CH Robinson | 2,744.00 |
| 10/14/2025 | Receive Payment | RXO | 1,214.38 |
| 10/15/2025 | Receive Payment | RXO | 1,750.00 |
| 10/15/2025 | Receive Payment | TQL | 1,900.00 |
| 10/15/2025 | Receive Payment | Ryan Transportation | 1,547.52 |
| 10/15/2025 | Receive Payment | CH Robinson | 1,715.00 |
| 10/16/2025 | Receive Payment | RXO | 1,357.38 |
| 10/16/2025 | Receive Payment | Ripley Transportation | 1,800.00 |
| 10/17/2025 | Receive Payment | Bayer Crop Science | 1,699.94 |
| 10/17/2025 | Receive Payment | RXO | 1,627.26 |
| 10/20/2025 | Receive Payment | CH Robinson | 1,372.00 |
| 10/21/2025 | Receive Payment | CH Robinson | 2,500.00 |
| 10/21/2025 | Receive Payment | CH Robinson | 2,158.44 |
| 10/21/2025 | Receive Payment | CH Robinson | 1,200.00 |
| 11/03/2025 | Receive Payment | LW Sales, Inc. | 1,450.00 |

Total                                                                                      49,913.03

Docusign Envelope ID: 89DE76E4-2EB3-4893-885A-CEA95B2572AD

# Balance Sheet

## H5 Transport, LLC
### As of September 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
|   Current Assets | |
|   Bank Accounts | |
|     BofA | 1,215.10 |
|     Cash on hand | 0.00 |
|     Savings | 0.00 |
|     Starion | 0.00 |
|     Starion II | -6,056.84 |
| **Total for Bank Accounts** | **-$4,841.74** |
|   Accounts Receivable | $70,314.25 |
|   Other Current Assets | $0.00 |
| **Total for Current Assets** | **$65,472.51** |
|   Fixed Assets | |
|     Vehicles | 925,772.87 |
|     zz Accumulated Depreciation | -745,639.00 |
| **Total for Fixed Assets** | **$180,133.87** |
|   Other Assets | $0.00 |
| **Total for Assets** | **$245,606.38** |
| Liabilities and Equity | |
|   Liabilities | $1,408,012.13 |
|   Equity | -$1,162,405.75 |
| **Total for Liabilities and Equity** | **$245,606.38** |

Accrual Basis  Wednesday, November 19, 2025 03:00 PM GMTZ

1/1

# Profit and Loss

## H5 Transport, LLC

September 16-30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| Sales | 15,191.73 |
| **Total for Income** | **$15,191.73** |
| **Cost of Sales** | |
| OO COGS | 12,644.83 |
| **Total for Cost of Sales** | **$12,644.83** |
| **Gross Profit** | **$2,546.90** |
| **Expenses** | |
| Bank Charges & Fees | 431.67 |
| Dues & Subscriptions | 610.08 |
| Fuel | 4,700.00 |
| Insurance | 3,131.29 |
| Job Supplies | 831.01 |
| Life Insurance | 0.00 |
| Office Supplies & Software | 40.00 |
| Other Business Expenses | 0.00 |
| Payroll Expenses | **$0.00** |
| Utilities | 0.00 |
| **Total for Expenses** | **$9,744.05** |
| **Net Operating Income** | **-$7,197.15** |
| **Net Other Income** | |
| **Net Income** | **-$7,197.15** |