**Fill in this information to identify the case:**

Debtor Name  H5 Transport, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number:  25-30409

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month:  October

Line of business:  Freight

Date report filed:  11/21/2025
                    MM / DD / YYYY

NAISC code:  4841

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Lonnie Helgerson, President

Original signature of responsible party  *Lonnie Helgerson*
                                         C70B8513AA4C4BB...

Printed name of responsible party  Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H5 Transport, LLC                          Case number  25-30409

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 152,973.38

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 72,244.37

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 70,008.70

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 2,225.67

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 155,199.05

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

| Debtor Name | H5 Transport, LLC | Case number | 25-30409 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ ___1,450.00___

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    ___0___

27. What is the number of employees as of the date of this monthly report?       ___0___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ ___0.00___

30. How much have you paid this month in other professional fees?    $ ___0.00___

31. How much have you paid in total other professional fees since filing the case?    $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 30,000.00 | − | $ 208,237.28 | = | $ 178,237.28 |
| 33. **Cash disbursements** | $ 33,126.00 | − | $ 54,250.42 | = | $ 21,124.42 |
| 34. **Net cash flow** | $ -3,126.00 | − | $ 153,986.86 | = | $ 150,860.86 |

35. Total projected cash receipts for the next month:                          $ ___55,000.00___

36. Total projected cash disbursements for the next month:                 − $ ___55,179.00___

37. Total projected net cash flow for the next month:                       = $ ___-179.00___

Debtor Name  H5 Transport, LLC                                                   Case number 25-30409

---

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTES AND EXHIBITS ACCOMPANYING SEPTEMBER
MONTHLY OPERATING REPORT FOR H5 TRANSPORT, LLC**

1.      **Cash Balance.** As of October 1, 2025, the Debtor had $1,215.10 in its Bank of

America account and $151,758.28 in trust, totaling a beginning cash balance of $152,973.38.

1

2. **Total Cash Receipts –Exhibit C**

| Date | Description | Amount |
|------|-------------|--------|
| | CHROBINSON8894 DES:TriumphPay ID:C18602418 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18602418 | |
| 10/1/25 | TriumphPay on behalf of C.H. ROBINSON\ | $2,695.00 |
| 10/3/25 | HELGERSON, LONNIE | $2,000.00 |
| | CHROBINSON8894 DES:TriumphPay ID:C18698392 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18698392 TriumphPay on behalf | |
| 10/7/25 | of C.H. ROBINSON\ | $3,037.99 |
| | CHROBINSON8894 DES:TriumphPay ID:C18726898 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18726898 TriumphPay on behalf | |
| 10/8/25 | of C. H. ROBINSON\ | $2,352.00 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/9/25 | CCD | $13,792.12 |
| | CHROBINSON8894 DES:TriumphPay ID:C18767540 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18767540 TriumphPay on behalf | |
| 10/10/25 | of C.H. ROBINSON\ | $2,744.00 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/14/25 | CCD | $1,214.38 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/15/25 | CCD | $5,197.52 |
| | CHROBINSON8894 DES:TriumphPay ID:C18841351 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18841351 TriumphPay on behalf | |
| 10/15/25 | of C. H. ROBINSON\ | $1,715.00 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/16/25 | CCD | $3,157.38 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/17/25 | CCD | $1,699.94 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/17/25 | CCD | $1,627.26 |
| | CHROBINSON8894 DES:TriumphPay ID:C18886929 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18886929 TriumphPay on behalf | |
| 10/20/25 | of C.H. ROBINSON\ | $1,372.00 |
| 10/21/25 | Intrest Earned | $5.09 |
| | CHROBINSON8894 DES:TriumphPay ID:C18932582 INDN:H5 Transport LLC CO ID:T000228894 CCD PMT INFO:**C18932582 TriumphPay on behalf | |
| 10/21/25 | of C.H. ROBINSON\ | $5,858.44 |
| 10/22/25 | Transfer | $2.00 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/22/25 | CCD | $3,397.34 |
| | TRIUMPH FINANCE DES:Payment ID:131524 INDN:H5 TRANSPORT, LLC CO ID:FXXXXXXXXX | |
| 10/22/25 | CCD | $1,457.25 |
| | LLC CO ID:FXXXXXXXXX | |
| 10/27/25 | CCD | $4,935.22 |
| | Transport LLC CO | |
| 10/29/25 | ID:T000228894 CCD PMT INFO:**C19063476 TriumphPay on behalf LLC CO ID:FXXXXXXXXX | $5,390.00 |
| 10/29/25 | CCD | $2,620.26 |
| | Transport LLC CO | |
| 10/30/25 | ID:T000228894 CCD PMT INFO:**C19089317 TriumphPay on behalf LLC CO ID:FXXXXXXXXX | $1,372.00 |
| 10/31/25 | CCD | $3,278.81 |
| | Transport LLC CO | |
| 10/31/25 | ID:T000228894 CCD PMT INFO:**C19119165 TriumphPay on behalf | $1,323.00 |
| 10/31/25 | Intrest Earned | $0.37 |
| | **TOTAL** | **$72,244.37** |

