## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                                                                          BKY No.: 25-30409
                                                                                                                                    **Chapter 11**

**H5 Transport, LLC,**

      **Debtor.**

### ORDER

---

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on November 7, 2025, for allowance of fees pursuant to §328 and §330 from September 22, 2025 to October 31, 2025. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from September 22, 2025 through October 31, 2025, in the amount of $4,200.00 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $4,200.00, as an administrative expense.

                                                                                       s/ William J. Fisher

Dated:    December 5, 2025.                               _____
                                                                                         William J. Fisher
                                                                                         United States Bankruptcy Judge