Rev. 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

**IN RE:**

H5 Transport, LLC

Debtor(s)

**Bankruptcy No:** 25-30409
**Chapter:** 11

# AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**
- ☒ **Voluntary Petition (describe change)** Updated Mailing Address
- ☒ **Summary of Assets and Liabilities and Certain Statistical Information**
- ☒ **Schedule A/B – Property**
- ☐ Schedule C – The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured By Property
- ☒ **Schedule E/F – Creditors Who Have Unsecured Claims**
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Your Income
- ☐ Schedule J – Your Expenses
- ☐ Declaration Concerning Schedules
- ☐ Statement of Financial Affairs
- ☐ Attorney's Disclosure of Compensation
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Statement of Current Monthly Income
- ☐ Other _____

**If amending schedules D or E/F, the amendment is to:**
- ☒ **Add new creditor(s)** *(Notice to Creditor(s) of Amended Schedule(s)* **must be served and filed)**
- ☐ **Correct or delete information**

**Describe changes made:**
**(Examples: Added or Reclassified Creditor "X"; Add or modified exempt property "X")**

## DECLARATION

**I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.**

**DATED:** 12/4/2025

**Signature** *Lonnie Helgerson*
C70B8513AA4C4BB...

**Debtor1**

_____

**Debtor2**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF NORTH DAKOTA

Case number *(if known)*: 25-30409      Chapter: 11

☒ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H5 Transport, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1198584 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 322 11th St N, Apt 9<br>Oakes, ND 58474<br>Number, Street, City, State & ZIP Code | PO Box 72<br>Oakes, ND 58474<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Dickey<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://h5trans.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  H5 Transport, LLC _____   Case number (*if known*)_____
            Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   4841

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | [x] No. <br> [ ] Yes. |
|---|---|---|

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | [x] No <br> [ ] Yes. |
|---|---|---|

Debtor  H5 Transport, LLC  Case number (*if known*)
      Name

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | H5 Transport, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 4, 2025
                MM / DD / YYYY

X   /s/ Lonnie Helgerson                                      Lonnie Helgerson
    Signature of authorized representative of debtor           Printed name

Title   Sole Member

**18. Signature of attorney**

X   /s/ Christianna A. Cathcart                               Date   December 4, 2025
    Signature of attorney for debtor                                 MM / DD / YYYY

Christianna A. Cathcart, Esq.
Printed name

The Dakota Bankruptcy Firm
Firm name

1630 1st Ave N
Suite B PMB 24
Fargo, ND 58104-4246
Number, Street, City, State & ZIP Code

Contact phone   701-970-2770       Email address   christianna@dakotabankruptcy.com

ND 10095
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | H5 Transport, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................ $ 315,951.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................. $ 315,951.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 1,818,691.33

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 211,072.77

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                          $ 2,029,764.10

---

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1

**Fill in this information to identify the case:**

Debtor name: H5 Transport, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known):

