IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                              )          Case No. 25-30409
                                                    )          (Chapter 11)
H5 TRANSPORT, LLC,                                  )
                                                    )
              Debtor.                               )
_____)

## NOTICE TO CREDITOR OF AMENDED SCHEDULES

You are hereby notified that the debtor has filed the attached amended schedules to include the creditor listed below.

Enclosed is a copy of the Notice of Meeting of Creditors and notification of the full social security number of the debtor.

1. Creditor:     Indeed
                 200 W 6th ST, Floor 36
                 Austin, Texas 78701

2. Claim:        Amount: $495.00
                 Nature: Unsecured
                 Date: Various

3. Trustee:      Steve B. Nosek
                 10285 Yellow Circle Drive
                 Hopkin, MN 55343
                 612-334-1350

4. Deadline for filing proofs of claim: 11/25/2025

   If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim.  A proof of claim form is available on the court's website at www.ndb.uscourts.gov.

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727: 12/15/2025

   If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

*[Signature on Following Page]*

Respectfully submitted,

Dated: December 4, 2025                    By:     /s/ Christianna Cathcart

Christianna Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*