IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2025, I caused a copy of the (i) Section 341 Meeting Notice; (ii) Notice to Creditors of Amended Schedules; and (iii) Amended Coversheet and Amended Schedules, to be served, via U.S. Mail, postage prepaid, on the following party:

> Indeed
> 200 W 6th Street
> Floor 36
> Austin, TX 78701

I FURTHER CERTIFY that on the same date, I served a copy of the same documents, except for the Section 341 Meeting Notice, electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

Respectfully Submitted,

Date: December 5, 2025   By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart