IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2025, I caused a copy of the Amended Scheduling Order (DE #75), to be served, via U.S. Mail, postage prepaid, on all parties on the attached mailing matrix.

                                              Respectfully Submitted,

Date: December 10, 2025       By:   /s/ Christianna A. Cathcart
                                                    Christianna A. Cathcart, Esq.
                                                      The Dakota Bankruptcy Firm
                                                      1630 First Avenue North
                                                      Suite B PMB 24
                                                      Fargo, ND 58102-4246
                                                      Phone: (701) 970-2770
                                                      christianna@dakotabankruptcy.com
                                                      *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                      /s/ Christianna A. Cathcart
                                                      Christianna A. Cathcart

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30409<br>DISTRICT OF NORTH DAKOTA<br>WED DEC 10 10-59-52 PST 2025 | H5 TRANSPORT  LLC<br>322 11TH ST N  APT 9<br>PO BOX 72<br>OAKES  ND 58474-0072 | STARION BANK<br>CO JOHN M KRINGS  JR<br>KD LAW  PLLP<br>PO BOX 9231<br>FARGO  ND 58106-9231 |

EXCLUDE

(U)WALLWORK FINANCIAL CORPORATION

TBK BANK  SSB
ULLMAN AND ULLMAN  PA
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON  FL 33431-6342

VALLEY TIRE  LLC
CO CAREN L STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

A W DIESEL SERVICE INC
PO BOX 257
GWINNER  ND 58040-0257

ADVANCE BUSINESS CAPITAL LLC
651 CANYON DRIVE  SUITE 105
COPPELL  TX 75019-4112

ALAN SALSBURG
649 VINE AVE
LAS ANIMAS  CO 81054-1656

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ANTHONY ANDERSON
NILLES LAW FIRM
PO BOX 2626
FARGO  ND 58108-2626

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD  IL 62708-2576

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CONCENTRIC  LLC
62861 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693-0001

DEWITT
901 MARQUETTE AVE  SUITE 2100
MINNEAPOLIS  MN 55402-3713

EXCLUDE

(D)DEWITT LLP
901 MARQUETTE AVENUE  SUITE 2100
MINNEAPOLIS  MN 55402-3713

ELM
22849 483RD AV
FLANDREAU  SD 57028-6640

FPL
GENERAL MAIL FACILITY
MIAMI  FL 33188-0001

GREAT WEST CASUALTY COMPANY
1100 WEST 29TH STREET
SOUTH SIOUX CITY  NE 68776-3130

H5 TRANSPORT LOGISTICS  LLC
5703 RED BUG LAKE RD  STE 523
WINTER SPRINGS  FL 32708-4969

I29 TRUCK SHOP
1539 32ND AVE
BROOKINGS  SD 57006-4731

INDEED
200 W 6TH ST  FLOOR 36
AUSTIN  TEXAS 78701-3161

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JARED A ULLMAN
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON  FL 33431-6342

```
LONNIE DEAN HELGERSON              MATT HILL                          MAURICE B VERSTANDIG
322 N 11TH STREET  APT 9           10985 86TH ST E                    THE DAKOTA BANKRUPTCY FIRM
OAKES  ND 58474-1402               OAKES  ND 58474-9702               1630 1ST AVENUE N
                                                                      SUITE B PMB 24
                                                                      FARGO  NORTH DAKOTA 58102-4246


MOTIVE TECHNOLOGIES  INC           NORTH DAKOTA OFFICE OF STATE TAX COMMISS   OAKES TRUCK TRAILER
55 HAWTHORNE STREET                600 E BOULEVARD AVE                11019 HWY 11
SUITE 500                          DEPT 127                           OAKES  ND 58474-9106
SAN FRANCISCO  CA 94105-3960       BISMARCK  ND 58505-0602


OTTERTAIL                          PAUL COLEMAN (PC TRANSPORT  LLC)   PENSKE RENTALS
215 S CASCADE ST                   4002 275TH ST                      2675 MORGANTOWN ROAD
FERGUS FALLS  MN 56537-2897        CLEAR LAKE  IA 50428-9016          READING  PA 19607-9676


(P)PENSKE TRUCK LEASING CO  L P    REVOLUTIONARY ROAD  LLC (CAMERON   SARAH J WENCIL
PO BOX 563                         13117 27TH AVE NW                  OFFICE OF THE US TRUSTEE
READING PA 19603-0563              ZIMMERMAN  MN 55398                SUITE 1015 US COURTHOUSE
                                                                      300 SOUTH FOURTH ST
                                                                      MINNEAPOLIS  MN 55415-1320


STARION BANK                       STARION BANK                       TBK BANK  SSB DBA TRIUMPH
333 N 4TH ST                       CO JOHN M KRINGS  JR               651 CANYON DRIVE
BISMARCK  ND 58501-4020            PO BOX 9231                        SUITE 105
                                   FARGO  ND 58106-9231               COPPELL  TX 75019-4112


TODD FRANKLIN                      TRANS LEASE                        TRIUMPH BUSINESS CAPITAL
917 BREMNER AVE                    1400 W 62ND AVENUE                 651 CANYON DRIVE  SUITE 105
BISMARCK  ND 58503-0986            DENVER  CO 80221-2400              COPPELL  TX 75019-4112


US SMALL BUSINESS ADMINISTRATION   US SBAOFFICE OF DISTRICT COUNSEL   UNITED STATES TRUSTEE
2 NORTH STREET                     721 19TH STREET  SUITE 426         SUITE 1015 US COURTHOUSE
SUITE 320                          DENVER  CO 80202-2517              300 SOUTH FOURTH STREET
BIRMINGHAM  AL 35203                                                  MINNEAPOLIS  MN 55415-1320


VALLEY TIRE                        VALLEY TIRE  LLC                   (P)WALLWORK FINANCIAL CORPORATION
PO BOX 2147                        CO CAREN W STANLEY                 PO BOX 628
FARGO  ND 58107-2147               VOGEL LAW FIRM                     FARGO ND 58107-0628
                                   PO BOX 1389
                                   FARGO ND  58107-1389


EXCLUDE

(D)(P)WALLWORK FINANCIAL CORPORATION   CHRISTIANNA A CATHCART         MAURICE VERSTANDIG
PO BOX 628                             THE DAKOTA BANKRUPTCY FIRM     THE DAKOTA BANKRUPTCY FIRM
FARGO ND 58107-0628                    1630 FIRST AVE N               1630 1ST AVENUE N
                                       STE B PMB 24                   SUITE B PMB 24
                                       FARGO  ND 58102-4246           FARGO  ND 58102-4246
```
(EXCLUDE entry and address struck through)

~~EXCLUDE~~

STEVEN B NOSEK                          ~~(U)TONI L PTACEK~~
STEVEN B NOSEK  PA
10285 YELLOW CIRCLE DRIVE
HOPKINS  MN 55343-9142