|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 |
|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| **DISTRBUTIONS** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |  |
| **Total Debits** | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |  |
| **EBITDA** | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |  |
| Beginning Balance | $10,000.00 | $10,037.57 | $10,075.14 | $10,112.71 | $10,150.28 | $10,187.85 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $10,037.57 | $10,075.14 | $10,112.71 | $10,150.28 | $10,187.85 | $10,225.42 |

|  | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 |
|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
|  |  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
|  |  |  |  |  |  |
| DISTRBUTIONS |  |  |  | $0.00 | $0.00 |
|  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  |  | $5,000.00 |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |
| Total Debits | $48,912.43 | $48,912.43 | $48,912.43 | $53,912.43 | $38,412.43 |
|  |  |  |  |  |  |
| EBITDA | $11,087.57 | $11,087.57 | $11,087.57 | $6,087.57 | $6,587.57 |
|  |  |  |  |  |  |
| Beginning Balance | $10,225.42 | $10,262.99 | $10,300.56 | $10,338.13 | $9,425.70 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $7,000.00 | $7,000.00 |
| Ending Balance | $10,262.99 | $10,300.56 | $10,338.13 | $9,425.70 | $9,013.27 |

|  | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 |
|---|---|---|---|---|---|
| **REVENUE** | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| **Total Credits** | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| **Factoring @ 3%** | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** |  |  |  |  |  |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |
| **Total Debits** | $38,412.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |
| **EBITDA** | $6,587.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |
| **Beginning Balance** | $9,013.27 | $8,600.84 | $8,638.41 | $8,675.98 | $8,713.55 |
| **Plan Payment** | $7,000.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| **Ending Balance** | $8,600.84 | $8,638.41 | $8,675.98 | $8,713.55 | $8,751.12 |

|  | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 |
|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Total Credits | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License | | | | | |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Total Debits | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
| EBITDA | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
| Beginning Balance | $8,751.12 | $8,788.69 | $8,826.26 | $8,863.83 | $8,901.40 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $8,788.69 | $8,826.26 | $8,863.83 | $8,901.40 | $8,938.97 |

|  | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 |
|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| Total Credits | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License | $5,000.00 |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |
| Total Debits | $53,912.43 | $38,412.43 | $38,412.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |
| EBITDA | $6,087.57 | $6,587.57 | $6,587.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |
| Beginning Balance | $8,938.97 | $8,026.54 | $7,614.11 | $7,201.68 | $7,239.25 |
| Plan Payment | $7,000.00 | $7,000.00 | $7,000.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $8,026.54 | $7,614.11 | $7,201.68 | $7,239.25 | $7,276.82 |

|  | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 |
|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |
| Total Debits | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |
| EBITDA | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |
| Beginning Balance | $7,276.82 | $7,314.39 | $7,351.96 | $7,389.53 | $7,427.10 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $7,314.39 | $7,351.96 | $7,389.53 | $7,427.10 | $7,464.67 |

|  | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 |
|---|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  | $5,000.00 |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| **Total Debits** | $48,912.43 | $48,912.43 | $53,912.43 | $38,412.43 | $38,412.43 | $48,912.43 | $48,912.43 |
| **EBITDA** | $11,087.57 | $11,087.57 | $6,087.57 | $6,587.57 | $6,587.57 | $11,087.57 | $11,087.57 |
| **Beginning Balance** | $7,464.67 | $7,502.24 | $7,539.81 | $6,627.38 | $6,214.95 | $5,802.52 | $5,840.09 |
| **Plan Payment** | $11,050.00 | $11,050.00 | $7,000.00 | $7,000.00 | $7,000.00 | $11,050.00 | $11,050.00 |
| **Ending Balance** | $7,502.24 | $7,539.81 | $6,627.38 | $6,214.95 | $5,802.52 | $5,840.09 | $5,877.66 |

|  | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 |
|---|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |  |
| Total Debits | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |  |
| EBITDA | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |  |
| Beginning Balance | $5,877.66 | $5,915.23 | $5,952.80 | $5,990.37 | $6,027.94 | $6,065.51 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $5,915.23 | $5,952.80 | $5,990.37 | $6,027.94 | $6,065.51 | $6,103.08 |

|  | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 |
|---|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  | $5,000.00 |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |  |
| Total Debits | $48,912.43 | $53,912.43 | $38,412.43 | $38,412.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |  |
| EBITDA | $11,087.57 | $6,087.57 | $6,587.57 | $6,587.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |  |
| Beginning Balance | $6,103.08 | $6,140.65 | $5,228.22 | $4,815.79 | $4,403.36 | $8,490.93 |
| Plan Payment | $11,050.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $11,050.00 |
| Ending Balance | $6,140.65 | $5,228.22 | $4,815.79 | $4,403.36 | $8,490.93 | $8,528.50 |

|  | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 |
|---|---|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
|  |  |  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  |  |  |  |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |  |  |
| Total Debits | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 | $48,912.43 |
|  |  |  |  |  |  |  |
| EBITDA | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 | $11,087.57 |
|  |  |  |  |  |  |  |
| Beginning Balance | $8,528.50 | $8,566.07 | $8,603.64 | $8,641.21 | $8,678.78 | $8,716.35 |
| Plan Payment | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 | $11,050.00 |
| Ending Balance | $8,566.07 | $8,603.64 | $8,641.21 | $8,678.78 | $8,716.35 | $8,753.92 |

|  | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|
| REVENUE | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
|  |  |  |  |  |
| Total Credits | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
|  |  |  |  |  |
| DISTRBUTIONS | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License |  | $5,000.00 |  |  |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|  |  |  |  |  |
| Total Debits | $48,912.43 | $53,912.43 | $38,412.43 | $38,412.43 |
|  |  |  |  |  |
| EBITDA | $11,087.57 | $6,087.57 | $6,587.57 | $6,587.57 |
|  |  |  |  |  |
|  |  |  |  |  |
| Beginning Balance | $8,753.92 | $8,791.49 | $7,879.06 | $7,466.63 |
| Plan Payment | $11,050.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Ending Balance | $8,791.49 | $7,879.06 | $7,466.63 | $7,054.20 |