| Date | EBITDA | Plan Payments | Cash on Hand | Class 1 Accrued Interest | Class 1 Payment | Remaining Class 1 Claim | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| January-26 | $11,087.57 | $11,050.00 | $10,037.57 | $271.87 | $826.75 | $40,225.14 | $2,090.43 | $6,358.00 | $309,296.61 | $3,353.00 |
| February-26 | $11,087.57 | $11,050.00 | $10,075.14 | $268.17 | $826.75 | $39,666.56 | $2,061.98 | $6,358.00 | $305,000.59 | $3,353.00 |
| March-26 | $11,087.57 | $11,050.00 | $10,112.71 | $264.44 | $826.75 | $39,104.25 | $2,033.34 | $6,358.00 | $300,675.93 | $3,353.00 |
| April-26 | $11,087.57 | $11,050.00 | $10,150.28 | $260.70 | $826.75 | $38,538.20 | $2,004.51 | $6,358.00 | $296,322.44 | $3,353.00 |
| May-26 | $11,087.57 | $11,050.00 | $10,187.85 | $256.92 | $826.75 | $37,968.37 | $1,975.48 | $6,358.00 | $291,939.92 | $3,353.00 |
| June-26 | $11,087.57 | $11,050.00 | $10,225.42 | $253.12 | $826.75 | $37,394.74 | $1,946.27 | $6,358.00 | $287,528.19 | $3,353.00 |
| July-26 | $11,087.57 | $11,050.00 | $10,262.99 | $249.30 | $826.75 | $36,817.29 | $1,916.85 | $6,358.00 | $283,087.04 | $3,353.00 |
| August-26 | $11,087.57 | $11,050.00 | $10,300.56 | $245.45 | $826.75 | $36,235.99 | $1,887.25 | $6,358.00 | $278,616.29 | $3,353.00 |
| September-26 | $11,087.57 | $11,050.00 | $10,338.13 | $214.57 | $826.75 | $35,650.81 | $1,857.44 | $6,358.00 | $274,115.73 | $3,353.00 |
| October-26 | $6,087.57 | $7,000.00 | $9,425.70 | $237.67 | $826.75 | $35,061.73 | $1,827.44 | $6,358.00 | $269,585.17 | $3,353.00 |
| November-26 | $6,587.57 | $7,000.00 | $9,013.27 | $233.74 | $826.75 | $34,468.72 | $1,797.23 | $6,358.00 | $265,024.40 | $3,353.00 |
| December-26 | $6,587.57 | $7,000.00 | $8,600.84 | $229.79 | $826.75 | $33,871.76 | $1,766.83 | $6,358.00 | $260,433.23 | $3,353.00 |
| January-27 | $11,087.57 | $11,050.00 | $8,638.41 | $225.81 | $826.75 | $33,270.82 | $1,736.22 | $6,358.00 | $255,811.45 | $3,353.00 |
| February-27 | $11,087.57 | $11,050.00 | $8,675.98 | $221.81 | $826.75 | $32,665.88 | $1,705.41 | $6,358.00 | $251,158.86 | $3,353.00 |
| March-27 | $11,087.57 | $11,050.00 | $8,713.55 | $217.77 | $826.75 | $32,056.90 | $1,674.39 | $6,358.00 | $246,475.25 | $3,353.00 |
| April-27 | $11,087.57 | $11,050.00 | $8,751.12 | $213.71 | $826.75 | $31,443.86 | $1,643.17 | $6,358.00 | $241,760.42 | $3,353.00 |
| May-27 | $11,087.57 | $11,050.00 | $8,788.69 | $209.63 | $826.75 | $30,826.74 | $1,611.74 | $6,358.00 | $237,014.16 | $3,353.00 |
| June-27 | $11,087.57 | $11,050.00 | $8,826.26 | $205.51 | $826.75 | $30,205.50 | $1,580.09 | $6,358.00 | $232,236.25 | $3,353.00 |
| July-27 | $11,087.57 | $11,050.00 | $8,863.83 | $201.37 | $826.75 | $29,580.12 | $1,548.24 | $6,358.00 | $227,426.49 | $3,353.00 |
