IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | |
| H5 Transport, LLC ) | Case No. 25-30409 |
| ) | (Chapter 11) |
| ) | |
| Debtors. ) | |
| ) | |

**MOTION TO EXTEND TIME TO SERVE CHAPTER 11 SUBCHAPTER V PLAN**

Comes now H5 Transport, LLC ("H5 Transport," or the "Debtor""), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006, and moves this Honorable Court to extend the time for the Debtor to serve its Subchapter V Plan of Reorganization, to and through, December 21, 2025, and in support thereof states as follows:

The Debtor filed its Subchapter V Plan of Reorganization on December 16, 2025, with service due the following day. Although the Plan was timely filed, additional time is necessary to ensure proper service on all creditors and parties in interest. The Debtor is currently awaiting proposed language from Triumph Business Capital, as requested to preserve their interests as set forth in the Final Order approving DIP Financing. Upon receipt, the Debtor will promptly file and serve the amended Plan, along with all required materials.

A short extension of the deadline, to and through, December 21, 2025, will provide the necessary time to ensure that the Debtor can file and serve the amended Plan, including the revisions requested by Triumph, on all creditors and parties in interest. Importantly, as the confirmation hearing is currently set for February 5, granting this short extension provides forty-five days' notice—exceeding the required period—thereby ensuring that no party is prejudiced as a result of the extension.

WHEREFORE, H5 Transport, LLC respectfully prays that it be granted an extension of time through and including December 21, 2025, to serve its Subchapter V Plan of Reorganization, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: December 17, 2025,     By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

2