IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Case No. 25-30409 |
| | (Chapter 11) |
| H5 TRANSPORT, LLC | |
| | |
| Debtor. | |

## SEPTEMBER 11, 2025 THROUGH DECEMBER 16, 2025 FEE STATEMENT OF ULLMAN & ULLMAN, P.A. AS COUNSEL TO TBK BANK, SSB D/B/A TRIUMPH

| | |
|---|---|
| Applicant: | Ullman & Ullman, P.A. |
| Counsel For: | TBK Bank, SSB d/b/a Triumph |
| Period for compensation and reimbursement: | September 11, 2025 through December 16, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,583.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $296.24 |
| Total interim approval requested: | **$17,879.74** |

Dated this 19th day of December 2025.

                           **ULLMAN & ULLMAN, P.A.**
                           **Attorneys for TBK Bank, SSB d/b/a Triumph**

By:    */s/ Jared A. Ullman*
          Jared A. Ullman
          Florida Bar No. 90500
          2500 North Military Trail, Suite 100
          Boca Raton, FL 33431
          Telephone No: (561) 338-3535
          jared.ullman@uulaw.net

# Ullman & Ullman, P.A.                                           **INVOICE**

2500 North Military Trail, Suite 100                              Invoice # 2957
Boca Raton, FL 33431                                              Date: 10/21/2025
United States                                                     Due On: 11/05/2025

TBK Bank, SSB d/b/a Triumph
Attention: Mr. George Thorson
651 Canyon Drive, Suite 105
Coppell, TX 75019

## 25-0050

## TBK Bank, SSB f/k/a Advance Business Capital LLC d/b/a Triumph Business Capital (In Re: H5 Transport, LLC)

### Services

| Date | Description | Hours | Total | Attorney |
|---|---|---|---|---|
| 09/11/2025 | Reviewed email from client and responded to email from client. | 0.20 | $115.00 | JAU |
| 09/17/2025 | Reviewed documents provided by Client. in respect to a chapter 11 case (.4). Emailed debtor's counsel. (.3). | 0.70 | $402.50 | JAU |
| 09/17/2025 | Telephone call with debtor's counsel. Emailed client. | 1.00 | $575.00 | JAU |
| 09/18/2025 | Reviewed Debtor, H5's "MOTION OF DEBTOR-IN-POSSESSION FOR APPROVAL OF POSTPETITION FINANCING PURSUANT TO SECTION 363 OF THE BANKRUPTY CODE." | 0.30 | $172.50 | JAU |
| 09/18/2025 | Emailed debtor counsel. | 0.50 | $287.50 | JAU |
| 09/19/2025 | Drafted the Debtor's Emergency Motion to: (I) authorize the Debtor to maintain and continue to operate under a Pre-petition Factoring Agreement post-petition;[1],[2] (II) continue to sell its Accounts to Triumph post-petition and incur credit; (III) grant Triumph adequate protection in the form of replacement liens on property of the Debtor's estate, pursuant to Bankruptcy Code Sections 361, 363 and 364; (IV) modify the automatic stay; and (V) grant all such further relief as is just and proper, retroactively to the Petition Date (the "Motion"). | 4.50 | $2,587.50 | JAU |
| 09/19/2025 | Drafted Proposed Emergency Interim Order granting the Debtor's Emergency Motion to: (I) authorize the Debtor to maintain and continue to operate under a Pre-petition Factoring Agreement post-petition;[1],[2] (II) continue to sell its Accounts to | 6.30 | $3,622.50 | JAU |

