|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 |
|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale** | | | | | |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | | | | | |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | |
| **Total Debits** | $52,162.43 | $52,162.43 | $52,162.43 | $52,162.43 | $50,162.43 |
| **EBITDA** | $7,837.57 | $7,837.57 | $7,837.57 | $7,837.57 | $9,837.57 |
| **Tax Reserve (contingency)** | $195.94 | $195.94 | $195.94 | $195.94 | $245.94 |
| **Adjusted EBITDA** | $7,641.63 | $7,641.63 | $7,641.63 | $7,641.63 | $9,591.63 |
| **Litigation Reserve (one time)** | $50,000.00 | | | | |
| **Beginning Balance** | $96,000.00 | $14,141.63 | $12,283.26 | $10,424.89 | $8,566.52 |
| **Plan Payment** | $89,500.00 | $9,500.00 | $9,500.00 | $9,500.00 | $9,500.00 |
| **Ending Balance** | $14,141.63 | $12,283.26 | $10,424.89 | $8,566.52 | $8,658.15 |

|  | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 |
|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
| **Asset Sale** | | | | | | |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
| **DISTRBUTIONS** | | | | | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $1,000.00 | $1,000.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | |
| **Total Debits** | $50,162.43 | $50,162.43 | $53,662.43 | $53,662.43 | $58,662.43 | $43,162.43 |
| **EBITDA** | $9,837.57 | $9,837.57 | $6,337.57 | $6,337.57 | $1,337.57 | $1,837.57 |
| **Tax Reserve (contingency)** | $245.94 | $245.94 | $158.44 | $158.44 | $33.44 | $45.94 |
| **Adjusted EBITDA** | $9,591.63 | $9,591.63 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 |
| **Litigation Reserve (one time)** | | | | | | |
| **Beginning Balance** | $8,658.15 | $8,749.78 | $8,841.41 | $9,020.54 | $9,199.67 | $9,203.80 |
| **Plan Payment** | $9,500.00 | $9,500.00 | $6,000.00 | $6,000.00 | $1,300.00 | $1,700.00 |
| **Ending Balance** | $8,749.78 | $8,841.41 | $9,020.54 | $9,199.67 | $9,203.80 | $9,295.43 |

|  | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 |
|---|---|---|---|---|---|---|
| **REVENUE** | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale** | $10,000.00 | | | | | |
| **Total Credits** | $55,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $12,100.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | |
| **Total Debits** | $45,362.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 |
| **EBITDA** | $9,637.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 |
| **Tax Reserve (contingency)** | $240.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Adjusted EBITDA** | $9,396.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **Litigation Reserve (one time)** | | | | | | |
| **Beginning Balance** | $9,295.43 | $9,492.06 | $9,671.19 | $9,850.32 | $10,029.45 | $10,208.58 |
| **Plan Payment** | $9,200.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **Ending Balance** | $9,492.06 | $9,671.19 | $9,850.32 | $10,029.45 | $10,208.58 | $10,387.71 |

|  | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 |
|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
| **Asset Sale** | | | | | | |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | |
| **Total Debits** | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $58,662.43 | $43,162.43 |
| **EBITDA** | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $1,337.57 | $1,837.57 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 |
| **Adjusted EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 |
| **Litigation Reserve (one time)** | | | | | | |
| **Beginning Balance** | $10,387.71 | $10,566.84 | $10,745.97 | $10,925.10 | $11,104.23 | $11,108.36 |
| **Plan Payment** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $1,300.00 | $1,700.00 |
| **Ending Balance** | $10,566.84 | $10,745.97 | $10,925.10 | $11,104.23 | $11,108.36 | $11,199.99 |

