| Date | EBITDA | Plan Payment | Beginning Cash on Hand | Class 2 Claim | Class 2 Payment | Class 2 Accrued Int |
|---|---|---|---|---|---|---|
| Month 1 | $9,591.63 | $89,500.00 | $96,000.00 | $314,603.77 | $85,000.00 | $2,359.53 |
| Month 2 | $9,591.63 | $9,500.00 | $16,091.63 | $231,963.30 | $5,389.33 | $1,739.72 |
| Month 3 | $9,591.63 | $9,500.00 | $16,183.26 | $228,313.69 | $5,389.33 | $1,712.35 |
| Month 4 | $9,591.63 | $9,500.00 | $16,274.89 | $224,636.71 | $5,389.33 | $1,684.78 |
| Month 5 | $9,591.63 | $9,500.00 | $16,366.52 | $220,932.16 | $5,389.33 | $1,656.99 |
| Month 6 | $9,591.63 | $9,500.00 | $16,458.15 | $217,199.82 | $5,389.33 | $1,629.00 |
| Month 7 | $9,591.63 | $9,500.00 | $16,549.78 | $213,439.49 | $5,389.33 | $1,600.80 |
| Month 8 | $6,179.13 | $6,000.00 | $16,641.41 | $209,650.96 | $5,858.03 | $1,572.38 |
| Month 9 | $6,179.13 | $6,000.00 | $16,820.54 | $205,365.31 | $5,858.03 | $1,540.24 |
| Month 10 | $1,304.13 | $1,300.00 | $16,999.67 | $201,047.52 | $1,272.68 | $1,507.86 |
| Month 11 | $1,791.63 | $1,700.00 | $17,003.80 | $201,282.70 | $1,672.68 | $1,509.62 |
| Month 12 | $9,396.63 | $9,200.00 | $17,095.43 | $201,119.64 | $9,172.68 | $1,508.40 |
| Month 13 | $6,179.13 | $6,000.00 | $17,292.06 | $193,455.36 | $5,858.03 | $1,450.92 |
| Month 14 | $6,179.13 | $6,000.00 | $17,471.19 | $189,048.25 | $5,858.03 | $1,417.86 |
| Month 15 | $6,179.13 | $6,000.00 | $17,650.32 | $184,608.08 | $5,858.03 | $1,384.56 |
| Month 16 | $6,179.13 | $6,000.00 | $17,829.45 | $180,134.61 | $5,858.03 | $1,351.01 |
| Month 17 | $6,179.13 | $6,000.00 | $18,008.58 | $175,627.59 | $5,858.03 | $1,317.21 |
| Month 18 | $6,179.13 | $6,000.00 | $18,187.71 | $171,086.77 | $5,858.03 | $1,283.15 |
| Month 19 | $6,179.13 | $6,000.00 | $18,366.84 | $166,511.89 | $5,858.03 | $1,248.84 |
| Month 20 | $6,179.13 | $6,000.00 | $18,545.97 | $161,902.70 | $5,858.03 | $1,214.27 |
| Month 21 | $6,179.13 | $6,000.00 | $18,725.10 | $157,258.94 | $5,858.03 | $1,179.44 |
| Month 22 | $1,304.13 | $1,300.00 | $18,904.23 | $152,580.35 | $1,272.68 | $1,144.35 |
| Month 23 | $1,790.63 | $1,700.00 | $18,908.36 | $152,452.02 | $1,672.68 | $1,143.39 |
| Month 24 | $1,790.63 | $1,700.00 | $18,998.99 | $151,922.73 | $1,672.68 | $1,139.42 |
| Month 25 | $6,179.13 | $6,000.00 | $19,089.62 | $151,389.47 | $5,858.03 | $1,135.42 |
| Month 26 | $6,179.13 | $6,000.00 | $19,268.75 | $146,666.86 | $5,858.03 | $1,100.00 |
| Month 27 | $6,179.13 | $6,000.00 | $19,447.88 | $141,908.83 | $5,858.03 | $1,064.32 |
