IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2025, I caused to be served (i) the proposed plan of reorganization in this case (DE #86) and (ii) this Honorable Court's scheduling order (DE #83), via US Mail, postage prepaid, on all parties on the matrix attached hereto as Exhibit A. I further certify that on the same date I caused the same documents, alongside (iii) ballots for Classes 1 through 5, to be served, also via US Mail, postage prepaid, on those parties listed on Exhibit A who are designated as holders of claims in such classes and entitled to vote thereon under the Plan of Reorganization.

                                                            Respectfully Submitted,

Dated: December 23, 2025        By:    /s/Christianna A. Cathcart
                                                              Christianna A. Cathcart, Esq.
                                                              The Dakota Bankruptcy Firm
                                                              1630 1st Avenue N
                                                              Suite B PMB 24
                                                               Fargo, North Dakota 58102-4246
                                                               Phone: (701) 394-3215
                                                               christianna@dakotabankruptcy.com
                                                               *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 25-30409<br>District of North Dakota<br>Fargo<br>Tue Dec 23 13:16:12 CST 2025 | H5 Transport, LLC<br>322 11th St N, Apt 9<br>PO Box 72<br>Oakes, ND 58474-0072 | Starion Bank<br>c/o John M. Krings, Jr.<br>KD Law, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231 |
| TBK Bank, SSB<br>Ullman and Ullman, P.A.<br>2500 North Military Trail<br>SUITE 100<br>BOCA RATON, FL 33431-6342 | Valley Tire, LLC<br>c/o Caren L. Stanley, Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 |
| A W Diesel Service Inc.<br>PO Box 257<br>Gwinner, ND 58040-0257 | Advance Business Capital LLC<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 | Alan Salsburg<br>649 Vine Ave<br>Las Animas, CO 81054-1656 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Anthony Anderson<br>Nilles Law Firm<br>P.O. Box 2626<br>Fargo, ND 58108-2626 |
| CORPORATION SERVICE COMPANY<br>PO BOX 2576<br>Springfield, IL 62708-2576 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Concentric, LLC<br>62861 Collections Center Drive<br>Chicago, IL 60693-0001 | DeWitt<br>901 Marquette Ave, Suite 2100<br>Minneapolis, MN 55402-3713 | ELM<br>22849 483rd Av<br>Flandreau, SD 57028-6640 |
| FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Great West Casualty Company<br>1100 West 29th Street<br>South Sioux City, NE 68776-3130 | H5 Transport Logistics, LLC<br>5703 Red Bug Lake Rd, STE 523<br>Winter Springs, FL 32708-4969 |
| I29 Truck Shop<br>1539 32nd Ave<br>Brookings, SD 57006-4731 | Indeed<br>200 W 6th ST, Floor 36<br>Austin, Texas 78701-3161 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jared A. Ullman<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Lonnie Dean Helgerson<br>322 N. 11th Street, Apt 9<br>Oakes, ND 58474-1402 | Matt Hill<br>10985 86th St. E<br>Oakes, ND 58474-9702 |
| Maurice B. VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246 | Motive Technologies, Inc.<br>55 Hawthorne Street<br>Suite #500<br>San Francisco, CA 94105-3960 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505-0602 |

| | | |
|---|---|---|
| Oakes Truck Trailer<br>11019 Hwy 11<br>Oakes, ND 58474-9106 | Ottertail<br>215 S. Cascade St.<br>Fergus Falls, MN 56537-2897 | Paul Coleman (P&C Transport, LLC)<br>4002 275th St<br>Clear Lake, IA 50428-9016 |
| Penske Rentals<br>2675 Morgantown Road,<br>Reading, PA 19607-9676 | (p)PENSKE TRUCK LEASING CO  L P<br>PO BOX 563<br>READING PA 19603-0563 | Revolutionary Road, LLC (Cameron<br>13117 27th Ave NW<br>Zimmerman, MN 55398 |
| Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Starion Bank<br>333 N 4th St<br>Bismarck, ND 58501-4020 | Starion Bank<br>c/o John M. Krings, Jr.<br>PO Box 9231<br>Fargo, ND 58106-9231 |
| TBK Bank, SSB d/b/a Triumph<br>651 Canyon Drive<br>Suite 105<br>Coppell, TX 75019-4112 | Todd Franklin<br>917 Bremner Ave<br>Bismarck, ND 58503-0986 | Trans Lease<br>1400 W 62nd Avenue<br>Denver, CO 80221-2400 |
| Triumph Business Capital<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | US SBA-Office of District Counsel<br>721 19th Street, Suite 426<br>Denver, CO 80202-2517 |
| United States Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Valley Tire<br>PO Box 2147<br>Fargo, ND 58107-2147 | Valley Tire, LLC<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 |
| (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 |
| Steven B Nosek<br>Steven B. Nosek, P.A.<br>10285 Yellow Circle Drive<br>Hopkins, MN 55343-9142 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | Wallwork Financial<br>PO Box 628<br>Fargo, ND 58107 | (d)Wallwork Financial Corp<br>401 38th Street SW,<br>P.O Box 628<br>Fargo, ND 58107-0628 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wallwork Financial Corporation

(d)DeWitt LLP
901 Marquette Avenue, Suite 2100
Minneapolis, MN 55402-3713

(u)Toni L. Ptacek

End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54