IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## FIRST AND FINAL APPLICATION OF H5 TRANSPORT, LLC FOR ALLOWANCE OF COMPENSATION FOR PTACEK FINANCIAL SERVICES

Comes now H5 Transport, LLC ("H5 Transport," or the "Debtor"), pursuant to Section 330 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2016, and applies to this Honorable Court for allowance of compensation in the amount of $3,000.00, to be paid to Ptacek Financial Services, PC, for accounting services rendered, and in support thereof states as follows:

### I.  Introduction

Chapter 11 requires more than legal advocacy; it demands accurate bookkeeping, transparent financial reporting, and strict compliance with bankruptcy and tax obligations. For several years, H5 Transport has relied on Ptacek Financial Services, PC, led by Toni L. Ptacek ("Ms. Ptacek"), as its accounting firm. Following the commencement of this case, the Debtor continued that established relationship to ensure continuity, reliability, and accuracy in its financial records and year-end tax preparation. In connection with the services described below, Ptacek Financial Services performed the accounting and tax preparation services reflected in the time records attached hereto as Exhibit A. Because compensation for these pre-confirmation services is subject to Court approval, the Debtor respectfully seeks allowance of $3,000.00 in compensation for the services rendered.

1

## II. Recitations Pursuant to Applicable Law

1.      The services for which compensation is herein sought were performed between November 17, 2025, and December 1, 2025.

2.      No interim applications for compensation have been filed by Ptacek Financial Services in this case.

3.      Complete time records for services performed are attached hereto as Exhibit A.

4.      No expense reimbursements are being sought in this application.

5.      If approved, the compensation sought herein will be paid directly by the Debtor to Ptacek Financial Services, in accordance with the Court's order approving this application.

6.      There is no agreement for Ptacek Financial Services to share compensation with any third party, except that compensation may be paid through its professional firm.

## III. Hourly Rate

Ms. Ptacek billed her time in this matter at a rate of One Hundred Dollars and No Cents ($100.00) per hour. It is respectfully submitted that this rate is reasonable given Ms. Ptacek's experience and qualifications, and is consistent with, if not below, the prevailing rates charged by comparable accounting and financial professionals in North Dakota.

## IV. Description of Services Rendered

The time records attached as Exhibit A set forth in detail the services for which compensation is sought. In summary, Ptacek Financial Services provided comprehensive year-end accounting and tax return preparation services for the 2024 tax year, including the preparation and filing of the Debtor's federal Form 1040 and North Dakota state income tax return.

The services performed included printing and reviewing 2024 bank statements and loan documentation to initiate account reconciliations; cleaning, updating, and reconciling QuickBooks

2

to ensure accurate transaction coding; reviewing and reclassifying transactions to proper accounts; reconciling the trial balance; and making final accounting adjustments. Ptacek Financial Services also reviewed and confirmed the accuracy of the balance sheet and profit and loss statements, matched 1099-NEC filings and wage payments to the accounting records to correct incomplete or mis-coded entries, and prepared all necessary tax return workpapers and supporting documentation. The engagement concluded with a final review and discussion with the Debtor's principal to address outstanding questions and finalize the completed work product. These services were necessary and beneficial to the estate to ensure the accuracy, completeness, and compliance of the Debtor's financial records and tax filings.

## V.  Conclusion

WHEREFORE, H5 Transport respectfully requests that this Honorable Court: (i) approve and allow payment of fees in the amount of $3,000.00 to Ptacek Financial Services for accounting services rendered; (ii) direct that such fees be paid by H5 Transport; and (iii) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 8, 2026                    By:    /s/Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2026, a copy of the foregoing was served electronically upon filing via the Court's ECF system.

I FURTHER CERTIFY that, pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6), a copy of the notice of this Application, attached hereto as Exhibit B (but not the Application or other exhibits), was sent on this 8th day of January, 2026, via First Class Mail, postage prepaid, to all parties listed on the mailing matrix attached hereto as Exhibit C, *except* that no copy was mailed to (i) this Honorable Court; or (ii) The Dakota Bankruptcy Firm.

/s/ Christianna A. Cathcart
Christianna A. Cathcart