

# Statement of Account

**Ptacek Financial Services**
**Toni L Ptacek, CPA, CGMA**

Invoice submitted to:
LONNIE HELGERSON
H-5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL 34208

December 7, 2025

Invoice #  42811

PREPARATION OF SERVICES TO FILE INDIVIDUAL FORM 1040 AND STATE OF NORTH DAKOTA FOR THE TAXABLE YEAR ENDED 12/31/24.    **$3,000.00**

|  | Amount |
|---|---:|
| For professional services rendered | $3,000.00 |
| Balance due | $3,000.00 |

**We accept Mastercard, Visa, Discover and American Express cards, as well as e-checks.  Scan QR code or go to http://www.ptacekfinancial.com and click on the <u>PAY MY PFS BILL</u> link at the top of the page to take you to our secure payment site, or call our office to make a payment.**

Fees are due and payable upon presentation of our invoice to you. Amounts not paid within 30 days from the invoice date will be subject to a late payment charge of 1.5% per month (18% per year). In the event the account is turned over to a collection agency or small claims court, the collection costs will be added to the account.



**TAXES · PLANNING · BOOKKEEPING · PAYROLL**

Scan now to pay instantly!

🏠 420 MAIN AVE
✉ P.O. BOX 412, OAKES ND 58474

📞 701-742-2179    🖨 701-742-2170    🌐 ptacekfinancial.com

| 12/3/2025 | | Ptacek Financial Services, PC | | | |
| | | Pre-bill Worksheet | | | |

| | | | | | Page 1 |
|---|---|---|---|---|---|
| Name | LONNIE HELGERSON | | | | |
| | H-5 TRANSPORT, LLC | | | | |
| Address | 1822 SAINT GEORGE DR | | | | |
| | BRADENTON, FL 34208 | | | | |
| Phone | 727-455-0056 cell | | | | |

| Date / ID | User / Task | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/17/2025 150121 | Amy<br>T/R Prep<br>> printing all 2024 stmts and loan details went to start recons and discover that bank acct has been reconciled through 12/31/2024<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 0.40 | 40.00 |
| 11/17/2025 150124 | Amy<br>T/R Prep<br>> clean up QB before printing TRAN and TB for personal items coded as business<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.50 | 150.00 |
| 11/17/2025 150127 | Amy<br>T/R Prep<br>> go through TRAN and reclass items to proper accounts<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 2.00 | 200.00 |
| 11/18/2025 150156 | Amy<br>T/R Prep<br>> finish going through TRAN and adjust items to proper accounts as needed<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.00 | 100.00 |
| 11/18/2025 150157 | Amy<br>T/R Prep<br>> tieing out the Trial Balance<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 6.50 | 650.00 |

12/3/2025                                     Ptacek Financial Services, PC
                                                  Pre-bill Worksheet

LONNIE HELGERSON (continued)                                              Page  2

| Date<br>ID | User<br>Task | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/19/2025<br>150188 | Amy<br>T/R Prep<br>> went thru documents dropped off and tied them into my workpapers and then called LH with questions and items still needed for now<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.00 | 100.00 |
| 11/20/2025<br>150215 | Amy<br>T/R Prep<br>> key the tax return<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 0.50 | 50.00 |
| 11/20/2025<br>150214 | Amy<br>T/R Prep<br>> final changes to QB and tie out B/S & P/L<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.00 | 100.00 |
| 11/20/2025<br>150213 | Amy<br>T/R Prep<br>> matching 1099 NEC's & wages to QB as not entered per person but total paid out by day and coded to wrong spots so took awhile to match up<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 5.50 | 550.00 |
| 11/25/2025<br>150307 | Sheila<br>T/R Ref<br>> start ref H5 Transport workpapers for t/r<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.60 | 160.00 |
| 11/26/2025<br>150334 | Sheila<br>T/R Ref<br>> ref 1040<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 1.50 | 150.00 |

| 12/3/2025 | Ptacek Financial Services, PC |
|---|---|
| | Pre-bill Worksheet |

LONNIE HELGERSON (continued)                                             Page  3

| Date<br>ID | User<br>Task | Rate | Hours | Amount |
|---|---|---|---|---|
| 11/26/2025<br>150333 | Sheila<br>T/R Ref<br>> finish ref of H5 Transport tax return workpapers<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 2.50 | 250.00 |
| 12/1/2025<br>150420 | Toni<br>T/R Review<br>> review, call to discuss & finalize<br>Reference: t/r prep<br>Custom Text: 2024 prep | 100.00 | 5.00 | 500.00 |
| TOTAL | Billable Fees | | 30.00 | 3,000.00 |