IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF H5 TRANSPORT, LLC
FOR ALLOWANCE OF COMPENSATION FOR PTACEK FINANCIAL SERVICES**

NOTICE IS HEREBY GIVEN that H5 Transport, LLC ("H5 Transport," or the "Debtor") has filed a First and Final Application for Allowance of Compensation seeking approval of compensation in the amount of $3,000.00 to Ptacek Financial Services, PC, the Debtor's accountant, for accounting services rendered in connection with this case.

NOTICE IS FURTHER GIVEN that any written objection to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932, within twenty-one (21) days from the date of mailing of this Notice. Any objection not timely filed may be deemed waived.

Respectfully submitted,

Dated: January 8, 2026         By: /s/Christianna A. Cathcart
                               Christianna A. Cathcart, Esq.
                               The Dakota Bankruptcy Firm
                               1630 1st Avenue N
                               Suite B PMB 24
                               Fargo, North Dakota 58102-4246
                               Phone: (701) 970-2770
                               christianna@dakotabankruptcy.com
                               *Counsel for the Debtor*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2026, a copy of the foregoing was served electronically upon filing via the Court's ECF system, with copies being sent, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel), *except* no copy will be mailed to (i) this Honorable Court; or (ii) The Dakota Bankruptcy Firm.

                                                /s/ Christianna A. Cathcart
                                                Christianna A. Cathcart