| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 25-30409<br>District of North Dakota<br>Fargo<br>Thu Jan  8 10:51:22 CST 2026 | Department of the Treasury<br>15th & Pennsylvania<br>Washington, DC 20222-0001 | H5 Transport, LLC<br>322 11th St N, Apt 9<br>PO Box 72<br>Oakes, ND 58474-0072 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Securities & Exchange Commission<br>175 W. Jackson Blvd.<br>Chicago, IL 60604-2908 | Starion Bank<br>c/o John M. Krings, Jr.<br>KD Law, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231 |
| TBK Bank, SSB<br>Ullman and Ullman, P.A.<br>2500 North Military Trail<br>SUITE 100<br>BOCA RATON, FL 33431-6342 | U.S. Attorney<br>655 First Avenue North, Suite 250<br>Fargo, ND 58102-4932 | Valley Tire, LLC<br>c/o Caren L. Stanley, Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | A W Diesel Service Inc.<br>PO Box 257<br>Gwinner, ND 58040-0257 | Advance Business Capital LLC<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 |
| Alan Salsburg<br>649 Vine Ave<br>Las Animas, CO 81054-1656 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Anthony Anderson<br>Nilles Law Firm<br>P.O. Box 2626<br>Fargo, ND 58108-2626 | CORPORATION SERVICE COMPANY<br>PO BOX 2576<br>Springfield, IL 62708-2576 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Concentric, LLC<br>62861 Collections Center Drive<br>Chicago, IL 60693-0001 | DeWitt<br>901 Marquette Ave, Suite 2100<br>Minneapolis, MN 55402-3713 |
| ELM<br>22849 483rd Av<br>Flandreau, SD 57028-6640 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Great West Casualty Company<br>1100 West 29th Street<br>South Sioux City, NE 68776-3130 |
| H5 Transport Logistics, LLC<br>5703 Red Bug Lake Rd, STE 523<br>Winter Springs, FL 32708-4969 | I29 Truck Shop<br>1539 32nd Ave<br>Brookings, SD 57006-4731 | Indeed<br>200 W 6th ST, Floor 36<br>Austin, Texas 78701-3161 |
| Jared A. Ullman<br>2500 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-6342 | Lonnie Dean Helgerson<br>322 N. 11th Street, Apt 9<br>Oakes, ND 58474-1402 | Matt Hill<br>10985 86th St. E<br>Oakes, ND 58474-9702 |

| | | |
|---|---|---|
| Maurice B. VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, North Dakota 58102-4246 | Motive Technologies, Inc.<br>55 Hawthorne Street<br>Suite #500<br>San Francisco, CA 94105-3960 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505-0602 |
| Oakes Truck Trailer<br>11019 Hwy 11<br>Oakes, ND 58474-9106 | Ottertail<br>215 S. Cascade St.<br>Fergus Falls, MN 56537-2897 | Paul Coleman (P&C Transport, LLC)<br>4002 275th St<br>Clear Lake, IA 50428-9016 |
| Penske Rentals<br>2675 Morgantown Road,<br>Reading, PA 19607-9676 | (p)PENSKE TRUCK LEASING CO  L P<br>PO BOX 563<br>READING PA 19603-0563 | Revolutionary Road, LLC (Cameron<br>13117 27th Ave NW<br>Zimmerman, MN 55398 |
| Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Starion Bank<br>333 N 4th St<br>Bismarck, ND 58501-4020 | Starion Bank<br>c/o John M. Krings, Jr.<br>PO Box 9231<br>Fargo, ND 58106-9231 |
| TBK Bank, SSB d/b/a Triumph<br>651 Canyon Drive<br>Suite 105<br>Coppell, TX 75019-4112 | Todd Franklin<br>917 Bremner Ave<br>Bismarck, ND 58503-0986 | Trans Lease<br>1400 W 62nd Avenue<br>Denver, CO 80221-2400 |
| Triumph Business Capital<br>651 Canyon Drive, Suite 105<br>Coppell, TX 75019-4112 | U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | US SBA-Office of District Counsel<br>721 19th Street, Suite 426<br>Denver, CO 80202-2517 |
| United States Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Valley Tire<br>PO Box 2147<br>Fargo, ND 58107-2147 | Valley Tire, LLC<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 |
| (p)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 | Christianna A. Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste. B PMB 24<br>Fargo, ND 58102-4246 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 |
| Steven B Nosek<br>Steven B. Nosek, P.A.<br>10285 Yellow Circle Drive<br>Hopkins, MN 55343-9142 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Penske Truck Leasing Co., L.P.          Wallwork Financial                   (d)Wallwork Financial Corp
PO Box 563                              PO Box 628                           401 38th Street SW,
Reading, PA 19603                       Fargo, ND 58107                      P.O Box 628
                                                                             Fargo, ND 58107-0628
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wallwork Financial Corporation       (d)DeWitt LLP                        (d)Internal Revenue Service
                                        901 Marquette Avenue, Suite 2100     PO Box 7346
                                        Minneapolis, MN 55402-3713           Philadelphia, PA 19101-7346


(u)Toni L. Ptacek                       End of Label Matrix
                                        Mailable recipients    54
                                        Bypassed recipients     4
                                        Total                  58
```