IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**APPLICATION TO APPROVE EMPLOYMENT OF
THEODORE RAMAGE, ESQ. AND O'KEEFFE O'BRIEN LYSON
LTD AS LITIGATION COUNSEL TO THE ABOVE-CAPTIONED DEBTOR**

Comes now H5 Transport, LLC ("H5 Transport" or the "Debtor"), by and through undersigned counsel, pursuant to Sections 327 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Theodore W. Ramage, Esq., and O'Keeffe O'Brien Lyson Ltd. (collectively, "Counsel"), as litigation counsel to the Debtor for the limited purpose described herein, and in support thereof states as follows:

1. This case was commenced when the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, pursuant to Section 301, on September 16, 2025

2. The Debtor is, and at all times relevant has been, a debtor in possession.

3. The Debtor seeks authority to retain Counsel for the limited purpose of representing as litigation counsel for the Debtor in the matter of *H5 Transport, LLC v. Wallwork Truck Center, Inc. and Wallwork Financial Corporation*, Case No. 3:24-cv-00045-ARS, currently pending in the United States District Court for the District of North Dakota (the "Wallwork Litigation").

4. The Debtor has selected Counsel for their experience in business and commercial litigation, including contract, warranty, fraud, and equipment-related disputes, as well as their reputation for efficiently evaluating and litigating complex claims. Retaining Counsel will ensure

1

a smooth transition following prior counsel's withdrawal, minimize disruption, and help the Debtor protect estate assets and pursue potential recovery.

5. Subject to Court approval, Counsel will render the following services to the Debtor:

   a. Represent the Debtor in all aspects of the Wallwork Litigation, including prosecution of claims and defense of counterclaims;

   b. Review all prior filings, discovery, depositions, and the pending motions;

   c. Conduct further discovery, motion practice, trial preparation, and trial or alternative dispute resolution as appropriate;

   d. Evaluate and negotiate settlement opportunities, including participation in medication; and

   e. Take all actions reasonably necessary to advance and resolve the Wallwork Litigation for the benefit of the estate.

6. To the best of the Debtor's knowledge, Counsel does not represent any other person or entity in connection with this case, and both Counsel and its attorneys are disinterested as that term is used in Section 101(14) of the Bankruptcy Code. Counsel is not a creditor or an insider of the Debtor; has not, within two years before the petition date, served as a director, officer, or employee of the Debtor; and does not hold any interest materially adverse to the estate, its creditors, or equity holders, whether by virtue of any direct or indirect relationship with the Debtor or any other reason. Further, Counsel holds no interest adverse to the Debtor in connection with any of the matters for which employment is sought.

7. Counsel has no legal connection with the Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any

person employed in the office of the United States Trustee, except as expressly set forth in the declaration of Theodore W. Ramage attached hereto.

8. Counsel has agreed to represent the Debtor at an associate rate of Two Hundred Seventy-Five Dollars and No Cents ($275.00) per hour, and a paralegal rate of One Hundred Thirty-Five Dollars and No Cents ($135.00) to One Hundred Ninety-Five Dollars and No Cents ($195.00) per hour. It is respectfully submitted that these proposed rates are fair and reasonable, and that these rates are consistent with the skill and reputation of Counsel and its professionals.

9. All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of North Dakota.

10. Attached hereto, and incorporated herein by reference, is the declaration of Theodore W. Ramage in support of this application

11. Attached hereto, and incorporated herein by reference, is an engagement agreement entered into between the Debtor and Counsel.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Theodore W. Ramage and O'Keeffe O'Brien Lyson Ltd. as litigation counsel to the Debtor; and (ii) afford such other and further relief as may be just and proper.

                                             Respectfully submitted,

Dated: January 19, 2026      By:    /s/ Christianna A. Cathcart
                                              Christianna A. Cathcart, Esq.
                                              The Dakota Bankruptcy Firm
                                              1630 1st Avenue N
                                              Suite B PMB 24
                                              Fargo, North Dakota 58102-4246
                                              Phone: (701) 970-2770
                                              christianna@dakotabankruptcy.com
                                              *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna Cathcart
Christianna Cathcart