IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF THEODORE RAMAGE, ESQ AND O'KEEFFE O'BRIEN LYSON LTD AS LITIGATION COUNSEL TO ABOVE-CAPTIONED DEBTOR**

1. My name is Theodore W. Ramage, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a graduate of the University of North Dakota (B.A. Philosophy, 2021) and the University of North Dakota School of Law (J.D., 2024). During law school, I served as President of the Energy Law Association, acted as a Teaching Assistant for first-year legal writing, and worked as a Burtness Scholar Research Assistant. I was inducted into the Order of Barrister in recognition of excellence in oral and written advocacy.

3. I am an attorney licensed to practice before the highest court of the State of North Dakota, as well as before the United States District for the District of North Dakota.

4. I am an associate attorney employed by O'Keeffe O'Brien Lyson Ltd., located in Fargo, North Dakota. The majority of my legal practice is dedicated to business and commercial litigation, including the representation of clients in contract disputes, warranty matters, fraud and misrepresentation claims, equipment-related litigation, real estate and employment matters, and debtor-creditor issues. I also have experience assisting in bankruptcy-related litigation and adversary proceedings arising out of commercial disputes.

5. I represent no other entity in connection with this case and am disinterested as that

1

term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of the Debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.  Further, I hold no interest adverse to the interest of the Debtor.

6. Except for my proposed representation herein, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

7. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

> I, Theodore W. Ramage, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

*[Signature on Following Page]*

Dated this 19th day of January, 2026.

        O'KEEFFE O'BRIEN LYSON LTD.

_____
Theodore W. Ramage (ND ID. #10079)
720 Main Avenue
Fargo, ND 58103
Phone: (701) 235-8000
Fax: (701) 235-8023
ted@okeeffeattorneys.com

3