

**Tim O'Keeffe***    Dean A. Rindy*
**Tatum O'Brien***^    Sarah A. Aaberg*
**Tracy J. Lyson***    Alex Jenson*
**Sara M. Carlson***    Tasha M. Gahner*
**Brandon Erickson***+^^    Madison Marchus*
   Theodore Ramage

720 Main Avenue    **701-235-8000**    **OkeeffeAttorneys.com**
Fargo, ND 58103    Fax: 701-235-8023

January 6, 2026

Christianna Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
**SENT VIA EMAIL ONLY TO: christianna@dakotabankruptcy.com**

RE:    ENGAGEMENT LETTER – H5 Transport, LLC

Dear Ms. Cathcart & H5 Transport, LLC,

We appreciate your interest in having O'Keeffe O'Brien Lyson, Ltd. offer legal services and will make every effort to satisfy you with prompt, thorough, and efficient legal representation. This letter will outline the terms and conditions of the initial engagement of this firm and will describe our responsibilities and duties to each other. Please review this letter carefully and call me if you have any questions.

<u>SCOPE OF ENGAGEMENT</u>: As of this date, you have asked us to represent H5 Transport, LLC (hereinafter, "Client") for the limited purpose of litigation counsel in the matter *H5 Transport, LLC v. Wallwork Truck Center, Inc. and Wallwork Financial Corporation* (Case No. 3:24-cv-00045-ARS).

<u>CONFIDENTIALITY</u>: Information provided by you to our firm is confidential. We exercise special care in handling client matters and will not disclose confidential information without your consent.

<u>PRIMARY CONTACTS</u>: Your contacts with the firm will be Amie Chang, Paralegal, and Theodore W. Ramage, Attorney. You may have contact with other attorneys, paralegals, or staff members, but Ms. Chang and Mr. Ramage will be your primary contacts.

<u>LEGAL FEES</u>: Legal fees for representation in this proceeding are based upon the following hourly charges:

| | |
|---|---|
| Attorney Theodore W. Ramage | $275.00 |
| Paralegals | $135.00-$195.00 |

You will be charged at the above rates for all time spent on this matter. Hourly charges may be increased during January of each year, and you will be provided with reasonable notice of any such increase. An upward adjustment may also be made to the normal hourly charge for special demands made upon Attorney including difficulty, whether the work is of an emergency character, results achieved and inability to represent other clients.

Also licensed in:   * Minnesota   ^ South Dakota   + California   ^^ Colorado



**Tim O'Keeffe***         Dean A. Rindy*
**Tatum O'Brien*^**      Sarah A. Aaberg*
**Tracy J. Lyson***       Alex Jenson*
**Sara M. Carlson***      Tasha M. Gahner*
**Brandon Erickson*+^^**  Madison Marchus*
                          Theodore Ramage

720 Main Avenue     701-235-8000        OkeeffeAttorneys.com
Fargo, ND 58103     Fax: 701-235-8023

**COSTS AND EXPENSES:** In addition to legal fees, you are responsible for payment of costs incurred and disbursements made on Client's behalf including, but not limited to, photocopying costs, long distance telephone charges, postage, court costs, subpoena costs, depositions, court reporters, witness statements, fees and expenses for any experts hired on the Client's behalf, and all other out-of-pocket expenses directly incurred during this representation. You also agree to pay all expert fees and expenses in advance. You specifically understand that O'Keeffe O'Brien Lyson, Ltd. will not advance any expert fees and expenses.

**PAYMENT OF FEES:** You are responsible for the prompt payment of all fees and costs incurred in the course of this matter. Absent other arrangements made in writing, payment is due immediately upon receipt of the billing statement. Charges not paid by the last business day of the billing month are considered delinquent and will bear interest at the rate of eighteen percent (18%) per annum, or the maximum rate allowed by law, whichever is less. In the event O'Keeffe O'Brien Lyson, Ltd. must take legal action to collect on this account, you expressly agree to pay all collection costs, including reasonable attorney fees.

**SERVICES TO BE PERFORMED:** You will be charged for services which will include, but are not limited to, the following: (1) telephone contact with Client, Attorneys and other relevant persons; (2) case correspondence; (3) document preparation; (4) legal research; (5) office conferences; (6) court appearances; and (7) travel time to and from locations away from the Attorney's office. Services are billed on the basis of time expended. Each party to a legal proceeding has available certain alternatives which will affect the amount of time and money expended in the proceeding. Since the time spent on each matter varies, as does the nature and amount of work necessary to achieve a desired result, O'Keeffe O'Brien Lyson, Ltd. makes no estimate as to the extent of the legal service or the total amount of fees and expenses which Client's case will require. Unless otherwise expressly stated in this Agreement, representation does not include an appeal of the case.

**WITHDRAWAL OR TERMINATION:** You have the right to terminate our representation at any time upon written notice to the Firm. Such termination shall not, however, relieve you of the obligation to pay for all services rendered and disbursements and other charges made or incurred on your behalf prior to the date of the notice or termination, whichever is later. Although we do not anticipate any need to do so, we also reserve the right to withdraw from this representation for good cause. Good cause includes your failure to honor the terms of this engagement letter, your failure to pay amounts billed in a timely manner, your failure to cooperate or follow our advice on a material matter, or any fact or circumstance that would, in our view, impair an effective attorney-client relationship or would render our continuing representation unlawful or unethical. If we elect to withdraw, you agree to take all steps necessary to free us of any obligation to perform further, including the execution of any documents (including forms for substitution of counsel) necessary to complete our withdrawal, and we will be entitled to be paid for all services rendered and disbursements and other charges made or incurred on your behalf prior to the date of withdrawal.



**Tim O'Keeffe***    Dean A. Rindy*
**Tatum O'Brien*^**    Sarah A. Aaberg*
**Tracy J. Lyson***    Alex Jenson*
**Sara M. Carlson***    Tasha M. Gahner*
**Brandon Erickson*+^^**    Madison Marchus*
   Theodore Ramage

720 Main Avenue    **701-235-8000**    **OkeeffeAttorneys.com**
Fargo, ND 58103    Fax: 701-235-8023

**DISCLAIMER OF GUARANTEE:** The firm makes no promise or guarantee about the outcome or cost of our work for you. Statements about possible outcomes or possible fees, costs, or charges should be understood to be estimates and not guarantees.

**CONCLUSION:** You are a valued client and we look forward to working with you. If the terms and conditions of this letter are acceptable, please sign below and return the signed copy to us. If you have any questions or objections to this letter, please do not sign but let us know immediately so that all such matters can be addressed.

We appreciate the opportunity to provide legal representation in this matter.

                 Sincerely,

                 O'Keeffe O'Brien Lyson, Ltd.

                 Theodore W. Ramage
                 *Attorney at Law*

### ACCEPTANCE

The undersigned hereby agrees to retain, engage, and employ O'Keeffe O'Brien Lyson, Ltd. as legal counsel, on the terms and conditions set forth in this letter.

Dated: 12/13/2026                  H5 Transport, LLC

                 *Lonnie Helgerson*
                 Lonnie Helgerson
                 Managing Member

*Also licensed in:  * Minnesota  ^ South Dakota  + California  ^^ Colorado*