IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF THEODORE RAMAGE, ESQ. AND O'KEEFFE O'BRIEN LYSON LTD AS LITIGATION COUNSEL TO THE ABOVE-CAPTIONED DEBTOR

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Theodore Ramage, Esq., and O'Keeffe O'Brien Lyson Ltd., as litigation counsel to the Debtor. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: January 19, 2026    By:  /s/ Christianna Cathcart
Christianna Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Christianna Cathcart
Christianna Cathcart