UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                                      BKY No.: 25-30409

**Chapter 11**

**H5 Transport, LLC**

          **Debtor.**

---

**APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION
FOR SUBCHAPTER V TRUSTEE**

---

1. Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), seeks compensation and reimbursement of expenses in the above referenced case and provides the following information.

2. **ANY RESPONSES TO THIS APPLICATION ARE DUE WITHIN 21 DAYS OF THE FILING OF THIS APPLICATION. IF NO RESPONSE TO THIS APPLICATION IS FILED, THE COURT MAY ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.**

3. This Court has jurisdiction over this application under 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

4. The voluntary petition commencing this chapter 11 case was filed on September 16, 2025. The case is still pending in this Court.

5. This Application arises under 11 U.S.C. §§328 and 330. This Application is filed under Fed. R. Bankr. P. 2016.

6. On September 22, 2025, the U.S. Trustee appointed the Trustee as the Subchapter V Trustee (Doc. 19). Trustee did not receive a retainer in connection with his employment as Trustee.

7. Trustee filed previous fee applications in the above case as follows:

a) Application filed on November 7, 2025, and approved on December 5, 2025 for fees in the amount of $4,200.00. The Debtor has paid said allowed fees and expenses.

8. No compensation, whether previously received or to be received has been or will be shared and no agreement or understanding exists between Trustee and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this Fee Application pursuant to Fed. R. Bank. P. 2016 (a).

1

9.     Trustee has performed actual and necessary services in the exercise and furtherance of his duties under the Bankruptcy Code. Attached as **Exhibit A** is a description of the amounts requested, the services rendered, the time spent and the expenses incurred from November 1, 2025 through December 31, 2025. Trustee requests allowance of compensation for services rendered in the amount of $2,800.00.

**WHEREFORE,** Trustee requests the Court enter an order allowing interim compensation in the amount of $2,800.00 and allowing such fees as an administrative expense consistent with the attached proposed order.

**STEVEN B. NOSEK, P.A.**

Dated: January 19, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

## VERIFICATION

I, Steven B. Nosek, Subchapter V Trustee, named in the foregoing document, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: January 19, 2026.

s/ *Steven B. Nosek*

2

## Steven B. Nosek, P.A.

10285 Yellow Circle Drive
Hopkins, MN 55343

(612) 335-9171

---

Invoice submitted to:

H5 Transport, LLC
c/o Christianna Carthcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste B PMB 24
Fargo, ND 58102-4246

January 1, 2026

In Reference To: H5 Transport, L          25-30409 H5 Transport, LLC

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/4/2025 | SBN | Review material received. | 0.40<br>400.00/hr | 160.00 |
| 11/14/2025 | SBN | Review material received - Notice and Plan of Reorganization. | 1.20<br>400.00/hr | 480.00 |
| 11/18/2025 | SBN | Review material received. | 0.30<br>400.00/hr | 120.00 |
| 11/19/2025 | SBN | Review material received. | 0.60<br>400.00/hr | 240.00 |
| 12/2/2025 | SBN | Review Debtor's Monthly Operating Report. | 0.50<br>400.00/hr | 200.00 |
| | SBN | Prepare and file fee application. | 0.80<br>400.00/hr | 320.00 |
| 12/16/2025 | SBN | Review Debtor's Plan of Reorganization. | 1.50<br>400.00/hr | 600.00 |
| 12/18/2025 | SBN | Telephonic status conference; Email to Cathcart; Review motion. | 1.00<br>400.00/hr | 400.00 |
| 12/29/2025 | SBN | Telephonic Motion hearings. | 0.30<br>400.00/hr | 120.00 |
| 12/31/2025 | SBN | Review Debtor's November Monthly Operating Report. | 0.40<br>400.00/hr | 160.00 |
| | | For professional services rendered | 7.00 | $2,800.00 |

snosek@noseklawfirm.com



Exhibit A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In Re:                                                              BKY No.: 25-30409

                                                                                  Chapter 11

**H5 Transport, LLC,**

          **Debtor.**

## ORDER

---

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on January 19, 2026, for allowance of fees pursuant to §328 and §330 from November 1, 2025 to December 31, 2025. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from November 1, 2025 through December 31, 2025, in the amount of $2,800.00 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $2,800.00, as an administrative expense.

Dated:

                                                         William J. Fisher
                                                         United States Bankruptcy Judge