UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  BKY No.: 25-30409
Chapter 11

H5 Transport, LLC

    Debtor.

## CERTIFICATE OF SERVICE

I, Steven B. Nosek, declare under penalty of perjury that on January 19, 2026, the following parties were served a copy of Application for Allowance of Interim Compensation for Subchapter V Trustee dated January 19, 2026, by United States First Class Mail or ECF as indicated below:

| | | |
|---|---|---|
| Debtor<br>H5 Transport, LLC<br>322 11th St. N.<br>Apt 9<br>Oakes. ND 58474 | Christianna A. Cathcart<br>Debtor's counsel via ECF | Maurice VerStandig<br>Debtor's counsel via ECF |
| United States Trustee<br>Via ECF | Colin Kreuzinger,<br>Counsel for the UST, via ECF | Sarah J. Wencil<br>Counsel for the UST, via ECF |
| John M Krings, Jr. on behalf of Creditor Starion Bank, via ECF | Caren Stanley on behalf of Creditor Valley Tire, LLC, via ECF | Jared A Ullman on behalf of Creditor TBK Bank, SSB, via ECF |

**STEVEN B. NOSEK, P.A.**

Dated: January 19, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com