**Fill in this information to identify the case:**

Debtor Name  H5 Transport, LLC

United States Bankruptcy Court for the: District of Columbia

Case number:  25-30409

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  December

Line of business:  Freight

Date report filed:  01/21/2026
MM / DD / YYYY

NAISC code:  4841

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Lonnie Helgerson, President

Original signature of responsible party  *Lonnie Helgerson*
C70B8513AA4C4BB...

Printed name of responsible party  Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H5 Transport, LLC                                    Case number  25-30409

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$146,434.17

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  57,340.46

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  71,590.02

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -14,249.56

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 132,184.61

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$  5,285.00

Debtor Name  H5 Transport, LLC                                        Case number  25-30409

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                          _____ 0

27. What is the number of employees as of the date of this monthly report?             _____ 0

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 4,200.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 4,200.00

30. How much have you paid this month in other professional fees?                                  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 55,000.00 | − | $ 57,340.46 | = | $ 2,340.46 |
| 33. **Cash disbursements** | $ 55,179.00 | − | $ 71,590.02 | = | $ 13,588.98 |
| 34. **Net cash flow** | $ 179.00 | − | $ -14,249.56 | = | $ -14,428.56 |

35. Total projected cash receipts for the next month:                            $ 60,000.00

36. Total projected cash disbursements for the next month:                     − $ 50,579.43

37. Total projected net cash flow for the next month:                          = $ 9,420.57

---

Debtor Name  H5 Transport, LLC

Case number  25-30409

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## EXHIBIT C

| Date | Account | Description | Amount |
|------|---------|-------------|-------:|
| 12/1/25 | Wells Fargo | Chrobinson 8894 | $2,940.00 |
| 12/2/25 | Wells Fargo | Patriot Software Acctverify | $0.44 |
| 12/4/25 | Wells Fargo | Triumph Finance Payment | $968.50 |
| 12/4/25 | Wells Fargo | Chrobinson 8894 | $1,372.00 |
| 12/5/25 | Wells Fargo | Chrobinson 8894 | $2,254.00 |
| 12/8/25 | Wells Fargo | Triumph Finance Payment | $2,909.75 |
| 12/8/25 | Wells Fargo | Chrobinson 8894 | $1,470.00 |
| 12/9/25 | Wells Fargo | Triumph Finance Payment | $6,984.68 |
| 12/9/25 | Wells Fargo | Chrobinson 8894 | $1,274.00 |
| 12/10/25 | Wells Fargo | Chrobinson 8894 | $2,518.60 |
| 12/11/25 | Wells Fargo | Triumph Finance Payment | $1,454.25 |
| 12/15/25 | Wells Fargo | Triumph Finance Payment | $4,077.30 |
| 12/15/25 | Wells Fargo | Chrobinson 8894 | $1,519.00 |
| 12/16/25 | Wells Fargo | Triumph Finance Payment | $3,785.85 |
| 12/17/25 | Wells Fargo | Chrobinson 8894 | $1,832.60 |
| 12/18/25 | Wells Fargo | Triumph Finance Payment | $1,745.70 |
| 12/19/25 | Wells Fargo | Chrobinson 8894 | $1,568.00 |
| 12/22/25 | Wells Fargo | Triumph Finance Payment | $3,624.58 |
| 12/23/25 | Wells Fargo | Purchase Return | $134.14 |
| 12/24/25 | Wells Fargo | Triumph Finance Payment | $2,231.45 |
| 12/24/25 | Wells Fargo | Chrobinson 8894 | $1,960.00 |
| 12/26/25 | Wells Fargo | Chrobinson 8894 | $3,920.00 |
| 12/26/25 | Wells Fargo | Triumph Finance Payment | $4,077.30 |
| 12/30/25 | Wells Fargo | Triumph Finance Payment | $2,717.20 |
| 12/30/25 | Wells Fargo | Interest | $1.12 |
| **Total** | | | **$57,340.46** |

| Date | Account | Description | Amount |
|------|---------|-------------|--------|
| 12/1/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/1/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |
| 12/2/25 | Bank of America | External Transfer Fee | $1.00 |
| 12/2/25 | Bank of America | Patriot Software Account Verification | $84.00 |
| 12/2/25 | Wells Fargo | Patriot Software Account Verification | $0.44 |
| 12/2/25 | Bank of America | Geico | $460.47 |
| 12/2/25 | Bank of America | PrePass | $208.95 |
| 12/3/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/3/25 | Bank of America | US Drug Test | $199.95 |
| 12/3/25 | Wells Fargo | Recurring Payment - City of Oakes, ND | $65.00 |
| 12/3/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,500.00 |
| 12/3/25 | Bank of America | Intuit | $75.00 |
| 12/4/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/4/25 | Wells Fargo | ND Dept. of Motor Vehicle | $20.00 |
| 12/4/25 | Wells Fargo | Manatee County, Florida | $129.30 |
| 12/4/25 | Wells Fargo | Wire Transfer to Patriot Software | $4,359.20 |
| 12/5/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/5/25 | Wells Fargo | Patriot Software Subscription | $50.00 |
| 12/5/25 | Wells Fargo | Truckstop Subscription | $42.00 |
| 12/5/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |
| 12/8/25 | Wells Fargo | PayPal Transfer to GoDaddy | $22.19 |
| 12/8/25 | Wells Fargo | PayPal Transfer to GoDaddy | $155.88 |
| 12/9/25 | Wells Fargo | Rent | $500.00 |
| 12/9/25 | Wells Fargo | Credit One Bank Payment | $60.00 |
| 12/9/25 | Wells Fargo | Florida Power & Light | $170.90 |
| 12/9/25 | Wells Fargo | Banner Bank Bill Payment | $186.85 |
| 12/9/25 | Wells Fargo | Patriot Software Contract Payroll | $9,361.42 |
| 12/11/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/11/25 | Wells Fargo | DAT Solutions Subscription | $108.00 |
| 12/11/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,500.00 |
| 12/12/25 | Wells Fargo | GEICO Auto Insurance | $279.22 |
| 12/12/25 | Wells Fargo | Capitol One Credit Card | $100.00 |
| 12/15/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/15/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,500.00 |
| 12/15/25 | Wells Fargo | PayPal Transfer to GoDaddy | $8.99 |
| 12/16/25 | Wells Fargo | Motive Subscription | $610.08 |
| 12/16/25 | Wells Fargo | Patriot Software Contract Payroll | $9,235.74 |
| 12/18/25 | Wells Fargo | Subchapter V Trustee Fees | $4,200.00 |
| 12/19/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/19/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |
| 12/19/25 | Wells Fargo | Otter Tail Power Company | $91.80 |
| 12/22/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/22/25 | Wells Fargo | Wallmart Check Printing | $23.99 |
| 12/22/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |

