UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  Bankruptcy No. 25-30409
Chapter 11 – Subchapter V

H5 Transport LLC,

                      Debtor.
_____/

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING CONFIRMATION HEARING

The parties filed a stipulated motion to continue the confirmation hearing scheduled for <u>February 5, 2026</u>. The Court finds cause for granting the continuance.

IT IS ORDERED:

A telephonic status conference will be held on **<u>Thursday, February 5, 2026, at 1:30 PM</u>**. The telephonic instructions are provided below.

The hearing on Confirmation of Debtor's Chapter 11 Subchapter V Plan of Reorganization shall be continued until **<u>Wednesday, March 4, 2026, at 1:30 p.m.</u>** The hearing will be conducted telephonically. The call-in instructions are provided below. At this time, the Court will set an evidentiary hearing if needed.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Deadline to file or email all exhibits to the Court in support of confirmation or an objection to confirmation: **<u>Monday, March 2, 2026</u>**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

Dated: January 22, 2026.

                                                   */s/ William Fisher*
                                                   William Fisher, Judge
                                                   United States Bankruptcy Court
                                                   Sitting by Designation

Copy served electronically January 22, 2026, to Electronic Mail Notice List for Case No. 25-30409.

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.