IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January 2026, I caused a copy of the Order Granting Continuance and Rescheduling Confirmation Hearing (DE #95), to be served, via U.S. Mail, postage prepaid, on all parties on the attached mailing matrix.

          Respectfully Submitted,

Date: January 27, 2026      By:   /s/ Christianna A. Cathcart
          Christianna A. Cathcart, Esq.
          The Dakota Bankruptcy Firm
          1630 First Avenue North
          Suite B PMB 24
          Fargo, ND 58102-4246
          Phone: (701) 970-2770
          christianna@dakotabankruptcy.com
          *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of a January 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

          /s/ Christianna A. Cathcart
          Christianna A. Cathcart

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-30409<br>DISTRICT OF NORTH DAKOTA<br>TUE JAN 27 8-32-30 PST 2026 | H5 TRANSPORT  LLC<br>322 11TH ST N  APT 9<br>PO BOX 72<br>OAKES  ND 58474-0072 | STARION BANK<br>CO JOHN M KRINGS  JR<br>KD LAW  PLLP<br>PO BOX 9231<br>FARGO  ND 58106-9231 |
| | | ~~EXCLUDE~~ |
| TBK BANK  SSB<br>ULLMAN AND ULLMAN  PA<br>2500 NORTH MILITARY TRAIL<br>SUITE 100<br>BOCA RATON  FL 33431-6342 | VALLEY TIRE  LLC<br>CO CAREN L STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | ~~(U)WALLWORK FINANCIAL CORPORATION~~ |
| ~~EXCLUDE~~ | | |
| ~~US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH  SUITE 210<br>FARGO  ND 58102-4932~~ | A W DIESEL SERVICE INC<br>PO BOX 257<br>GWINNER  ND 58040-0257 | ADVANCE BUSINESS CAPITAL LLC<br>651 CANYON DRIVE  SUITE 105<br>COPPELL  TX 75019-4112 |
| ALAN SALSBURG<br>649 VINE AVE<br>LAS ANIMAS  CO 81054-1656 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| ANTHONY ANDERSON<br>NILLES LAW FIRM<br>PO BOX 2626<br>FARGO  ND 58108-2626 | CORPORATION SERVICE COMPANY<br>PO BOX 2576<br>SPRINGFIELD  IL 62708-2576 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | CONCENTRIC  LLC<br>62861 COLLECTIONS CENTER DRIVE<br>CHICAGO  IL 60693-0001 | DEWITT<br>901 MARQUETTE AVE  SUITE 2100<br>MINNEAPOLIS  MN 55402-3713 |
| ~~EXCLUDE~~ | | |
| ~~(D)DEWITT LLP<br>901 MARQUETTE AVENUE  SUITE 2100<br>MINNEAPOLIS  MN 55402-3713~~ | ELM<br>22849 483RD AV<br>FLANDREAU  SD 57028-6640 | FPL<br>GENERAL MAIL FACILITY<br>MIAMI  FL 33188-0001 |
| GREAT WEST CASUALTY COMPANY<br>1100 WEST 29TH STREET<br>SOUTH SIOUX CITY  NE 68776-3130 | H5 TRANSPORT LOGISTICS  LLC<br>5703 RED BUG LAKE RD  STE 523<br>WINTER SPRINGS  FL 32708-4969 | I29 TRUCK SHOP<br>1539 32ND AVE<br>BROOKINGS  SD 57006-4731 |
| INDEED<br>200 W 6TH ST  FLOOR 36<br>AUSTIN  TEXAS 78701-3161 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JARED A ULLMAN<br>2500 NORTH MILITARY TRAIL<br>SUITE 100<br>BOCA RATON  FL 33431-6342 |

| | | |
|---|---|---|
| LONNIE DEAN HELGERSON<br>322 N 11TH STREET  APT 9<br>OAKES  ND 58474-1402 | MATT HILL<br>10985 86TH ST E<br>OAKES  ND 58474-9702 | ~~EXCLUDE~~<br>~~MAURICE B VERSTANDIG~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N~~<br>~~SUITE B PMB 24~~<br>~~FARGO  NORTH DAKOTA 58102-4246~~ |
| MOTIVE TECHNOLOGIES  INC<br>55 HAWTHORNE STREET<br>SUITE 500<br>SAN FRANCISCO  CA 94105-3960 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE<br>DEPT 127<br>BISMARCK  ND 58505-0602 | OAKES TRUCK TRAILER<br>11019 HWY 11<br>OAKES  ND 58474-9106 |
| OTTERTAIL<br>215 S CASCADE ST<br>FERGUS FALLS  MN 56537-2897 | PAUL COLEMAN (PC TRANSPORT  LLC)<br>4002 275TH ST<br>CLEAR LAKE  IA 50428-9016 | PENSKE RENTALS<br>2675 MORGANTOWN ROAD<br>READING  PA 19607-9676 |
| (P)PENSKE TRUCK LEASING CO  L P<br>PO BOX 563<br>READING PA 19603-0563 | REVOLUTIONARY ROAD  LLC (CAMERON<br>13117 27TH AVE NW<br>ZIMMERMAN  MN 55398 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS  MN 55415-1320 |
| STARION BANK<br>333 N 4TH ST<br>BISMARCK  ND 58501-4020 | STARION BANK<br>CO JOHN M KRINGS  JR<br>PO BOX 9231<br>FARGO  ND 58106-9231 | TBK BANK  SSB DBA TRIUMPH<br>651 CANYON DRIVE<br>SUITE 105<br>COPPELL  TX 75019-4112 |
| TODD FRANKLIN<br>917 BREMNER AVE<br>BISMARCK  ND 58503-0986 | TRANS LEASE<br>1400 W 62ND AVENUE<br>DENVER CO 80221-2400 | TRIUMPH BUSINESS CAPITAL<br>651 CANYON DRIVE  SUITE 105<br>COPPELL  TX 75019-4112 |
| US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET<br>SUITE 320<br>BIRMINGHAM  AL 35203 | US SBAOFFICE OF DISTRICT COUNSEL<br>721 19TH STREET  SUITE 426<br>DENVER  CO 80202-2517 | UNITED STATES TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| VALLEY TIRE<br>PO BOX 2147<br>FARGO  ND 58107-2147 | VALLEY TIRE  LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | (P)WALLWORK FINANCIAL CORPORATION<br>PO BOX 628<br>FARGO ND 58107-0628 |
| ~~EXCLUDE~~<br>~~(D)(P)WALLWORK FINANCIAL CORPORATION~~<br>~~PO BOX 628~~<br>~~FARGO ND 58107-0628~~ | ~~EXCLUDE~~<br>~~CHRISTIANNA A CATHCART~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 FIRST AVE N~~<br>~~STE B PMB 24~~<br>~~FARGO  ND 58102-4246~~ | ~~EXCLUDE~~<br>~~MAURICE VERSTANDIG~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N~~<br>~~SUITE B PMB 24~~<br>~~FARGO  ND 58102-4246~~ |

~~EXCLUDE~~

STEVEN B NOSEK                     ~~(U)TONI L PTACEK~~
STEVEN B NOSEK  PA
10285 YELLOW CIRCLE DRIVE
HOPKINS  MN 55343-9142