UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30409 |
| | Chapter 11 – Subchapter V |
| H5 Transport, LLC, | |
| Debtor. / | |

## NOTICE OF TELEPHONIC HEARING

Please take notice that the Court will hold a telephonic hearing on **Thursday, February 5, 2026, at 1:30 PM (CST)** to consider and act upon the following matters:

**Application by Debtor to Approve Employment of Theodore Ramage, Esq. and O'Keeffe O'Brien Lyson Ltd as Litigation Counsel filed January 19, 2026. (Doc. 90)**

**Objection by Subchapter V Trustee, Steven B. Nosek, to Application to Approve Employment of Litigation Counsel filed February 2, 2026. (Doc. 97)**

**Objection by United States Trustee to Application to Approve Employment of Litigation Counsel filed February 2, 2026. (Doc. 98)**

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself after you have joined the conference.

**NOTE: Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.** *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated: February 2, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By:  */s/ Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically February 2, 2026, to Electronic Mail Notice List for Case No. 25-30409.