UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                 BKY No.: 25-30409
**Chapter 11**

**H5 Transport, LLC,**

       **Debtor.**

## ORDER

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on January 19, 2026, for allowance of fees pursuant to §328 and §330 from November 1, 2025 to December 31, 2025. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from November 1, 2025 through December 31, 2025, in the amount of $2,800.00 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $2,800.00, as an administrative expense.

Dated: 02/18/2026                                                              /s/William J. Fisher
                                                                                            William J. Fisher
                                                                                            United States Bankruptcy Judge