IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:

H5 TRANSPORT, LLC,

Debtor.

Case No. 25-30409
Chapter 11

ORDER ALLOWING PAYMENT OF
SEPTEMBER 11, 2025 THROUGH DECEMBER 16, 2025
FEE STATEMENT OF ULLMAN & ULLMAN, P.A.

On November 5, 2025, Ullman & Ullman, P.A. ("**Ullman**"), pursuant to the Final Order Granting Debtor's Emergency Motion for (I) Interim (and Final) Approval of a Pre-Petition Factoring and Security Agreement, as Revised, with TBK Bank, SSB and (II) Interim (and Final) Approval of Debtor-in-Possession Financing and Adequate Protection ("**Final Order**") [Doc 53], filed the September 11, 2025 through December 16, 2025 Fee Statement of Ullman & Ullman, P.A. as Counsel to TBK Bank, SSB d/b/a Triumph ("**Fee Statement**") [Doc 85], seeking allowance of payment of its attorneys' fees and costs incurred during this period in the total amount of $17,879.74, representing $17,583.50 in fees and $296.24 in expenses.

Pursuant to the Final Order, no objection to the Fee Statement was timely filed by any party within twenty-one (21) days after the Fee Statement was filed with the Clerk of the Court.

**ACCORDINGLY, IT IS HEREBY ORDERED** as follows:

Pursuant to and as authorized by the Final Order, the amount of all fees and expenses as provided in the Fee Statement are fully allowed in the total amount of

$17,879.74, representing $17,583.50 in fees and $296.24 in expenses, and is authorized in accordance with the terms and conditions under the Final Order and the Factoring Agreement.

Dated: February 18, 2026

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge