**Fill in this information to identify the case:**

Debtor Name H5 Transport, LLC

United States Bankruptcy Court for the: District of Columbia

Case number: 25-30409

❑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: 12

Date report filed: 02/23/2026 (MM / DD / YYYY)

Line of business: Freight

NAISC code: 4841

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Lonnie Helgerson, President

Original signature of responsible party: Signed by: [signature] C70B8513AA4C4BB...

Printed name of responsible party: Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ☑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☑ | ❑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name H5 Transport, LLC Case number 25-30409

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 132,184.61

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 50,720.45

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 55,710.85

22. **Net cash flow** + $ -4,990.40

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 127,194.21

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 5,800.00

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 60,000.00 | – | $ 50,720.45 | = | $ -9,279.55 |
| 33. **Cash disbursements** | $ 50,579.43 | – | $ 55,710.85 | = | $ 5,131.42 |
| 34. **Net cash flow** | $ 9,420.57 | – | $ -4,990.40 | = | $ -13,910.97 |

35. Total projected cash receipts for the next month: $ 60,000.00
36. Total projected cash disbursements for the next month: - $ 50,579.43
37. Total projected net cash flow for the next month: = $ 9,420.57

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit B**

| Date | Reason | Description | Amount |
|---|---|---|---|
| 1/1/2026 | Repair Cost | Unexpected repair bill on truck 558 in Bismarck, ND. Lost a minimum three weeks of revenue due to one Employee Hospitalization and Time away for two other Employees. | $7,571.49 |

**EXHIBIT C**

| Date | Account | Description | Amount |
|---|---|---|---|
| 1/1/2026 | Wells Fargo | Chrobinson 8894 | $1,470.00 |
| 1/6/2026 | Wells Fargo | Triumph Finance Payment | $3,060.22 |
| 1/6/2026 | Wells Fargo | Triumph Finance Payment | $3,591.55 |
| 1/6/2026 | Wells Fargo | Chrobinson 8894 | $1,724.80 |
| 1/7/2026 | Wells Fargo | Triumph Finance Payment | $1,162.80 |
| 1/8/2026 | Wells Fargo | Triumph Finance Payment | $5,340.25 |
| 1/8/2026 | Wells Fargo | Chrobinson 8894 | $1,764.00 |
| 1/12/2026 | Wells Fargo | Triumph Finance Payment | $3,465.26 |
| 1/12/2026 | Wells Fargo | Chrobinson 8894 | $1,960.00 |
| 1/13/2026 | Wells Fargo | Triumph Finance Payment | $4,105.47 |
| 1/14/2026 | Wells Fargo | Triumph Finance Payment | $1,788.08 |
| 1/14/2026 | Wells Fargo | Chrobinson 8894 | $1,764.00 |
| 1/16/2026 | Wells Fargo | Chrobinson 8894 | $1,764.00 |
| 1/20/2026 | Wells Fargo | Triumph Finance Payment | $5,971.73 |
| 1/21/2026 | Wells Fargo | Triumph Finance Payment | $2,469.47 |
| 1/26/2026 | Wells Fargo | Chrobinson 8894 | $980.00 |
| 1/27/2026 | Wells Fargo | Triumph Finance Payment | $2,911.50 |
| 1/29/2026 | Wells Fargo | Triumph Finance Payment | $1,326.01 |
| 1/29/2026 | Wells Fargo | Chrobinson 8894 | $2,646.00 |
| 1/30/2026 | Wells Fargo | Triumph Finance Payment | $1,454.25 |
| 1/30/2026 | Wells Fargo | Interest | $1.06 |
| | | **TOTAL** | $50,720.45 |

