## Exhibit A – Liquidation Analysis

|  | SCHEDULED VALUE | LIQUIDATION DISCOUNT[1] | LIQUIDATION VALUE |
|---|---|---|---|
| **ASSETS** | | | |
| Deposit Accounts | $11,000.00 | 0.00% | $11,000 |
| Accounts Receivable | $1,450.00 | 0.00% | $1,450.00 |
| Funds Held in Trust | $136,000.00[2] | 0.00% | $136,000.00 |
| Office Furniture/Equipment | $500.00 | 85.00% | $75.00 |
| Automobiles/Equipment | $140,000.00 | 35.00% | $91,000.00 |
| Watercraft, Trailers, Motors | $48,590.00 | 45.00% | $31,583.50 |
| Insurance Policy Interest | $1.00 | 100.00% | $0.00 |
| Causes of Action | $0.00 | 100.00% | $0.00 |
| | | | |
| **Total Asset Value** | $337,541.00 | | $271,108.50 |
| | | | |
| **Administrative Expenses** | | | |
| | | | |
| Chapter 7 Trustee Commission (§326(a)) | - | - | $16,805.43 |
| Trustee Counsel/Professional Fees | - | - | $7,500.00 |
| Vehicle, Watercraft, and Equipment Sale Costs | - | - | $4,500.00 |
| Insurance, Storage, and Wind-down Costs | - | - | $2,000.00 |
| Final Accounting/ Tax Preparation | - | - | $1,500.00 |
| | - | - | |
| Total Administrative Expenses | - | - | $32,305.43 |
| | - | - | |
| Net Proceeds Available for Secured Creditor | - | - | $238,803.07 |
| | - | - | |
| **Secured Debt** | **Total Claim** | **Allowed Secured Claim** | **Deficiency (Unsecured)** |
| | | | |
| Advance Business Capital | $39,710.43 | $39,710.43 | $0.00 |
| Starion Bank | $357,350.41 | $199,092.64 | $158,257.77 |
| U.S. Small Business Administration | $164,950.00 | $0.00 | $164,950.00 |
| | | | |
| **Total Secured Debt** | $562,010.84 | $238,803.07 | $323,207.77 |
| | | | |
| **Net Proceeds Available After Secured Claims** | | | $0.00 |
| | | | |
| **Estimated Distribution to Unsecured Creditors** | - | - | $0.00 |

---

[1] The liquidation values reflected herein represent estimated forced-sale recoveries in a hypothetical chapter 7 liquidation and account for customary disposition costs, limited marketing time, and the absence of going-concern value. Cash and cash equivalents are valued at par. Vehicles, equipment, and furniture are discounted to reflect auction or brokered sale conditions. Litigation claims are assigned a liquidation value of $0.00 due to the uncertainty, expense, and risk associated with prosecution and collection in a chapter 7 context.

[2] As of the analysis date, the estate holds approximately $136,000.00 in trust funds. Although $163,001.00 was initially held post-petition, approximately $27,001.00 was drawn early in the case following the loss of factoring, reducing the balance to its current level.