Exhibit B - Financial Projections

|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $146,000.00 | $10,000.00 | $11,439.84 | $12,879.68 | $14,319.52 | $15,759.36 | $17,199.20 | $18,639.04 | $18,960.14 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $70,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $206,000.00 | $70,000.00 | $71,439.84 | $72,879.68 | $74,319.52 | $85,759.36 | $77,199.20 | $78,639.04 | $78,960.14 |
| **OPERATING EXPENSES** | | | | | | | | | |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $15,400.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,820.87 | $53,820.87 |
| **EBITDA** | $152,829.17 | $6,829.17 | $6,829.17 | $6,829.17 | $6,829.17 | $16,829.17 | $6,829.17 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $30,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $85,000.00 | $5,389.33 | $5,389.33 | $5,389.33 | $5,389.33 | $15,389.33 | $5,389.33 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $27,329.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $142,829.17 | $6,800.00 | $6,800.00 | $6,800.00 | $6,800.00 | $16,800.00 | $6,800.00 | $6,100.00 | $6,100.00 |
| **Ending Cash Balance** | $10,000.00 | $11,439.84 | $12,879.68 | $14,319.52 | $15,759.36 | $17,199.20 | $18,639.04 | $18,960.14 | $19,281.24 |

Exhibit B - Financial Projections

|  | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $19,281.24 | $19,312.69 | $19,431.64 | $10,525.67 | $10,846.77 | $11,167.87 | $11,488.97 | $11,810.07 | $12,131.17 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $79,281.24 | $64,312.69 | $64,431.64 | $70,525.67 | $70,846.77 | $71,167.87 | $71,488.97 | $71,810.07 | $72,131.17 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $33.44 | $45.94 | $240.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $58,695.87 | $43,208.37 | $43,403.37 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $1,304.13 | $1,791.63 | $1,596.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $1,272.68 | $1,672.68 | $1,400.00 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $9,102.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $1,300.00 | $1,700.00 | $1,500.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| **Ending Cash Balance** | $19,312.69 | $19,431.64 | $10,525.67 | $10,846.77 | $11,167.87 | $11,488.97 | $11,810.07 | $12,131.17 | $12,452.27 |

| | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,452.27 | $12,773.37 | $13,094.47 | $13,415.57 | $13,447.02 | $13,565.97 | $11,425.23 | $11,746.33 | $12,067.43 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $72,452.27 | $72,773.37 | $73,094.47 | $73,415.57 | $58,447.02 | $58,565.97 | $71,425.23 | $71,746.33 | $72,067.43 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $5,858.03 | $5,858.03 | $5,858.03 | $1,272.68 | $1,672.68 | $1,672.68 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,259.69 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $6,100.00 | $6,100.00 | $6,100.00 | $1,300.00 | $1,700.00 | $1,700.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| **Ending Cash Balance** | $12,773.37 | $13,094.47 | $13,415.57 | $13,447.02 | $13,565.97 | $11,425.23 | $11,746.33 | $12,067.43 | $12,388.53 |

|  | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,388.53 | $12,709.63 | $13,030.73 | $13,351.83 | $13,672.93 | $13,994.03 | $14,315.13 | $14,346.58 | $14,465.53 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Total Cash Available** | $72,388.53 | $72,709.63 | $73,030.73 | $73,351.83 | $73,672.93 | $73,994.03 | $74,315.13 | $59,346.58 | $59,465.53 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $1,272.68 | $1,672.68 | $1,672.68 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,259.69 |
| **Total Plan Payment** | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $1,300.00 | $1,700.00 | $1,700.00 |
| **Ending Cash Balance** | $12,709.63 | $13,030.73 | $13,351.83 | $13,672.93 | $13,994.03 | $14,315.13 | $14,346.58 | $14,465.53 | $12,324.79 |

|  | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,324.79 | $12,645.89 | $12,966.99 | $13,288.09 | $13,609.19 | $13,930.29 | $14,251.39 | $14,572.49 | $14,893.59 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $72,324.79 | $72,645.89 | $72,966.99 | $73,288.09 | $73,609.19 | $73,930.29 | $74,251.39 | $74,572.49 | $74,893.59 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2  - Starion Bank** | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured  (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| **Ending Cash Balance** | $12,645.89 | $12,966.99 | $13,288.09 | $13,609.19 | $13,930.29 | $14,251.39 | $14,572.49 | $14,893.59 | $15,214.69 |

| | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $15,214.69 | $15,246.14 | $15,365.09 | $13,224.35 | $14,397.87 | $15,571.39 | $16,744.91 | $17,918.43 | $19,091.95 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $75,214.69 | $60,246.14 | $60,365.09 | $73,224.35 | $74,397.87 | $75,571.39 | $76,744.91 | $77,918.43 | $79,091.95 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $33.44 | $45.94 | $45.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $58,695.87 | $43,208.37 | $43,208.37 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $1,272.68 | $1,672.68 | $1,672.68 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 |
| **Class 3 - General Unsecured  (Annual Distribution)** | $0.00 | $0.00 | $2,259.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $1,300.00 | $1,700.00 | $1,700.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| **Ending Cash Balance** | $15,246.14 | $15,365.09 | $13,224.35 | $14,397.87 | $15,571.39 | $16,744.91 | $17,918.43 | $19,091.95 | $20,265.47 |

Exhibit B - Financial Projections

|  | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $20,265.47 | $21,438.99 | $22,612.51 | $23,786.03 | $23,817.48 | $24,249.85 |
| **REVENUE** | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| Asset Sale Proceeds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Total Cash Available** | $80,265.47 | $81,438.99 | $82,612.51 | $83,786.03 | $68,817.48 | $69,249.85 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 |
| **PLAN PAYMENT** | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2  - Starion Bank** | $5,005.61 | $5,005.61 | $5,005.61 | $1,272.68 | $1,359.26 | $1,348.89 |
| **Class 3 - General Unsecured  (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,042.22 |
| **Total Plan Payment** | $6,100.00 | $6,100.00 | $6,100.00 | $1,300.00 | $1,700.00 | $1,700.00 |
| **Ending Cash Balance** | $21,438.99 | $22,612.51 | $23,786.03 | $23,817.48 | $24,249.85 | $13,650.37 |