## Class 3 - Pro Rata Distribution Schedule

| Class 3 - Creditor | Claim used ($) | Pro Rata % | Month 1 | Month 12 | Month 24 | Month 36 | Month 48 | Month 60 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Starion | $1,223,483.41 | 77.0229% | $21,049.71 | $7,011.09 | $1,740.50 | 1740.5 | $1,740.50 | $8,505.04 | $41,787.34 |
| SBA | $307,800.00 | 19.3772% | $5,295.62 | $1,763.73 | $437.86 | $437.86 | $437.86 | $2,139.67 | $10,512.60 |
| DeWitt | $16,274.14 | 1.0245% | $279.99 | $93.26 | $23.15 | $23.15 | $23.15 | $113.13 | $555.83 |
| American Express | $15,406.32 | 0.9699% | $265.06 | $88.28 | $21.92 | $21.92 | $21.92 | $107.10 | $526.20 |
| Concentric, LLC | $8,633.63 | 0.5435% | $148.54 | $49.48 | $12.28 | $12.28 | $12.28 | $60.02 | $294.88 |
| Penseke Rental | $4,739.56 | 0.2984% | $81.54 | $27.16 | $6.74 | $6.74 | $6.74 | $32.95 | $161.87 |
| Oaks Truck Trailer | $3,426.97 | 0.2157% | $58.96 | $19.63 | $4.88 | $4.88 | $4.88 | $23.82 | $117.05 |
| Capital One | $3,260.18 | 0.2052% | $56.09 | $18.68 | $4.64 | $4.64 | $4.64 | $22.66 | $111.35 |
| Valley Tire | $1,387.35 | 0.0873% | $23.87 | $7.97 | $1.97 | $1.97 | $1.97 | $9.64 | $47.39 |
| 129 Truck Shop | $1,225.66 | 0.0772% | $21.09 | $7.04 | $1.74 | $1.74 | $1.74 | $8.52 | $41.87 |
| A.W. Diesel Service | $1,057.35 | 0.0666% | $18.19 | $6.08 | $1.50 | $1.50 | $1.50 | $7.35 | $36.12 |
| Revolutionary | $1,015.22 | 0.0639% | $17.47 | $5.84 | $1.44 | $1.44 | $1.44 | $7.06 | $34.69 |
| Indeed | $495.00 | 0.0312% | $8.52 | $2.85 | $0.70 | $0.70 | $0.70 | $3.44 | $16.91 |
| ELM | $262.45 | 0.0165% | $4.52 | $1.51 | $0.37 | $0.37 | $0.37 | $1.82 | $8.96 |
| **Total** | **$1,588,467.24** | **100.0000%** | **$27,329.17** | **$9,102.60** | **$2,259.69** | **$2,259.69** | **$2,259.69** | **$11,042.22** | **$54,253.06** |