UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 25-30409
                                                                Chapter 11 – Subchapter V
H5 Transport LLC,

                              Debtor.
_____/

**ORDER RESCHEDULING CONFIRMATION HEARING**

The hearing on Confirmation of Debtor's First Amended Chapter 11 Small Business Subchapter V Plan of Reorganization currently scheduled for <u>March 4, 2026,</u> is rescheduled. Debtors filed a Second Amended Chapter 11 Small Business Subchapter V Plan on March 3, 2026. Objections shall be filed by **<u>Thursday, April 9, 2026</u>**.

IT IS ORDERED:

The hearing on Confirmation of Debtor's Second Amended Chapter 11 Subchapter V Plan of Reorganization shall be rescheduled to **<u>Thursday, April 16, 2026, at 11:00 a.m.</u>** The hearing will be conducted telephonically. The call-in instructions are provided below. At this time, the Court will set an evidentiary hearing if needed.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Deadline to file or email all exhibits to the Court in support of confirmation or an objection to confirmation: **<u>Tuesday, April 14, 2026</u>**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

Dated: March 4, 2026.

                                                    <u>/s/ William Fisher</u>
                                                    William Fisher, Judge
                                                    United States Bankruptcy Court
                                                    Sitting by Designation

Copy served electronically March 4, 2026, to Electronic Mail Notice List for Case No. 25-30409.

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.