**Fill in this information to identify the case:**

Debtor Name __H5 Transport, LLC__

United States Bankruptcy Court for the: District of Columbia

Case number: __25-30409__

❑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: __February__

Line of business: __Freight__

Date report filed: __03/20/2026__
MM / DD / YYYY

NAISC code: __4841__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Lonnie Helgerson__

Original signature of responsible party

Printed name of responsible party __Lonnie Helgerson__

Signed by
C70B8513AA4C4BB...

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |  |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |  |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ☑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **1**

Debtor Name  H5 Transport, LLC                          Case number 25-30409

17. Have you paid any bills you owed before you filed bankruptcy?                    ❏   ☑   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏   ☑   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 127,194.21

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.

    $ 49,342.91

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.

    − $ 55,358.86

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

    + $ -6,015.95

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 121,178.26

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                $ 10,640.00

     *(Exhibit E)*

Debtor Name  H5 Transport, LLC                                    Case number 25-30409

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*

$ _____ 0.00

### 5. Employees

26. What was the number of employees when the case was filed?                                    0

27. What is the number of employees as of the date of this monthly report?                        0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ 4,200.00

30. How much have you paid this month in other professional fees?                                               $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                             $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 60,000.00 | − | $ 49,342.91 | = | $ -10,657.09 |
| 33. **Cash disbursements** | $ 50,579.43 | − | $ 55,358.86 | = | $ 4,779.43 |
| 34. **Net cash flow** | $ 9,420.57 | − | $ -6,015.95 | = | $ -15,436.52 |

35. Total projected cash receipts for the next month:                    $ 60,000.00

36. Total projected cash disbursements for the next month:              − $ 50,579.43

37. Total projected net cash flow for the next month:                    = $ 9,420.57

Debtor Name  H5 Transport, LLC                                    Case number 25-30409

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

**Exhibit B**

| Question | Explanation |
|---|---|
| Did you have any unusual or significant unanticipated | We had an unexpected death of our driver Alan Salsburg on Feb 8th. This caused us a loss of revenue for 2 weeks, along with added expense of retrieving the truck from Charleston SC and getting it ready for a new driver. The company would have had a profitable month otherwise. |

## EXHIBIT C

| Date | Account | Description | Amount |
|---|---|---|---|
| 2/4/26 | Wells Fargo (0127) | Triumph Finance Payment | $5,048.80 |
| 2/5/26 | Wells Fargo (0127) | Triumph Finance Payment | $3,008.65 |
| 2/6/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,745.70 |
| 2/9/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,745.70 |
| 2/9/26 | Wells Fargo (0127) | Chrobinson 8894 | $1,568.00 |
| 2/10/26 | Wells Fargo (0127) | Chrobinson 8894 | $2,224.60 |
| 2/11/26 | Wells Fargo (0127) | Chrobinson 8894 | $1,803.20 |
| 2/12/26 | Wells Fargo (0127) | Triumph Finance Payment | $2,280.02 |
| 2/13/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,502.82 |
| 2/13/26 | Wells Fargo (0127) | Chrobinson 8894 | $3,136.00 |
| 2/18/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,940.00 |
| 2/18/26 | Wells Fargo (0127) | Triumph Finance Payment | $3,542.97 |
| 2/19/26 | Wells Fargo (0127) | Chrobinson 8894 | $1,822.80 |
| 2/20/26 | Wells Fargo (0127) | Triumph Finance Payment | $6,603.20 |
| 2/23/26 | Wells Fargo (0127) | Chrobinson 8894 | $2,156.00 |
| 2/24/26 | Wells Fargo (0127) | Triumph Finance Payment | $2,085.72 |
| 2/26/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,408.68 |
| 2/26/26 | Wells Fargo (0127) | Triumph Finance Payment | $1,799.13 |
| 2/27/26 | Wells Fargo (0127) | Chrobinson 8894 | $3,920.00 |
| 2/27/26 | Wells Fargo (2035) | Interest Payment | $0.92 |
| | | **TOTAL** | **$49,342.91** |

