UNITED STATES BANKRUPTCY COURT
District of North Dakota Fargo

| | |
|---|---|
| In re:<br> H5 Transport, LLC,<br>         Debtor(s). | Case No.: 25-30409<br> Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 03/25/2026, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Motion to Convert Case From Chapter 11 to 7 Including: Notice of Motion served on 3/25/2026. Fee Amount $0 Filed by U.S. Trustee United States Trustee Last day to object is 04/15/2026. (Kreuziger, Colin) (Entered: 03/25/2026)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

03/25/2026

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**H5 Transport, LLC 25-30409**

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 29266 | A W Diesel Service Inc. , PO Box 257, Gwinner, ND, 58040-0257 | First Class |
| 29266 | Advance Business Capital LLC , 651 Canyon Drive, Suite 105, Coppell, TX, 75019-4112 | First Class |
| 29266 | Alan Salsburg , 649 Vine Ave, Las Animas, CO, 81054-1656 | First Class |
| 29266 | American Express , P.O. Box 981537, El Paso, TX, 79998-1537 | First Class |
| 29266 | American Express National Bank , c/o Becket and Lee LLP, PO Box 3001, Malvern, PA, 19355-0701 | First Class |
| 29266 | Anthony Anderson , Nilles Law Firm, P.O. Box 2626, Fargo, ND, 58108-2626 | First Class |
| 29266 | Capital One , Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT, 84130-0285 | First Class |
| 29266 | Capital One N.A. , by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC, 28272-1083 | First Class |
| 29266 | Christianna A. Cathcart , The Dakota Bankruptcy Firm, 1630 First Ave N, Ste. B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 29266 | Concentric, LLC , 62861 Collections Center Drive, Chicago, IL, 60693-0001 | First Class |
| 29266 | CORPORATION SERVICE COMPANY , PO BOX 2576, Springfield, IL, 62708-2576, United States of America | First Class |
| 29266 | DeWitt , 901 Marquette Ave, Suite 2100, Minneapolis, MN, 55402-3713 | First Class |
| 29266 | DeWitt LLP , 901 Marquette Avenue, Suite 2100, Minneapolis, MN, 55402-3713 | First Class |
| 29266 | ELM , 22849 483rd Av, Flandreau, SD, 57028-6640 | First Class |
| 29266 | FPL , General Mail Facility, Miami, FL, 33188-0001, United States of America | First Class |
| 29266 | Great West Casualty Company , 1100 West 29th Street, South Sioux City, NE, 68776-3130 | First Class |
| 29266 | H5 Transport Logistics, LLC , 5703 Red Bug Lake Rd, STE 523, Winter Springs, FL, 32708-4969 | First Class |
| 29266 | H5 Transport, LLC, 322 11th St N, Apt 9, PO Box 72, DICKEY-ND, Oakes, ND, 58474, United States of America | First Class |
| 29266 | I29 Truck Shop , 1539 32nd Ave, Brookings, SD, 57006-4731 | First Class |
| 29266 | Indeed , 200 W 6th ST, Floor 36, Austin, TX, 78701-3161 | First Class |
| 29266 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 29266 | Jared A. Ullman , 2500 North Military Trail, Suite 100, Boca Raton, FL, 33431-6342 | First Class |
| 29266 | Lonnie Dean Helgerson , 322 N. 11th Street, Apt 9, Oakes, ND, 58474-1402 | First Class |
| 29266 | Matt Hill , 10985 86th St. E, Oakes, ND, 58474-9702 | First Class |
| 29266 | Maurice B. VerStandig , The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 29266 | Maurice VerStandig , The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND, 58102-4246, United States of America | First Class |
| 29266 | Motive Technologies, Inc. , 55 Hawthorne Street, Suite #500, San Francisco, CA, 94105-3960 | First Class |
| 29266 | North Dakota Office of State Tax Commiss , 600 E. Boulevard Ave., Dept. 127, Bismarck, ND, 58505-0602 | First Class |
| 29266 | Oakes Truck Trailer , 11019 Hwy 11, Oakes, ND, 58474-9106 | First Class |
| 29266 | Ottertail , 215 S. Cascade St., Fergus Falls, MN, 56537-2897 | First Class |
| 29266 | Paul Coleman (P&C Transport, LLC) , 4002 275th St, Clear Lake, IA, 50428-9016 | First Class |
| 29266 | Penske Rentals , 2675 Morgantown Road,, Reading, PA, 19607-9676 | First Class |
| 29266 | PENSKE TRUCK LEASING CO  L P, PO BOX 563, READING, PA, 19603-0563 | First Class |
| 29266 | Revolutionary Road, LLC (Cameron , 13117 27th Ave NW, Zimmerman, MN, 55398 | First Class |
| 29266 | Starion Bank , c/o John M. Krings, Jr., PO Box 9231, Fargo, ND, 58106-9231 | First Class |
| 29266 | Starion Bank , c/o John M. Krings, Jr., KD Law, PLLP, PO Box 9231, Fargo, ND, 58106-9231 | First Class |
| 29266 | Starion Bank , 333 N 4th St, Bismarck, ND, 58501-4020 | First Class |
| 29266 | Steven B Nosek , Steven B. Nosek, P.A., 10285 Yellow Circle Drive, Hopkins, MN, 55343-9142 | First Class |
| 29266 | TBK Bank, SSB , Ullman and Ullman, P.A., 2500 North Military Trail, SUITE 100, BOCA RATON, FL, 33431-6342 | First Class |
| 29266 | TBK Bank, SSB d/b/a Triumph , 651 Canyon Drive, Suite 105, Coppell, TX, 75019-4112 | First Class |
| 29266 | Todd Franklin , 917 Bremner Ave, Bismarck, ND, 58503-0986 | First Class |
| 29266 | Toni L. Ptacek | None |
| 29266 | Trans Lease , 1400 W 62nd Avenue, Denver, CO, 80221-2400 | First Class |
| 29266 | Triumph Business Capital , 651 Canyon Drive, Suite 105, Coppell, TX, 75019-4112 | First Class |
| 29266 | U.S. BANKRUPTCY COURT, 655 1ST AVENUE NORTH, SUITE 210, FARGO, ND, 58102-4932 | First Class |
| 29266 | U.S. Small Business Administration , 2 North Street, Suite 320, Birmingham, AL, 35203 | First Class |
| 29266 | US SBA-Office of District Counsel , 721 19th Street, Suite 426, Denver, CO, 80202-2517 | First Class |
| 29266 | Valley Tire , PO Box 2147, Fargo, ND, 58107-2147 | First Class |
| 29266 | Valley Tire, LLC , c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND, 58107-1389 | First Class |
| 29266 | Valley Tire, LLC , c/o Caren L. Stanley, Vogel Law Firm, PO Box 1389, Fargo, ND, 58107-1389 | First Class |
| 29266 | WALLWORK FINANCIAL CORPORATION, PO BOX 628, FARGO, ND, 58107-0628 | First Class |
| 29266 | WALLWORK FINANCIAL CORPORATION, PO BOX 628, FARGO, ND, 58107-0628 | None |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29266 | Wallwork Financial Corporation | None |