UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

H5 Transport, LLC,

                    Debtor.
_____/

Bankruptcy No. 25-30409
Chapter 11 – Subchapter V

# ORDER SCHEDULING TELEPHONIC HEARING

IT IS ORDERED that a telephonic hearing shall be held by **telephone on Wednesday, April 15, 2026, at 1:00 PM (Central Standard Time)** to consider the following:

- **Application for Allowance of Interim Compensation for Subchapter V Trustee filed March 10, 2026.  (Doc. 111)**

    ***NOTE: The reason for the hearing is: the application does not comply with Fed. R. Bankr. P. 2002(a)(6).***

Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
**2)** Enter the Meeting ID **16121907752#**
**3)** Press **#** again when prompted for a Participant ID
**4)** Enter Passcode **529952**
**5)** Please identify yourself when you have joined the conference.

Should evidence be needed at the hearing, the Video Conference/ZOOM instructions can be found at https://www.ndb.uscourts.gov/video-conferences.

.

    Dated: April 7, 2026.

                    BY THE COURT:


                    **/e/ William J. Fisher**
                    William J. Fisher, Judge
                    United States Bankruptcy Court


Copy served electronically April 7, 2026, to Electronic Mail Notice List for Adversary Case No. 25-30409.