**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                                    **BKY No.:  25-30409**
                                                                                      **Chapter 11**

**H5 Transport, LLC**

                    **Debtor.**

---

**APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION**
**FOR SUBCHAPTER V TRUSTEE**

---

1.      Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), seeks compensation and reimbursement of expenses in the above referenced case and provides the following information.

2.      **ANY RESPONSES TO THIS APPLICATION ARE DUE WITHIN 21 DAYS OF THE FILING OF THIS APPLICATION.   IF NO RESPONSE TO THIS APPLICATION IS FILED, THE COURT MAY ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.**

3.      This Court has jurisdiction over this application under 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

4.      The voluntary petition commencing this chapter 11 case was filed on September 16, 2025.  The case is still pending in this Court.

5.      This Application arises under 11 U.S.C. §§328 and 330.  This Application is filed under Fed. R. Bankr. P. 2016 and Local Rule 2016-1.  Notice of this Application is provided to all creditors and parties in interest and the United States Trustee in accordance with Fed. R. Bankr. P. 2002 (a)(6) as described in the contemporaneously filed certificate of service.

6.      On September 22, 2025, the U.S. Trustee appointed the Trustee as the Subchapter V Trustee (Doc. 19).  Trustee did not receive a retainer in connection with his employment as Trustee.

7.      Trustee filed previous fee applications in the above case as follows:

a)      Application filed on November 7, 2025, and approved on December 5, 2025 for fees in the amount of $4,200.00.  The Debtor has paid said allowed fees and expenses.

b)      Application filed on January 19, 2026 and approved on February 18, 2026 in the amount of $2,800.00. These fees have been paid.

c)      Application filed on March 10, 2026.Objections were due on or before March 31,

1

2026. No objections were filed. This Application is being withdrawn and included in the current application.

d)      Application filed on April 6, 2026.  This Application is being withdrawn and included in the current application.

8.      No compensation, whether previously received or to be received has been or will be shared and no agreement or understanding exists between Trustee and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this Fee Application pursuant to Fed. R. Bank. P. 2016 (a).

9.      Trustee has performed actual and necessary services in the exercise and furtherance of his duties under the Bankruptcy Code.  Attached as **Exhibit A-1** is description of the amounts requested, the services rendered, the time spent and the expenses incurred from January 1, 2026 to February 28, 2026 in the total amount of $4,840.00.  Attached as **Exhibit A-2** is a description of the amounts requested, the services rendered, the time spent and the expenses incurred from March 1, 2026 to March 31, 2026 in the total amount of $1,720.00.  Trustee requests allowance of compensation for services rendered in the amount of $6,560.00 ($4,840.00 plus $1,720.00).

**WHEREFORE,** Trustee requests the Court enter an order allowing interim compensation in as an administrative expense consistent with the attached proposed order.

**STEVEN B. NOSEK, P.A.**

Dated:  April 8, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

**VERIFICATION**

I, Steven B. Nosek, Subchapter V Trustee, named in the foregoing document, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  April 8, 2026.

s/ *Steven B. Nosek*

2

## Steven B. Nosek, P.A.
10285 Yellow Circle Drive
Hopkins, MN 55343

(612) 335-9171

Invoice submitted to:

H5 Transport, LLC
c/o Christianna Carthcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste B PMB 24
Fargo, ND 58102-4246

March 1, 2026

In Reference To:  H5 Transport, L

25-30409 H5 Transport, LLC

### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2026 | SBN | Review Plan; Prepare lengthy comments and email to Debtor's counsel. | 2.00 400.00/hr | 800.00 |
| 1/12/2026 | SBN | Prepare and file Fee Application. | 0.80 400.00/hr | 320.00 |
| 1/19/2026 | SBN | Email to Cathcart. | 0.20 400.00/hr | 80.00 |
| 1/21/2026 | SBN | Review Second Amended Plan; EMails to Debtor's Attorney. | 2.00 400.00/hr | 800.00 |
| 1/22/2026 | SBN | Review Debtor's Monthly Operating Report. | 0.50 400.00/hr | 200.00 |
| 1/27/2026 | SBN | Telephone conference with Cathcart. | 0.20 400.00/hr | 80.00 |
| 2/2/2026 | SBN | Prepare, file and serve Objection. | 1.20 400.00/hr | 480.00 |
| | SBN | Review material received. | 0.60 400.00/hr | 240.00 |
| 2/3/2026 | SBN | Review material received. | 0.20 400.00/hr | 80.00 |
| 2/4/2026 | SBN | Review Modified Plan and Exhibits. | 2.00 400.00/hr | 800.00 |
| | SBN | Telephone conference with US Trustee. | 0.20 400.00/hr | 80.00 |

snosek@noseklawfirm.com

Exhibit A-1

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2026 | SBN | Prepare and file Fee Application. | 0.80 400.00/hr | 320.00 |
|  | SBN | Review material received. | 0.20 400.00/hr | 80.00 |
| 2/10/2026 | SBN | Submit court order. | 0.20 400.00/hr | 80.00 |
| 2/17/2026 | SBN | Email to Cathcart. | 0.20 400.00/hr | 80.00 |
| 2/19/2026 | SBN | Email to Cathcart. | 0.20 400.00/hr | 80.00 |
| 2/25/2026 | SBN | Email to Cathcart. | 0.20 400.00/hr | 80.00 |
|  | SBN | Review Debtor's Monthly Operating Report. | 0.40 400.00/hr | 160.00 |
|  |  | **For professional services rendered** | **12.10** | **$4,840.00** |

Exhibit A-1

**Steven B. Nosek, P.A.**
10285 Yellow Circle Drive
Hopkins, MN 55343

(612) 335-9171

Invoice submitted to:

H5 Transport, LLC
c/o Christianna Carthcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste B PMB 24
Fargo, ND 58102-4246

April 1, 2026

In Reference To:  H5 Transport, L

25-30409 H5 Transport, LLC

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/4/2026 | SBN | Review the US Trustee's Objection. | 0.50 400.00/hr | 200.00 |
|  | SBN | Review the Debtor's Second Amended Plan. | 0.80 400.00/hr | 320.00 |
|  | SBN | Telephone conference with the US Trustee. | 0.20 400.00/hr | 80.00 |
| 3/6/2026 | SBN | Review material received. | 0.40 400.00/hr | 160.00 |
| 3/10/2026 | SBN | Prepare and file Fee Application. | 0.80 400.00/hr | 320.00 |
| 3/12/2026 | SBN | Review material received. | 0.60 400.00/hr | 240.00 |
| 3/25/2026 | SBN | Review US Trustee's Motion to Convert. | 0.80 400.00/hr | 320.00 |
|  | SBN | Telephone conference with US Trustee. | 0.20 400.00/hr | 80.00 |
| **For professional services rendered** |  |  | **4.30** | **$1,720.00** |

Exhibit A-2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                           BKY No.:  25-30409
                                                                    **Chapter 11**

**H5 Transport, LLC,**

      **Debtor.**

**ORDER**

    This matter came before the Court on the Interim Application of Steven B. Nosek,

Subchapter V Trustee filed on April 8, 2026, for allowance of fees pursuant to §328 and §330 from

January 1, 2026 to March 31, 2026. Based on the Application and record,

    **IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from January 1, 2026 to March 31, 2026, in the amount of $6,560.00 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $6,560.00, as an administrative expense.

Dated:                                          _____

                                         William J. Fisher
                                         United States Bankruptcy Judge