## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          **BKY No.:  25-30409**
                                                                        **Chapter 11**

**H5 Transport, LLC**

      **Debtor.**

---

## WITHDRAWAL OF FEE APPLICATION FILED ON MARCH 10, 2026

---

Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), withdraws his fee application Doc.111 filed on March 10, 2026. The fees requested in the March 10, 2026 fee application are included in the Trustee's fee application filed on April 8, 2026.

**STEVEN B. NOSEK, P.A.**

Dated:  April 8, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In Re:**                                                                                   **BKY No.:  25-30409**
                                                                                                        **Chapter 11**

**H5 Transport, LLC**

                **Debtor.**

---

### CERTIFICATE OF SERVICE

---

I, Steven B. Nosek, declare under penalty of perjury that on April 8, 2026, the following parties were served a copy of Withdrawal of Fee Application filed on March 10, 2026, by United States First Class Mail or ECF as indicated below:

| | | |
|---|---|---|
| Debtor<br>H5 Transport, LLC<br>322 11th St. N.<br>Apt 9<br>Oakes. ND 58474 | Christianna A. Cathcart<br>Debtor's counsel via ECF | Maurice VerStandig<br>Debtor's counsel via ECF |
| United States Trustee<br>Via ECF | Colin Kreuzinger,<br>Counsel for the UST, via ECF | Sarah J. Wencil<br>Counsel for the UST, via ECF |
| John M Krings, Jr. on behalf of Creditor Starion Bank, via ECF | Caren Stanley on behalf of Creditor Valley Tire, LLC, via ECF | Jared A Ullman on behalf of Creditor TBK Bank, SSB, via ECF |

**STEVEN B. NOSEK, P.A.**

Dated:  April 8, 2026.                          s/ *Steven B. Nosek*
                                                             Steven B. Nosek, Subchapter V Trustee
                                                             Attorney Bar No. 79960
                                                             10285 Yellow Circle Drive
                                                             Hopkins, MN 55343
                                                             (612) 335-9171
                                                             snosek@noseklawfirm.com