**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                                          BKY No.:  25-30409
                                                                                    Chapter 11

**H5 Transport, LLC**

         **Debtor.**

---

**WITHDRAWAL OF FEE APPLICATION FILED ON APRIL 6, 2026**

---

Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), withdraws his fee application, Doc.115 filed on April 6, 2026. The fees requested in the April 6, 2026 fee application are included in the Trustee's fee application filed on April 8, 2026.

                                        **STEVEN B. NOSEK, P.A.**

Dated:  April 8, 2026.                  s/ *Steven B. Nosek*
                                        Steven B. Nosek, Subchapter V Trustee
                                        Attorney Bar No. 79960
                                        10285 Yellow Circle Drive
                                        Hopkins, MN 55343
                                        (612) 335-9171
                                        snosek@noseklawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In Re:** | **BKY No.:  25-30409** |
| | **Chapter 11** |
| **H5 Transport, LLC** | |
| **Debtor.** | |

---

### CERTIFICATE OF SERVICE

---

I, Steven B. Nosek, declare under penalty of perjury that on April 8, 2026, the following parties were served a copy of Withdrawal of Fee Application filed on April 6, 2026, by United States First Class Mail or ECF as indicated below:

| Debtor<br>H5 Transport, LLC<br>322 11th St. N.<br>Apt 9<br>Oakes. ND 58474 | Christianna A. Cathcart<br>Debtor's counsel via ECF | Maurice VerStandig<br>Debtor's counsel via ECF |
|---|---|---|
| United States Trustee<br>Via ECF | Colin Kreuzinger,<br>Counsel for the UST, via<br>ECF | Sarah J. Wencil<br>Counsel for the UST, via<br>ECF |
| John M Krings, Jr. on behalf of<br>Creditor Starion Bank, via ECF | Caren Stanley on behalf of<br>Creditor Valley Tire, LLC, via<br>ECF | Jared A Ullman on behalf of<br>Creditor TBK Bank, SSB, via<br>ECF |

**STEVEN B. NOSEK, P.A.**

Dated:  April 8, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com