IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SUMMARY OF BALLOTS

Comes now H5 Transport, LLC ("H5" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1126 of Title 11 of the United States Code, and reports on the ballots cast in favor of and in rejection of H5 Transport, LLC Second Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #108) as follows:

| Class | Voting Party | Claim Amount | Claim Reference | Vote |
|---|---|---|---|---|
| 3 | American Express National Bank | $15,406.32 | Claim Register #5 | Accept |
| 3 | Valley Tire | $1,387.35 | Claim Register #8 | Rejects |

Respectfully submitted,

Dated: April 14, 2026          By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B, PMB 24
Fargo, ND 58104-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2026, a copy of the foregoing was

served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart