IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtors. | ) | |

**WITNESS AND EXHIBIT LIST**

Come now H5 Transport, LLC ("H5" or the "Debtor"), by and through undersigned counsel, and submits the following list of exhibits and witnesses in support of confirmation of the Second Amended Plan of Reorganization (the "Plan," as found at DE #108).

**I.      Exhibits**

1.  Second Amended Plan of Reorganization (DE #108)

2.  Declaration of Lonnie Helgerson in Support of Confirmation

3.  September through February Monthly Operating Reports

**II.      Witness**

a.  Lonnie Helgerson

Respectfully submitted,

Dated: April 14, 2026          By:     /s/ Christianna A. Cathcart
                                      Christianna A. Cathcart, Esq.
                                      The Dakota Bankruptcy Firm
                                      1630 First Avenue North
                                      Suite B, PMB 24
                                      Fargo, ND 58104-4246
                                      Phone: (701) 970-2770
                                      christianna@dakotabankruptcy.com
                                      *Counsel for the Debtors*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Christianna A. Cathcart
Christianna A. Cathcart