UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30409
                                                          Chapter 11 – Subchapter V
H5 Transport, LLC,

                        Debtor.
_____/

**NOTICE OF TELEPHONIC HEARING**

Please take note that the Court will hold a telephonic hearing on **Thursday, April 16, 2026, at 11:00 AM (CST)** to consider and act upon the following matters:

**Motion by United States Trustee to Dismiss or Convert Chapter 11 Case filed March 25, 2026. (Doc. 113)**

**Objection by Debtor to United States Trustee's Motion to Dismiss or Convert Chapter 11 Case filed April 15, 2026. (Doc. 124)**

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself after you have joined the conference.

**NOTE: Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.** *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated: April 16, 2026.                Sara E. Diaz, Clerk
                                      United States Bankruptcy Court
                                      Quentin N. Burdick United States Courthouse
                                      655 1st Avenue North, Suite 210
                                      Fargo, ND 58102-4932

                              By:     */s/ Sharon Horsager*
                                      Sharon Horsager, Deputy Clerk

Copy served electronically April 16, 2026, to Electronic Mail Notice List for Case No. 25-30409.