IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMENDED SUMMARY OF BALLOTS**

Comes now H5 Transport, LLC ("H5" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1126 of Title 11 of the United States Code, and reports on the ballots cast in favor of and in rejection of H5 Transport, LLC Second Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #108) as follows:

| Class | Voting Party | Claim Amount | Claim Reference | Vote |
|---|---|---|---|---|
| 1 | TBK Bank, SSB d/b/a Triumph | $39,710.43 | Claim Register #9 | Accept |
| 2 | Starion Bank[1] | $357,350.41 | Claim Register #10 | Accept |
| 3 | American Express National Bank | $15,406.32 | Claim Register #5 | Accept |
| 3 | Valley Tire | $1,387.35 | Claim Register #8 | Rejects |

*[Signature on Following Page]*

---

[1] Although Starion Bank did not submit a formal ballot, counsel for Starion Bank advised by email that Starion Bank votes in favor of plan confirmation.

Respectfully submitted,

Dated: April 16, 2026       By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B, PMB 24
Fargo, ND 58104-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart