UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                           Bankruptcy No. 25-30409
                                                                 Chapter 11 – Subchapter V
H5 Transport, LLC,

                    Debtor.
_____/

## NOTICE OF HEARING BY ZOOM/VIDEO CONFERENCE

The Court will hold a hearing by ZOOM/video conference on **Friday, May 8, 2026, at 9:30 AM (CST)** to consider and act upon the following matters:

- **Evidentiary Hearing on Confirmation of Debtor's Second Amended Chapter 11 Small Business Subhcapter V Plan of Reorganization filed March 3, 2026. (Doc. 108)** (*Debtor to file Third Amended Plan*)

- **Evidentiary Hearing on Motion by United States Trustee to Dismiss or Convert Case from Chapter 11 to 7 filed March 25, 2026. (Doc. 113)**

  *Exhibits to be filed by **May 1, 2026**.*
  *Stipulation of Undisputed Facts to be filed by **May 6, 2026**.*
  *Stipulation of Admissibility of Exhibits to be filed by **May 6, 2026**.*

ZOOM/Video Conference Instructions, **Procedures** and link to join the meeting are located at: http://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing**. To test the connection, submit a testing request to http://www.ndb.uscourts.gov/VCtestform.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties must disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected by this action. You should read these papers carefully and discuss the matter with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the action, if one has not been filed, and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

The hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: April 16, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 First Avenue North, Suite 210
Fargo, ND 58102-4392

By:   */s/ Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically April 16, 2026, to Electronic Mail Notice List for Case No. 25-30409.