2

3.      **Total Cash Disbursements –Exhibit D.**

| Date | Description | Amount |
|------|-------------|--------|
| 10/1/25 | Wire Transfer Fee | $30.00 |
| 10/1/25 | Wec Fuel Wire | $1,000.00 |
| | Patriot Software DES:CNTRACTPAY ID:C30363753 INDN:HS TRANSPORT LLC CO | |
| 10/1/25 | ID:XXXXXXXXX CCD | $3,107.50 |
| 10/1/25 | Wire Transfer Fee | $30.00 |
| 10/1/25 | Wire Transfer Fee | $30.00 |
| 10/1/25 | Online transfer to CHK 5332 Confirmation# nmj62pnmtj; | $2,000.00 |
| | WIRE TYPE:WIRE OUT DATE:251001 TIME:1404 ET TRN 2025100100509172 SERVICE REF:0250555 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT | |
| 10/1/25 | DET:574285478 FUEL ADVAN CE | $1,000.00 |
| | CHECKCARD 1001 PATRIOT SOFTWARE, 8779687147 OH 5550629527449939323619363 | |
| 10/2/25 | RECURRING CKCD 7372 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $84.00 |
| | GEICO DES:PREM COLL ID: 1940878644 INDN:LONNIE HELGERSON CO | |
| 10/3/25 | ID:3530075853 PPD | $460.45 |
| | CHECKCARD 1001 US DRUG TEST CTR5 8665660261 NV 85353545275980002341383 CKCD | |
| 10/3/25 | 8011 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $67.95 |
| | PREPASS DES:80077372770 ID:2V51G X08EAX95 BIV INDN:LONNIE HELGERSON CO | |
| 10/3/25 | ID:3860730202 PPD | $705.80 |
| 10/3/25 | ND DOT License Renewal | $4,039.92 |
| | PSN* CITY OF OAKE DES:UTILITY PA ID:25103664993040D INDN:LONNIE HELGERSON CO | |
| 10/3/25 | ID:2393976510 WEB | $133.00 |
| 10/3/25 | INTUIT * DES:QBooks Onl ID:8488000 INDN:HS TRANSPORT CO ID:0000756346 CCD | $75.00 |
| 10/6/25 | Wire Transfer Fee | $30.00 |
| | WIRE TYPE:WIRE OUT DATE:251006 TIME:0953 ET TRN 2025100600380218 SERVICE REF:007586 BNF TODD FRANKLIN ID:10211384 BNF BK:DAC/07AH BANK CO ID:091400172 PMT | |
| 10/6/25 | DET:575465634 FUEL ADVANCE | $1,000.00 |
| 10/8/25 | Wire Transfer Fee | $30.00 |
| 10/8/25 | Wec Fuel Wire | $2,000.00 |
| | WIRE TYPE:WIRE OUT DATE:251008 TIME:1021 ET TRN 2025100800104541 SERVICE REF:007272 BNF PATRIOT SOFTWARE ID:3301035618 BNF BK:FIRST CI TIZENS BANK AND | |
| 10/8/25 | ID:121140399 PMT DET:575888834 P51 28587 | $1,595.00 |
| 10/9/25 | Wire Transfer Fee | $30.00 |
| 10/9/25 | Utilities | $204.87 |
| | WIRE TYPE:WIRE OUT DATE:251009 TIME:1429 ET TRN 2025100900462325 SERVICE REF:013477 BNF TODD FRANKLIN ID:10211384 BNF BK:DAC/07AH BANK ID:091400172 PMT | |
| 10/9/25 | DET:576127672 FUEL ADVANCE | $2,000.00 |
| 10/9/25 | Payments and Invoicing payment to Matt Hill ; ID: B15WSQQGUYZ6HP1 | $500.00 |
| | CONCORA CREDIT DES:PAYMENT ID:04300009I437388 INDN:HELGERSON LONNIE CO | |
| 10/9/25 | ID:9044036526 WEB | $261.89 |
| | OTTERTAILPOWERCO DES:BILLPAY ID:OTTER TAIL POWE INDN:HS TRANSPORT CO | |
| 10/9/25 | ID:0000000160 WEB | $233.88 |
| 10/10/25 | Utilities | $328.41 |
| | Patriot Software DES:CNTRACTPAY ID:C30363753 INDN:HS TRANSPORT LLC CO | |
| 10/14/25 | ID:XXXXXXXXX CCD | $2,610.98 |
| | GEICO DES:PREM COLL ID: 1943247705 INDN:HS Transport CO ID:3530075853 | |
| 10/14/25 | PPD | $279.22 |
| | AMERICAN EXPRESS DES:ACH PMT ID:A8648 INDN:LONNIE HELGERSON CO | |
| 10/14/25 | ID:3133133497 CCD | $127.87 |
| | CHECKCARD 1010 EXPRESSTRUCKTAX.C 7042346005 NY 5548077528415659385276 4 CKCD | |
| 10/14/25 | 7372 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $1,184.90 |
| | CHECKCARD 1010 DAT SOLUTIONS 800 8003285302 FL 55436875284122846327916 CKCD | |
| 10/14/25 | 7375 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $98.00 |
| 10/15/25 | TRANSFER HS TRANSPORT, LLC Wex, Inc. Confirmation# 0553823797 | $2,000.00 |
| | GRTWESTCAS DES:GRTWESTCAS ID:MCP81200F INDN:LONNIE HELGERSON CO | |
| 10/15/25 | ID:UXXXXXXXXX PPD | $3,355.24 |
| 10/16/25 | External transfer fee - Next Day - 10/15/2025 | $5.00 |
| | CHECKCARD 1016 MOTIVE 855-434-35 8554343564 CA 5542286528920430440015 1 | |
| 10/16/25 | RECURRING CKCD 7372 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $610.08 |
| 10/16/25 | Wire Transfer Fee | $30.00 |
| | CHECKCARD 1015 NMFTA 7036391810 VA 5548077528915826190927 7 CKCD 8699 | |
| 10/16/25 | XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $103.00 |
| | WIRE TYPE:WIRE OUT DATE:251016 TIME:1516 ET TRN 2025101600544690 SERVICE REF:017329 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/16/25 | DET:577722500 0006702200139 | $2,000.00 |
| 10/20/25 | Wire Transfer Fee | $30.00 |
| | WIRE TYPE:WIRE OUT DATE:0501 ET TRN 2025102000097895 SERVICE REF:564400 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/20/25 | DET:577532074 0006702200139 | $2,000.00 |
| | DRN READ:TECH DES:TELE BILL ID:000002382500 INDN:LONNIE HELGERSON CO | |
| 10/21/25 | XXXXXXXXXXXX PPD | $84.79 |
| 10/21/25 | September/October Management wages | $5,017.58 |
| | Patriot Software DES:CNTRACTPAY ID:C30110775 INDN:HS TRANSPORT LLC CO | |
| 10/21/25 | ID:XXXXXXXXX CCD | $9,357.50 |
| 10/22/25 | Wire Transfer Fee | $30.00 |
| | WIRE TYPE:WIRE OUT DATE:251022 TIME:1146 ET TRN 2025102200381450 SERVICE REF:000035 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/22/25 | DET:578026290 0006702200139 | $2,500.00 |
| | CHECKCARD 1023 ND WSI 8007775033 ND 55432865296206695763312 CKCD 9399 | |
| 10/23/25 | XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $1,385.46 |
| | OTTERTAILPOWERCO DES:BILLPAY ID:OTTER TAIL POWE INDN:HS TRANSPORT CO | |
| 10/23/25 | ID:0000000160 WEB | $62.26 |
| 10/24/25 | Wire Transfer Fee | $30.00 |
| | WIRE TYPE:WIRE OUT DATE:251024 TIME:1547 ET TRN 2025102400594279 SERVICE REF:016399 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/24/25 | DET:578493754 0006702200139 | $2,000.00 |
| 17/27/25 | Wire Transfer Fee | $30.00 |
| | WIRE TYPE:WIRE OUT DATE:251027 TIME:0944 ET TRN 2025102700412835 SERVICE REF:007428 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/27/25 | DET:578891694 0006702200139 | $2,500.00 |
| | VERIZON WIRELESS DES:PAYMENTS ID:0688547108000011 INDN:0000000068547108000001 | |
| 10/27/25 | CO ID:7223344764 PPD | $679.54 |
| 10/27/25 | Payments and Invoicing payment to Matt Hill ; ID: B15XAFZEUB2ZH6G | $500.00 |
| | CHECKCARD 1028 HP *INSTANT INK 8557652777 CA 55432865301208453131669 | |
| 10/28/25 | RECURRING CKCD 5111 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $11.24 |
| | Patriot Software DES:CNTRACTPAY ID:C30637243 INDN:HS TRANSPORT LLC CO | |
| 10/28/25 | ID:XXXXXXXXX CCD | $7,448.95 |
| | OTTERTAILPOWERCO DES:BILLPAY ID:OTTER TAIL POWE INDN:HS TRANSPORT CO | |
| 10/29/25 | ID:0000000160 WEB | $60.74 |
| | WIRE TYPE:WIRE OUT DATE:251030 TIME:0959 ET TRN 2025103000364366 SERVICE REF:009038 BNF WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT | |
| 10/30/25 | DET:579306582 0006702200139 | $2,500.00 |
| 10/30/25 | Wire Transfer Fee | $30.00 |
| | CHECKCARD 1029 KXTC MOTOR CARRIE 5028753733 KY 55488725303091572273624 CKCD | |
| 10/30/25 | 9399 XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $30.00 |
| | CHECKCARD 1031 NDDOT-IFTA-IRP 7013284865 ND 55432865304209510446329 CKCD 9399 | |
| 10/31/25 | XXXXXXXXXXXX0869 XXXX XXXX XXXX 9869 | $11.15 |
| | | $317.53 |
| 10/31/25 | | **TOTAL** $70,008.70 |