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Starion | Checking | 1622 | $0.00 |
| 3.2. | Bank of America | Checking | 0655 | $11,000.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**    $11,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | H5 Transport, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 1,450.00 | − | 0.00 | = .... | $1,450.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                   $1,450.00
    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No.   Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.   Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.   Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.   Go to Part 8.
    ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Tables (5), Chairs (8); File Cabinets (1) lateral, (2) small | $0.00 | | $100.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer monitor, Shredder, Ipads (3), Tie Down Straps (20), Laser Jet Printer, Portable White Board | $0.00 | | $400.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                    $500.00
    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | H5 Transport, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 558 (LIC 32625P) 2020 Western Star 5700XE | Unknown | | $20,000.00 |
| 47.2. 564 (LIC 36946P) 2023 Western Star 57X | $0.00 | | $40,000.00 |
| 47.3. 5254 2014 Utility Dry Van | $0.00 | | $5,000.00 |
| 47.4. 5255 2022 Utility Dry Van | $0.00 | | $12,500.00 |
| 47.5. 1750 2017 Great Dane Dry Van | $0.00 | | $7,500.00 |
| 47.6. 5256 2014 Great Dane Dry Van | $0.00 | | $5,000.00 |
| 47.7. 5257 2014 Great Dane Dry Van | $0.00 | | $5,000.00 |
| 47.8. 2019 CHEVROLET 2500 High Country | $0.00 | | $40,000.00 |
| 47.9. 2022 AERO TRAILER BUMPER HITCH TRAILER | $0.00 | | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87. $140,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|
| Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | H5 Transport, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>Great West Causality Company: Commercial Transportation Insurance Package (Auto, Cargo, Liability, Inland Marine, Stop Gap) | $1.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>H5 Transport, LLC v. Wallwork Truck Center, Inc., et al., Civil No. 3:24-CV-00045-ARS, U.S. District Court for the District of North Dakota. Subject to assignment to Starion Bank.<br>Nature of claim<br>Amount requested    $95,000.00 | Unknown |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>The Debtor is currently holding these funds in trust for the benefit of the Debtor. | $163,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $163,001.00 |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | H5 Transport, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | H5 Transport, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $11,000.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,450.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $140,000.00 | |
| 88. **Real property.** Copy line 56, Part 9..........> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $163,001.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $315,951.00  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $315,951.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | H5 Transport, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | |

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|   | Date or dates debt was incurred | Basis for the claim: | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|   | Date or dates debt was incurred | Basis for the claim: | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A W Diesel Service Inc.<br>PO Box 257<br>Gwinner, ND 58040 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,057.35 |
|   | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|   | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor  H5 Transport, LLC                           Case number (if known)
        Name

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Alan Salsburg
649 Vine Ave
Las Animas, CO 81054

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim:  Contract Labor
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,887.84
American Express
P.O. Box 981537
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim:  Credit card purchases
Last 4 digits of account number  1003              Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,528.18
Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim:  Credit card purchases
Last 4 digits of account number  1491              Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,633.63
Concentric, LLC
62861 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim: _
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,178.14
DeWitt
901 Marquette Ave, Suite 2100
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim: _
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $262.45
ELM
22849 483rd Av
Flandreau, SD 57028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim: _
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
FPL
General Mail Facility
Miami, FL 33188-0001

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim:  Utilities
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,225.66
I29 Truck Shop
1539 32nd Ave
Brookings, SD 57006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _                        Basis for the claim: _
Last 4 digits of account number _                  Is the claim subject to offset?  ☒ No   ☐ Yes

---

Docusign Envelope ID: 4111A2F7-9D24-496B-88DC-234E69738041

Debtor    H5 Transport, LLC                         Case number (if known)
          Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Indeed<br>200 West 6th Street, Floor 36<br>Austin, TX 78701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $495.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Oakes Truck Trailer<br>11019 Hwy 11<br>Oakes, ND 584374 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,426.97 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Ottertail<br>215 S. Cascade St.<br>Fergus Falls, MN 56537 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** Utilities | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Paul Coleman (P&C Transport, LLC)<br>4002 275th St<br>Clear Lake, IA 50428 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** Contract Labor | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Penske Rentals<br>2675 Morgantown Road,<br>Reading, PA 19607 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,739.56 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Revolutionary Road, LLC (Cameron<br>13117 27th Ave NW<br>Zimmerman, MN 55398 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,015.22 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** Contract Labor | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>Todd Franklin<br>917 Bremner Ave<br>Bismarck, ND 58503 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** Contract Labor | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>Trans Lease<br>1400 W 62nd Avenue<br>Denver, CO 80221 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| Debtor | H5 Transport, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,387.85 |
|---|---|---|---|
| | Valley Tire<br>PO Box 2147<br>Fargo, ND 58107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142,234.92 |
|---|---|---|---|
| | Wallwork Financial<br>PO Box 628<br>Fargo, ND 58107 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 211,072.77 |
| 5c. Total of Parts 1 and 2<br>      Lines 5a + 5b = 5c. | 5c. | $ | 211,072.77 |