| August-27 | $11,087.57 | $11,050.00 | $8,901.40 | $197.20 | $826.75 | $28,950.57 | $1,516.18 | $6,358.00 | $222,584.67 | $3,353.00 |
| September-27 | $11,087.57 | $11,050.00 | $8,938.97 | $193.00 | $826.75 | $28,316.82 | $1,483.90 | $6,358.00 | $217,710.57 | $3,353.00 |
| October-27 | $6,087.57 | $7,000.00 | $8,026.54 | $188.78 | $826.75 | $27,678.85 | $1,451.40 | $6,358.00 | $212,803.97 | $3,353.00 |
| November-27 | $6,587.57 | $7,000.00 | $7,614.11 | $184.53 | $826.75 | $27,036.63 | $1,418.69 | $6,358.00 | $207,864.66 | $3,353.00 |
| December-27 | $6,587.57 | $7,000.00 | $7,201.68 | $180.24 | $826.75 | $26,390.12 | $1,385.76 | $6,358.00 | $202,892.42 | $3,353.00 |
| January-28 | $11,087.57 | $11,050.00 | $7,239.25 | $175.93 | $826.75 | $25,739.30 | $1,352.62 | $6,358.00 | $197,887.04 | $3,353.00 |
| February-28 | $11,087.57 | $11,050.00 | $7,276.82 | $171.60 | $826.75 | $25,084.15 | $1,319.25 | $6,358.00 | $192,848.29 | $3,353.00 |
| March-28 | $11,087.57 | $11,050.00 | $7,314.39 | $167.23 | $826.75 | $24,424.63 | $1,285.66 | $6,358.00 | $187,775.95 | $3,353.00 |
| April-28 | $11,087.57 | $11,050.00 | $7,351.96 | $162.83 | $826.75 | $23,760.71 | $1,251.84 | $6,358.00 | $182,669.79 | $3,353.00 |
| May-28 | $11,087.57 | $11,050.00 | $7,389.53 | $158.40 | $826.75 | $23,092.36 | $1,217.80 | $6,358.00 | $177,529.59 | $3,353.00 |
| June-28 | $11,087.57 | $11,050.00 | $7,427.10 | $153.95 | $826.75 | $22,419.56 | $1,183.53 | $6,358.00 | $172,355.12 | $3,353.00 |
| July-28 | $11,087.57 | $11,050.00 | $7,464.67 | $149.46 | $826.75 | $21,742.27 | $1,149.03 | $6,358.00 | $167,146.15 | $3,353.00 |
| August-28 | $11,087.57 | $11,050.00 | $7,502.24 | $144.95 | $826.75 | $21,060.47 | $1,114.31 | $6,358.00 | $161,902.46 | $3,353.00 |
| September-28 | $11,087.57 | $11,050.00 | $7,539.81 | $140.40 | $826.75 | $20,374.12 | $1,079.35 | $6,358.00 | $156,623.81 | $3,353.00 |
| October-28 | $6,087.57 | $7,000.00 | $6,627.38 | $135.83 | $826.75 | $19,683.20 | $1,044.16 | $6,358.00 | $151,309.97 | $3,353.00 |
| November-28 | $6,587.57 | $7,000.00 | $6,214.95 | $131.22 | $826.75 | $18,987.67 | $1,008.73 | $6,358.00 | $145,960.70 | $3,353.00 |
| December-28 | $6,587.57 | $7,000.00 | $5,802.52 | $126.58 | $826.75 | $18,287.50 | $973.07 | $6,358.00 | $140,575.77 | $3,353.00 |
| January-29 | $11,087.57 | $11,050.00 | $5,840.09 | $121.92 | $826.75 | $17,582.67 | $937.17 | $6,358.00 | $135,154.94 | $3,353.00 |
| February-29 | $11,087.57 | $11,050.00 | $5,877.66 | $117.22 | $826.75 | $16,873.14 | $901.03 | $6,358.00 | $129,697.97 | $3,353.00 |
| March-29 | $11,087.57 | $11,050.00 | $5,915.23 | $112.49 | $826.75 | $16,158.88 | $864.65 | $6,358.00 | $124,204.62 | $3,353.00 |