| | | | | |
|---|---|---|---|---|
| | Triumph post-petition and incur credit; (III) grant Triumph adequate protection in the form of replacement liens on property of the Debtor's estate, pursuant to Bankruptcy Code Sections 361, 363 and 364; (IV) modify the automatic stay; and (V) grant all such further relief as is just and proper, retroactively to the Petition Date (the "Motion"). | | | |
| 09/22/2025 | Drafted Post-Petition Chapter 11 Bankruptcy Rider to Factoring and Security Agreement | 1.90 | $1,092.50 | JAU |
| 09/22/2025 | Reviewed for comments a proposed email to counsel for the Chapter 11 Debtor. | 0.50 | $347.50 | MU |
| 09/22/2025 | Reviewed email from client. Emailed client Reviewed email from debtor's counsel. | 0.20 | $115.00 | JAU |
| 09/23/2025 | Reviewed debtor's comments to the Interim DIP Order and DIP Motion. | 0.20 | $115.00 | JAU |
| 09/24/2025 | Emailed potential local counsel re: engagement. | 0.10 | $57.50 | JAU |
| 09/24/2025 | Reviewed Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), objection to the motion of Debtor-in-Possession for approval of post-petition financing pursuant to Section 363 of the Bankruptcy Code. | 0.10 | $57.50 | JAU |
| 09/24/2025 | Emailed client. Telephone call with debtor's counsel. | 0.40 | $230.00 | JAU |
| 09/25/2025 | Attended status conference on Debtor's first day Motions. | 0.40 | $230.00 | JAU |
| 09/26/2025 | Reviewed and responded to Trustee's email.(.8) Attended conference call with Trustee counsel and Debtor's counsel re: various matters in respect to the proposed Interim DIP Order. (.1.1 ) | 2.00 | $1,150.00 | JAU |
| 09/26/2025 | Emailed client. | 0.10 | $57.50 | JAU |
| 09/26/2025 | Exchanged various emails with client. | 0.20 | $115.00 | JAU |
| 09/26/2025 | Reviewed and responded to email from Trustee's counsel. | 0.30 | $172.50 | JAU |
| 09/29/2025 | Attended emergency hearing on Debtor's First Day DIP Motion. | 0.80 | $460.00 | JAU |
| 09/29/2025 | Emailed client. | 0.40 | $230.00 | JAU |
| 09/29/2025 | Revised the Interim Order as instructed by the Court, and emailed debtor's counsel. | 0.30 | $172.50 | JAU |
| 09/30/2025 | Reviewed for comment proposed email to US Trustee. | 0.30 | $208.50 | MU |

**Quantity Subtotal**     **21.7**

**Services Subtotal**     **$12,573.50**

## Expenses

| Type | Date | Description | Amount | Rate | Total |
|---|---|---|---|---|---|
| Expense | 09/23/2025 | Filing Fees: North Dakota Pro Hac Fee. | 1.00 | $150.00 | $150.00 |
| Expense | 09/30/2025 | Legal Research Fee: Pacer; September, 2025 | 1.00 | $50.60 | $50.60 |
| | | | **Expenses Subtotal** | | **$200.60** |
| | | | **Quantity Total** | | **21.7** |
| | | | **Subtotal** | | **$12,774.10** |
| | | | **Total** | | **$12,774.10** |
| | | | **Payment (10/28/2025)** | | **-$12,774.10** |
| | | | **Balance Owing** | | **$0.00** |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $0.00 | + | $12,774.10 | = | **$12,774.10** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2957 | 11/05/2025 | $12,774.10 | $12,774.10 | $0.00 |

| Account | Balance |
|---|---|
| Trust Account Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

Please make all amounts payable to: Ullman & Ullman, P.A.

Please pay within 15 days.

# Ullman & Ullman, P.A.          INVOICE

2500 North Military Trail, Suite 100  
Boca Raton, FL 33431  
United States

Invoice # 3083  
Date: 11/21/2025  
Due On: 12/06/2025

TBK Bank, SSB d/b/a Triumph  
Attention: Mr. George Thorson  
651 Canyon Drive, Suite 105  
Coppell, TX 75019