|  | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 |
|---|---|---|---|---|---|---|
| **REVENUE** | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale** | | | | | | |
| **Total Credits** | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | |
| **Total Debits** | $43,162.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 |
| **EBITDA** | $1,837.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 |
| **Tax Reserve (contingency)** | $45.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Adjusted EBITDA** | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **Litigation Reserve (one time)** | | | | | | |
| **Beginning Balance** | $11,199.99 | $11,291.62 | $11,470.75 | $11,649.88 | $11,829.01 | $12,008.14 |
| **Plan Payment** | $1,700.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **Ending Balance** | $11,291.62 | $11,470.75 | $11,649.88 | $11,829.01 | $12,008.14 | $12,187.27 |

|  | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 |
| **Asset Sale** | | | | | | | | |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | | | |
| **Total Debits** | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $58,662.43 | $43,162.43 | $43,162.43 | $53,662.43 |
| **EBITDA** | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $1,337.57 | $1,837.57 | $1,837.57 | $6,337.57 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 | $158.44 |
| **Adjusted EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 |
| **Litigation Reserve (one time)** | | | | | | | | |
| **Beginning Balance** | $12,187.27 | $12,366.40 | $12,545.53 | $12,724.66 | $12,903.79 | $12,907.92 | $12,999.55 | $13,091.18 |
| **Plan Payment** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $1,300.00 | $1,700.00 | $1,700.00 | $6,000.00 |
| **Ending Balance** | $12,366.40 | $12,545.53 | $12,724.66 | $12,903.79 | $12,907.92 | $12,999.55 | $13,091.18 | $13,270.31 |

|  | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale** | | | | | | | | |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | | | |
| **Total Debits** | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 |
| **EBITDA** | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Adjusted EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **Litigation Reserve (one time)** | | | | | | | | |
| **Beginning Balance** | $13,270.31 | $13,449.44 | $13,628.57 | $13,807.70 | $13,986.83 | $14,165.96 | $14,345.09 | $14,524.22 |
| **Plan Payment** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **Ending Balance** | $13,449.44 | $13,628.57 | $13,807.70 | $13,986.83 | $14,165.96 | $14,345.09 | $14,524.22 | $14,703.35 |

|  | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 |
|---|---|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale** | | | | | | | | |
| **Total Credits** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** | | | | | | | | |
| **Total Debits** | $58,662.43 | $43,162.43 | $43,162.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 |
| **EBITDA** | $1,337.57 | $1,837.57 | $1,837.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 |
| **Tax Reserve (contingency)** | $33.44 | $45.94 | $45.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Adjusted EBITDA** | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **Litigation Reserve (one time)** | | | | | | | | |
| **Beginning Balance** | $14,703.35 | $14,707.48 | $14,799.11 | $14,890.74 | $15,069.87 | $15,249.00 | $15,428.13 | $15,607.26 |
| **Plan Payment** | $1,300.00 | $1,700.00 | $1,700.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **Ending Balance** | $14,707.48 | $14,799.11 | $14,890.74 | $15,069.87 | $15,249.00 | $15,428.13 | $15,607.26 | $15,786.39 |

|  | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|---|
| **REVENUE** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Asset Sale** |  |  |  |  |  |  |  |
| **Total Credits** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **DISTRBUTIONS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Professional Fees** |  |  |  |  |  |  |  |
| **Total Debits** | $53,662.43 | $53,662.43 | $53,662.43 | $53,662.43 | $58,662.43 | $43,162.43 | $43,162.43 |
| **EBITDA** | $6,337.57 | $6,337.57 | $6,337.57 | $6,337.57 | $1,337.57 | $1,837.57 | $1,837.57 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 |
| **Adjusted EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 |
| **Litigation Reserve (one time)** |  |  |  |  |  |  |  |
| **Beginning Balance** | $15,786.39 | $15,965.52 | $16,144.65 | $16,323.78 | $16,502.91 | $16,507.04 | $16,598.67 |
| **Plan Payment** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $1,300.00 | $1,700.00 | $1,700.00 |
| **Ending Balance** | $15,965.52 | $16,144.65 | $16,323.78 | $16,502.91 | $16,507.04 | $16,598.67 | $16,690.30 |