| Month 28 | $6,179.13 | $6,000.00 | $19,627.01 | $137,115.12 | $5,858.03 | $1,028.36 |
| Month 29 | $6,179.13 | $6,000.00 | $19,806.14 | $132,285.45 | $5,858.03 | $992.14 |
| Month 30 | $6,179.13 | $6,000.00 | $19,985.27 | $127,419.56 | $5,858.03 | $955.65 |
| Month 31 | $6,179.13 | $6,000.00 | $20,164.40 | $122,517.18 | $5,858.03 | $918.88 |
| Month 32 | $6,179.13 | $6,000.00 | $20,343.53 | $117,578.03 | $5,858.03 | $881.84 |
| Month 33 | $6,179.13 | $6,000.00 | $20,522.66 | $112,601.84 | $5,858.03 | $844.51 |
| Month 34 | $1,304.13 | $1,300.00 | $20,701.79 | $107,588.32 | $1,272.68 | $806.91 |
| Month 35 | $1,791.63 | $1,700.00 | $20,705.92 | $107,122.55 | $1,672.68 | $803.42 |
| Month 36 | $1,791.63 | $1,700.00 | $20,797.55 | $106,253.29 | $1,672.68 | $796.90 |
| Month 37 | $6,179.13 | $6,000.00 | $20,889.18 | $105,377.51 | $5,858.03 | $790.33 |
| Month 38 | $6,179.13 | $6,000.00 | $21,068.31 | $100,309.81 | $5,858.03 | $752.32 |
| Month 39 | $6,179.13 | $6,000.00 | $21,247.44 | $95,204.10 | $5,858.03 | $714.03 |
| Month 40 | $6,179.13 | $6,000.00 | $21,426.57 | $90,060.10 | $5,858.03 | $675.45 |
| Month 41 | $6,179.13 | $6,000.00 | $21,605.70 | $84,877.52 | $5,858.03 | $636.58 |
| Month 42 | $6,179.13 | $6,000.00 | $21,784.83 | $79,656.07 | $5,858.03 | $597.42 |
| Month 43 | $6,179.13 | $6,000.00 | $21,963.96 | $74,395.46 | $5,858.03 | $557.97 |
| Month 44 | $6,179.13 | $6,000.00 | $22,143.09 | $69,095.40 | $5,858.03 | $518.22 |
| Month 45 | $6,179.13 | $6,000.00 | $22,322.22 | $63,755.59 | $5,858.03 | $478.17 |
| Month 46 | $1,304.13 | $1,300.00 | $22,501.35 | $58,375.73 | $1,272.68 | $437.82 |
| Month 47 | $1,791.63 | $1,700.00 | $22,505.48 | $57,540.87 | $1,672.68 | $431.56 |
| Month 48 | $1,791.63 | $1,700.00 | $22,597.11 | $56,299.75 | $1,672.68 | $422.25 |
| Month 49 | $6,179.13 | $6,000.00 | $22,688.74 | $55,049.32 | $5,858.03 | $412.87 |
| Month 50 | $6,179.13 | $6,000.00 | $22,867.87 | $49,604.16 | $5,858.03 | $372.03 |
| Month 51 | $6,179.13 | $6,000.00 | $23,047.00 | $44,118.16 | $5,858.03 | $330.89 |
| Month 52 | $6,179.13 | $6,000.00 | $23,226.13 | $38,591.02 | $5,858.03 | $289.43 |
| Month 53 | $6,179.13 | $6,000.00 | $23,405.26 | $33,022.42 | $5,858.03 | $247.67 |
| Month 54 | $6,179.13 | $6,000.00 | $23,584.39 | $27,412.06 | $5,858.03 | $205.59 |
| Month 55 | $6,179.13 | $6,000.00 | $23,763.52 | $21,759.62 | $5,858.03 | $163.20 |
| Month 56 | $6,179.13 | $6,000.00 | $23,942.65 | $16,064.79 | $5,858.03 | $120.49 |
| Month 57 | $6,179.13 | $6,000.00 | $24,121.78 | $10,327.25 | $5,858.03 | $77.45 |