Docusign Envelope ID: 75B7196D-ADC7-409B-8A91-FD89776228F4

Docusign Envelope ID: 75B7196D-ADC7-409B-8A91-FD897759228F1

| Date | Account | Description | Amount |
|------|---------|-------------|--------|
| 12/22/25 | Wells Fargo | Great West Casualty Insurance | $3,353.25 |
| 12/22/25 | Wells Fargo | Patriot Software Contract Payroll | $10,136.10 |
| 12/23/25 | Wells Fargo | Istate Truck Inc. | $662.86 |
| 12/26/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/26/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |
| 12/26/25 | Wells Fargo | PayPal Instant Transfer | $54.00 |
| 12/29/25 | Wells Fargo | Verizon Wireless | $309.84 |
| 12/29/25 | Wells Fargo | Otter Tail Power Company | $234.48 |
| 12/30/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/30/25 | Wells Fargo | HP Instant Ink Subscription | $1.61 |
| 12/30/25 | Wells Fargo | USPS Click-N-Ship | $8.40 |
| 12/30/25 | Wells Fargo | Wire Transfer to Wex, Inc. | $2,000.00 |
| 12/31/25 | Wells Fargo | Wire Transfer Service Charge | $25.00 |
| 12/31/25 | Wells Fargo | City of Ellendale, ND | $15.00 |
| 12/31/25 | Wells Fargo | Municipay (M3) Services | $3.00 |
| 12/31/25 | Wells Fargo | Wire Transfer to Patriot Software | $6,226.11 |
| **Total** | | | **$71,590.02** |

| Creditor | Purpose of Debt | Amount Owed | Due Date |
|---|---|---|---|
| Wright Insurance Company | Flood insurance premium for property insured on behalf of the Debtor | $2,285.00 | Dec-25 |
| Ptacek Financial Services | Professional accounting services, including tax return preparation and related adjustments | $3,000.00 | Dec-25 |
| **Total** | | **$5,285.00** | |

# Business Market Rate Savings

December 31, 2025 ■ Page 1 of 3

**WELLS FARGO**

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake fraud alerts.** If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
**2. Bogus shipping notifications.** Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
**Tip:** If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
**3. AI-created scam websites.** Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
**Tip:** Use a credit card to make online purchases if you can - it has additional protection.

**Donate safely and avoid charity scams**

Before donating, research new charities using a resource like Better Business Bureau® or give.org.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $126,050.47 |
| Deposits/Credits | 9,971.55 |
| Withdrawals/Debits | - 10,000.00 |
| **Ending balance on 12/31** | **$126,022.02** |

Account number:  **7159822035  (primary account)**

**LONNIE HELGERSON
H5 TRANSPORT, LLC**

*Florida account terms and conditions apply*

For Direct Deposit use

For Wire Transfers use

Case 25-30409   Doc 94   Filed 01/21/26   Entered 01/21/26 16:04:35   Desc Main
Document   Page 10 of 31

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.12 |
| Average collected balance | $131,830.21 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.12 |
| Interest paid this year | $1.22 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 12/4 | H5 Transport, LI Sender 251204 xxxxx6594 0000H5 Transport | 9,970.43 | | 136,020.90 |
| 12/22 | Online Transfer to Lonnie Helgerson Business Checking xxxxxx0127 Ref #Ib0W6Hz7DI on 12/22/25 | | 10,000.00 | 126,020.90 |
| 12/31 | Interest Payment | 1.12 | | 126,022.02 |
| Totals | | $9,971.55 | $10,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $300.00 | $126,020.90 | + |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 | ☐ |

YC/YC



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Docusign Envelope ID: 75B7196D-ADC7-409D-8A91-ED897F6228F1

Case 25-30409    Doc 94    Filed 01/21/26    Entered 01/21/26 16:04:35    Desc Main
December 31, 2025 ■ Page 3 of 3                    Document        Page 11 of 31

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your              $ _____
register or transfers into                 $ _____
your account which are not                 $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801





**BANK OF AMERICA** 🏦

🔒 Switch to
paperless at
bankofamerica.com

P.O. Box 15284
Wilmington, DE 19850

իլիիիիկիիիիիիիիիիիիիիիիիիիիիիիիիիի
AT 0115 0  118 078     09796 H#001 AV 0.593

H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL 34208-1438

BANK OF AMERICA
**Preferred Rewards**
For Business

### Customer service information

📞  1.888.BUSINESS (1.888.287.4637)

✉️  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118



# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Platinum

for December 1, 2025 to December 31, 2025

**H5 TRANSPORT, LLC**

Account number:

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2025 | $1,362.27 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -1,362.27 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $85.12 |
| **Ending balance on December 31, 2025** | **$0.00** | ¹Includes checks paid, deposited items and other debits |





## Take your security to the next level

Check your security meter level and watch it rise as you take action to help
protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and may not be available for select
mobile devices. Message and data rates may apply.