**EXHIBIT D**

| Date | Account | Description | Amount |
|---|---|---|---|
| 1/2/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/2/2026 | Wells Fargo | Patriot Software Subscription | $ 99.00 |
| 1/2/2026 | Wells Fargo | Gooogle Workspace | $ 19.20 |
| 1/2/2026 | Wells Fargo | Geico | $ 463.63 |
| 1/2/2026 | Wells Fargo | PrePass | $ 248.78 |
| 1/2/2026 | Wells Fargo | Wire Transfer to Wex, Inc. | $ 2,000.00 |
| 1/5/2026 | Wells Fargo | Recurring Payment - City of Oakes, ND | $ 65.00 |
| 1/5/2026 | Wells Fargo | Intuit | $ 75.00 |
| 1/5/2026 | Wells Fargo | Internet Truckstop | $ 42.00 |
| 1/5/2026 | Wells Fargo | Unified Carrier Web Payment | $ 277.25 |
| 1/6/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/6/2026 | Wells Fargo | Motor Carrier | $ 14.67 |
| 1/6/2026 | Wells Fargo | Wire Transfer to Wex, Inc. | $ 2,000.00 |
| 1/6/2026 | Wells Fargo | Patriot Software Contract Payroll | $ 4,163.40 |
| 1/7/2026 | Wells Fargo | Nddot-ifta-irp ND | $ 7.00 |
| 1/7/2026 | Wells Fargo | Credit One Bank Payment | $ 61.00 |
| 1/9/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/9/2026 | Wells Fargo | Wire Transfer to Wex, Inc. | $ 2,000.00 |
| 1/12/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/12/2026 | Wells Fargo | Dat Solutions | $ 108.00 |
| 1/12/2026 | Wells Fargo | Vioc Gq0041 Bradenton, FL | $ 220.35 |
| 1/12/2026 | Wells Fargo | Geico | $ 283.22 |
| 1/12/2026 | Wells Fargo | Wire Transfer to A. Salsburg | $ 2,000.00 |
| 1/12/2026 | Wells Fargo | Florida Power & Light | $ 186.36 |
| 1/12/2026 | Wells Fargo | Capital One Card Payment | $ 100.00 |
| 1/13/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/13/2026 | Wells Fargo | Wire Transfer to Wex, Inc. | $ 1,500.00 |
| 1/13/2026 | Wells Fargo | Patriot Software Contract Payroll | $ 9,987.79 |
| 1/13/2026 | Wells Fargo | Paypal Instant Transfer | $ 9.99 |
| 1/15/2026 | Wells Fargo | Greatwest | $ 3,353.26 |
| 1/15/2026 | Wells Fargo | Paypal Instant Transfer Go Daddy | $ 122.19 |
| 1/16/2026 | Wells Fargo | Wire Transfer Service Charge | $ 25.00 |
| 1/16/2026 | Wells Fargo | Motive | $ 610.08 |
| 1/16/2026 | Wells Fargo | Wire Transfer to A. Salsburg | $ 1,500.00 |
| 1/20/2026 | Wells Fargo | Patriot Software Contract Payroll | $ 9,110.85 |
| 1/21/2026 | Wells Fargo | Paypal Instant Transfer Campchef | $ 52.79 |
| 1/22/2026 | Wells Fargo | Otter Tail Power Bill Payment | $ 131.40 |

| | | | | |
|---|---|---|---|---|
| 1/23/2026 | Wells Fargo | Wire Transfer Service Charge | $ | 25.00 |
| 1/23/2026 | Wells Fargo | Dickey Rural Telephone | $ | 82.78 |
| 1/23/2026 | Wells Fargo | Wire Transfer to Wex, Inc. | $ | 2,000.00 |
| 1/23/2026 | Wells Fargo | Paypal Instant Transfer Microsoft | $ | 104.19 |
| 1/26/2026 | Wells Fargo | Paypal Instant Transfer | $ | 55.00 |
| 1/26/2026 | Wells Fargo | Paypal Shen Zhen Yang | $ | 85.04 |
| 1/26/2026 | Wells Fargo | Paypal Instant Transfer Instant Ink | $ | 8.03 |
| 1/27/2026 | Wells Fargo | Verizon | $ | 393.63 |
| 1/27/2026 | Wells Fargo | Patrioot Software Contract Payment | $ | 3,375.94 |
| 1/27/2026 | Wells Fargo | Otter Tail Power Bill Payment | $ | 408.78 |
| 1/28/2026 | Wells Fargo | Red Top Recovery Mandane, ND | $ | 550.00 |
| 1/29/2026 | Wells Fargo | Paypal Instant Transfer Go Daddy | $ | 88.76 |
| 1/30/2026 | Wells Fargo | Interstate Power S Istate | $ | 7,571.49 |
| | | **TOTAL** | **$** | **55,710.85** |

**Exhibit E**

| Creditor | Purpose of Debt | Amount Owed | Due Date |
|---|---|---|---|
| Wright Insurance | Flood insurance premium for property insured on behalf of the Debtor | $2,800.00 | January 25th |
| Ptacek Financialv Services | Professional accounting services, including tax return preparation and related adjustments | $3,000.00 | January 25th |
| | | **TOTAL** | $5,800.00 |

Docusign Envelope ID: CE456EF2-DABE-47A9-9B7E-90B542BE580F

# Initiate Business Checking℠

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Two trending crypto scams to watch out for:**

**1. Crypto investments:** Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
**2. Crypto ATM deposits:** Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

**Red flags:** Unexpected contact, promises of big investment returns, or threats about your account security.

**Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM.** You may not get your money back.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $6,162.59 |
| Deposits/Credits | 55,719.39 |
| Withdrawals/Debits | - 55,710.85 |
| **Ending balance on 1/31** | **$6,171.13** |