| Date | Account | Description | Amount |
|---|---|---|---|
| 2/2/26 | Wells Fargo (0127) | Recurring Payment Matt Hill | $500.00 |
| 2/2/26 | Wells Fargo (0127) | Recurring Payment Patriot Software | $69.00 |
| 2/2/26 | Wells Fargo (0127) | Recurring Payment Google Workspace | $19.20 |
| 2/2/26 | Wells Fargo (0127) | Recurring Payment Geico Auto | $463.85 |
| 2/2/26 | Wells Fargo (0127) | Prepass Safety | $121.31 |
| 2/3/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/3/26 | Wells Fargo (0127) | Recurring Payment Intuit Qbooks | $75.00 |
| 2/3/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $2,000.00 |
| 2/3/26 | Wells Fargo (0127) | Business to Business ACH Debit - Patriot Software | $6,552.40 |
| 2/4/26 | Wells Fargo (0127) | Recurring Payment Psn Oakes ND | $65.00 |
| 2/5/26 | Wells Fargo (0127) | Internet Truckstop | $42.00 |
| 2/6/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/6/26 | Wells Fargo (0127) | Wright NAT Flood I | $2,285.00 |
| 2/6/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,000.00 |
| 2/10/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/10/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,000.00 |
| 2/10/26 | Wells Fargo (0127) | Fpl Direct Debit Electronic Payment | $255.17 |
| 2/10/26 | Wells Fargo (0127) | Business to Business ACH Debit - Patriot Software | $7,261.51 |
| 2/10/26 | Wells Fargo (0127) | Paypal Inst Xfer Godaddy.Com | $119.88 |
| 2/11/26 | Wells Fargo (0127) | Dat Solutions | $108.00 |
| 2/12/26 | Wells Fargo (0127) | Recurring Payment Geico Auto | $282.32 |
| 2/12/26 | Wells Fargo (0127) | Crowder Bros - Lak Lakewood Ranch | $7.68 |
| 2/13/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/13/26 | Wells Fargo (0127) | Tst Acapulco Mexic Bradenton | $39.24 |
| 2/13/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,000.00 |
| 2/13/26 | Wells Fargo (0127) | Paypal Inst Xfer Godaddy.Com | $9.99 |
| 2/17/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/17/26 | Wells Fargo (0127) | Craigslist.Org | $25.00 |
| 2/17/26 | Wells Fargo (0127) | Recurring Payment Motive | $610.08 |
| 2/17/26 | Wells Fargo (0127) | The Home Depot | $19.58 |
| 2/17/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,500.00 |
| 2/17/26 | Wells Fargo (0127) | USPS 6292 | $571.70 |
| 2/17/26 | Wells Fargo (0127) | Business to Business ACH Debit - Patriot Software | $7,910.26 |
| 2/19/26 | Wells Fargo (0127) | Johnny R Nelson Ti Parrish FL | $1,937.51 |
| 2/20/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/20/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,500.00 |
| 2/20/26 | Wells Fargo (0127) | Check # 2001 | $395.00 |
| 2/20/26 | Wells Fargo (0127) | Bill Payment Ottertail Power Company | $152.78 |
| 2/23/26 | Wells Fargo (0127) | Recurring Payment Dickey Rural Telephone | $84.75 |
| 2/23/26 | Wells Fargo (0127) | B and B Truck | $172.29 |
| 2/23/26 | Wells Fargo (0127) | Grtwestcas Grtwestcas | $3,353.25 |
| 2/24/26 | Wells Fargo (0127) | Business to Business ACH Debit - Patriot Software | $10,085.29 |
| 2/25/26 | Wells Fargo (0127) | B and B Truck Stop | $1,036.73 |
| 2/25/26 | Wells Fargo (0127) | Bill Payment Ottertail Power Company | $362.22 |
| 2/26/26 | Wells Fargo (0127) | Wire Trans Svc Charge | $25.00 |
| 2/26/26 | Wells Fargo (0127) | US Drug Test Ctrs | $79.95 |
| 2/26/26 | Wells Fargo (0127) | Wire Transfer Wex Inc. | $1,500.00 |

**Exhibit D**

| | | | |
|---|---|---|---|
| 2/26/26 | Wells Fargo (0127) | Paypal Inst Xfer | $54.00 |
| 2/26/26 | Wells Fargo (0127) | Paypal Inst Xfer | $8.03 |
| 2/27/26 | Wells Fargo (0127) | Verizon Wireless Payments | $548.89 |
| | | **TOTAL** | **$55,358.86** |

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

Docusign Envelope ID: C6F194B4-5065-44F9-ABB6-5AA6CC720BF6

## Exhibit E

| Date | Payee | Purpose | Amount Owed |
|------|-------|---------|-------------|
| Feb-26 | Steve B. Nosek | Compensation of Subchapter V Trustee | $2,800.00 |
| Feb-26 | Steve B. Nosek | Compensation of Subchapter V Trustee | $4,840.00 |
| Feb-26 | Ptacek Financial Services | Professional accounting services, including tax return preparation and related | $3,000.00 |
| | | **TOTAL** | **$10,640.00** |

# Profit and Loss

## H5 Transport, LLC

### February 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| Interest Income | 0.92 |
| Sales | $50,281.30 |
| Factoring Service Fee | -939.31 |
| **Total for Sales** | **$49,341.99** |
| **Total for Income** | **$49,342.91** |
| **Cost of Goods Sold** | |
| Drivers Expenses | 31,809.46 |
| **Total for Cost of Goods Sold** | **$31,809.46** |
| **Gross Profit** | **$17,533.45** |
| **Expenses** | |
| Advertising & Marketing | 154.87 |
| Bank Charges & Fees | 175.00 |
| Drug Testing | 79.95 |
| Dues & Subscriptions | 610.08 |
| Equipment | 54.00 |
| Fuel | 9,500.00 |
| Insurance | 6,384.42 |
| Meals & Entertainment | 39.24 |
| Office Supplies & Software | 321.23 |
| Postage | 571.70 |
| Rent & Lease | 895.00 |
| Repairs & Maintenance | 3,173.79 |
| Tolls | 121.31 |
| Utilities | 1,468.81 |
| **Total for Expenses** | **$23,549.40** |
| **Net Operating Income** | **-$6,015.95** |
| **Net Other Income** | |
| **Net Income** | **-$6,015.95** |