3

4.      **Total Receivables –Exhibit F.** During the reporting period, the Debtor reflected an accounts receivable owing from LW Sales in the amount of $1,450.00. This receivable represents amounts due to the Debtor for services rendered and remains outstanding as of the end of the reporting period.


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL  34208-1438

# Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Fundamentals™ Banking

for October 1, 2025 to October 31, 2025                    Account number:        0655

**H5 TRANSPORT, LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on October 1, 2025 | $1,215.10 | # of deposits/credits: 22 |
| Deposits and other credits | 72,236.91 | # of withdrawals/debits: 53 |
| Withdrawals and other debits | -53,945.42 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -305.00 | Average ledger balance: $12,608.96 |
| **Ending balance on October 31, 2025** | **$19,201.59** | ¹Includes checks paid, deposited items and other debits |

---

**The Business Advantage Unlimited Cash Rewards credit card**

Unlimited 1.5% cash back on all purchases. So simple.

Plus get a $300 statement credit offer.

Apply today — there is no annual fee!

**Scan this code or call 888.895.4909.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. To qualify for the statement credit, make at least $3,000 in Net Purchases with your card that post to your account within 90 days from account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice.



SSM-09-24-0005.B | 6936906

---

Docusign Envelope ID: 657289EA-979B-47D9-B4EF-DB3387064853

H5 TRANSPORT, LLC  |  Account #    ! 0655  |  October 2025 to October 31, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**


**BANK OF AMERICA**

**Your checking account**

H5 TRANSPORT, LLC  |  Account # ____ ____ 0655  |  October 1, 2025 to October 31, 2025