| April-29 | $11,087.57 | $11,050.00 | $5,952.80 | $107.73 | $826.75 | $15,439.86 | $823.03 | $6,358.00 | $118,669.65 | $3,353.00 |
| May-29 | $11,087.57 | $11,050.00 | $5,990.37 | $102.93 | $826.75 | $14,716.04 | $791.16 | $6,358.00 | $113,102.81 | $3,353.00 |
| June-29 | $11,087.57 | $11,050.00 | $6,027.94 | $98.11 | $826.75 | $13,987.40 | $754.05 | $6,358.00 | $107,498.86 | $3,353.00 |
| July-29 | $11,087.57 | $11,050.00 | $6,065.51 | $93.25 | $826.75 | $13,253.90 | $716.69 | $6,358.00 | $101,857.55 | $3,353.00 |
| August-29 | $11,087.57 | $11,050.00 | $6,103.08 | $88.36 | $826.75 | $12,515.51 | $679.08 | $6,358.00 | $96,178.63 | $3,353.00 |
| September-29 | $11,087.57 | $11,050.00 | $6,140.65 | $83.44 | $826.75 | $11,772.20 | $641.22 | $6,358.00 | $90,461.85 | $3,353.00 |
| October-29 | $6,087.57 | $7,000.00 | $5,228.22 | $78.48 | $826.75 | $11,023.93 | $603.11 | $6,358.00 | $84,706.96 | $3,353.00 |
| November-29 | $6,587.57 | $7,000.00 | $4,815.79 | $73.49 | $826.75 | $10,270.67 | $564.75 | $6,358.00 | $78,913.71 | $3,353.00 |
| December-29 | $6,587.57 | $7,000.00 | $4,403.36 | $68.47 | $826.75 | $9,512.39 | $526.12 | $6,358.00 | $73,081.83 | $3,353.00 |
| January-30 | $11,087.57 | $11,050.00 | $8,490.93 | $63.42 | $826.75 | $8,749.06 | $487.25 | $6,358.00 | $67,211.08 | $3,353.00 |
| February-30 | $11,087.57 | $11,050.00 | $8,528.50 | $58.33 | $826.75 | $7,980.64 | $448.11 | $6,358.00 | $61,301.19 | $3,353.00 |
| March-30 | $11,087.57 | $11,050.00 | $8,566.07 | $53.20 | $826.75 | $7,207.09 | $408.71 | $6,358.00 | $55,351.90 | $3,353.00 |
| April-30 | $11,087.57 | $11,050.00 | $8,603.64 | $48.05 | $826.75 | $6,428.39 | $369.05 | $6,358.00 | $49,362.95 | $3,353.00 |
| May-30 | $11,087.57 | $11,050.00 | $8,641.21 | $42.86 | $826.75 | $5,644.50 | $329.12 | $6,358.00 | $43,334.07 | $3,353.00 |
| June-30 | $11,087.57 | $11,050.00 | $8,678.78 | $37.63 | $826.75 | $4,855.38 | $288.93 | $6,358.00 | $37,265.00 | $3,353.00 |
| July-30 | $11,087.57 | $11,050.00 | $8,716.35 | $32.37 | $826.75 | $4,061.00 | $248.47 | $6,358.00 | $31,155.47 | $3,353.00 |
| August-30 | $11,087.57 | $11,050.00 | $8,753.92 | $27.07 | $826.75 | $3,261.32 | $207.74 | $6,358.00 | $25,005.21 | $3,353.00 |
| September-30 | $11,087.57 | $11,050.00 | $8,791.49 | $21.74 | $826.75 | $2,456.31 | $166.73 | $6,358.00 | $18,813.94 | $3,353.00 |
| October-30 | $6,087.57 | $7,000.00 | $7,879.06 | $16.38 | $826.75 | $1,645.94 | $125.46 | $6,358.00 | $12,581.40 | $3,353.00 |
| November-30 | $6,587.57 | $7,000.00 | $7,466.63 | $10.97 | $826.75 | $830.16 | $83.91 | $6,358.00 | $6,307.31 | $3,353.00 |
| December-30 | $6,587.57 | $7,000.00 | $7,054.20 | $5.53 | $826.75 | -$0.05 | $42.08 | $6,358.00 | -$3.61 | $3,353.00 |
| Total | $531,641.21 | $595,250.00 | n/a | | $49,605.00 | | | $381,480.00 | | $181,062.00 |