**25-0050**

## TBK Bank, SSB f/k/a Advance Business Capital LLC d/b/a Triumph Business Capital (In Re: H5 Transport, LLC)

### Services

| Date | Description | Hours | Total | Attorney |
|---|---|---|---|---|
| 10/01/2025 | Finalized and submitted Interim Order to Chambers as revised. | 0.30 | $172.50 | JAU |
| 10/06/2025 | Reviewed Interim DIP Order and emailed client. | 0.10 | $57.50 | JAU |
| 10/14/2025 | Reviewed Debtor's Response to UST's Objection to debtor's DIP Motion and emailed client. (.9) Telephone call with debtor's counsel. (.1) | 1.00 | $575.00 | JAU |
| 10/15/2025 | Revised Response to UST's Objection and Final DIP Order. | 1.10 | $632.50 | JAU |
| 10/15/2025 | Reviewed for comments Debtor's Response to the United States Trustee's Objection to Amended Motion for Interim Approval. | 0.50 | $347.50 | MU |
| 10/16/2025 | Reviewed and revised DIP Order. | 2.10 | $1,207.50 | JAU |
| 10/16/2025 | Attended zoom hearing on debtor's Motion for final DIP Order. | 0.30 | $172.50 | JAU |
| 10/17/2025 | Revised Notice of Challenge Period. | 0.20 | $115.00 | JAU |
| 10/23/2025 | Reviewed Scheduling Order Signed on 10/23/2025 by Judge William Fisher. Confirmation Hearing to be held telephonically on Thursday, January 29, 2026, at 10:00 AM. Deadline to file a plan of reorganization: Monday, December 15, 2025. Deadline to submit ballots to accept or reject plan and to file written objections to the plan: Wednesday, January 14, 2026. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: Tuesday, January 27, 2026. If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. Â§1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing. A telephonic status conference to discuss plan balloting will be | 0.10 | $57.50 | JAU |

| | held on Thursday, December 18, 2025, at 10:00 a.m.. Attorney Christianna Cathcart to serve scheduling order on all creditors. (sfh). | | | |
|---|---|---|---|---|
| | | **Quantity Subtotal** | | 5.7 |
| | | **Services Subtotal** | | $3,337.50 |

**Expenses**

| Type | Date | Description | Amount | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/29/2025 | Photocopy | 55.00 | $0.25 | $13.75 |
| Expense | 10/31/2025 | Legal Research Fee: Thompson Reuters; 852813035 (10/01/2025-10/31/2025) | 1.00 | $61.79 | $61.79 |
| Expense | 10/31/2025 | Legal Research Fee: PACER (10/01/2025-10/31/2025) | 1.00 | $20.10 | $20.10 |
| | | **Expenses Subtotal** | | | $95.64 |
| | | **Quantity Total** | | | 5.7 |
| | | **Subtotal** | | | $3,433.14 |
| | | **Total** | | | $3,433.14 |
| | | **Payment (12/08/2025)** | | | -$3,433.14 |
| | | **Balance Owing** | | | $0.00 |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $0.00 | + | $3,433.14 | = | $3,433.14 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3083 | 12/06/2025 | $3,433.14 | $3,433.14 | $0.00 |

Invoice # 3083 - 11/21/2025

| Account | Balance |
|---|---:|
| Trust Account Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

Please make all amounts payable to: Ullman & Ullman, P.A.

Please pay within 15 days.

# Ullman & Ullman, P.A.                                    **INVOICE**

2500 North Military Trail, Suite 100                          Invoice # 3143
Boca Raton, FL 33431                                          Date: 12/17/2025
United States                                                 Due On: 01/01/2026

TBK Bank, SSB d/b/a Triumph
Attention: Mr. George Thorson
651 Canyon Drive, Suite 105
Coppell, TX 75019

## 25-0050

## TBK Bank, SSB f/k/a Advance Business Capital LLC d/b/a Triumph Business Capital (In Re: H5 Transport, LLC)

| Date | Description | Hours | Total | Attorney |
|---|---|---|---|---|
| 11/07/2025 | Reviewed Application For Allowance of Interim Compensation for Subchapter V Trustee. | 0.10 | $57.50 | JAU |
| 11/25/2025 | Prepared Summary of Claim for TBK Bank in connection with H5 Transport, LLC. | 0.50 | $62.50 | EJ |
| 11/25/2025 | Drafted proof of claim and summary of claim. | 1.00 | $575.00 | JAU |
| 12/11/2025 | Telephone call with debtor's counsel re: Chapter 11 Plan process. | 0.20 | $115.00 | JAU |
| 12/16/2025 | Reviewed and revised Chapter 11 Plan of Reorganization. | 1.50 | $862.50 | JAU |

|  |  |
|---|---|
| Quantity Subtotal | 3.3 |
| Quantity Total | 3.3 |
| Subtotal | $1,672.50 |
| Total | $1,672.50 |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $0.00 | + | $1,672.50 | = | **$1,672.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3143 | 01/01/2026 | $1,672.50 | $0.00 | $1,672.50 |
| | | | **Outstanding Balance** | **$1,672.50** |
| | | | **Total Amount Outstanding** | **$1,672.50** |

| Account | Balance |
|---|---|
| Trust Account Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

Please make all amounts payable to: Ullman & Ullman, P.A.

Please pay within 15 days.