| Month 58 | $1,304.13 | $1,300.00 | $24,300.91 | $4,546.67 | $1,272.68 | $34.10 |
| Month 59 | $1,791.63 | $1,700.00 | $24,305.04 | $3,308.09 | $1,672.68 | $24.81 |
| Month 60 | $1,791.63 | $1,700.00 | $24,396.67 | $1,660.22 | $1,672.67 | $12.45 |

| Date | Class 2 Principal | Remaining Class 2 Claim | Class 3 Claim | Class 3 Payment | Class 3 Accrued Interest | Class 3 Principal | Remaining Class 3 Claim | Class 4 Payment | Class 5/Admin Payment | Ending Cash on Hand | Column1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 1 | $82,640.47 | $231,963.30 | $1,347.23 | $27.32 | $8.98 | $18.34 | $1,328.89 | $3,833.29 | $639.39 | $16,091.63 | |
| Month 2 | $3,649.61 | $228,313.69 | $1,328.89 | $27.32 | $8.86 | $18.46 | $1,310.44 | $3,833.29 | $250.06 | $16,183.26 | |
| Month 3 | $3,676.98 | $224,636.71 | $1,310.44 | $27.32 | $8.74 | $18.58 | $1,291.86 | $3,833.29 | $250.06 | $16,274.89 | |
| Month 4 | $3,704.55 | $220,932.16 | $1,291.86 | $27.32 | $8.61 | $18.70 | $1,273.15 | $3,833.29 | $250.06 | $16,366.52 | |
| Month 5 | $3,732.34 | $217,199.82 | $1,273.15 | $27.32 | $8.49 | $18.83 | $1,254.32 | $3,833.29 | $250.06 | $16,458.15 | |
| Month 6 | $3,760.33 | $213,439.49 | $1,254.32 | $27.32 | $8.36 | $18.95 | $1,235.37 | $3,833.29 | $250.06 | $16,549.78 | |
| Month 7 | $3,788.53 | $209,650.96 | $1,235.37 | $27.32 | $8.24 | $19.08 | $1,216.29 | $3,833.29 | $250.06 | $16,641.41 | |
| Month 8 | $4,285.65 | $205,365.31 | $1,216.29 | $27.32 | $8.11 | $19.21 | $1,197.08 | $0.00 | $114.65 | $16,820.54 | |
| Month 9 | $4,317.79 | $201,047.52 | $1,197.08 | $27.32 | $7.98 | $19.34 | $1,177.74 | $0.00 | $114.65 | $16,999.67 | |
| Month 10 | ($235.18) | $201,282.70 | $1,177.74 | $27.32 | $7.85 | $19.47 | $1,158.28 | $0.00 | $0.00 | $17,003.80 | |
| Month 11 | $163.06 | $201,119.64 | $1,158.28 | $27.32 | $7.72 | $19.60 | $1,138.68 | $0.00 | $0.00 | $17,095.43 | |
| Month 12 | $7,664.28 | $193,455.36 | $1,138.68 | $27.32 | $7.59 | $19.73 | $1,118.96 | $0.00 | $0.00 | $17,292.06 | |
| Month 13 | $4,407.11 | $189,048.25 | $1,118.96 | $27.32 | $7.46 | $19.86 | $1,099.10 | $0.00 | $114.65 | $17,471.19 | |
| Month 14 | $4,440.17 | $184,608.08 | $1,099.10 | $27.32 | $7.33 | $19.99 | $1,079.11 | $0.00 | $114.65 | $17,650.32 | |
| Month 15 | $4,473.47 | $180,134.61 | $1,079.11 | $27.32 | $7.19 | $20.12 | $1,058.99 | $0.00 | $114.65 | $17,829.45 | |
| Month 16 | $4,507.02 | $175,627.59 | $1,058.99 | $27.32 | $7.06 | $20.26 | $1,038.73 | $0.00 | $114.65 | $18,008.58 | |