SSM-01-25-2480A 1 7528643



Docusign Envelope ID: 75B3196D-A0C7-409B-8A91-FD897776228F1

**BANK OF AMERICA** 

**Your checking account**

HS TRANSPORT, LLC   |   Account                          December 1, 2025 to December 31, 2025

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/25 | GEICO      DES:PREM COLL  ID:   1973775468  INDN:LONNIE HELGERSON       CO ID:3530075853 PPD | -460.47 |
| 12/02/25 | PREPASS      DES:8007737277 ID:2VG3S3PYC974FA9  INDN:LONNIE HELGERSON       CO ID:3860730202 PPD | -208.95 |
| 12/03/25 | INTUIT *      DES:QBooks Onl ID:0543348 INDN:H5 TRANSPORT       CO ID:0000756346 CCD | -75.00 |
| 12/05/25 | CONTACT CTR OFFICIAL CHECK ISSUED | -333.90 |

Card account # XXXX XXXX XXXX 9869

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/25 | PURCHASE  1201 PATRIOT SOFTWARE, 8779687147   OH | -84.00 |
| 12/03/25 | CHECKCARD  1201 US DRUG TEST CTRS 8665660261    NV 85353545336980002341358 CKCD 8011 XXXXXXXXXXX9869 XXXX XXXX XXXX 9869 | -199.95 |
| **Subtotal for card account # XXXX XXXX XXXX 9869** | | **-$283.95** |
| **Total withdrawals and other debits** | | **-$1,362.27** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 12/01 | 1,362.27 | 12/03 | 333.90 | 12/05 | 0.00 |
| 12/02 | 608.85 | | | | |



We know you can bank anywhere.
Thank you for choosing us.

BANK OF AMERICA

SSM-03-25-0550A  |  7741938

Docusign Envelope ID: 75B7196D-ADC7-409B-8A91-FD897762287F1

# Initiate Business Checking

December 31, 2025 ■ Page 1 of 7

**WELLS FARGO**

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

3 Things to watch out for when shopping online for the holidays

1. Fake fraud alerts. If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant,
your bank, or card provider directly to verify.
2. Bogus shipping notifications. Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open
attachments without verifying first.
Tip: If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
3. AI-created scam websites. Avoid advertised links from search results. Double check the URL for misspellings or extra characters
before clicking "Buy".
Tip: Use a credit card to make online purchases if you can - it has additional protection.

Donate safely and avoid charity scams

Before donating, research new charities using a resource like Better Business Bureau® or give.org.

**WELLS FARGO**

## Statement period activity summary

| | | |
|---|---|---|
| Beginning balance on 12/1 | $9,050.00 | |
| Deposits/Credits | 67,673.24 | |
| Withdrawals/Debits | - 70,560.65 | |
| **Ending balance on 12/31** | **$6,162.59** | |

Account number:  **6167120127  (primary account)**

**LONNIE HELGERSON**
**H5 TRANSPORT, LLC**

*Florida account terms and conditions apply*

For Direct Deposit use ▅▅▅▅▅▅▅

For Wire Transfers use ▅▅▅▅▅▅▅

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- ■ Savings - 000007159822035

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Chrobinson8894 Triumphpay 251201 C19594481 **C19594481 Triumphpay on Behalf of C.H. Robinson | 2,940.00 | | |
| 12/1 | | Wire Trans Svc Charge - Sequence: 251201037592 Srf# Ow00006358869460 Trn#251201037592 Rfb# Ow00006358869460 | | 25.00 | |
| 12/1 | | WT 251201-037592 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006358869460 Trn#251201037592 Rfb# Ow00006358869460 | | 2,000.00 | 9,965.00 |
| 12/2 | | Patriot Software Acctverify 251202 Ps128587 H5 Transport LLC | 0.44 | | |
| 12/2 | < | Business to Business ACH Debit - Patriot Software Acctverify 251202 Ps128587 H5 Transport LLC | | 0.44 | 9,965.00 |
| 12/3 | | Wire Trans Svc Charge - Sequence: 251203062002 Srf# Ow00006370238048 Trn#251203062002 Rfb# Ow00006370238048 | | 25.00 | |
| 12/3 | | Recurring Payment authorized on 12/02 Psn*Oakes ND 701-742-2137 ND S585337072858364 Card 6292 | | 65.00 | |
| 12/3 | | WT 251203-062002 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006370238048 Trn#251203062002 Rfb# Ow00006370238048 | | 2,500.00 | 7,375.00 |
| 12/4 | | Triumph Finance Payment 251204 131524 H5 Transport, LLC | 968.50 | | |
| 12/4 | | Chrobinson8894 Triumphpay 251204 C19636625 **C19636625 Triumphpay on Behalf of C.H. Robinson | 1,372.00 | | |
| 12/4 | | Wire Trans Svc Charge - Sequence: 251204046642 Srf# Ow00006373859311 Trn#251204046642 Rfb# Ow00006373859311 | | 25.00 | |
| 12/4 | | Purchase authorized on 12/02 Nddot-Motor Vehicl 701-328-2725 ND S465336678546982 Card 6292 | | 20.00 | |
| 12/4 | | Recurring Payment authorized on 12/02 Pmt*Manatee County 866-835-4966 FL S465336685984814 Card 6292 | | 129.30 | |
| 12/4 | | WT Fed#01R00 First Citizens Ban /Ftr/Bnf=Patriot Software Srf# Ow00006373859311 Trn#251204046642 Rfb# Ow00006373859311 | | 4,359.20 | 5,182.00 |
| 12/5 | | Chrobinson8894 Triumphpay 251205 C19669327 **C19669327 Triumphpay on Behalf of C.H. Robinson | 2,254.00 | | |
| 12/5 | | Wire Trans Svc Charge - Sequence: 251205166972 Srf# Ow00006379396724 Trn#251205166972 Rfb# Ow00006379396724 | | 25.00 | |
| 12/5 | | Recurring Payment authorized on 12/04 Patriot Software, 877-968-7147 OH S355338480382078 Card 6292 | | 50.00 | |
| 12/5 | | Purchase authorized on 12/04 Truckstop 800-203-2540 ID S345338502413131 Card 6292 | | 42.00 | |
| 12/5 | | WT 251205-166972 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006379396724 Trn#251205166972 Rfb# Ow00006379396724 | | 2,000.00 | 5,319.00 |
| 12/8 | | Triumph Finance Payment 251208 131524 H5 Transport, LLC | 2,909.75 | | |
| 12/8 | | Chrobinson8894 Triumphpay 251208 C19694365 **C19694365 Triumphpay on Behalf of C.H. Robinson | 1,470.00 | | |