Account number: [redacted] **(primary account)**

**LONNIE HELGERSON**
**H5 TRANSPORT, LLC**

*Florida account terms and conditions apply*

[redacted]

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - [redacted]

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Chrobinson8894 Triumphpay 260102 C20071340 **C20071340 Triumphpay on Behalf of C.H. Robinson | 1,470.00 | | |
| 1/2 | | Wire Trans Svc Charge - Sequence: 260102223720 Srf# Ow00006477360892 Trn#260102223720 Rfb# Ow00006477360892 | | 25.00 | |
| 1/2 | | Recurring Payment authorized on 01/01 Patriot Software, 877-968-7147 OH S466001404859826 Card 6292 | | 99.00 | |
| 1/2 | | Recurring Payment authorized on 01/01 Google *Workspace_ CC@Google.Com CA S306001460687757 Card 6292 | | 19.20 | |
| 1/2 | | Recurring Payment authorized on 01/01 Geico *Auto 800-841-3000 DC S356001547668744 Card 6292 | | 463.63 | |
| 1/2 | | Purchase authorized on 01/01 Prepass Safety All 800-773-7277 AZ S386001792465627 Card 6292 | | 248.78 | |
| 1/2 | | WT 260102-223720 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006477360892 Trn#260102223720 Rfb# Ow00006477360892 | | 2,000.00 | 4,776.98 |
| 1/5 | | Recurring Payment authorized on 01/01 Psn*Oakes ND 701-742-2137 ND S346002253580368 Card 6292 | | 65.00 | |
| 1/5 | | Recurring Payment authorized on 01/02 Intuit *Qbooks Onl Cl.Intuit.Com CA S306002538500304 Card 6292 | | 75.00 | |
| 1/5 | | Purchase authorized on 01/04 Internet Truckstop 800-203-2540 ID S306004500855184 Card 6292 | | 42.00 | |
| 1/5 | < | Business to Business ACH Debit - Unifiedcarrierre Web Pmts 010526 Qs2Knr H5 Transport, LLC | | 277.25 | 4,317.73 |
| 1/6 | | Triumph Finance Payment 260106 131524 H5 Transport, LLC | 3,060.22 | | |
| 1/6 | | Triumph Finance Payment 260106 131524 H5 Transport, LLC | 3,591.55 | | |
| 1/6 | | Chrobinson8894 Triumphpay 260106 C20121329 **C20121329 Triumphpay on Behalf of C.H. Robinson | 1,724.80 | | |
| 1/6 | | Wire Trans Svc Charge - Sequence: 260106057967 Srf# Ow00006488694246 Trn#260106057967 Rfb# Ow00006488694246 | | 25.00 | |
| 1/6 | | Purchase authorized on 01/05 Kytc Motor Carrier Egov.Com KY S306005811219985 Card 6292 | | 14.67 | |
| 1/6 | | WT 260106-057967 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006488694246 Trn#260106057967 Rfb# Ow00006488694246 | | 2,000.00 | |
| 1/6 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260106 C32097353 H5 Transport LLC | | 4,163.40 | 6,491.23 |
| 1/7 | | Triumph Finance Payment 260107 131524 H5 Transport, LLC | 1,162.80 | | |
| 1/7 | | Purchase authorized on 01/05 Nddot-Ifta-Irp 701-328-4865 ND S466005808518322 Card 6292 | | 7.00 | |
| 1/7 | | Credit One Bank Payment 260103 34749750 Helgerson,Lonnie | | 61.00 | 7,586.03 |
| 1/8 | | Triumph Finance Payment 260108 131524 H5 Transport, LLC | 5,340.25 | | |
| 1/8 | | Chrobinson8894 Triumphpay 260108 C20162290 **C20162290 Triumphpay on Behalf of C.H. Robinson | 1,764.00 | | 14,690.28 |