# Balance Sheet

## H5 Transport, LLC

### As of February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Cash on hand | 0.00 |
| Savings | 0.00 |
| Starion | 0.00 |
| Wells Fargo Checking | 4,991.89 |
| Wells Fargo Savings | 116,186.37 |
| **Total for Bank Accounts** | **$121,178.26** |
| Accounts Receivable | **$0.00** |
| Other Current Assets | **$0.00** |
| **Total for Current Assets** | **$121,178.26** |
| Fixed Assets | |
| Vehicles | 925,772.87 |
| zz  Accumulated Depreciation | -745,639.00 |
| **Total for Fixed Assets** | **$180,133.87** |
| Other Assets | **$0.00** |
| **Total for Assets** | **$301,312.13** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 2023 RENEW/INC RLOC FOR OPERATING | 125,000.00 |
| LDH Loan Payable | 0.00 |
| North Dakota Department of Revenue Payable | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| **Total for Other Current Liabilities** | **$125,000.00** |
| **Total for Current Liabilities** | **$125,000.00** |
| Long-term Liabilities | |
| 2023 Note (0526) | 641,766.03 |
| 2024 SEPT LOAN | 471,457.35 |
| 2025 APRIL LOAN | 132,026.20 |
| Notes Payable | 0.00 |
| Purchase of Truck/Trailer | 0.00 |
| PURCHASE SEMIS & VAN TRAILER (*7233) | 0.00 |
| RENEW/CASHOUT FOR PURCH OF 2 VAN TRAILER (*1089) | 0.00 |
| RENEW/COMM TRUCKING EQUIP | 0.00 |
| RENEW/PURCH SEMI &COMBINENOTES | 0.00 |
| SBA Disaster Loan | 136,000.00 |
| SBA PPP 2ND DRAW | 0.00 |
| SBA PPP Loan - 1st Round | 0.00 |
| Starion #1119 | 0.00 |
| Starion #2516 | 0.00 |
| Starion #6849 | 16,583.50 |

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

# Balance Sheet

## H5 Transport, LLC

As of February 28, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Starion #7093 | 0.00 |
| Starion Credit Line | 0.00 |
| Starion Credit Line 2020 | 0.00 |
| Starion Credit Line 2021 | 0.00 |
| Starion Loan #5166 LOC NON- RE | 0.00 |
| Term Out CapEx Purchases | 0.00 |
| **Total for Long-term Liabilities** | **$1,397,833.08** |
| **Total for Liabilities** | **$1,522,833.08** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner Draw | -$70,450.61 |
| FL Home Insurance = 25% BU | -254.50 |
| FL Home Rent = 25% BU | -30,196.50 |
| FL Home Utilities = 25% BU | -3,495.76 |
| Meals | 0.00 |
| Owner Draw - Lonnie Payroll | 0.00 |
| Owner Draw - OOP Medical | -555.00 |
| Owner Draw - SEHI | 0.00 |
| **Total for Owner Draw** | **-$104,952.37** |
| Owner's Investment | 100.00 |
| Retained Earnings | -1,105,662.23 |
| Net Income | -11,006.35 |
| **Total for Equity** | **-$1,221,520.95** |
| **Total for Liabilities and Equity** | **$301,312.13** |

H5 Transport, LLC

**Wells Fargo Savings, Period Ending 02/28/2026**

**RECONCILIATION REPORT**

Reconciled on: 03/20/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 121,023.08 |
| Checks and payments cleared (5) | -12,860.55 |
| Deposits and other credits cleared (4) | 8,023.84 |
| Statement ending balance | 116,186.37 |
| | |
| Register balance as of 02/28/2026 | 116,186.37 |
| Cleared transactions after 02/28/2026 | 0.00 |
| Uncleared transactions after 02/28/2026 | -10,482.52 |
| Register balance as of 03/20/2026 | 105,703.85 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2026 | Transfer | | | -3,719.63 |
| 02/10/2026 | Transfer | | | -499.74 |
| 02/17/2026 | Transfer | | | -3,803.55 |
| 02/24/2026 | Transfer | | | -4,475.41 |
| 02/25/2026 | Transfer | | | -362.22 |
| Total | | | | -12,860.55 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/04/2026 | Transfer | | | 3,719.63 |
| 02/12/2026 | Transfer | | | 499.74 |
| 02/23/2026 | Transfer | | | 3,803.55 |
| 02/28/2026 | Deposit | | | 0.92 |
| Total | | | | 8,023.84 |

**Additional Information**

Uncleared checks and payments after 02/28/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2026 | Transfer | | | -3,300.38 |
| 03/10/2026 | Transfer | | | -6,315.84 |
| 03/12/2026 | Transfer | | | -866.30 |
| Total | | | | -10,482.52 |

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

# Business Market Rate Savings

February 28, 2026 ■ Page 1 of 4

**WELLS FARGO**

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**File your taxes early to help prevent identity theft.**