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/25 | CHROBINSON8894   DES:TriumphPay ID:C18602418 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18602418 TriumphPay on behalf of C.H.   ROBINSON\ | 2,695.00 |
| 10/03/25 | Online transfer from CHK 0562 Confirmation# y8gzn46ny; HELGERSON, LONNIE | 2,000.00 |
| 10/07/25 | CHROBINSON8894   DES:TriumphPay ID:C18698392 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18698392 TriumphPay on behalf of C.H.   ROBINSON\ | 3,037.99 |
| 10/08/25 | CHROBINSON8894   DES:TriumphPay ID:C18726898 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18726898 TriumphPay on behalf of C.H.   ROBINSON\ | 2,352.00 |
| 10/09/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 13,792.12 |
| 10/10/25 | CHROBINSON8894   DES:TriumphPay ID:C18767540 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18767540 TriumphPay on behalf of C.H.   ROBINSON\ | 2,744.00 |
| 10/14/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 1,214.38 |
| 10/15/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 5,197.52 |
| 10/15/25 | CHROBINSON8894   DES:TriumphPay ID:C18841351 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18841351 TriumphPay on behalf of C.H.   ROBINSON\ | 1,715.00 |
| 10/16/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 3,157.38 |
| 10/17/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 1,699.94 |
| 10/17/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 1,627.26 |
| 10/20/25 | CHROBINSON8894   DES:TriumphPay ID:C18886929 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18886929 TriumphPay on behalf of C.H.   ROBINSON\ | 1,372.00 |
| 10/21/25 | CHROBINSON8894   DES:TriumphPay ID:C18932582 INDN:H5 Transport LLC          CO ID:T000228894 CCD PMT INFO:**C18932582 TriumphPay on behalf of C.H.   ROBINSON\ | 5,858.44 |
| 10/22/25 | TRIUMPH FINANCE DES:Payment   ID:131524 INDN:H5 TRANSPORT, LLC          CO ID:FXXXXXXXXX CCD | 3,397.34 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## See the big picture at a glance

including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-12-24-0085.B  |  7199262

Docusign Envelope ID: 657289EA-079B-47D0-B4EF-DB3387064853

H5 TRANSPORT, LLC  |  Account #        : 0655  |  October 1, 2025 to October 31, 2025

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 10/22/25 | TRIUMPH FINANCE  DES:Payment   ID:131524  INDN:H5 TRANSPORT, LLC      CO ID:FXXXXXXXXX CCD | 1,457.25 |
| 10/27/25 | TRIUMPH FINANCE  DES:Payment   ID:131524  INDN:H5 TRANSPORT, LLC      CO ID:FXXXXXXXXX CCD | 4,935.22 |
| 10/29/25 | CHROBINSON8894   DES:TriumphPay ID:C19063476  INDN:H5 Transport LLC      CO ID:T000228894 CCD  PMT INFO:**C19063476 TriumphPay on behalf of C.H.   ROBINSON\ | 5,390.00 |
| 10/29/25 | TRIUMPH FINANCE  DES:Payment   ID:131524  INDN:H5 TRANSPORT, LLC      CO ID:FXXXXXXXXX CCD | 2,620.26 |
| 10/30/25 | CHROBINSON8894   DES:TriumphPay ID:C19089317  INDN:H5 Transport LLC      CO ID:T000228894 CCD  PMT INFO:**C19089317 TriumphPay on behalf of C.H.   ROBINSON\ | 1,372.00 |
| 10/31/25 | TRIUMPH FINANCE  DES:Payment   ID:131524  INDN:H5 TRANSPORT, LLC      CO ID:FXXXXXXXXX CCD | 3,278.81 |
| 10/31/25 | CHROBINSON8894   DES:TriumphPay ID:C19119165  INDN:H5 Transport LLC      CO ID:T000228894 CCD  PMT INFO:**C19119165 TriumphPay on behalf of C.H.   ROBINSON\ | 1,323.00 |
| **Total deposits and other credits** | | **$72,236.91** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 10/01/25 | Online transfer to CHK 5332 Confirmation# nmj82pnm0; | -2,000.00 |
| 10/01/25 | WIRE TYPE:WIRE OUT DATE:251001 TIME:1404 ET TRN:2025100100509172 SERVICE REF:025055 BNF:ALAN SALSBURG ID:138118 BNF BK:FIRST NATIONAL BANK COL ID:102101111 PMT DET:574285478 FUEL ADVAN CE | -1,000.00 |
| 10/02/25 | GEICO       DES:PREM COLL ID:    1940878644  INDN:LONNIE HELGERSON      CO ID:3530075853 PPD | -460.45 |
| 10/03/25 | PREPASS      DES:8007737277 ID:2V51GX9EAX95BIV  INDN:LONNIE HELGERSON      CO ID:3860730202 PPD | -705.80 |
| 10/03/25 | PSN*CITY OF OAKE DES:UTILITY PA ID:251036849930403  INDN:LONNIE HELGERSON      CO ID:2391976510 WEB | -133.00 |
| 10/03/25 | INTUIT *     DES:QBooks Onl ID:8489500  INDN:H5 TRANSPORT      CO ID:0000756346 CCD | -75.00 |
| 10/06/25 | WIRE TYPE:WIRE OUT DATE:251006 TIME:0953 ET TRN:2025100600380218 SERVICE REF:007586 BNF:TODD FRANKLIN ID:10213384 BNF BK:DACOTAH BANK ID:091400172 PMT DET:575485634 FUEL ADVANCE | -1,000.00 |
| 10/08/25 | WIRE TYPE:WIRE OUT DATE:251008 TIME:1021 ET TRN:2025100800304541 SERVICE REF:007272 BNF:PATRIOT SOFTWARE ID:3303035618 BNF BK:FIRST CI TIZENS BANK AND ID:121140399 PMT DET:575888834 PS1 28587 | -1,595.00 |
| 10/09/25 | WIRE TYPE:WIRE OUT DATE:251009 TIME:1429 ET TRN:2025100900462325 SERVICE REF:013477 BNF:TODD FRANKLIN ID:10213384 BNF BK:DACOTAH BANK ID:091400172 PMT DET:576127672 FUEL ADVANCE | -2,000.00 |
| 10/09/25 | Payments and Invoicing payment to Matt Hill      ; ID: B15WSQQGUY2XHP1 | -500.00 |
| 10/09/25 | CONCORA CREDIT  DES:PAYMENT   ID:043000098437388  INDN:HELGERSON LONNIE      CO ID:9044036526 WEB | -261.89 |
| 10/09/25 | OTTERTAILPOWERCO DES:BILLPAY   ID:OTTER TAIL POWE  INDN:H5 TRANSPORT      CO ID:0000000160 WEB | -233.88 |
| 10/14/25 | Patriot Software DES:CNTRACTPAY ID:C30363753  INDN:H5 TRANSPORT LLC      CO ID:XXXXXXXXXV CCD | -2,610.98 |
| 10/14/25 | GEICO       DES:PREM COLL ID:    1943247705  INDN:H5 Transport      CO ID:3530075853 PPD | -279.22 |