| Month 17 | $4,540.82 | $171,086.77 | $1,038.73 | $27.32 | $6.92 | $20.39 | $1,018.34 | $0.00 | $114.65 | $18,187.71 | |
| Month 18 | $4,574.88 | $166,511.89 | $1,018.34 | $27.32 | $6.79 | $20.53 | $997.81 | $0.00 | $114.65 | $18,366.84 | |
| Month 19 | $4,609.19 | $161,902.70 | $997.81 | $27.32 | $6.65 | $20.66 | $977.14 | $0.00 | $114.65 | $18,545.97 | |
| Month 20 | $4,643.76 | $157,258.94 | $977.14 | $27.32 | $6.51 | $20.80 | $956.34 | $0.00 | $114.65 | $18,725.10 | |
| Month 21 | $4,678.59 | $152,580.35 | $956.34 | $27.32 | $6.38 | $20.94 | $935.40 | $0.00 | $114.65 | $18,904.23 | |
| Month 22 | $128.33 | $152,452.02 | $935.40 | $27.32 | $6.24 | $21.08 | $914.32 | $0.00 | $0.00 | $18,908.36 | |
| Month 23 | $529.29 | $151,922.73 | $914.32 | $27.32 | $6.10 | $21.22 | $893.10 | $0.00 | $0.00 | $18,998.99 | |
| Month 24 | $533.26 | $151,389.47 | $893.10 | $27.32 | $5.95 | $21.36 | $871.73 | $0.00 | $0.00 | $19,089.62 | |
| Month 25 | $4,722.61 | $146,666.86 | $871.73 | $27.32 | $5.81 | $21.51 | $850.23 | $0.00 | $114.65 | $19,268.75 | |
| Month 26 | $4,758.03 | $141,908.83 | $850.23 | $27.32 | $5.67 | $21.65 | $828.58 | $0.00 | $114.65 | $19,447.88 | |
| Month 27 | $4,793.71 | $137,115.12 | $828.58 | $27.32 | $5.52 | $21.79 | $806.79 | $0.00 | $114.65 | $19,627.01 | |
| Month 28 | $4,829.67 | $132,285.45 | $806.79 | $27.32 | $5.38 | $21.94 | $784.85 | $0.00 | $114.65 | $19,806.14 | |
| Month 29 | $4,865.89 | $127,419.56 | $784.85 | $27.32 | $5.23 | $22.08 | $762.76 | $0.00 | $114.65 | $19,985.27 | |
| Month 30 | $4,902.38 | $122,517.18 | $762.76 | $27.32 | $5.09 | $22.23 | $740.53 | $0.00 | $114.65 | $20,164.40 | |
| Month 31 | $4,939.15 | $117,578.03 | $740.53 | $27.32 | $4.94 | $22.38 | $718.15 | $0.00 | $114.65 | $20,343.53 | |
| Month 32 | $4,976.19 | $112,601.84 | $718.15 | $27.32 | $4.79 | $22.53 | $695.62 | $0.00 | $114.65 | $20,522.66 | |
| Month 33 | $5,013.52 | $107,588.32 | $695.62 | $27.32 | $4.64 | $22.68 | $672.94 | $0.00 | $114.65 | $20,701.79 | |
| Month 34 | $465.77 | $107,122.55 | $672.94 | $27.32 | $4.49 | $22.83 | $650.11 | $0.00 | $0.00 | $20,705.92 | |
| Month 35 | $869.26 | $106,253.29 | $650.11 | $27.32 | $4.33 | $22.98 | $627.13 | $0.00 | $0.00 | $20,797.55 | |
| Month 36 | $875.78 | $105,377.51 | $627.13 | $27.32 | $4.18 | $23.14 | $603.99 | $0.00 | $0.00 | $20,889.18 | |
| Month 37 | $5,067.70 | $100,309.81 | $603.99 | $27.32 | $4.03 | $23.29 | $580.70 | $0.00 | $114.65 | $21,068.31 | |
| Month 38 | $5,105.71 | $95,204.10 | $580.70 | $27.32 | $3.87 | $23.45 | $557.26 | $0.00 | $114.65 | $21,247.44 | |