Docusign Envelope ID: 75B7196D-ADC7-409B-8A91-FD897F5228F4

Case 25-30409    Doc 94    Filed 01/21/26    Entered 01/21/26 16:04:35    Desc Main
December 31, 2025 ■ Page 3 of 7                    Document        Page 16 of 31



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/8 | | Paypal Inst Xfer 251206 Godaddy.Com Helgerson Franchise Gr | | 22.19 | |
| 12/8 | | Paypal Inst Xfer 251208 Godaddy.Com Helgerson Franchise Gr | | 155.88 | 9,520.68 |
| 12/9 | | Triumph Finance Payment 251209 131524 H5 Transport, LLC | 6,984.68 | | |
| 12/9 | | Chrobinson8894 Triumphpay 251209 C19726128 **C19726128 Triumphpay on Behalf of C.H. Robinson | 1,274.00 | | |
| 12/9 | | Bill Pay Matt Hill on-Line No Account Number on 12-09 | | 500.00 | |
| 12/9 | | Credit One Bank Payment 251203 34749750 Helgerson,Lonnie | | 60.00 | |
| 12/9 | | Fpl Direct Debit Elec Pymt 12/25 9368237518 Ppda Lonnie Helgerson | | 170.90 | |
| 12/9 | | Banner Bill Pay 251209 17181552140 H5 Transport | | 186.85 | |
| 12/9 | < | Business to Business ACH Debit - Patriot Software Cntractpay 251209 C31510054 H5 Transport LLC | | 9,361.42 | 7,500.19 |
| 12/10 | | Chrobinson8894 Triumphpay 251210 C19738818 **C19738818 Triumphpay on Behalf of C.H. Robinson | 2,518.60 | | 10,018.79 |
| 12/11 | | Triumph Finance Payment 251211 131524 H5 Transport, LLC | 1,454.25 | | |
| 12/11 | | Mobile Deposit : Ref Number :304110787975 | 333.90 | | |
| 12/11 | | Wire Trans Svc Charge - Sequence: 251211052415 Srf# Ow00006398550779 Trn#251211052415 Rfb# Ow00006398550779 | | 25.00 | |
| 12/11 | | Purchase authorized on 12/10 Dat Solutions 800-800-3285302 FL S355344531797553 Card 6292 | | 108.00 | |
| 12/11 | | WT 251211-052415 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006398550779 Trn#251211052415 Rfb# Ow00006398550779 | | 2,500.00 | 9,173.94 |
| 12/12 | | Purchase authorized on 12/10 Geico *Auto 800-841-3000 DC S465345235533856 Card 6292 | | 279.22 | |
| 12/12 | < | Business to Business ACH Debit - Capital One Crcardpmt CA0Ac833B2A759D Lonnie D Helgerson | | 100.00 | 8,794.72 |
| 12/15 | | Triumph Finance Payment 251215 131524 H5 Transport, LLC | 4,077.30 | | |
| 12/15 | | Chrobinson8894 Triumphpay 251215 C19797059 **C19797059 Triumphpay on Behalf of C.H. Robinson | 1,519.00 | | |
| 12/15 | | Wire Trans Svc Charge - Sequence: 251215077910 Srf# Ow00006413152337 Trn#251215077910 Rfb# Ow00006413152337 | | 25.00 | |
| 12/15 | | WT 251215-077910 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006413152337 Trn#251215077910 Rfb# Ow00006413152337 | | 2,500.00 | |
| 12/15 | | Paypal Inst Xfer 251213 Godaddy.Com Helgerson Franchise Gr | | 8.99 | 11,857.03 |
| 12/16 | | Triumph Finance Payment 251216 131524 H5 Transport, LLC | 3,785.85 | | |
| 12/16 | | Recurring Payment authorized on 12/15 Motive 855-434-356 855-434-3564 CA S465349512026447 Card 6292 | | 610.08 | |
| 12/16 | < | Business to Business ACH Debit - Patriot Software Cntractpay 251216 C31660761 H5 Transport LLC | | 9,235.74 | 5,797.06 |
| 12/17 | | Chrobinson8894 Triumphpay 251217 C19845410 **C19845410 Triumphpay on Behalf of C.H. Robinson | 1,832.60 | | 7,629.66 |
| 12/18 | | Triumph Finance Payment 251218 131524 H5 Transport, LLC | 1,745.70 | | |
| 12/18 | | Bill Pay Steven B. Nosek on-Line xx-x0409 on 12-18 | | 4,200.00 | 5,175.36 |
| 12/19 | | Chrobinson8894 Triumphpay 251219 C19898522 **C19898522 Triumphpay on Behalf of C.H. Robinson | 1,568.00 | | |
| 12/19 | | Wire Trans Svc Charge - Sequence: 251219104114 Srf# Ow00006428082424 Trn#251219104114 Rfb# Ow00006428082424 | | 25.00 | |
| 12/19 | | WT 251219-104114 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006428082424 Trn#251219104114 Rfb# Ow00006428082424 | | 2,000.00 | |
| 12/19 | | Ottertailpowerco BILLPAY 251219 Otter Tail Powe H5 Transport | | 91.80 | 4,626.56 |
| 12/22 | | Triumph Finance Payment 251222 131524 H5 Transport, LLC | 3,624.58 | | |
| 12/22 | | Online Transfer From Lonnie Helgerson Business Market Rate Savings xxxxxx2035 Ref #Ib0W6Hz7DI on 12/22/25 | 10,000.00 | | |
| 12/22 | | Wire Trans Svc Charge - Sequence: 251222135122 Srf# Ow00006438676091 Trn#251222135122 Rfb# Ow00006438676091 | | 25.00 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|---|---|---|---|---|
| 12/22 | | Purchase authorized on 12/19 Wal-Mart Check Pri 866-925-2432 TX S305353594102015 Card 6292 | | 23.99 | |
| 12/22 | | WT 251222-135122 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006438676091 Trn#251222135122 Rfb# Ow00006438676091 | | 2,000.00 | |
| 12/22 | | Grtwestcas Grtwestcas 251222 McP61200F Lonnie Helgerson | | 3,353.25 | |
| 12/22 | < | Business to Business ACH Debit - Patriot Software Cntractpay 251222 C31795303 H5 Transport LLC | | 10,136.10 | 2,712.80 |
| 12/23 | | Purchase Return authorized on 12/22 Istate Truck Inc 2 Bismarck ND S625357736034295 Card 6292 | 134.14 | | |
| 12/23 | | Purchase authorized on 12/22 Istate Truck Inc 2 952-854-2044 ND S465356515943597 Card 6292 | | 662.86 | 2,184.08 |
| 12/24 | | Triumph Finance Payment 251224 131524 H5 Transport, LLC | 2,231.45 | | |
| 12/24 | | Chrobinson8894 Triumphpay 251224 C19972990 **C19972990 Triumphpay on Behalf of C.H. Robinson | 1,960.00 | | 6,375.53 |
| 12/26 | | Chrobinson8894 Triumphpay 251226 C19976359 **C19976359 Triumphpay on Behalf of C.H. Robinson | 3,920.00 | | |
| 12/26 | | Triumph Finance Payment 251226 131524 H5 Transport, LLC | 4,077.30 | | |
| 12/26 | | Wire Trans Svc Charge - Sequence: 251226068267 Srf# Ow00006452681726 Trn#251226068267 Rfb# Ow00006452681726 | | 25.00 | |
| 12/26 | | WT 251226-068267 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006452681726 Trn#251226068267 Rfb# Ow00006452681726 | | 2,000.00 | |
| 12/26 | | Paypal Inst Xfer 251226 1047182349823 Helgerson Franchise Gr | | 54.00 | 12,293.83 |
| 12/29 | | Verizon Wireless Payments 251226 068854710800001 0000000068854710800001 | | 309.84 | |
| 12/29 | | Ottertailpowerco BILLPAY 251229 Otter Tail Powe H5 Transport | | 234.48 | 11,749.51 |
| 12/30 | | Triumph Finance Payment 251230 131524 H5 Transport, LLC | 2,717.20 | | |
| 12/30 | | Wire Trans Svc Charge - Sequence: 251230127037 Srf# Ow00006464980177 Trn#251230127037 Rfb# Ow00006464980177 | | 25.00 | |
| 12/30 | | Recurring Payment authorized on 12/29 Hp *Instant Ink 855-785-2777 CA S345363551755784 Card 6292 | | 1.61 | |
| 12/30 | | Purchase authorized on 12/29 USPS.Com Clicknshi 800-344-7779 DC S355363814585043 Card 6292 | | 8.40 | |
| 12/30 | | WT 251230-127037 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006464980177 Trn#251230127037 Rfb# Ow00006464980177 | | 2,000.00 | 12,431.70 |
| 12/31 | | Wire Trans Svc Charge - Sequence: 251231056988 Srf# Ow00006467900311 Trn#251231056988 Rfb# Ow00006467900311 | | 25.00 | |
| 12/31 | | Purchase authorized on 12/29 City of Ellendale Ellendale ND S355363770115960 Card 6292 | | 15.00 | |
| 12/31 | | Purchase authorized on 12/29 Municipay(M3)*Serv Portland ME S345363770145292 Card 6292 | | 3.00 | |
| 12/31 | | WT Fed#03R00 First Citizens Ban /Ftr/Bnf=Patriot Software Srf# Ow00006467900311 Trn#251231056988 Rfb# Ow00006467900311 | | 6,226.11 | 6,162.59 |
| Totals | | | $67,673.24 | $70,560.65 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Docusign Envelope ID: 75B7196D-ADC7-409D-8A91-FD897F6228F1