## *Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/9 | | Wire Trans Svc Charge - Sequence: 260109034942 Srf# Ow00006498092438 Trn#260109034942 Rfb# Ow00006498092438 | | 25.00 | |
| 1/9 | | WT 260109-034942 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006498092438 Trn#260109034942 Rfb# Ow00006498092438 | | 2,000.00 | 12,665.28 |
| 1/12 | | Triumph Finance Payment 260112 131524 H5 Transport, LLC | 3,465.26 | | |
| 1/12 | | Chrobinson8894 Triumphpay 260112 C20210748 **C20210748 Triumphpay on Behalf of C.H. Robinson | 1,960.00 | | |
| 1/12 | | Wire Trans Svc Charge - Sequence: 260112134525 Srf# Ow00006509118035 Trn#260112134525 Rfb# Ow00006509118035 | | 25.00 | |
| 1/12 | | Purchase authorized on 01/10 Dat Solutions 800-800-3285302 FL S586010302237973 Card 6292 | | 108.00 | |
| 1/12 | | Purchase authorized on 01/10 Vioc Gq0041 Bradenton FL S386010510516654 Card 6292 | | 220.35 | |
| 1/12 | | Recurring Payment authorized on 01/11 Geico *Auto 800-841-3000 DC S386011501344893 Card 6292 | | 283.22 | |
| 1/12 | | WT Fed#02R01 First National Ban /Ftr/Bnf=Alan Salsburg Srf# Ow00006509118035 Trn#260112134525 Rfb# Ow00006509118035 | | 2,000.00 | |
| 1/12 | | Fpl Direct Debit Elec Pymt 01/26 9368237518 Ppda Lonnie Helgerson | | 186.36 | |
| 1/12 | < | Business to Business ACH Debit - Capital One Crcardpmt CA070D37Ea33B33 Lonnie D Helgerson | | 100.00 | 15,167.61 |
| 1/13 | | Triumph Finance Payment 260113 131524 H5 Transport, LLC | 4,105.47 | | |
| 1/13 | | Wire Trans Svc Charge - Sequence: 260113068346 Srf# Ow00006511401704 Trn#260113068346 Rfb# Ow00006511401704 | | 25.00 | |
| 1/13 | | WT 260113-068346 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006511401704 Trn#260113068346 Rfb# Ow00006511401704 | | 1,500.00 | |
| 1/13 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260113 C32221756 H5 Transport LLC | | 9,987.79 | |
| 1/13 | | Paypal Inst Xfer 260113 Godaddy.Com Helgerson Franchise Gr | | 9.99 | 7,750.30 |
| 1/14 | | Triumph Finance Payment 260114 131524 H5 Transport, LLC | 1,788.08 | | |
| 1/14 | | Chrobinson8894 Triumphpay 260114 C20264055 **C20264055 Triumphpay on Behalf of C.H. Robinson | 1,764.00 | | 11,302.38 |
| 1/15 | | Grtwestcas Grtwestcas 260115 McP61200F H5 Transport | | 3,353.26 | |
| 1/15 | | Paypal Inst Xfer 260115 Godaddy.Com Helgerson Franchise Gr | | 122.19 | 7,826.93 |
| 1/16 | | Chrobinson8894 Triumphpay 260116 C20287094 **C20287094 Triumphpay on Behalf of C.H. Robinson | 1,764.00 | | |
| 1/16 | | Wire Trans Svc Charge - Sequence: 260116036101 Srf# Ow00006521105096 Trn#260116036101 Rfb# Ow00006521105096 | | 25.00 | |
| 1/16 | | Recurring Payment authorized on 01/15 Motive 855-434-356 855-434-3564 CA S386015509048454 Card 6292 | | 610.08 | |
| 1/16 | | WT Fed#03R00 First National Ban /Ftr/Bnf=Alan Salsburg Srf# Ow00006521105096 Trn#260116036101 Rfb# Ow00006521105096 | | 1,500.00 | 7,455.85 |
| 1/20 | | Triumph Finance Payment 260120 131524 H5 Transport, LLC | 5,971.73 | | |
| 1/20 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260120 C32365442 H5 Transport LLC | | 9,110.85 | 4,316.73 |
| 1/21 | | Triumph Finance Payment 260121 131524 H5 Transport, LLC | 2,469.47 | | |
| 1/21 | | Paypal Inst Xfer 260121 Campchef 48Ebc3 Helgerson Franchise Gr | | 52.79 | 6,733.41 |
| 1/22 | | Ottertailpowerco BILLPAY 260122 Otter Tail Powe H5 Transport | | 131.40 | 6,602.01 |
| 1/23 | | Wire Trans Svc Charge - Sequence: 260123024674 Srf# Ow00006542839827 Trn#260123024674 Rfb# Ow00006542839827 | | 25.00 | |
| 1/23 | | Recurring Payment authorized on 01/22 Dickey Rural Telep Drn.Smarthub. ND S306022594608911 Card 6292 | | 82.78 | |