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

**Spot check fraud. Report it quickly.**

**If you write checks, make sure the person you sent it to actually receives and deposits it.** Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. **Report check fraud as soon as you notice it.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $121,023.08 |
| Deposits/Credits | 8,023.84 |
| Withdrawals/Debits | - 12,860.55 |
| **Ending balance on 2/28** | **$116,186.37** |

Account number: ▮▮▮▮ 2035  (primary account)

**LONNIE HELGERSON
H5 TRANSPORT, LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

February 28, 2026 ■ Page 2 of 4

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.92 |
| Average collected balance | $119,188.56 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.92 |
| Interest paid this year | $1.98 |
| Total interest paid in 2025 | $1.22 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 2/4 | Overdraft Protection to 6167120127 | | 3,719.63 | |
| 2/4 | Online Transfer From Lonnie Helgerson Business Checking xxxxxx0127 Ref #Ib0Wqcy5MR on 02/04/26 | 3,719.63 | | 121,023.08 |
| 2/11 | Overdraft Protection to 6167120127 | | 499.74 | 120,523.34 |
| 2/12 | Online Transfer From Lonnie Helgerson Business Checking xxxxxx0127 Ref #Ib0Wtcy25L on 02/12/26 | 499.74 | | 121,023.08 |
| 2/18 | Overdraft Protection to 6167120127 | | 3,803.55 | 117,219.53 |
| 2/23 | Online Transfer From Lonnie Helgerson Ref #Ib0Wykfrw6 Business Checking Replace OD Transfer | 3,803.55 | | 121,023.08 |
| 2/25 | Overdraft Protection to ████0127 | | 4,475.41 | 116,547.67 |
| 2/26 | Overdraft Protection to ████0127 | | 362.22 | 116,185.45 |
| 2/27 | Interest Payment | 0.92 | | 116,186.37 |
| **Totals** | | **$8,023.84** | **$12,860.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $300.00 | $116,185.45 ⊡ |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YC/YC

 **IMPORTANT ACCOUNT INFORMATION**

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

February 28, 2026 ■ Page 3 of 4

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Docusign Envelope ID: C6F194B4-5065-44F9-ABB6-5AA6CC720BF6

February 28, 2026 ■ Page 4 of 4

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                                          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

H5 Transport, LLC

**Wells Fargo Checking, Period Ending 02/28/2026**

**RECONCILIATION REPORT**

Reconciled on: 03/20/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                          USD

Statement beginning balance.................................................................................................6,171.13
Checks and payments cleared (53)......................................................................................-63,381.78
Deposits and other credits cleared (30).................................................................................62,202.54
Statement ending balance....................................................................................................4,991.89

Register balance as of 02/28/2026........................................................................................4,991.89
Cleared transactions after 02/28/2026...................................................................................0.00
Uncleared transactions after 02/28/2026...............................................................................7,621.97
Register balance as of 03/20/2026.......................................................................................12,613.86

**Details**

Checks and payments cleared (53)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 02/02/2026 | Expense | | Patriot Software | -69.00 |
| 02/02/2026 | Expense | | PrePass | -121.31 |
| 02/02/2026 | Expense | | Geico | -463.85 |
| 02/02/2026 | Expense | | Google | -19.20 |
| 02/02/2026 | Expense | | Matt Hill | -500.00 |
| 02/03/2026 | Expense | | | -25.00 |
| 02/03/2026 | Expense | | | -75.00 |
| 02/03/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 02/03/2026 | Expense | | Patriot Software | -6,552.40 |
| 02/04/2026 | Transfer | | | -3,719.63 |
| 02/04/2026 | Expense | | Oakes Truck & Trailer | -65.00 |
| 02/05/2026 | Expense | | | -42.00 |
| 02/06/2026 | Expense | | | -25.00 |
| 02/06/2026 | Expense | | | -2,285.00 |
| 02/06/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/10/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/10/2026 | Expense | | | -25.00 |
| 02/10/2026 | Expense | | | -255.17 |
| 02/10/2026 | Expense | | Patriot Software | -7,261.51 |
| 02/10/2026 | Expense | | | -119.88 |
| 02/11/2026 | Expense | | | -108.00 |
| 02/12/2026 | Expense | | Geico | -282.32 |
| 02/12/2026 | Expense | | | -7.68 |
| 02/12/2026 | Transfer | | | -499.74 |
| 02/13/2026 | Expense | | | -39.24 |
| 02/13/2026 | Expense | | | -25.00 |
| 02/13/2026 | Expense | | Wex, Inc. | -1,000.00 |
| 02/13/2026 | Expense | | | -9.99 |
| 02/17/2026 | Expense | | USPS | -571.70 |
| 02/17/2026 | Expense | | Motive | -610.08 |
| 02/17/2026 | Expense | | Wex, Inc. | -1,500.00 |