*continued on the next page*

**BANK OF AMERICA**

Your checking account

H5 TRANSPORT, LLC   |   Account #   0655   |   October 1, 2025 to October 31, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 10/14/25 | AMERICAN EXPRESS DES:ACH PMT   ID:A8948  INDN:LONNIE HELGERSON      CO ID:3133133497 CCD | -127.87 |
| 10/15/25 | TRANSFER H5 TRANSPORT, LLC:Wex, Inc. Confirmation# 0553623797 | -2,000.00 |
| 10/15/25 | GRTWESTCAS      DES:GRTWESTCAS ID:MCP61200F  INDN:LONNIE HELGERSON      CO ID:UXXXXXXXX PPD | -3,355.24 |
| 10/16/25 | WIRE TYPE:WIRE OUT DATE:251016 TIME:1518 ET TRN:2025101600544490 SERVICE REF:017329 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:577222500 0006702200139 | -2,000.00 |
| 10/20/25 | WIRE TYPE:WIRE OUT DATE:251020 TIME:0501 ET TRN:2025102000097895 SERVICE REF:004400 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:577532074 0006702200139 | -2,000.00 |
| 10/20/25 | DRN READITECH    DES:TELE BILL  ID:000002382500  INDN:LONNIE HELGERSON      CO ID:XXXXXXXXX  PPD | -84.79 |
| 10/21/25 | Patriot Software DES:CNTRACTPAY ID:C30510775  INDN:H5 TRANSPORT LLC      CO ID:XXXXXXXXXV CCD | -9,357.50 |
| 10/22/25 | WIRE TYPE:WIRE OUT DATE:251022 TIME:1146 ET TRN:2025102200381450 SERVICE REF:009195 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:578026290 0006702200139 | -2,500.00 |
| 10/23/25 | OTTERTAILPOWERCO DES:BILLPAY   ID:OTTER TAIL POWE  INDN:H5 TRANSPORT      CO ID:0000000160 WEB | -82.26 |
| 10/24/25 | WIRE TYPE:WIRE OUT DATE:251024 TIME:1547 ET TRN:2025102400594279 SERVICE REF:016399 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:578493754 0006702200139 | -2,000.00 |
| 10/27/25 | WIRE TYPE:WIRE OUT DATE:251027 TIME:0944 ET TRN:2025102700412835 SERVICE REF:007428 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:578691694 0006702200139 | -2,500.00 |
| 10/27/25 | VERIZON WIRELESS DES:PAYMENTS   ID:068854710800001  INDN:0000000068854710800001 CO ID:7223344794 PPD | -679.54 |
| 10/27/25 | Payments and Invoicing payment to Matt Hill    ; ID: B15XAFZEUB2ZHKG | -500.00 |
| 10/28/25 | Patriot Software DES:CNTRACTPAY ID:C30637243  INDN:H5 TRANSPORT LLC      CO ID:XXXXXXXXXV CCD | -7,448.95 |
| 10/29/25 | OTTERTAILPOWERCO DES:BILLPAY   ID:OTTER TAIL POWE  INDN:H5 TRANSPORT      CO ID:0000000160 WEB | -80.74 |
| 10/30/25 | WIRE TYPE:WIRE OUT DATE:251030 TIME:0959 ET TRN:2025103000364366 SERVICE REF:009038 BNF:WEX, INC. ID:7361767473 BNF BK:FIFTH THIRD BAN K, NA ID:042000314 PMT DET:579306582 0006702200139 | -2,500.00 |

Card account # XXXX XXXX XXXX 9869

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/25 | CHECKCARD  1001 PATRIOT SOFTWARE, 8779687147   OH 55506295274499393236163 RECURRING CKCD 7372 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -84.00 |
| 10/03/25 | CHECKCARD  1001 US DRUG TEST CTRS 8665660261   NV 85353545275980002341393 CKCD 8011 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -67.95 |
| 10/14/25 | CHECKCARD  1010 DAT SOLUTIONS 800 8003285302   FL 55436875284122846327916 CKCD 7375 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -98.00 |
| 10/14/25 | CHECKCARD  1010 EXPRESSTRUCKTAX.C 7042346005   NY 55480775284156593852764 CKCD 7372 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -1,184.90 |
| 10/16/25 | CHECKCARD  1016 MOTIVE 855-434-35 8554343564   CA 55432865289204304400151 RECURRING CKCD 7372 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -610.08 |