| Month 39 | $5,144.00 | $90,060.10 | $557.26 | $27.32 | $3.72 | $23.60 | $533.66 | $0.00 | $114.65 | $21,426.57 | |
| Month 40 | $5,182.58 | $84,877.52 | $533.66 | $27.32 | $3.56 | $23.76 | $509.90 | $0.00 | $114.65 | $21,605.70 | |
| Month 41 | $5,221.45 | $79,656.07 | $509.90 | $27.32 | $3.40 | $23.92 | $485.98 | $0.00 | $114.65 | $21,784.83 | |
| Month 42 | $5,260.61 | $74,395.46 | $485.98 | $27.32 | $3.24 | $24.08 | $461.90 | $0.00 | $114.65 | $21,963.96 | |
| Month 43 | $5,300.06 | $69,095.40 | $461.90 | $27.32 | $3.08 | $24.24 | $437.66 | $0.00 | $114.65 | $22,143.09 | |
| Month 44 | $5,339.81 | $63,755.59 | $437.66 | $27.32 | $2.92 | $24.40 | $413.26 | $0.00 | $114.65 | $22,322.22 | |
| Month 45 | $5,379.86 | $58,375.73 | $413.26 | $27.32 | $2.76 | $24.56 | $388.70 | $0.00 | $114.65 | $22,501.35 | |
| Month 46 | $834.86 | $57,540.87 | $388.70 | $27.32 | $2.59 | $24.73 | $363.98 | $0.00 | $0.00 | $22,505.48 | |
| Month 47 | $1,241.12 | $56,299.75 | $363.98 | $27.32 | $2.43 | $24.89 | $339.09 | $0.00 | $0.00 | $22,597.11 | |
| Month 48 | $1,250.43 | $55,049.32 | $339.09 | $27.32 | $2.26 | $25.06 | $314.03 | $0.00 | $0.00 | $22,688.74 | |
| Month 49 | $5,445.16 | $49,604.16 | $314.03 | $27.32 | $2.09 | $25.22 | $288.81 | $0.00 | $114.65 | $22,867.87 | |
| Month 50 | $5,486.00 | $44,118.16 | $288.81 | $27.32 | $1.93 | $25.39 | $263.41 | $0.00 | $114.65 | $23,047.00 | |
| Month 51 | $5,527.14 | $38,591.02 | $263.41 | $27.32 | $1.76 | $25.56 | $237.85 | $0.00 | $114.65 | $23,226.13 | |
| Month 52 | $5,568.60 | $33,022.42 | $237.85 | $27.32 | $1.59 | $25.73 | $212.12 | $0.00 | $114.65 | $23,405.26 | |
| Month 53 | $5,610.36 | $27,412.06 | $212.12 | $27.32 | $1.41 | $25.90 | $186.22 | $0.00 | $114.65 | $23,584.39 | |
| Month 54 | $5,652.44 | $21,759.62 | $186.22 | $27.32 | $1.24 | $26.08 | $160.14 | $0.00 | $114.65 | $23,763.52 | |
| Month 55 | $5,694.83 | $16,064.79 | $160.14 | $27.32 | $1.07 | $26.25 | $133.90 | $0.00 | $114.65 | $23,942.65 | |
| Month 56 | $5,737.54 | $10,327.25 | $133.90 | $27.32 | $0.89 | $26.42 | $107.47 | $0.00 | $114.65 | $24,121.78 | |
| Month 57 | $5,780.58 | $4,546.67 | $107.47 | $27.32 | $0.72 | $26.60 | $80.87 | $0.00 | $114.65 | $24,300.91 | |
| Month 58 | $1,238.58 | $3,308.09 | $80.87 | $27.32 | $0.54 | $26.78 | $54.09 | $0.00 | $0.00 | $24,305.04 | |
| Month 59 | $1,647.87 | $1,660.22 | $54.09 | $27.32 | $0.36 | $26.96 | $27.14 | $0.00 | $0.00 | $24,396.67 | |
| Month 60 | $1,660.22 | $0.00 | $27.14 | $27.32 | $0.18 | $27.14 | $0.00 | $0.00 | $0.01 | $24,488.30 | |