Case 25-30409    Doc 94    Filed 01/21/26    Entered 01/21/26 16:04:35    Desc Main
December 31, 2025 ■ Page 5 of 7                    Document            Page 18 of 31

**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any ONE of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $7,750.00 | ☑ |
| • Minimum daily balance | $500.00 | $2,184.08 | ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 30 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✔ IMPORTANT ACCOUNT INFORMATION

_____

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?

Docusign Envelope ID: 75B7196D-A0C7-409D-8A91-FD897F6228F1

If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Docusign Envelope ID: 75B7196D-ADC7-409D-8A91-FD89776228F1

Case 25-30409    Doc 94    Filed 01/21/26    Entered 01/21/26 16:04:35    Desc Main
December 31, 2025 ■ Page 7 of 7                   Document        Page 20 of 31

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your               $ _____
   register or transfers into               $ _____
   your account which are not               $ _____
   shown on your statement.               + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801





**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

🔒 Switch to
paperless at
bankofamerica.com

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

```
ılı|ılı|ılı|ılı|ılı|ılı|ılıılı|ılı|ılı|ılı|ılıılı|ılı|ılı|ılı|ılı|ılı|
AO 0115 O  118 078      09809 #001 AV 0.593
```

H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON, FL  34208-1438

## Your Business Advantage Savings
## Preferred Rewards for Bus Platinum

for December 1, 2025 to December 31, 2025

**H5 TRANSPORT, LLC**

Account number ████████████

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2025 | $9,971.43 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -9,970.43 | # of days in cycle: 31 |
| Service fees | -1.00 | Average ledger balance: $0.03 |
| **Ending balance on December 31, 2025** | **$0.00** | Average collected balance: $0.03 |

Interest Paid Year To Date: $1.80.