WELLS FARGO

## *Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/23 | | WT 260123-024674 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006542839827 Trn#260123024674 Rfb# Ow00006542839827 | | 2,000.00 | |
| 1/23 | | Paypal Inst Xfer 260123 Microsoft Helgerson Franchise Gr | | 104.19 | 4,390.04 |
| 1/26 | | Chrobinson8894 Triumphpay 260126 C20415648 **C20415648 Triumphpay on Behalf of C.H. Robinson | 980.00 | | |
| 1/26 | | Paypal Inst Xfer 260126 1047855935641 Helgerson Franchise Gr | | 55.00 | |
| 1/26 | | Shen Zhen Yang T Iat Paypal 260126 1047849077761 Helgerson Franchise Gr | | 85.04 | |
| 1/26 | | Paypal Inst Xfer 260126 Instantink Helgerson Franchise Gr | | 8.03 | 5,221.97 |
| 1/27 | | Triumph Finance Payment 260127 131524 H5 Transport, LLC | 2,911.50 | | |
| 1/27 | | Verizon Wireless Payments 260126 068854710800001 0000000068854710800001 | | 393.63 | |
| 1/27 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260127 C32496470 H5 Transport LLC | | 3,375.94 | |
| 1/27 | | Ottertailpowerco BILLPAY 260127 Otter Tail Powe H5 Transport | | 408.78 | 3,955.12 |
| 1/28 | | Purchase authorized on 01/27 Sq *Red Top Recove Mandan ND S386027740893331 Card 6292 | | 550.00 | 3,405.12 |
| 1/29 | | Triumph Finance Payment 260129 131524 H5 Transport, LLC | 1,326.01 | | |
| 1/29 | | Chrobinson8894 Triumphpay 260129 C20471273 **C20471273 Triumphpay on Behalf of C.H. Robinson | 2,646.00 | | |
| 1/29 | | Online Transfer From Lonnie Helgerson Ref #Ib0Wn2Wts5 Business Market Rate Saving 558 Repair Interstate Systems Bismark ND | 5,000.00 | | |
| 1/29 | | Paypal Inst Xfer 260129 Godaddy.Com Helgerson Franchise Gr | | 88.76 | 12,288.37 |
| 1/30 | | Triumph Finance Payment 260130 131524 H5 Transport, LLC | 1,454.25 | | |
| 1/30 | | Purchase authorized on 01/29 Interstate Power S Istate.Com MN S306029788905104 Card 6292 | | 7,571.49 | 6,171.13 |
| **Totals** | | | **$55,719.39** | **$55,710.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2026 - 01/31/2026 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $7,467.00 ÷ |
| • Minimum daily balance | $500.00 | $3,405.12 ÷ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

WELLS FARGO

## Account transaction fees summary

| *Service charge description* | *Units used* | *Units included* | *Excess units* | *Service charge per excess units ($)* | *Total service charge ($)* |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 27 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

IMPORTANT ACCOUNT INFORMATION

**Important updates to your Initiate Business Checking Account**

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective **March 1, 2026.**

**What's changing?**
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after **March 1, 2026:**
- Monthly Service Fee: Increasing from **$10** to **$15.**
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from **$500** to **$2,000.**
2. New option: **Maintain a combined business deposit balance of $5,000** or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

**How to avoid the monthly service fee** (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any **one** of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

**Need help?**
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

**Provision of Emergency Services to Wells Fargo Visa Debit Card Holders**

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

---

Docusign Envelope ID: CE456EF2-DABE-47A9-9B7E-90B542BE580F
January 31, 2026 ■ Page 6 of 7

WELLS FARGO

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
\+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

January 31, 2026 ■ Page 1 of 3

WELLS FARGO

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Two trending crypto scams to watch out for:**

**1. Crypto investments:** Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
**2. Crypto ATM deposits:** Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

**Red flags:** Unexpected contact, promises of big investment returns, or threats about your account security.

**Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM.** You may not get your money back.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $126,022.02 |
| Deposits/Credits | 1.06 |
| Withdrawals/Debits | - 5,000.00 |
| **Ending balance on 1/31** | **$121,023.08** |

Account number: [redacted] **(primary account)**

**LONNIE HELGERSON**
**H5 TRANSPORT, LLC**

*Florida account terms and conditions apply*



WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______
$ ______
$ ______
\+ $ ______

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

WELLS FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.06 |
| Average collected balance | $125,538.14 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.06 |
| Interest paid this year | $1.06 |
| Total interest paid in 2025 | $1.22 |

## Transaction history

| *Date* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|
| 1/29 | Online Transfer to Lonnie Helgerson Ref #Ib0Wn2Wts5 Business Checking 558 Repair Interstate Systems Bismark ND | | 5,000.00 | 121,022.02 |
| 1/30 | Interest Payment | 1.06 | | 121,023.08 |
| **Totals** | | **$1.06** | **$5,000.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2026 - 01/31/2026 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following each fee period | | | |
| • Minimum daily balance | $300.00 | $121,022.02 | √ |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YC/YC

## ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

# Profit and Loss

## H5 Transport, LLC

January 1-31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Interest Income | 1.06 |
| Sales | $51,828.42 |
| Factoring Service Fee | -1,109.03 |
| **Total for Sales** | **$50,719.39** |
| **Total for Income** | **$50,720.45** |
| Cost of Goods Sold | |
| Drivers Expenses | 26,637.98 |
| **Total for Cost of Goods Sold** | **$26,637.98** |
| **Gross Profit** | **$24,082.47** |
| Expenses | |
| Advertising & Marketing | 220.94 |
| Bank Charges & Fees | 175.00 |
| Dues & Subscriptions | 709.08 |
| Fuel | 13,000.00 |
| Insurance | 4,100.11 |
| Job Supplies | 161.00 |
| Office Supplies & Software | 411.42 |
| Repairs & Maintenance | 8,479.67 |
| Taxes & Licenses | 298.92 |
| Tolls | 248.78 |
| Utilities | 1,267.95 |
| **Total for Expenses** | **$29,072.87** |
| **Net Operating Income** | **-$4,990.40** |
| **Net Other Income** | |
| **Net Income** | **-$4,990.40** |

# Balance Sheet

## H5 Transport, LLC

As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
| --- | --- |
| Assets | |
| Current Assets | |
| Bank Accounts | |
| BofA | 0.00 |
| Cash on hand | 0.00 |
| Savings | 0.00 |
| Starion | 0.00 |
| Starion II | 0.00 |
| Wells Fargo Checking | 6,171.13 |
| Wells Fargo Savings | 121,023.08 |
| **Total for Bank Accounts** | **$127,194.21** |
| Accounts Receivable | **$0.00** |
| Other Current Assets | **$0.00** |
| **Total for Current Assets** | **$127,194.21** |
| Fixed Assets | |
| Vehicles | 925,772.87 |
| zz Accumulated Depreciation | -745,639.00 |
| **Total for Fixed Assets** | **$180,133.87** |
| Other Assets | **$0.00** |
| **Total for Assets** | **$307,328.08** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 2023 RENEW/INC RLOC FOR OPERATING | 125,000.00 |
| LDH Loan Payable | 0.00 |
| North Dakota Department of Revenue Payable | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| **Total for Other Current Liabilities** | **$125,000.00** |
| **Total for Current Liabilities** | **$125,000.00** |

# Balance Sheet

## H5 Transport, LLC

As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Long-term Liabilities | |
| 2023 Note (0526) | 641,766.03 |
| 2024 SEPT LOAN | 471,457.35 |
| 2025 APRIL LOAN | 132,026.20 |
| Notes Payable | 0.00 |
| Purchase of Truck/Trailer | 0.00 |
| PURCHASE SEMIS & VAN TRAILER (*7233) | 0.00 |
| RENEW/CASHOUT FOR PURCH OF 2 VAN TRAILER (*1089) | 0.00 |
| RENEW/COMM TRUCKING EQUIP | 0.00 |
| RENEW/PURCH SEMI &COMBINENOTES | 0.00 |
| SBA Disaster Loan | 136,000.00 |
| SBA PPP 2ND DRAW | 0.00 |
| SBA PPP Loan - 1st Round | 0.00 |
| Starion #1119 | 0.00 |
| Starion #2516 | 0.00 |
| Starion #6849 | 16,583.50 |
| Starion #7093 | 0.00 |
| Starion Credit Line | 0.00 |
| Starion Credit Line 2020 | 0.00 |
| Starion Credit Line 2021 | 0.00 |
| Starion Loan #5166 LOC NON- RE | 0.00 |
| Term Out CapEx Purchases | 0.00 |
| **Total for Long-term Liabilities** | **$1,397,833.08** |
| **Total for Liabilities** | **$1,522,833.08** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner Draw | -$70,450.61 |
| FL Home Insurance = 25% BU | -254.50 |
| FL Home Rent = 25% BU | -30,196.50 |
| FL Home Utilities = 25% BU | -3,495.76 |
| Meals | 0.00 |
| Owner Draw - Lonnie Payroll | 0.00 |
| Owner Draw - OOP Medical | -555.00 |
| Owner Draw - SEHI | 0.00 |
| **Total for Owner Draw** | **-$104,952.37** |
| Owner's Investment | 100.00 |
| Retained Earnings | -1,105,662.23 |
| Net Income | -4,990.40 |
| **Total for Equity** | **-$1,215,505.00** |
| **Total for Liabilities and Equity** | **$307,328.08** |