3/20/26, 11:50 AM

| 02/17/2026 | Expense | | Patriot Software | -7,910.26 |
| 02/17/2026 | Expense | | Craigslist | -25.00 |
| 02/17/2026 | Expense | | Home Depot | -19.58 |
| 02/17/2026 | Expense | | | -25.00 |
| 02/19/2026 | Expense | | Johnny's Tire | -1,937.51 |
| 02/20/2026 | Check | 2001 | | -395.00 |
| 02/20/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 02/20/2026 | Expense | | | -25.00 |
| 02/20/2026 | Expense | | | -152.78 |
| 02/23/2026 | Transfer | | | -3,803.55 |
| 02/23/2026 | Expense | | | -84.75 |
| 02/23/2026 | Expense | | | -3,353.25 |
| 02/23/2026 | Expense | | | -172.29 |
| 02/24/2026 | Expense | | Patriot Software | -10,085.29 |
| 02/25/2026 | Expense | | | -362.22 |
| 02/25/2026 | Expense | | | -1,036.73 |
| 02/26/2026 | Expense | | HP Instant Ink | -8.03 |
| 02/26/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 02/26/2026 | Expense | | | -54.00 |
| 02/26/2026 | Expense | | US Drug Test Centers | -79.95 |
| 02/26/2026 | Expense | | | -25.00 |
| 02/27/2026 | Expense | | Verizon | -548.89 |

| Total | | | | -63,381.78 |

Deposits and other credits cleared (30)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2026 | Transfer | | | 3,719.63 |
| 02/04/2026 | Receive Payment | | ATS | 2,200.00 |
| 02/04/2026 | Receive Payment | | FreightEx | 2,848.80 |
| 02/05/2026 | Receive Payment | | Ryan Transportation | 1,308.65 |
| 02/05/2026 | Receive Payment | | TQL | 1,700.00 |
| 02/06/2026 | Receive Payment | | Emerge | 1,745.70 |
| 02/09/2026 | Receive Payment | | Paschall Logistics | 1,745.70 |
| 02/09/2026 | Receive Payment | | CH Robinson | 1,568.00 |
| 02/10/2026 | Receive Payment | | CH Robinson | 2,224.60 |
| 02/10/2026 | Transfer | | | 499.74 |
| 02/11/2026 | Receive Payment | | CH Robinson | 1,803.20 |
| 02/12/2026 | Receive Payment | | RXO | 2,280.02 |
| 02/13/2026 | Receive Payment | | Direct Connect Logistic | 1,502.82 |
| 02/13/2026 | Receive Payment | | CH Robinson | 3,136.00 |
| 02/17/2026 | Transfer | | | 3,803.55 |
| 02/18/2026 | Receive Payment | | RJW Logistics Group | 1,940.00 |
| 02/18/2026 | Receive Payment | | Associated Logistics Group | 1,350.00 |
| 02/18/2026 | Receive Payment | | TQL | 2,192.97 |
| 02/19/2026 | Receive Payment | | CH Robinson | 1,822.80 |
| 02/20/2026 | Receive Payment | | Spot | 2,400.00 |
| 02/20/2026 | Receive Payment | | RXO | 1,800.00 |
| 02/20/2026 | Receive Payment | | Ryan Transportation | 2,403.20 |
| 02/23/2026 | Receive Payment | | CH Robinson | 2,156.00 |
| 02/24/2026 | Transfer | | | 4,475.41 |
| 02/24/2026 | Receive Payment | | Uber Load App | 2,085.72 |
| 02/25/2026 | Transfer | | | 362.22 |
| 02/26/2026 | Receive Payment | | RXO | 1,408.68 |
| 02/26/2026 | Receive Payment | | Uber Load App | 1,199.13 |
| 02/26/2026 | Receive Payment | | Axle Logistics | 600.00 |

| | | | | |
|---|---|---|---|---|
| 02/27/2026 | Receive Payment | | CH Robinson | 3,920.00 |

| | |
|---|---|
| Total | 62,202.54 |

**Additional Information**

Uncleared checks and payments after 02/28/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/02/2026 | Expense | | Geico | -463.85 |
| 03/02/2026 | Expense | | I-State Truck | -1,702.41 |
| 03/02/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/02/2026 | Expense | | Google | -19.20 |
| 03/02/2026 | Expense | | | -25.00 |
| 03/02/2026 | Expense | | Patriot Software | -69.00 |
| 03/03/2026 | Expense | | PrePass | -25.80 |
| 03/03/2026 | Expense | | Quickbooks | -75.00 |
| 03/03/2026 | Expense | | | -493.02 |
| 03/03/2026 | Expense | | | -89.94 |
| 03/03/2026 | Expense | | Matt Hill | -500.00 |
| 03/03/2026 | Expense | | Patriot Software | -8,405.47 |
| 03/04/2026 | Expense | | | -25.00 |
| 03/04/2026 | Expense | | Oakes Public School | -65.00 |
| 03/04/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/05/2026 | Expense | | Truckstop.com | -42.00 |
| 03/05/2026 | Expense | | | -29.97 |
| 03/06/2026 | Expense | | | -25.00 |
| 03/06/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 03/09/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/09/2026 | Expense | | | -25.00 |
| 03/09/2026 | Expense | | | -571.00 |
| 03/10/2026 | Expense | | Patriot Software | -6,696.69 |
| 03/11/2026 | Expense | | | -274.77 |
| 03/11/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 03/11/2026 | Expense | | | -25.00 |
| 03/11/2026 | Expense | | | -3,292.75 |
| 03/11/2026 | Expense | | DAT | -108.00 |
| 03/12/2026 | Expense | | | -25.00 |
| 03/12/2026 | Expense | | | -1,000.00 |
| 03/12/2026 | Expense | | Geico | -272.98 |
| 03/13/2026 | Expense | | | -9.99 |
| 03/13/2026 | Expense | | | -25.00 |
| 03/13/2026 | Expense | | Wex, Inc. | -1,200.00 |
| 03/16/2026 | Expense | | Motive | -610.08 |
| 03/17/2026 | Expense | | Patriot Software | -6,072.41 |
| 03/18/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/18/2026 | Expense | | | -25.00 |