*continued on the next page*

H5 TRANSPORT, LLC   |   Account #          0655   |   October 1, 2025 to October 31, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/25 | CHECKCARD  1015 NMFTA 7038381810   VA 5548077528915826190 9277 CKCD 8699 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -103.00 |
| 10/23/25 | CHECKCARD  1023 ND WSI 8007775033   ND 55432865296206695763312 CKCD 9399 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -1,385.46 |
| 10/28/25 | CHECKCARD  1028 HP *INSTANT INK 8557852777   CA 55432865301208453131669 RECURRING CKCD 5111 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -11.24 |
| 10/30/25 | CHECKCARD  1029 KYTC MOTOR CARRIE 5028753733   KY 55488725303091157273624 CKCD 9399 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -11.15 |
| 10/31/25 | CHECKCARD  1031 NDDOT-IFTA-IRP 7013284865   ND 55432865304209510446329 CKCD 9399 XXXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -317.53 |
| **Subtotal for card account # XXXX XXXX XXXX 9869** | | **-$3,873.31** |
| **Total withdrawals and other debits** | | **-$53,945.42** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 09/30/25. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓  $500+ in new net purchases on a linked Business debit card has been met

◯  $5,000+ combined average monthly balance in linked business accounts has not been met

◯  Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 10/01/25 | Wire Transfer Fee | -30.00 |
| 10/06/25 | Wire Transfer Fee | -30.00 |
| 10/08/25 | Wire Transfer Fee | -30.00 |
| 10/09/25 | Wire Transfer Fee | -30.00 |
| 10/14/25 | Payments and Invoicing check fee for payment to | -0.00 |
| 10/16/25 | Wire Transfer Fee | -30.00 |
| 10/16/25 | External transfer fee - Next Day - 10/15/2025 | -5.00 |
| 10/20/25 | Wire Transfer Fee | -30.00 |
| 10/22/25 | Wire Transfer Fee | -30.00 |
| 10/24/25 | Wire Transfer Fee | -30.00 |
| 10/27/25 | Wire Transfer Fee | -30.00 |
| 10/29/25 | Payments and Invoicing check fee for payment to | -0.00 |
| 10/30/25 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$305.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your checking account**

H5 TRANSPORT, LLC  |  Account #          0655  |  October 1, 2025 to October 31, 2025

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 10/01 | 880.10 | 10/14 | 14,512.65 | 10/23 | 16,421.45 |
| 10/02 | 335.65 | 10/15 | 16,069.93 | 10/24 | 14,391.45 |
| 10/03 | 1,353.90 | 10/16 | 16,479.23 | 10/27 | 15,617.13 |
| 10/06 | 323.90 | 10/17 | 19,806.43 | 10/28 | 8,156.94 |
| 10/07 | 3,361.89 | 10/20 | 19,063.64 | 10/29 | 16,086.46 |
| 10/08 | 4,088.89 | 10/21 | 15,564.58 | 10/30 | 14,917.31 |
| 10/09 | 14,855.24 | 10/22 | 17,889.17 | 10/31 | 19,201.59 |
| 10/10 | 17,599.24 | | | | |

Docusign Envelope ID: 657289E4-079B-47D0-B4EF-DB3387064863

H5 TRANSPORT, LLC   |   Account #          0655

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Announcing a new look and feel for our Deposit Agreement and Disclosures document.**

Starting November 14, 2025, you can visit bankofamerica.com/depositagreement to see the updates we have made to simplify the document. You can also request a copy at any financial center, or call us at the number on this statement.

Docusign Envelope ID: 657289E4-079B-47D0-B4EF-DB3387064853

H5 TRANSPORT, LLC | Account # 0655 | October 2025 to September 2029

This page intentionally left blank

H5 Transport, LLC

**BofA, Period Ending 10/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 11/18/2025

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary** | | USD
---|---|---

| | |
|---|---|
| Statement beginning balance | 1,215.10 |
| Checks and payments cleared (51) | -54,250.42 |
| Deposits and other credits cleared (39) | 72,236.91 |
| Statement ending balance | 19,201.59 |
| | |
| Register balance as of 10/31/2025 | 19,201.59 |
| Cleared transactions after 10/31/2025 | 0.00 |
| Uncleared transactions after 10/31/2025 | -18,632.61 |
| Register balance as of 11/18/2025 | 568.98 |

**Details**

Checks and payments cleared (51)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2025 | Expense | | | -30.00 |
| 10/01/2025 | Expense | | | -1,000.00 |
| 10/01/2025 | Expense | | | -2,000.00 |
| 10/02/2025 | Expense | | Geico | -460.45 |
| 10/02/2025 | Expense | | | -84.00 |
| 10/03/2025 | Expense | | PrePass | -705.80 |
| 10/03/2025 | Expense | | | -75.00 |
| 10/03/2025 | Expense | | US Drug Test Centers | -67.95 |
| 10/03/2025 | Expense | | | -133.00 |
| 10/06/2025 | Expense | | | -30.00 |
| 10/06/2025 | Expense | | | -1,000.00 |
| 10/08/2025 | Expense | | | -30.00 |
| 10/08/2025 | Expense | | Patriot Software | -1,595.00 |
| 10/09/2025 | Expense | | Matt Hill | -500.00 |
| 10/09/2025 | Expense | | Lonnie Helgerson | -261.89 |
| 10/09/2025 | Expense | | | -2,000.00 |
| 10/09/2025 | Expense | | | -233.88 |
| 10/09/2025 | Expense | | | -30.00 |
| 10/14/2025 | Expense | | Geico | -279.22 |
| 10/14/2025 | Expense | | | -1,184.90 |
| 10/14/2025 | Expense | | | -127.87 |
| 10/14/2025 | Expense | | | -2,610.98 |
| 10/14/2025 | Expense | | | -98.00 |
| 10/15/2025 | Expense | | Great West Insurance | -3,355.24 |
| 10/15/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 10/16/2025 | Expense | | | -5.00 |
| 10/16/2025 | Expense | | | -30.00 |
| 10/16/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 10/16/2025 | Expense | | | -103.00 |
| 10/16/2025 | Expense | | Motive | -610.08 |
| 10/20/2025 | Expense | | | -84.79 |