## Take your security to the next level

Check your security meter level and watch it rise as you take action to help
protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and may not be available for select
mobile devices. Message and data rates may apply.





Docusign Envelope ID: 75B7196D-ADC7-409B-8A91-FD897762287A



**BANK OF AMERICA** ✦

## Your savings account

H5 TRANSPORT, LLC   |   Account                          December 1, 2025 to December 31, 2025

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/25 | TRANSFER H5 TRANSPORT, LLC:H5 Transport Confirmation# 1862981244 | -9,970.43 |
| **Total withdrawals and other debits** | | **-$9,970.43** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 12/02/25 | External transfer fee - 3 Day -   12/01/2025 | -1.00 |
| **Total service fees** | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) |
|------|-------------|------|-------------|
| 12/01 | 1.00 | 12/02 | 0.00 |

We know you can bank anywhere.
Thank you for choosing us.

Docusign Envelope ID: 75B3196D-ADC7-409D-8A91-FD897756228F1

1/19/26, 10:32 AM

H5 Transport, LLC

**BofA, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/19/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---

| |
---|---:
Statement beginning balance | 1,362.27
Checks and payments cleared (6) | -1,362.27
Deposits and other credits cleared (0) | 0.00
Statement ending balance | 0.00
| |
Register balance as of 12/31/2025 | 0.00

**Details**

Checks and payments cleared (6)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/02/2025 | Expense | | Geico | -460.47 |
| 12/02/2025 | Expense | | PrePass | -208.95 |
| 12/02/2025 | Expense | | Patriot Software | -84.00 |
| 12/02/2025 | Expense | | US Drug Test Centers | -199.95 |
| 12/03/2025 | Expense | | Quickbooks | -75.00 |
| 12/11/2025 | Deposit | | Quickbooks | -333.90 |
| Total | | | | -1,362.27 |

H5 Transport, LLC

**Wells Fargo Checking, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/19/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 9,050.00 |
| Checks and payments cleared (54) | -70,560.65 |
| Deposits and other credits cleared (33) | 67,673.24 |
| Statement ending balance | 6,162.59 |
| | |
| Uncleared transactions as of 12/31/2025 | -208.95 |
| Register balance as of 12/31/2025 | 5,953.64 |
| Cleared transactions after 12/31/2025 | 0.00 |
| Uncleared transactions after 12/31/2025 | -13,553.55 |
| Register balance as of 01/19/2026 | -7,599.91 |

**Details**

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Expense | | | -25.00 |
| 12/01/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 12/02/2025 | Expense | | Patriot Software | -0.44 |
| 12/03/2025 | Expense | | | -25.00 |
| 12/03/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 12/03/2025 | Expense | | Oakes Truck & Trailer | -65.00 |
| 12/04/2025 | Expense | | | -25.00 |
| 12/04/2025 | Expense | | | -129.30 |
| 12/04/2025 | Expense | | Patriot Software | -4,359.20 |
| 12/04/2025 | Expense | | ND Dept of Transportation | -20.00 |
| 12/05/2025 | Expense | | Wex, Inc. | -2,000.00 |
| 12/05/2025 | Expense | | | -25.00 |
| 12/05/2025 | Expense | | Truckstop.com | -42.00 |
| 12/05/2025 | Expense | | Patriot Software | -50.00 |
| 12/08/2025 | Expense | | | -155.88 |
| 12/08/2025 | Expense | | | -22.19 |
| 12/09/2025 | Expense | | Patriot Software | -9,361.42 |
| 12/09/2025 | Expense | | Banner Life | -186.85 |
| 12/09/2025 | Expense | | Credit One | -60.00 |
| 12/09/2025 | Expense | | Matt Hill | -500.00 |
| 12/09/2025 | Expense | | | -170.90 |
| 12/11/2025 | Expense | | | -25.00 |
| 12/11/2025 | Expense | | DAT | -108.00 |
| 12/11/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 12/12/2025 | Expense | | Capital One | -100.00 |
| 12/12/2025 | Expense | | Geico | -279.22 |
| 12/15/2025 | Expense | | | -25.00 |
| 12/15/2025 | Expense | | Wex, Inc. | -2,500.00 |
| 12/15/2025 | Expense | | | -8.99 |
| 12/16/2025 | Expense | | Patriot Software | -9,235.74 |

| 12/16/2025 | Expense | Motive | -610.08 |
| 12/18/2025 | Expense | | -4,200.00 |
| 12/19/2025 | Expense | | -91.80 |
| 12/19/2025 | Expense | | -25.00 |
| 12/19/2025 | Expense | Wex, Inc. | -2,000.00 |
| 12/22/2025 | Expense | Wex, Inc. | -2,000.00 |
| 12/22/2025 | Expense | Great West Insurance | -3,353.25 |
| 12/22/2025 | Expense | Walmart | -23.99 |
| 12/22/2025 | Expense | Patriot Software | -10,136.10 |
| 12/22/2025 | Expense | | -25.00 |
| 12/23/2025 | Expense | I-State Truck | -662.86 |
| 12/26/2025 | Expense | Wex, Inc. | -2,000.00 |
| 12/26/2025 | Expense | | -54.00 |
| 12/26/2025 | Expense | | -25.00 |
| 12/29/2025 | Expense | Verizon | -309.84 |
| 12/29/2025 | Expense | | -234.48 |
| 12/30/2025 | Expense | | -8.40 |
| 12/30/2025 | Expense | HP Instant Ink | -1.61 |
| 12/30/2025 | Expense | | -25.00 |
| 12/30/2025 | Expense | Wex, Inc. | -2,000.00 |
| 12/31/2025 | Expense | | -25.00 |
| 12/31/2025 | Expense | | -3.00 |
| 12/31/2025 | Expense | Patriot Software | -6,226.11 |
| 12/31/2025 | Expense | | -15.00 |