H5 Transport, LLC

**Wells Fargo Checking, Period Ending 01/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 02/19/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 6,162.59 |
| Checks and payments cleared (50) | -55,710.85 |
| Deposits and other credits cleared (27) | 55,719.39 |
| Statement ending balance | 6,171.13 |
| | |
| Register balance as of 01/31/2026 | 6,171.13 |
| Cleared transactions after 01/31/2026 | 0.00 |
| Uncleared transactions after 01/31/2026 | -9,595.95 |
| Register balance as of 02/19/2026 | -3,424.82 |

**Details**

Checks and payments cleared (50)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2026 | Expense | | Geico | -463.63 |
| 01/02/2026 | Expense | | Patriot Software | -99.00 |
| 01/02/2026 | Expense | | Google | -19.20 |
| 01/02/2026 | Expense | | | -25.00 |
| 01/02/2026 | Expense | | PrePass | -248.78 |
| 01/02/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/05/2026 | Expense | | | -75.00 |
| 01/05/2026 | Expense | | Oakes Times | -65.00 |
| 01/05/2026 | Expense | | | -277.25 |
| 01/05/2026 | Expense | | Truckstop.com | -42.00 |
| 01/06/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/06/2026 | Expense | | Patriot Software | -4,163.40 |
| 01/06/2026 | Expense | | State of Kentucky | -14.67 |
| 01/06/2026 | Expense | | | -25.00 |
| 01/07/2026 | Expense | | ND Dept of Transportation | -7.00 |
| 01/07/2026 | Expense | | Credit One | -61.00 |
| 01/09/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/09/2026 | Expense | | | -25.00 |
| 01/12/2026 | Expense | | Geico | -283.22 |
| 01/12/2026 | Expense | | | -186.36 |
| 01/12/2026 | Expense | | | -108.00 |
| 01/12/2026 | Expense | | | -220.35 |
| 01/12/2026 | Expense | | | -2,000.00 |
| 01/12/2026 | Expense | | Capital One | -100.00 |
| 01/12/2026 | Expense | | | -25.00 |
| 01/13/2026 | Expense | | | -9.99 |
| 01/13/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 01/13/2026 | Expense | | Patriot Software | -9,987.79 |
| 01/13/2026 | Expense | | | -25.00 |
| 01/15/2026 | Expense | | | -122.19 |
| 01/15/2026 | Expense | | | -3,353.26 |

| | | | | |
|---|---|---|---|---|
| 01/16/2026 | Expense | | | -25.00 |
| 01/16/2026 | Expense | | Motive | -610.08 |
| 01/16/2026 | Expense | | | -1,500.00 |
| 01/20/2026 | Expense | | Patriot Software | -9,110.85 |
| 01/21/2026 | Expense | | | -52.79 |
| 01/22/2026 | Expense | | | -131.40 |
| 01/23/2026 | Expense | | | -82.78 |
| 01/23/2026 | Expense | | Microsoft | -104.19 |
| 01/23/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 01/23/2026 | Expense | | | -25.00 |
| 01/26/2026 | Expense | | | -55.00 |
| 01/26/2026 | Expense | | HP Instant Ink | -8.03 |
| 01/26/2026 | Expense | | Shen Zhen | -85.04 |
| 01/27/2026 | Expense | | Verizon | -393.63 |
| 01/27/2026 | Expense | | | -408.78 |
| 01/27/2026 | Expense | | Patriot Software | -3,375.94 |
| 01/28/2026 | Expense | | | -550.00 |
| 01/29/2026 | Expense | | | -88.76 |
| 01/30/2026 | Expense | | | -7,571.49 |
| Total | | | | -55,710.85 |

Deposits and other credits cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/02/2026 | Receive Payment | | CH Robinson | 1,470.00 |
| 01/06/2026 | Receive Payment | | CH Robinson | 1,724.80 |
| 01/06/2026 | Receive Payment | | TQL | 3,060.22 |
| 01/06/2026 | Receive Payment | | Trident Transport | 2,391.55 |
| 01/06/2026 | Receive Payment | | Ryan Transportation | 1,200.00 |
| 01/07/2026 | Receive Payment | | Ryan Transportation | 1,162.80 |
| 01/08/2026 | Receive Payment | | RXO | 3,500.00 |
| 01/08/2026 | Receive Payment | | Emerge | 1,840.25 |
| 01/08/2026 | Receive Payment | | CH Robinson | 1,764.00 |
| 01/12/2026 | Receive Payment | | TQL | 1,250.00 |
| 01/12/2026 | Receive Payment | | CH Robinson | 1,960.00 |
| 01/12/2026 | Receive Payment | | RXO | 870.00 |
| 01/12/2026 | Receive Payment | | Ryan Transportation | 1,345.26 |
| 01/13/2026 | Receive Payment | | RXO | 2,079.00 |
| 01/13/2026 | Receive Payment | | RXO | 2,026.47 |
| 01/14/2026 | Receive Payment | | RXO | 1,788.08 |
| 01/14/2026 | Receive Payment | | CH Robinson | 1,764.00 |
| 01/16/2026 | Receive Payment | | CH Robinson | 1,764.00 |
| 01/20/2026 | Receive Payment | | TransportationOne | 1,850.00 |
| 01/20/2026 | Receive Payment | | Ryan Transportation | 4,121.73 |
| 01/21/2026 | Receive Payment | | Uber Load App | 2,469.47 |
| 01/26/2026 | Receive Payment | | CH Robinson | 980.00 |
| 01/27/2026 | Receive Payment | | Uber Load App | 2,911.50 |
| 01/29/2026 | Transfer | | | 5,000.00 |
| 01/29/2026 | Receive Payment | | CH Robinson | 2,646.00 |
| 01/29/2026 | Receive Payment | | Uber Load App | 1,326.01 |
| 01/30/2026 | Receive Payment | | TQL | 1,454.25 |
| Total | | | | 55,719.39 |