| | |
|---|---|
| Total | -43,289.33 |

Uncleared deposits and other credits after 02/28/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/02/2026 | Receive Payment | | CH Robinson | 1,274.00 |
| 03/02/2026 | Receive Payment | | RXO | 2,280.02 |
| 03/02/2026 | Receive Payment | | CH Robinson | 2,087.40 |

| 03/03/2026 | Transfer | | 3,300.38 |
|---|---|---|---|
| 03/04/2026 | Receive Payment | RXO | 2,425.75 |
| 03/05/2026 | Receive Payment | CH Robinson | 931.00 |
| 03/06/2026 | Receive Payment | CH Robinson | 2,450.00 |
| 03/06/2026 | Receive Payment | Ryan Transportation | 2,280.02 |
| 03/09/2026 | Receive Payment | Heartland Logistics Group | 1,128.80 |
| 03/10/2026 | Receive Payment | CH Robinson | 784.00 |
| 03/10/2026 | Transfer | | 6,315.84 |
| 03/11/2026 | Receive Payment | FreightEx | 2,231.45 |
| 03/12/2026 | Transfer | | 866.30 |
| 03/13/2026 | Receive Payment | ATS | 1,381.39 |
| 03/16/2026 | Receive Payment | CH Robinson | 3,136.00 |
| 03/16/2026 | Receive Payment | TLX Logistics | 3,468.26 |
| 03/16/2026 | Receive Payment | Heartland Logistics Group | 1,211.38 |
| 03/17/2026 | Receive Payment | ShipOgre | 4,700.00 |
| 03/17/2026 | Receive Payment | Ryan Transportation | 2,777.55 |
| 03/18/2026 | Receive Payment | CH Robinson | 2,283.40 |
| 03/19/2026 | Receive Payment | Magnum | 1,857.00 |
| 03/19/2026 | Receive Payment | FreightEx | 1,741.36 |

Total                                                                      50,911.30

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

# Initiate Business Checking

February 28, 2026 ■ Page 1 of 7

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft.

File early to help prevent someone else from filing taxes in your name. Find other tips at wellsfargo.com/spottaxscams.

Spot check fraud. Report it quickly.

If you write checks, make sure the person you sent it to actually receives and deposits it. Fraudsters target the mail and look for checks they can alter and deposit into their own accounts. They may keep the amount the same, so it's important to look at the check image and see if it has been changed. You can view checks online, or request check images by contacting us via phone or visiting a branch location. Report check fraud as soon as you notice it.

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $6,171.13 |
| Deposits/Credits | 62,202.54 |
| Withdrawals/Debits | - 63,381.78 |
| Ending balance on 2/28 | $4,991.89 |

Account number: ▬▬▬▬▬ (primary account)

LONNIE HELGERSON
H5 TRANSPORT, LLC

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513
For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■    Savings - 000007159822035