| 10/20/2025 | Expense | Wex, Inc. | -2,000.00 |
| 10/20/2025 | Expense | | -30.00 |
| 10/21/2025 | Expense | | -9,357.50 |
| 10/22/2025 | Expense | | -30.00 |
| 10/22/2025 | Expense | Wex, Inc. | -2,500.00 |
| 10/23/2025 | Expense | | -82.26 |
| 10/23/2025 | Expense | | -1,385.46 |
| 10/24/2025 | Expense | | -30.00 |
| 10/24/2025 | Expense | Wex, Inc. | -2,000.00 |
| 10/27/2025 | Expense | Wex, Inc. | -2,500.00 |
| 10/27/2025 | Expense | | -30.00 |
| 10/27/2025 | Expense | Matt Hill | -500.00 |
| 10/27/2025 | Expense | Verizon | -679.54 |
| 10/28/2025 | Expense | Patriot Software | -7,448.95 |
| 10/28/2025 | Expense | HP Instant Ink | -11.24 |
| 10/29/2025 | Expense | | -80.74 |
| 10/30/2025 | Expense | State of Kentucky | -11.15 |
| 10/30/2025 | Expense | | -30.00 |
| 10/30/2025 | Expense | Wex, Inc. | -2,500.00 |
| 10/31/2025 | Expense | ND Dept of Transportation | -317.53 |

**Total** | | | **-54,250.42**

Deposits and other credits cleared (39)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/01/2025 | Receive Payment | | CH Robinson | 2,695.00 |
| 10/03/2025 | Deposit | | Lonnie Helgerson | 2,000.00 |
| 10/07/2025 | Receive Payment | | CH Robinson | 3,037.99 |
| 10/08/2025 | Receive Payment | | CH Robinson | 2,352.00 |
| 10/09/2025 | Receive Payment | | RXO | 1,295.39 |
| 10/09/2025 | Receive Payment | | Ryan Transportation | 1,600.00 |
| 10/09/2025 | Receive Payment | | TQL | 3,600.00 |
| 10/09/2025 | Receive Payment | | Nolan Transport | 2,000.00 |
| 10/09/2025 | Receive Payment | | Bayer Crop Science | 1,296.73 |
| 10/09/2025 | Receive Payment | | Specialty Commodities | 4,000.00 |
| 10/10/2025 | Receive Payment | | CH Robinson | 2,744.00 |
| 10/14/2025 | Receive Payment | | RXO | 1,214.38 |
| 10/15/2025 | Receive Payment | | CH Robinson | 1,715.00 |
| 10/15/2025 | Receive Payment | | RXO | 1,750.00 |
| 10/15/2025 | Receive Payment | | TQL | 1,900.00 |
| 10/15/2025 | Receive Payment | | Ryan Transportation | 1,547.52 |
| 10/16/2025 | Receive Payment | | RXO | 1,357.38 |
| 10/16/2025 | Receive Payment | | Ripley Transportation | 1,800.00 |
| 10/17/2025 | Receive Payment | | Bayer Crop Science | 1,699.94 |
| 10/17/2025 | Receive Payment | | RXO | 1,627.26 |
| 10/20/2025 | Receive Payment | | CH Robinson | 1,372.00 |
| 10/21/2025 | Receive Payment | | CH Robinson | 1,200.00 |
| 10/21/2025 | Receive Payment | | CH Robinson | 2,500.00 |
| 10/21/2025 | Receive Payment | | CH Robinson | 2,158.44 |
| 10/22/2025 | Receive Payment | | Emerge | 1,400.34 |
| 10/22/2025 | Receive Payment | | RXO | 1,997.00 |
| 10/22/2025 | Receive Payment | | Emerge | 1,457.25 |
| 10/27/2025 | Receive Payment | | Axle Logistics | 2,600.00 |
| 10/27/2025 | Receive Payment | | Spot | 800.00 |
| 10/27/2025 | Receive Payment | | Spot | 80.00 |
| 10/27/2025 | Receive Payment | | RXO | 1,455.22 |

Docusign Envelope ID: 657289E4-079B-47D0-B4EF-DB3387064863

11/19/25, 12:24 PM

| 10/29/2025 | Receive Payment | CH Robinson | 2,600.00 |
| 10/29/2025 | Receive Payment | Bayer Crop Science | 620.26 |
| 10/29/2025 | Receive Payment | CH Robinson | 2,790.00 |
| 10/29/2025 | Receive Payment | RXO | 2,000.00 |
| 10/30/2025 | Receive Payment | CH Robinson | 1,372.00 |
| 10/31/2025 | Receive Payment | RXO | 1,475.00 |
| 10/31/2025 | Receive Payment | CH Robinson | 1,323.00 |
| 10/31/2025 | Receive Payment | Ryan Transportation | 1,803.81 |

| Total | | | 72,236.91 |

**Additional Information**

Uncleared checks and payments after 10/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 11/03/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 11/03/2025 | Expense | | Geico | -460.45 |
| 11/03/2025 | Expense | | Patriot Software | -99.00 |
| 11/03/2025 | Expense | | | -30.00 |
| 11/03/2025 | Expense | | | -65.00 |
| 11/03/2025 | Expense | | | -75.00 |
| 11/04/2025 | Expense | | Patriot Software | -8,263.18 |
| 11/04/2025 | Expense | | PrePass | -599.06 |
| 11/04/2025 | Expense | | | -31.18 |
| 11/05/2025 | Expense | | | -30.00 |
| 11/05/2025 | Expense | | Truckstop.com | -42.00 |
| 11/07/2025 | Expense | | | -101.17 |
| 11/07/2025 | Expense | | Credit One | -62.00 |
| 11/07/2025 | Expense | | | -30.00 |
| 11/10/2025 | Expense | | Patriot Software | -6,161.25 |
| 11/10/2025 | Expense | | Sam's Club | -80.46 |
| 11/12/2025 | Expense | | | -244.77 |
| 11/12/2025 | Expense | | Geico | -279.22 |
| 11/12/2025 | Expense | | DAT | -108.00 |
| 11/12/2025 | Expense | | Patriot Software | -604.45 |
| 11/14/2025 | Expense | | | -216.42 |

| Total | | | | -20,082.61 |

Uncleared deposits and other credits after 10/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 11/03/2025 | Receive Payment | | LW Sales, Inc. | 1,450.00 |

| Total | | | | 1,450.00 |


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL  34208-1438

# Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings

for October 21, 2025 to October 31, 2025                    Account number:          5 2923