| Total | | | -70,560.65 |

Deposits and other credits cleared (33)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Receive Payment | | CH Robinson | 2,940.00 |
| 12/02/2025 | Deposit | | | 0.44 |
| 12/04/2025 | Receive Payment | | CH Robinson | 1,372.00 |
| 12/04/2025 | Receive Payment | | Emerge | 968.50 |
| 12/05/2025 | Receive Payment | | CH Robinson | 2,254.00 |
| 12/08/2025 | Receive Payment | | Ryan Transportation | 1,659.75 |
| 12/08/2025 | Receive Payment | | Ryan Transportation | 1,250.00 |
| 12/08/2025 | Receive Payment | | CH Robinson | 1,470.00 |
| 12/09/2025 | Receive Payment | | RXO | 2,384.68 |
| 12/09/2025 | Receive Payment | | CH Robinson | 1,274.00 |
| 12/09/2025 | Receive Payment | | TQL | 2,300.00 |
| 12/09/2025 | Receive Payment | | JB Hunt | 2,300.00 |
| 12/10/2025 | Receive Payment | | CH Robinson | 2,518.60 |
| 12/11/2025 | Receive Payment | | RXO | 1,454.25 |
| 12/11/2025 | Deposit | | | 333.90 |
| 12/15/2025 | Receive Payment | | RXO | 1,777.30 |
| 12/15/2025 | Receive Payment | | Megacorp | 2,300.00 |
| 12/15/2025 | Receive Payment | | CH Robinson | 1,519.00 |
| 12/16/2025 | Receive Payment | | Steam Logistics | 2,085.85 |
| 12/16/2025 | Receive Payment | | TQL | 1,700.00 |
| 12/17/2025 | Receive Payment | | CH Robinson | 1,832.60 |
| 12/18/2025 | Receive Payment | | RXO | 1,745.70 |
| 12/19/2025 | Receive Payment | | CH Robinson | 1,568.00 |
| 12/22/2025 | Receive Payment | | FLS Transport | 2,200.00 |
| 12/22/2025 | Transfer | | | 10,000.00 |
| 12/22/2025 | Receive Payment | | Direct Connect Logistic | 1,424.58 |
| 12/23/2025 | Deposit | | | 134.14 |

| 12/24/2025 | Receive Payment | CH Robinson | 1,960.00 |
| 12/24/2025 | Receive Payment | Ryan Transportation | 2,231.45 |
| 12/26/2025 | Receive Payment | CH Robinson | 3,000.00 |
| 12/26/2025 | Receive Payment | CH Robinson | 920.00 |
| 12/26/2025 | Receive Payment | Ryan Transportation | 4,077.30 |
| 12/30/2025 | Receive Payment | FreightEx | 2,717.20 |

**Total**                                                                           **67,673.24**

**Additional Information**

Uncleared checks and payments as of 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 12/02/2025 | Expense | | PrePass | -208.95 |

**Total**                                                                           **-208.95**

Uncleared checks and payments after 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/02/2026 | Expense | | Patriot Software | -99.00 |
| 01/02/2026 | Expense | | Geico | -463.63 |
| 01/02/2026 | Expense | | Google | -19.20 |
| 01/02/2026 | Expense | | | -25.00 |
| 01/02/2026 | Expense | | PrePass | -248.78 |
| 01/02/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/05/2026 | Expense | | Truckstop.com | -42.00 |
| 01/05/2026 | Expense | | Oakes Times | -65.00 |
| 01/05/2026 | Expense | | | -277.25 |
| 01/05/2026 | Expense | | | -75.00 |
| 01/06/2026 | Expense | | State of Kentucky | -14.67 |
| 01/06/2026 | Expense | | Patriot Software | -4,163.40 |
| 01/06/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/06/2026 | Expense | | | -25.00 |
| 01/07/2026 | Expense | | Credit One | -61.00 |
| 01/07/2026 | Expense | | ND Dept of Transportation | -7.00 |
| 01/09/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/09/2026 | Expense | | | -25.00 |
| 01/12/2026 | Expense | | | -25.00 |
| 01/12/2026 | Expense | | | -108.00 |
| 01/12/2026 | Expense | | | -186.36 |
| 01/12/2026 | Expense | | Capital One | -100.00 |
| 01/12/2026 | Expense | | | -2,000.00 |
| 01/12/2026 | Expense | | | -220.35 |
| 01/12/2026 | Expense | | Geico | -283.22 |
| 01/13/2026 | Expense | | Patriot Software | -9,987.79 |
| 01/13/2026 | Expense | | | -25.00 |
| 01/13/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 01/13/2026 | Expense | | | -9.99 |
| 01/15/2026 | Expense | | | -3,353.26 |
| 01/15/2026 | Expense | | | -122.19 |
| 01/16/2026 | Expense | | Motive | -610.08 |
| 01/16/2026 | Expense | | | -25.00 |
| 01/16/2026 | Expense | | | -1,500.00 |