**Additional Information**

Uncleared checks and payments after 01/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2026 | Expense | | Matt Hill | -500.00 |
| 02/02/2026 | Expense | | Google | -19.20 |
| 02/02/2026 | Expense | | Geico | -463.85 |
| 02/02/2026 | Expense | | Patriot Software | -69.00 |
| 02/02/2026 | Expense | | PrePass | -121.31 |
| 02/03/2026 | Expense | | | -25.00 |
| 02/03/2026 | Expense | | | -75.00 |
| 02/03/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 02/03/2026 | Expense | | Patriot Software | -6,552.40 |
| 02/04/2026 | Transfer | | | -3,719.63 |
| 02/04/2026 | Expense | | Oakes Truck & Trailer | -65.00 |
| 02/05/2026 | Expense | | | -42.00 |
| 02/06/2026 | Expense | | | -25.00 |
| 02/06/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/06/2026 | Expense | | | -2,285.00 |
| 02/10/2026 | Expense | | | -119.88 |
| 02/10/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/10/2026 | Expense | | | -25.00 |
| 02/10/2026 | Expense | | Patriot Software | -7,261.51 |
| 02/10/2026 | Expense | | | -255.17 |
| 02/11/2026 | Expense | | | -108.00 |
| 02/12/2026 | Expense | | | -7.68 |
| 02/12/2026 | Transfer | | | -499.74 |
| 02/12/2026 | Expense | | Geico | -282.32 |
| 02/13/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/13/2026 | Expense | | | -25.00 |
| 02/13/2026 | Expense | | | -39.24 |
| 02/13/2026 | Expense | | | -9.99 |
| **Total** | | | | **-27,595.92** |

Uncleared deposits and other credits after 01/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2026 | Transfer | | | 3,719.63 |
| 02/04/2026 | Receive Payment | | FreightEx | 2,848.80 |
| 02/04/2026 | Receive Payment | | ATS | 2,200.00 |
| 02/09/2026 | Receive Payment | | CH Robinson | 1,568.00 |
| 02/10/2026 | Transfer | | | 499.74 |
| 02/10/2026 | Receive Payment | | CH Robinson | 2,224.60 |
| 02/11/2026 | Receive Payment | | CH Robinson | 1,803.20 |
| 02/13/2026 | Receive Payment | | CH Robinson | 3,136.00 |
| **Total** | | | | **17,999.97** |

H5 Transport, LLC

**Wells Fargo Savings, Period Ending 01/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 02/19/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 126,022.02 |
| Checks and payments cleared (1) | -5,000.00 |
| Deposits and other credits cleared (1) | 1.06 |
| Statement ending balance | 121,023.08 |
| Register balance as of 01/31/2026 | 121,023.08 |
| Cleared transactions after 01/31/2026 | 0.00 |
| Uncleared transactions after 01/31/2026 | -3,803.55 |
| Register balance as of 02/19/2026 | 117,219.53 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/29/2026 | Transfer | | | -5,000.00 |
| Total | | | | -5,000.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/31/2026 | Deposit | | | 1.06 |
| Total | | | | 1.06 |

**Additional Information**

Uncleared checks and payments after 01/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2026 | Transfer | | | -3,719.63 |
| 02/10/2026 | Transfer | | | -499.74 |
| 02/17/2026 | Transfer | | | -3,803.55 |
| Total | | | | -8,022.92 |

Uncleared deposits and other credits after 01/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/04/2026 | Transfer | | | 3,719.63 |
| 02/12/2026 | Transfer | | | 499.74 |
| Total | | | | 4,219.37 |