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Bill Pay Matt Hill Recurring No Account Number on 02-02 | | 500.00 | |
| 2/2 | | Recurring Payment authorized on 02/01 Patriot Software, 877-968-7147 OH S356032403756180 Card 6292 | | 69.00 | |
| 2/2 | | Recurring Payment authorized on 02/01 Google *Workspace_ CC@Google.Com CA S306032460717453 Card 6292 | | 19.20 | |
| 2/2 | | Recurring Payment authorized on 02/01 Geico *Auto 800-841-3000 DC S346032553606025 Card 6292 | | 463.85 | |
| 2/2 | | Purchase authorized on 02/01 Prepass Safety All 800-773-7277 AZ S346033082925337 Card 6292 | | 121.31 | 4,997.77 |
| 2/3 | | Wire Trans Svc Charge - Sequence: 260203056505 Srf# Ow00006582988776 Trn#260203056505 Rfb# Ow00006582988776 | | 25.00 | |
| 2/3 | | Recurring Payment authorized on 02/02 Intuit *Qbooks Onl Cl.Intuit.Com CA S306033484908033 Card 6292 | | 75.00 | |
| 2/3 | | WT 260203-056505 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006582988776 Trn#260203056505 Rfb# Ow00006582988776 | | 2,000.00 | |
| 2/3 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260203 C32661528 H5 Transport LLC | | 6,552.40 | |
| 2/3 | | Overdraft Protection From 7159822035 | 3,719.63 | | 65.00 |
| 2/4 | | Triumph Finance Payment 260204 131524 H5 Transport, LLC | 5,048.80 | | |
| 2/4 | | Recurring Payment authorized on 02/03 Psn*Oakes ND 701-742-2137 ND S306034435439604 Card 6292 | | 65.00 | |
| 2/4 | | Online Transfer to Lonnie Helgerson Business Market Rate Savings xxxxxx2035 Ref #Ib0Wqcy5MR on 02/04/26 | | 3,719.63 | 1,329.17 |
| 2/5 | | Triumph Finance Payment 260205 131524 H5 Transport, LLC | 3,008.65 | | |
| 2/5 | | Purchase authorized on 02/04 Internet Truckstop 800-203-2540 ID S356035495031510 Card 6292 | | 42.00 | 4,295.82 |
| 2/6 | | Triumph Finance Payment 260206 131524 H5 Transport, LLC | 1,745.70 | | |
| 2/6 | | Wire Trans Svc Charge - Sequence: 260206105557 Srf# Ow00006594826135 Trn#260206105557 Rfb# Ow00006594826135 | | 25.00 | |
| 2/6 | | Purchase authorized on 02/05 Wright NAT Flood I 800-803-2040 FL S346036666566463 Card 6292 | | 2,285.00 | |
| 2/6 | | WT 260206-105557 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006594826135 Trn#260206105557 Rfb# Ow00006594826135 | | 1,000.00 | 2,731.52 |
| 2/9 | | Triumph Finance Payment 260209 131524 H5 Transport, LLC | 1,745.70 | | |
| 2/9 | | Chrobinson8894 Triumphpay 260209 C20615277 **C20615277 Triumphpay on Behalf of C.H. Robinson | 1,568.00 | | 6,045.22 |
| 2/10 | | Chrobinson8894 Triumphpay 260210 C20643108 **C20643108 Triumphpay on Behalf of C.H. Robinson | 2,224.60 | | |
| 2/10 | | Wire Trans Svc Charge - Sequence: 260210026298 Srf# Ow00006607231213 Trn#260210026298 Rfb# Ow00006607231213 | | 25.00 | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/10 | | WT 260210-026298 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006607231213 Trn#260210026298 Rfb# Ow00006607231213 | | 1,000.00 | |
| 2/10 | | Fpl Direct Debit Elec Pymt 02/26 9368237518 Ppda Lonnie Helgerson | | 255.17 | |
| 2/10 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260210 C32799641 H5 Transport LLC | | 7,261.51 | |
| 2/10 | | Paypal Inst Xfer 260210 Godaddy.Com Helgerson Franchise Gr | | 119.88 | |
| 2/10 | | Overdraft Protection From 7159822035 | 499.74 | | 108.00 |
| 2/11 | | Chrobinson8894 Triumphpay 260211 C20656073 **C20656073 Triumphpay on Behalf of C.H. Robinson | 1,803.20 | | |
| 2/11 | | Purchase authorized on 02/10 Dat Solutions 800-800-3285302 FL S306041304989664 Card 6292 | | 108.00 | 1,803.20 |
| 2/12 | | Triumph Finance Payment 260212 131524 H5 Transport, LLC | 2,280.02 | | |
| 2/12 | | Recurring Payment authorized on 02/11 Geico *Auto 800-841-3000 DC S466042498771125 Card 6292 | | 282.32 | |
| 2/12 | | Purchase authorized on 02/11 Crowder Bros - Lak Lakewood Ranc FL S586042647017187 Card 6292 | | 7.68 | |
| 2/12 | | Online Transfer to Lonnie Helgerson Business Market Rate Savings xxxxxx2035 Ref #Ib0Wtcy25L on 02/12/26 | | 499.74 | 3,293.48 |
| 2/13 | | Triumph Finance Payment 260213 131524 H5 Transport, LLC | 1,502.82 | | |
| 2/13 | | Chrobinson8894 Triumphpay 260213 C20703012 **C20703012 Triumphpay on Behalf of C.H. Robinson | 3,136.00 | | |
| 2/13 | | Wire Trans Svc Charge - Sequence: 260213072724 Srf# Ow00006619047915 Trn#260213072724 Rfb# Ow00006619047915 | | 25.00 | |
| 2/13 | | Purchase authorized on 02/11 Tst*Acapulco Mexic Bradenton FL S586042633689412 Card 6292 | | 39.24 | |
| 2/13 | | WT 260213-072724 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006619047915 Trn#260213072724 Rfb# Ow00006619047915 | | 1,000.00 | |
| 2/13 | | Paypal Inst Xfer 260213 Godaddy.Com Helgerson Franchise Gr | | 9.99 | 6,858.07 |
| 2/17 | | Wire Trans Svc Charge - Sequence: 260217082242 Srf# Ow00006630069923 Trn#260217082242 Rfb# Ow00006630069923 | | 25.00 | |