**H5 TRANSPORT, LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on October 21, 2025 | $0.00 |
| Deposits and other credits | 136,000.37 |
| Withdrawals and other debits | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2025** | **$136,000.37** |

| |
|---|
| # of deposits/credits: 2 |
| # of withdrawals/debits: 0 |
| # of days in cycle: 11 |
| Average ledger balance: $123,636.39 |
| Average collected balance: $123,636.39 |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.37.*

---

**The Business Advantage Unlimited Cash Rewards credit card**

Unlimited 1.5% cash back on all purchases. So simple.

Plus get a $300 statement credit offer.

Apply today — there is no annual fee!

**Scan this code or call 888.895.4909.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. To qualify for the statement credit, make at least $3,000 in Net Purchases with your card that post to your account within 90 days from account opening. One $300 statement credit allowed per company. Restrictions apply. Offer subject to change without notice.



SSM-09-24-0005.B  |  6936906

---

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your savings account**

**H5 TRANSPORT, LLC  |  Account #       2923  |  October 21, 2025 to October 31, 2025**

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/22/25 | BKOFAMERICA BC  10/22 #000006820 FR SAV | 136,000.00 |
| 10/31/25 | Interest Earned | 0.37 |
| **Total deposits and other credits** | | **$136,000.37** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 10/22 | 136,000.00 | 10/31 | 136,000.37 |

## Can you spot a scam?

Be aware of these common red flags:

— Contacted unexpectedly by an individual claiming to be the bank
— Asked to transfer money to resolve fraud
— Pressured to act fast and click through warning messages

Share these tips with friends and family so they can help protect themselves.

**Scan this code or visit bofa.com/HelpProtectYourself to see trending scams.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.



SSM-05-25-0385.B | 7976937

Docusign Envelope ID: 657289E4-079B-47D0-B4EF-DB3387064863

H5 TRANSPORT, LLC   |   Account #          2923

This page intentionally left blank

Docusign Envelope ID: 657289EA-079B-47D0-B4EF-DB3387064863

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Announcing a new look and feel for our Deposit Agreement and Disclosures document.**

Starting November 14, 2025, you can visit bankofamerica.com/depositagreement to see the updates we have made to simplify the document. You can also request a copy at any financial center, or call us at the number on this statement.

Docusign Envelope ID: 657289E4-079B-47D0-B4EF-DB3387064863

H5 TRANSPORT, LLC   |   Account #   2923   |   December 2025 through January 2029

This page intentionally left blank

# Balance Sheet

## H5 Transport, LLC

### As of October 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| BofA | 19,201.59 |
| Cash on hand | 0.00 |
| Savings | 136,000.37 |
| Starion | 0.00 |
| Starion II | 0.00 |
| **Total for Bank Accounts** | **$155,201.96** |
| Accounts Receivable | **$57,549.87** |
| Other Current Assets | |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total for Other Current Assets** | **$0.00** |
| **Total for Current Assets** | **$212,751.83** |
| Fixed Assets | |
| Vehicles | 925,772.87 |
| zz  Accumulated Depreciation | -745,639.00 |
| **Total for Fixed Assets** | **$180,133.87** |
| Other Assets | **$0.00** |
| **Total for Assets** | **$392,885.70** |
| Liabilities and Equity | |
| Liabilities | **$1,567,250.38** |
| Equity | **-$1,174,364.68** |
| **Total for Liabilities and Equity** | **$392,885.70** |

## Profit and Loss

### H5 Transport, LLC

October 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
|   Interest Income | 0.37 |
|   Sales | $58,519.93 |
|   Factoring Service Fee | -1,047.40 |
|   **Total for Sales** | **$57,472.53** |
| **Total for Income** | **$57,472.90** |
| Cost of Sales | |
|   OO COGS | 24,119.93 |
| **Total for Cost of Sales** | **$24,119.93** |
| **Gross Profit** | **$33,352.97** |
| Expenses | |
|   Advertising & Marketing | 0.00 |
|   Bank Charges & Fees | 365.00 |
|   Drug Testing | 67.95 |
|   Dues & Subscriptions | 610.08 |
|   Equipment | 0.00 |
|   Fuel | 17,657.33 |
|   Insurance | 4,094.91 |
|   Interest Paid | 5,101.86 |
|   Job Supplies | 2,000.00 |
|   Life Insurance | 0.00 |
|   Office Supplies & Software | 530.13 |
|   Payroll Expenses | |
|     Workmans Comp | 1,385.46 |
|   **Total for Payroll Expenses** | **$1,385.46** |
|   Rent & Lease | 1,000.00 |
|   Repairs & Maintenance | 4,842.67 |
|   Taxes & Licenses | 5,656.50 |
|   Tolls | 705.80 |
|   Utilities | 1,294.21 |
| **Total for Expenses** | **$45,311.90** |
| **Net Operating Income** | **-$11,958.93** |
| **Net Other Income** | |
| **Net Income** | **-$11,958.93** |