Docusign Envelope ID: 75B7196D-ADC7-409D-8A91-FD897F6228F4

| Total | -31,667.17 |
| --- | --- |

Uncleared deposits and other credits after 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 01/02/2026 | Receive Payment | | CH Robinson | 1,470.00 |
| 01/06/2026 | Receive Payment | | Ryan Transportation | 1,200.00 |
| 01/06/2026 | Receive Payment | | Trident Transport | 2,391.55 |
| 01/06/2026 | Receive Payment | | TQL | 3,060.22 |
| 01/06/2026 | Receive Payment | | CH Robinson | 1,724.80 |
| 01/07/2026 | Receive Payment | | Ryan Transportation | 1,162.80 |
| 01/08/2026 | Receive Payment | | Emerge | 1,840.25 |
| 01/08/2026 | Receive Payment | | RXO | 3,500.00 |
| 01/08/2026 | Receive Payment | | CH Robinson | 1,764.00 |

| Total | 18,113.62 |
| --- | --- |

H5 Transport, LLC

**Wells Fargo Savings, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/19/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 126,050.47 |
| Checks and payments cleared (1) | -10,000.00 |
| Deposits and other credits cleared (1) | 9,971.55 |
| Statement ending balance | 126,022.02 |
| | |
| Register balance as of 12/31/2025 | 126,022.02 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/22/2025 | Transfer | | | -10,000.00 |
| Total | | | | -10,000.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Transfer | | | 9,971.55 |
| Total | | | | 9,971.55 |

Docusign Envelope ID: 75B3196D-ADC7-409B-8A91-FD897762228F1

# Balance Sheet

## H5 Transport, LLC

### As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| BofA | 0.00 |
| Cash on hand | 0.00 |
| Savings | 0.00 |
| Starion | 0.00 |
| Starion II | 0.00 |
| Wells Fargo Checking | 6,162.59 |
| Wells Fargo Savings | 126,022.02 |
| **Total for Bank Accounts** | **$132,184.61** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | $6,921.55 |
| Due From H5 Transport Logistics LLC | 0.00 |
| **Total for Accounts Receivable (A/R)** | **$6,921.55** |
| **Total for Accounts Receivable** | **$6,921.55** |
| Other Current Assets | **$0.00** |
| **Total for Current Assets** | **$139,106.16** |
| Fixed Assets | |
| Vehicles | 925,772.87 |
| zz Accumulated Depreciation | -745,639.00 |
| **Total for Fixed Assets** | **$180,133.87** |
| Other Assets | **$0.00** |
| **Total for Assets** | **$319,240.03** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$42,418.86** |
| Other Current Liabilities | |
| 2023 RENEW/INC RLOC FOR OPERATING | 125,000.00 |
| LDH Loan Payable | 0.00 |
| North Dakota Department of Revenue Payable | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| **Total for Other Current Liabilities** | **$125,000.00** |
| **Total for Current Liabilities** | **$167,418.86** |

# Balance Sheet

## H5 Transport, LLC

### As of December 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
| 2023 Note (0526) | 641,766.03 |
| 2024 SEPT LOAN | 471,457.35 |
| 2025 APRIL LOAN | 132,026.20 |
| Notes Payable | 0.00 |
| Purchase of Truck/Trailer | 0.00 |
| PURCHASE SEMIS & VAN TRAILER (*7233) | 0.00 |
| RENEW/CASHOUT FOR PURCH OF 2 VAN TRAILER (*1089) | 0.00 |
| RENEW/COMM TRUCKING EQUIP | 0.00 |
| RENEW/PURCH SEMI &COMBINENOTES | 0.00 |
| SBA Disaster Loan | 136,000.00 |
| SBA PPP 2ND DRAW | 0.00 |
| SBA PPP Loan - 1st Round | 0.00 |
| Starion #1119 | 0.00 |
| Starion #2516 | 0.00 |
| Starion #6849 | 16,583.50 |
| Starion #7093 | 0.00 |
| Starion Credit Line | 0.00 |
| Starion Credit Line 2020 | 0.00 |
| Starion Credit Line 2021 | 0.00 |
| Starion Loan #5166 LOC NON- RE | 0.00 |
| Term Out CapEx Purchases | 0.00 |
| **Total for Long-term Liabilities** | **$1,397,833.08** |
| **Total for Liabilities** | **$1,565,251.94** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner Draw | -$70,450.61 |
| FL Home Insurance = 25% BU | -254.50 |
| FL Home Rent = 25% BU | -30,196.50 |
| FL Home Utilities = 25% BU | -3,495.76 |
| Meals | 0.00 |
| Owner Draw - Lonnie Payroll | 0.00 |
| Owner Draw - OOP Medical | -555.00 |
| Owner Draw - SEHI | 0.00 |
| **Total for Owner Draw** | **-$104,952.37** |
| Owner's Investment | 100.00 |
| Retained Earnings | -1,030,498.53 |
| Net Income | -110,661.01 |
| **Total for Equity** | **-$1,246,011.91** |
| **Total for Liabilities and Equity** | **$319,240.03** |

# Profit and Loss

## H5 Transport, LLC

December 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| Interest Income | 1.12 |
| Sales | $62,570.70 |
| Factoring Service Fee | -1,384.39 |
| **Total for Sales** | **$61,186.31** |
| **Total for Income** | **$61,187.43** |
| **Cost of Goods Sold** | |
| OO COGS | 39,318.57 |
| **Total for Cost of Goods Sold** | **$39,318.57** |
| **Gross Profit** | **$21,868.86** |
| **Expenses** | |
| Advertising & Marketing | 187.06 |
| Bank Charges & Fees | 275.00 |
| Drug Testing | 199.95 |
| Dues & Subscriptions | 610.08 |
| Equipment | 54.00 |
| Fuel | 16,124.00 |
| Insurance | 4,279.79 |
| Job Supplies | 160.00 |
| Legal & Professional Services | 4,200.00 |
| Office Supplies & Software | 384.60 |
| Postage | 8.40 |
| Rent & Lease | 500.00 |
| Repairs & Maintenance | 3,904.72 |
| Taxes & Licenses | 164.30 |
| Tolls | 208.95 |
| Utilities | 875.02 |
| **Total for Expenses** | **$32,135.87** |
| **Net Operating Income** | **-$10,267.01** |
| **Net Other Income** | |
| **Net Income** | **-$10,267.01** |