| 2/17 | | Purchase authorized on 02/13 Craigslist.Org 415-399-5200 CA S356044571452811 Card 6292 | | 25.00 | |
| 2/17 | | Recurring Payment authorized on 02/15 Motive 855-434-356 855-434-3564 CA S356046507030516 Card 6292 | | 610.08 | |
| 2/17 | | Purchase authorized on 02/16 The Home Depot #1863 Bradenton FL P306047653582968 Card 6292 | | 19.58 | |
| 2/17 | | WT 260217-082242 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006630069923 Trn#260217082242 Rfb# Ow00006630069923 | | 1,500.00 | |
| 2/17 | | Purchase authorized on 02/17 USPS PO 11097501 824 Mana Bradenton FL P586048661376705 Card 6292 | | 571.70 | |
| 2/17 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260217 C32945852 H5 Transport LLC | | 7,910.26 | |
| 2/17 | | Overdraft Protection From 7159822035 | 3,803.55 | | 0.00 |
| 2/18 | | Triumph Finance Payment 260218 131524 H5 Transport, LLC | 1,940.00 | | |
| 2/18 | | Triumph Finance Payment 260218 131524 H5 Transport, LLC | 3,542.97 | | 5,482.97 |
| 2/19 | | Chrobinson8894 Triumphpay 260219 C20796016 **C20796016 Triumphpay on Behalf of C.H. Robinson | 1,822.80 | | |
| 2/19 | | Purchase authorized on 02/18 Johnny R Nelson Ti Parrish FL S466049701066944 Card 6292 | | 1,937.51 | 5,368.26 |
| 2/20 | | Triumph Finance Payment 260220 131524 H5 Transport, LLC | 6,603.20 | | |
| 2/20 | | Wire Trans Svc Charge - Sequence: 260220061191 Srf# Ow00006643299240 Trn#260220061191 Rfb# Ow00006643299240 | | 25.00 | |
| 2/20 | | WT 260220-061191 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006643299240 Trn#260220061191 Rfb# Ow00006643299240 | | 1,500.00 | |
| 2/20 | 2001 | Check | | 395.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/20 | | Ottertailpowerco BILLPAY 260220 Otter Tail Powe H5 Transport | | 152.78 | 9,898.68 |
| 2/23 | | Chrobinson8894 Triumphpay 260223 C20847690 **C20847690 Triumphpay on Behalf of C.H. Robinson | 2,156.00 | | |
| 2/23 | | Recurring Payment authorized on 02/20 Dickey Rural Telep Drn.Smarthub. ND S306051700827662 Card 6292 | | 84.75 | |
| 2/23 | | Purchase authorized on 02/20 B and B Truck Trai Davenport IA S346051802196032 Card 6292 | | 172.29 | |
| 2/23 | | Online Transfer to Lonnie Helgerson Ref #Ib0Wykfrw6 Business Market Rate Saving Replace OD Transfer | | 3,803.55 | |
| 2/23 | | Grtwestcas Grtwestcas 260223 McP61200F H5 Transport | | 3,353.25 | 4,640.84 |
| 2/24 | | Triumph Finance Payment 260224 131524 H5 Transport, LLC | 2,085.72 | | |
| 2/24 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260224 C33082791 H5 Transport LLC | | 10,085.29 | |
| 2/24 | | Overdraft Protection From 7159822035 | 4,475.41 | | 1,116.68 |
| 2/25 | | Purchase authorized on 02/23 B and B Truck Trai Davenport IA S346054770994001 Card 6292 | | 1,036.73 | |
| 2/25 | | Ottertailpowerco BILLPAY 260225 Otter Tail Powe H5 Transport | | 362.22 | |
| 2/25 | | Overdraft Protection From 7159822035 | 362.22 | | 79.95 |
| 2/26 | | Triumph Finance Payment 260226 131524 H5 Transport, LLC | 1,408.68 | | |
| 2/26 | | Triumph Finance Payment 260226 131524 H5 Transport, LLC | 1,799.13 | | |
| 2/26 | | Wire Trans Svc Charge - Sequence: 260226031856 Srf# Ow00006662469363 Trn#260226031856 Rfb# Ow00006662469363 | | 25.00 | |
| 2/26 | | Purchase authorized on 02/24 US Drug Test Ctrs 866-566-0261 NV S586055338140372 Card 6292 | | 79.95 | |
| 2/26 | | WT 260226-031856 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006662469363 Trn#260226031856 Rfb# Ow00006662469363 | | 1,500.00 | |
| 2/26 | | Paypal Inst Xfer 260226 1048535694916 Helgerson Franchise Gr | | 54.00 | |
| 2/26 | | Paypal Inst Xfer 260226 Instantink Helgerson Franchise Gr | | 8.03 | 1,620.78 |
| 2/27 | | Chrobinson8894 Triumphpay 260227 C20934543 **C20934543 Triumphpay on Behalf of C.H. Robinson | 3,920.00 | | |
| 2/27 | | Verizon Wireless Payments 260226 068854710800001 0000000068854710800001 | | 548.89 | 4,991.89 |
| Totals | | | $62,202.54 | $63,381.78 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 2001 | 2/20 | 395.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2026 - 02/28/2026 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

February 28, 2026 ■ Page 5 of 7



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Average ledger balance | $1,000.00 | $4,347.00 ÷ |
| • Minimum daily balance | $500.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 25 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

February 28, 2026 ■ Page 6 of 7

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Docusign Envelope ID: C6E194B4-5065-44F9-ABB6-5AA6CC720BF6

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
register or transfers into                        $ _____
your account which are not                        $ _____
shown on your statement.                     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801