**Fill in this information to identify the case:**

Debtor Name  H5 TRANSPORT, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 25-30409

❑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: March

Date report filed: 04/14/2026
MM / DD / YYYY

Line of business: Freight

NAISC code: 4847

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    Lonnie Helgerson
_Signed by:_

Original signature of responsible party    C70B8513AA4C4BB...

Printed name of responsible party    Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  H5 TRANSPORT, LLC                                    Case number  25-30409

17. Have you paid any bills you owed before you filed bankruptcy?                                    ❑   ☑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ❑   ☑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 121,178.26

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  75,794.62

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  85,525.05

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -9,730.43

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 111,447.83

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$   3,000.00

Debtor Name  H5 TRANSPORT, LLC                                          Case number 25-30409

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0.00

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                             0

27. What is the number of employees as of the date of this monthly report?               0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____ 2,800.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 7,000.00

30. How much have you paid this month in other professional fees?                        $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?      $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 60,000.00 | − | $ 75,794.62 | = | $ 15,794.62 |
| 33. **Cash disbursements** | $ 50,579.43 | − | $ 85,525.05 | = | $ 34,945.62 |
| 34. **Net cash flow** | $ 9,420.57 | − | $ -9,730.43 | = | $ -19,151.00 |

35. Total projected cash receipts for the next month:                                   $ 60,000.00

36. Total projected cash disbursements for the next month:                            - $ 50,579.43

37. Total projected net cash flow for the next month:                                 = $ 9,420.57

Debtor Name  H5 TRANSPORT, LLC                                        Case number 25-30409

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**EXHIBIT B**

**14. Unusual or Significant Unanticipated Expenses.** During the month of March 2026, the Debtor experienced a significant increase in operating expenses driven by external market conditions and unanticipated repair costs. Specifically, the escalation of geopolitical conflict in the Middle East—particularly involving Iran—disrupted global oil supply chains and caused a sharp increase in fuel prices. The conflict affected key shipping routes and global supply, resulting in elevated diesel prices across the transportation industry. As a result, the Debtor's fuel expenses increased by approximately $12,000 for the month, rising to nearly $26,000, compared to a historical monthly average of approximately $13,000. This increase was market-driven and outside the Debtor's control. In addition, the Debtor incurred approximately $4,000 in unanticipated repair and maintenance expenses related to its fleet. These repairs were necessary to maintain safe and continuous operations and were not contemplated in the Debtor's monthly budget. The combined impact of these increased fuel costs and unexpected repair expenses materially affected the Debtor's financial performance for the reporting period. The Debtor estimates that, absent these increased expenses, it would have generated approximately $14,000 in additional profit for the month.

1

**Exhibit C**

| Date | Description | Amount |
|---|---|---|
| | | |
| 3/2/26 | TriumphPay (C.H. Robinson – Ref. C20948979) | $2,087.40 |
| 3/2/26 | Triumph Finance Payment | $2,280.02 |
| 3/2/26 | TriumphPay (C.H. Robinson – Ref. C20959373) | $1,274.00 |
| 3/4/26 | Triumph Finance Payment | $2,425.75 |
| 3/5/26 | TriumphPay (C.H. Robinson – Ref. C21020219) | $931.00 |
| 3/6/26 | Triumph Finance Payment | $2,280.02 |
| 3/6/26 | TriumphPay (C.H. Robinson – Ref. C21051980) | $2,450.00 |
| 3/9/26 | Triumph Finance Payment | $1,128.80 |
| 3/10/26 | TriumphPay (C.H. Robinson – Ref. C21103137) | $784.00 |
| 3/11/26 | Triumph Finance Payment | $2,231.45 |
| 3/13/26 | Triumph Finance Payment | $1,381.39 |
| 3/16/26 | Triumph Finance Payment | $1,211.38 |
| 3/16/26 | Triumph Finance Payment | $3,468.26 |
| 3/16/26 | TriumphPay (C.H. Robinson – Ref. C21193261) | $3,136.00 |
| 3/16/26 | Triumph Finance Payment | $7,477.55 |
| 3/18/26 | TriumphPay (C.H. Robinson – Ref. C21249008) | $2,283.40 |
| 3/19/26 | Triumph Finance Payment | $3,598.36 |
| 3/20/26 | Triumph Finance Payment | $4,464.93 |
| 3/23/26 | Triumph Finance Payment | $3,688.70 |
| 3/24/26 | Triumph Finance Payment | $6,910.19 |
| 3/24/26 | TriumphPay (C.H. Robinson – Ref. C21349189) | $1,666.00 |
| 3/25/26 | TriumphPay (C.H. Robinson – Ref. C21364178) | $539.00 |
| 3/25/26 | TriumphPay (C.H. Robinson – Ref. C21373490) | $3,871.00 |
| 3/30/26 | TriumphPay (C.H. Robinson – Ref. C21440617) | $1,666.00 |
| 3/31/26 | Triumph Finance Payment | $9,129.10 |
| 3/31/26 | TriumphPay (C.H. Robinson – Ref. C21462777) | $3,430.00 |
| 3/31/26 | Interest | $0.92 |
| | | |
| **Total** | | **$75,794.62** |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068
Case 25-30409    Doc 130    Filed 04/21/26    Entered 04/21/26 16:57:31    Desc Main
Document    Page 7 of 28

**Exhibit D**

| Date | Description | Amount |
|---|---|---|
| | | |
| 3/2/26 | Service Charge | $25.00 |
| 3/2/26 | Maintenance - Istate Truck Center | $1,702.41 |
| 3/2/26 | Payroll - Patriot Software | $69.00 |
| 3/2/26 | Software - Google Workspace | $19.20 |
| 3/2/26 | Insurance - GEICO Auto | $463.85 |
| 3/2/26 | Fuel - Wex Inc | $2,000.00 |
| 3/3/26 | Toll - Prepass | $25.80 |
| 3/3/26 | Software - Intuit | $75.00 |
| 3/3/26 | Maintenance - Crossroads Trailer | $493.02 |
| 3/3/26 | Rent | $500.00 |
| 3/3/26 | Payroll - Patriot Software | $8,405.47 |
| 3/3/26 | Website - GoDaddy | $89.94 |
| 3/4/26 | Service Charge | $25.00 |
| 3/4/26 | Utilities - City of Oaks | $65.00 |
| 3/4/26 | Fuel - Wex Inc | $2,000.00 |
| 3/5/26 | Dispatch Service | $42.00 |
| 3/5/26 | Website - GoDaddy | $29.97 |
| 3/6/26 | Service Charge | $25.00 |
| 3/6/26 | Fuel - Wex Inc | $1,500.00 |
| 3/9/26 | Service Charge | $25.00 |
| 3/9/26 | Maintenance - Petro Lube | $571.00 |
| 3/9/26 | Fuel - Wex Inc | $2,000.00 |
| 3/10/26 | Payroll - Patriot Software | $6,696.69 |
| 3/11/26 | Service Charge | $25.00 |
| 3/11/26 | Dispatch Service | $108.00 |
| 3/11/26 | Maintenance - Crossroads Trailer | $3,292.75 |
| 3/11/26 | Fuel - Wex Inc | $1,500.00 |
| 3/11/26 | Utilities - Electric | $274.77 |
| 3/21/26 | Service Charge | $25.00 |
| 3/12/26 | Insurance - GEICO Auto | $272.98 |
| 3/12/26 | Payroll - Patriot Software | $1,000.00 |
| 3/13/26 | Service Charge | $25.00 |
| 3/13/26 | Fuel - Wex Inc | $1,200.00 |
| 3/13/26 | Website - GoDaddy | $9.99 |
| 3/16/26 | ELD Software | $610.08 |
| 3/17/16 | Payroll - Patriot Software | $6,072.41 |
| 3/18/26 | Service Charge | $25.00 |
| 3/18/26 | Fuel - Wex Inc | $2,000.00 |
| 3/20/26 | Service Charge | $25.00 |
| 3/20/26 | Toll - Prepass | $161.83 |
| 3/20/26 | Fuel - Wex Inc | $2,500.00 |
| 3/20/26 | Insurance - Great West | $3,353.25 |
| 3/23/26 | Service Charge | $25.00 |

**Exhibit D**

| Date | Description | Amount |
|---|---|---|
| 3/23/26 | Fuel - Wex Inc | $2,500.00 |
| 3/23/26 | Utilities - Otter Tail | $137.58 |
| 3/24/26 | Payroll - Patriot Software | $9,263.63 |
| 3/25/26 | Utilities - Telecom | $84.75 |
| 3/26/26 | Service Charge | $25.00 |
| 3/26/26 | Toll - Prepass | $233.99 |
| 3/26/26 | Fuel - Wex Inc | $2,500.00 |
| 3/26/26 | Administrative | $50.00 |
| 3/26/26 | Administrative | $1.61 |
| 3/27/26 | Service Charge | $25.00 |
| 3/27/26 | Fuel - Wex Inc | $1,500.00 |
| 3/27/26 | Telecom - Verizon | $347.28 |
| 3/27/26 | Software - Microsoft | $106.99 |
| 3/27/26 | Utilities - Otter Tail | $410.55 |
| 3/30/26 | Service Charge | $25.00 |
| 3/30/26 | Maintenance - OK Tire | $930.81 |
| 3/30/26 | Professional Fee - Subchapter V Trustee | $2,800.00 |
| 3/30/26 | Fuel - Wex Inc | $2,500.00 |
| 3/30/26 | Website - GoDaddy | $22.19 |
| 3/31/26 | Maintenance - Johnny R. Nelson Tire | $882.75 |
| 3/31/26 | Rent | $500.00 |
| 3/31/26 | Payroll - Patriot Software | $11,323.51 |
| | | |
| **Total** | | **$85,525.05** |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

## EXHIBIT E

**24. Unpaid Bills.** As of the close of the reporting period, the Debtor has one outstanding postpetition obligation in the amount of $3,000.00 owed to Toni Pktacek for tax preparation services rendered to the Debtor. This obligation was incurred in the ordinary course of business and remains unpaid as of March 31, 2026. The Debtor anticipates satisfying this obligation in the ordinary course, subject to available cash flow, and is not aware of any other material unpaid postpetition obligations requiring disclosure at this time.

1

# Profit and Loss

## H5 Transport, LLC

### March 2026

| | TOTAL |
|---|---|
| **Income** | |
| Interest Income | 0.92 |
| Sales | $77,427.80 |
| Factoring Service Fee | -1,634.10 |
| **Total for Sales** | **$75,793.70** |
| Unapplied Cash Payment Income | 0.00 |
| **Total for Income** | **$75,794.62** |
| **Cost of Goods Sold** | |
| Drivers Expenses | 33,356.24 |
| **Total for Cost of Goods Sold** | **$33,356.24** |
| **Gross Profit** | **$42,438.38** |
| **Expenses** | |
| Advertising & Marketing | 152.09 |
| Bank Charges & Fees | 325.00 |
| Dues & Subscriptions | 610.08 |
| Fuel | 24,700.00 |
| Insurance | 4,090.08 |
| Legal & Professional Services | 2,800.00 |
| Office Supplies & Software | 471.80 |
| Rent & Lease | 1,000.00 |
| Repairs & Maintenance | 6,170.33 |
| Tolls | 421.62 |
| Utilities | 1,319.93 |
| **Total for Expenses** | **$42,060.93** |
| **Net Operating Income** | **$377.45** |
| **Net Other Income** | |
| **Net Income** | **$377.45** |

# Balance Sheet

## H5 Transport, LLC

### As of Mar 31, 2026

| | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|   Bank Accounts | |
|    Cash on hand | 0.00 |
|    Savings | 0.00 |
|    Starion | 0.00 |
|    Wells Fargo Checking | 5,743.06 |
|    Wells Fargo Savings | 105,704.77 |
|   **Total for Bank Accounts** | **$111,447.83** |
|   Accounts Receivable | **$0.00** |
|   Other Current Assets | **$0.00** |
|  **Total for Current Assets** | **$111,447.83** |
|   Fixed Assets | |
|   Vehicles | 925,772.87 |
|   zz  Accumulated Depreciation | -745,639.00 |
|  **Total for Fixed Assets** | **$180,133.87** |
|   Other Assets | **$0.00** |
| **Total for Assets** | **$291,581.70** |
| Liabilities and Equity | |
|  Liabilities | |
|   Current Liabilities | |
|   Other Current Liabilities | |
|    2023 RENEW/INC RLOC FOR OPERATING | 125,000.00 |
|    LDH Loan Payable | 0.00 |
|    North Dakota Department of Revenue Payable | 0.00 |
|    Out Of Scope Agency Payable | 0.00 |
|   **Total for Other Current Liabilities** | **$125,000.00** |
|   **Total for Current Liabilities** | **$125,000.00** |
|   Long-term Liabilities | |
|   2023 Note (0526) | 641,766.03 |
|   2024 SEPT LOAN | 471,457.35 |
|   2025 APRIL LOAN | 132,026.20 |
|   Notes Payable | 0.00 |
|   Purchase of Truck/Trailer | 0.00 |
|   PURCHASE SEMIS & VAN TRAILER (*7233) | 0.00 |
|   RENEW/CASHOUT FOR PURCH OF 2 VAN TRAILER (*1089) | 0.00 |
|   RENEW/COMM TRUCKING EQUIP | 0.00 |
|   RENEW/PURCH SEMI &COMBINENOTES | 0.00 |
|   SBA Disaster Loan | 136,000.00 |
|   SBA PPP 2ND DRAW | 0.00 |
|   SBA PPP Loan - 1st Round | 0.00 |
|   Starion #1119 | 0.00 |
|   Starion #2516 | 0.00 |
|   Starion #6849 | 16,583.50 |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2968

# Balance Sheet

## H5 Transport, LLC

### As of Mar 31, 2026

| | TOTAL |
|---|---|
| Starion #7093 | 0.00 |
| Starion Credit Line | 0.00 |
| Starion Credit Line 2020 | 0.00 |
| Starion Credit Line 2021 | 0.00 |
| Starion Loan #5166 LOC NON- RE | 0.00 |
| Term Out CapEx Purchases | 0.00 |
| **Total for Long-term Liabilities** | **$1,397,833.08** |
| **Total for Liabilities** | **$1,522,833.08** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner Draw | -$70,450.61 |
| FL Home Insurance = 25% BU | -254.50 |
| FL Home Rent = 25% BU | -30,196.50 |
| FL Home Utilities = 25% BU | -3,495.76 |
| Meals | 0.00 |
| Owner Draw - Lonnie Payroll | 0.00 |
| Owner Draw - OOP Medical | -555.00 |
| Owner Draw - SEHI | 0.00 |
| **Total for Owner Draw** | **-$104,952.37** |
| Owner's Investment | 100.00 |
| Retained Earnings | -1,105,662.23 |
| Net Income | -20,736.78 |
| **Total for Equity** | **-$1,231,251.38** |
| **Total for Liabilities and Equity** | **$291,581.70** |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2968

# Initiate Business Checking

March 31, 2026 ■ Page 1 of 7

**WELLS FARGO**

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

 1-800-CALL-WELLS  (1-800-225-5935)

 *En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
 P.O. Box 6995
 Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing

March 31, 2026 ■ Page 2 of 7

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $4,991.89 |
| Deposits/Credits | 86,276.22 |
| Withdrawals/Debits | - 85,525.05 |
| Ending balance on 3/31 | $5,743.06 |

Account number: ███████████ (primary account)

LONNIE HELGERSON
H5 TRANSPORT, LLC

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ ███████ - 000007159822035

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Chrobinson8894 Triumphpay 260302 C20948979 **C20948979 Triumphpay on Behalf of C.H. Robinson | 2,087.40 | | |
| 3/2 | | Triumph Finance Payment 260302 131524 H5 Transport, LLC | 2,280.02 | | |
| 3/2 | | Chrobinson8894 Triumphpay 260302 C20959373 **C20959373 Triumphpay on Behalf of C.H. Robinson | 1,274.00 | | |
| 3/2 | | Wire Trans Svc Charge - Sequence: 260302147659 Srf# Ow00006681959799 Trn#260302147659 Rfb# Ow00006681959799 | | 25.00 | |
| 3/2 | | Purchase authorized on 02/27 Istate Truck Cente Istate.Com MN S466058806629016 Card 6292 | | 1,702.41 | |
| 3/2 | | Recurring Payment authorized on 03/01 Patriot Software, 877-968-7147 OH S586060404682845 Card 6292 | | 69.00 | |
| 3/2 | | Recurring Payment authorized on 03/01 Google *Workspace_ CC@Google.Com CA S586060497197112 Card 6292 | | 19.20 | |
| 3/2 | | Recurring Payment authorized on 03/01 Geico *Auto 800-841-3000 DC S586060552825749 Card 6292 | | 463.85 | |
| 3/2 | | WT 260302-147659 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006681959799 Trn#260302147659 Rfb# Ow00006681959799 | | 2,000.00 | 6,353.85 |
| 3/3 | | Purchase authorized on 03/01 Prepass Safety All 800-773-7277 AZ S386061223499457 Card 6292 | | 25.80 | |
| 3/3 | | Recurring Payment authorized on 03/02 Intuit *Qbooks Onl CI.Intuit.Com CA S386061464567984 Card 6292 | | 75.00 | |
| 3/3 | | Purchase authorized on 03/02 Crossroads Trailer 507-3734443 MN S346061604332735 Card 6292 | | 493.02 | |
| 3/3 | | Bill Pay Matt Hill Recurring No Account Number on 03-03 | | 500.00 | |
| 3/3 | < | Business to Business ACH Debit - Patriot Software Cntractpay 260303 C33255652 H5 Transport LLC | | 8,405.47 | |
| 3/3 | | Paypal Inst Xfer 260303 Godaddy.Com Helgerson Franchise Gr | | 89.94 | |
| 3/3 | | Overdraft Protection From 7159822035 | 3,300.38 | | 65.00 |
| 3/4 | | Triumph Finance Payment 260304 131524 H5 Transport, LLC | 2,425.75 | | |
| 3/4 | | Wire Trans Svc Charge - Sequence: 260304104734 Srf# Ow00006689587306 Trn#260304104734 Rfb# Ow00006689587306 | | 25.00 | |
| 3/4 | | Recurring Payment authorized on 03/03 Psn*Oakes ND 701-742-2137 ND S356062439056143 Card 6292 | | 65.00 | |
| 3/4 | | WT 260304-104734 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006689587306 Trn#260304104734 Rfb# Ow00006689587306 | | 2,000.00 | 400.75 |
| 3/5 | | Chrobinson8894 Triumphpay 260305 C21020219 **C21020219 Triumphpay on Behalf of C.H. Robinson | 931.00 | | |
| 3/5 | | Purchase authorized on 03/04 Internet Truckstop 800-203-2540 ID S466063504332097 Card 6292 | | 42.00 | |
| 3/5 | | Paypal Inst Xfer 260305 Godaddy.Com Helgerson Franchise Gr | | 29.97 | 1,259.78 |
| 3/6 | | Triumph Finance Payment 260306 131524 H5 Transport, LLC | 2,280.02 | | |
| 3/6 | | Chrobinson8894 Triumphpay 260306 C21051980 **C21051980 Triumphpay on Behalf of C.H. Robinson | 2,450.00 | | |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588E2968

March 31, 2026 ■ Page 3 of 7



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/6 | | Wire Trans Svc Charge - Sequence: 260306104730 Srf# Ow00006697710447 Trn#260306104730 Rfb# Ow00006697710447 | | 25.00 | |
| 3/6 | | WT 260306-104730 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006697710447 Trn#260306104730 Rfb# Ow00006697710447 | | 1,500.00 | 4,464.80 |
| 3/9 | | Triumph Finance Payment 260309 131524 H5 Transport, LLC | 1,128.80 | | |
| 3/9 | | Wire Trans Svc Charge - Sequence: 260309112352 Srf# Ow00006708796096 Trn#260309112352 Rfb# Ow00006708796096 | | 25.00 | |
| 3/9 | | Purchase authorized on 03/08 Petro Lube Fargo ND S306067565238849 Card 6292 | | 571.00 | |
| 3/9 | | WT 260309-112352 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006708796096 Trn#260309112352 Rfb# Ow00006708796096 | | 2,000.00 | 2,997.60 |
| 3/10 | | Chrobinson8894 Triumphpay 260310 C21103137 **C21103137 Triumphpay on Behalf of C.H. Robinson | 784.00 | | |
| 3/10 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260310 C33399141 H5 Transport LLC | | 6,696.69 | |
| 3/10 | | Overdraft Protection From 7159822035 | 6,315.84 | | 3,400.75 |
| 3/11 | | Triumph Finance Payment 260311 131524 H5 Transport, LLC | 2,231.45 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: 260311050582 Srf# Ow00006714849076 Trn#260311050582 Rfb# Ow00006714849076 | | 25.00 | |
| 3/11 | | Purchase authorized on 03/10 Dat Solutions 800- 800-3285302 FL S356069272717245 Card 6292 | | 108.00 | |
| 3/11 | | Purchase authorized on 03/10 Crossroads Trailer 507-3734443 MN S386069524477428 Card 6292 | | 3,292.75 | |
| 3/11 | | WT 260311-050582 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006714849076 Trn#260311050582 Rfb# Ow00006714849076 | | 1,500.00 | |
| 3/11 | | Fpl Direct Debit Elec Pymt 03/26 9368237518 Ppda Lonnie Helgerson | | 274.77 | 431.68 |
| 3/12 | | Wire Trans Svc Charge - Sequence: 260312025382 Srf# Ow00006716732018 Trn#260312025382 Rfb# Ow00006716732018 | | 25.00 | |
| 3/12 | | Recurring Payment authorized on 03/11 Geico *Auto 800-841-3000 DC S386070462775376 Card 6292 | | 272.98 | |
| 3/12 | | WT Fed#02R00 Dacotah Bank /Ftr/Bnf=Todd Franklin Srf# Ow00006716732018 Trn#260312025382 Rfb# Ow00006716732018 | | 1,000.00 | |
| 3/12 | | Overdraft Protection From 7159822035 | 866.30 | | 0.00 |
| 3/13 | | Triumph Finance Payment 260313 131524 H5 Transport, LLC | 1,381.39 | | |
| 3/13 | | Wire Trans Svc Charge - Sequence: 260313054982 Srf# Ow00006722297422 Trn#260313054982 Rfb# Ow00006722297422 | | 25.00 | |
| 3/13 | | WT 260313-054982 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006722297422 Trn#260313054982 Rfb# Ow00006722297422 | | 1,200.00 | |
| 3/13 | | Paypal Inst Xfer 260313 Godaddy.Com Helgerson Franchise Gr | | 9.99 | 146.40 |
| 3/16 | | Triumph Finance Payment 260316 131524 H5 Transport, LLC | 1,211.38 | | |
| 3/16 | | Triumph Finance Payment 260316 131524 H5 Transport, LLC | 3,468.26 | | |
| 3/16 | | Chrobinson8894 Triumphpay 260316 C21193261 **C21193261 Triumphpay on Behalf of C.H. Robinson | 3,136.00 | | |
| 3/16 | | Recurring Payment authorized on 03/15 Motive 855-434-356 855-434-3564 CA S346074443539286 Card 6292 | | 610.08 | 7,351.96 |
| 3/17 | | Triumph Finance Payment 260317 131524 H5 Transport, LLC | 7,477.55 | | |
| 3/17 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260317 C33552959 H5 Transport LLC | | 6,072.41 | 8,757.10 |
| 3/18 | | Chrobinson8894 Triumphpay 260318 C21249008 **C21249008 Triumphpay on Behalf of C.H. Robinson | 2,283.40 | | |
| 3/18 | | Wire Trans Svc Charge - Sequence: 260318066491 Srf# Ow00006740801929 Trn#260318066491 Rfb# Ow00006740801929 | | 25.00 | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/18 | | WT 260318-066491 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006740801929 Trn#260318066491 Rfb# Ow00006740801929 | | 2,000.00 | 9,015.50 |
| 3/19 | | Triumph Finance Payment 260319 131524 H5 Transport, LLC | 3,598.36 | | 12,613.86 |
| 3/20 | | Triumph Finance Payment 260320 131524 H5 Transport, LLC | 4,464.93 | | |
| 3/20 | | Wire Trans Svc Charge - Sequence: 260320040201 Srf# Ow00006747978228 Trn#260320040201 Rfb# Ow00006747978228 | | 25.00 | |
| 3/20 | | Purchase authorized on 03/19 Prepass Safety All 800-773-7277 AZ S586078551551977 Card 6292 | | 161.83 | |
| 3/20 | | WT 260320-040201 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006747978228 Trn#260320040201 Rfb# Ow00006747978228 | | 2,500.00 | |
| 3/20 | | Grtwestcas Grtwestcas 260320 McP612Oof H5 Transport | | 3,353.25 | 11,038.71 |
| 3/23 | | Triumph Finance Payment 260323 131524 H5 Transport, LLC | 3,688.70 | | |
| 3/23 | | Wire Trans Svc Charge - Sequence: 260323110146 Srf# Ow00006759252498 Trn#260323110146 Rfb# Ow00006759252498 | | 25.00 | |
| 3/23 | | WT 260323-110146 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006759252498 Trn#260323110146 Rfb# Ow00006759252498 | | 2,500.00 | |
| 3/23 | | Ottertailpowerco BILLPAY 260323 Otter Tail Powe H5 Transport | | 137.58 | 12,064.83 |
| 3/24 | | Triumph Finance Payment 260324 131524 H5 Transport, LLC | 6,910.19 | | |
| 3/24 | | Chrobinson8894 Triumphpay 260324 C21349189 **C21349189 Triumphpay on Behalf of C.H. Robinson | 1,666.00 | | |
| 3/24 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260324 C33697103 H5 Transport LLC | | 9,263.63 | 11,377.39 |
| 3/25 | | Chrobinson8894 Triumphpay 260325 C21364178 **C21364178 Triumphpay on Behalf of C.H. Robinson | 539.00 | | |
| 3/25 | | Chrobinson8894 Triumphpay 260325 C21373490 **C21373490 Triumphpay on Behalf of C.H. Robinson | 3,871.00 | | |
| 3/25 | | Recurring Payment authorized on 03/24 Dickey Rural Telep Drn.Smarthub. ND S466083794441705 Card 6292 | | 84.75 | 15,702.64 |
| 3/26 | | Wire Trans Svc Charge - Sequence: 260326120499 Srf# Ow00006770098301 Trn#260326120499 Rfb# Ow00006770098301 | | 25.00 | |
| 3/26 | | Purchase authorized on 03/25 Prepass Safety All 800-773-7277 AZ S586084551525543 Card 6292 | | 233.99 | |
| 3/26 | | WT 260326-120499 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006770098301 Trn#260326120499 Rfb# Ow00006770098301 | | 2,500.00 | |
| 3/26 | | Paypal Inst Xfer 260326 1049173927952 Helgerson Franchise Gr | | 50.00 | |
| 3/26 | | Paypal Inst Xfer 260326 Instantink Helgerson Franchise Gr | | 1.61 | 12,892.04 |
| 3/27 | | Wire Trans Svc Charge - Sequence: 260327084675 Srf# Ow00006773565159 Trn#260327084675 Rfb# Ow00006773565159 | | 25.00 | |
| 3/27 | | WT 260327-084675 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006773565159 Trn#260327084675 Rfb# Ow00006773565159 | | 1,500.00 | |
| 3/27 | | Verizon Wireless Payments 260326 068854710800001 0000000068854710800001 | | 347.28 | |
| 3/27 | | Paypal Inst Xfer 260327 Microsoft Helgerson Franchise Gr | | 106.99 | |
| 3/27 | | Ottertailpowerco BILLPAY 260327 Otter Tail Powe H5 Transport | | 410.55 | 10,502.22 |
| 3/30 | | Chrobinson8894 Triumphpay 260330 C21440617 **C21440617 Triumphpay on Behalf of C.H. Robinson | 1,666.00 | | |
| 3/30 | | Wire Trans Svc Charge - Sequence: 260330040491 Srf# Ow00006783602592 Trn#260330040491 Rfb# Ow00006783602592 | | 25.00 | |
| 3/30 | | Purchase authorized on 03/27 OK Tire - Fargo CO 701-2778426 ND S586086750810284 Card 6292 | | 930.81 | |
| 3/30 | | Bill Pay Steven B. Nosek on-Line xx-x0409 on 03-30 | | 2,800.00 | |

**WELLS FARGO**

---

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 3/30 | | WT 260330-040491 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006783602592 Trn#260330040491 Rfb# Ow00006783602592 | | 2,500.00 | |
| 3/30 | | Paypal Inst Xfer 260328 Godaddy.Com Helgerson Franchise Gr | | 22.19 | 5,890.22 |
| 3/31 | | Triumph Finance Payment 260331 131524 H5 Transport, LLC | 9,129.10 | | |
| 3/31 | | Chrobinson8894 Triumphpay 260331 C21462777 **C21462777 Triumphpay on Behalf of C.H. Robinson | 3,430.00 | | |
| 3/31 | | Purchase authorized on 03/30 Johnny R Nelson Ti Parrish FL S386089541610045 Card 6292 | | 882.75 | |
| 3/31 | | Bill Pay Matt Hill Recurring No Account Number on 03-31 | | 500.00 | |
| 3/31 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260331 C33868181 H5 Transport LLC | | 11,323.51 | 5,743.06 |
| Totals | | | $86,276.22 | $85,525.05 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|

C1/W6

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 33 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 **IMPORTANT ACCOUNT INFORMATION**

---

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

March 31, 2026 ■ Page 6 of 7



NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your         $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

H5 Transport, LLC

**Wells Fargo Checking, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/12/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                          USD

Statement beginning balance ............................................................................................................... 4,991.89
Checks and payments cleared (65) .................................................................................................... -85,525.05
Deposits and other credits cleared (38) ............................................................................................. 86,276.22
Statement ending balance ................................................................................................................... 5,743.06

Register balance as of 03/31/2026 ..................................................................................................... 5,743.06
Cleared transactions after 03/31/2026 ................................................................................................ 0.00
Uncleared transactions after 03/31/2026 ........................................................................................... 7,599.88
Register balance as of 04/12/2026 ..................................................................................................... 13,342.94

**Details**

Checks and payments cleared (65)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 03/02/2026 | Expense | | Geico | -463.85 |
| 03/02/2026 | Expense | | I-State Truck | -1,702.41 |
| 03/02/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/02/2026 | Expense | | Google | -19.20 |
| 03/02/2026 | Expense | | | -25.00 |
| 03/02/2026 | Expense | | Patriot Software | -69.00 |
| 03/03/2026 | Expense | | PrePass | -25.80 |
| 03/03/2026 | Expense | | Quickbooks | -75.00 |
| 03/03/2026 | Expense | | | -493.02 |
| 03/03/2026 | Expense | | | -89.94 |
| 03/03/2026 | Expense | | Matt Hill | -500.00 |
| 03/03/2026 | Expense | | Patriot Software | -8,405.47 |
| 03/04/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/04/2026 | Expense | | Oakes Public School | -65.00 |
| 03/04/2026 | Expense | | | -25.00 |
| 03/05/2026 | Expense | | Truckstop.com | -42.00 |
| 03/05/2026 | Expense | | | -29.97 |
| 03/06/2026 | Expense | | | -25.00 |
| 03/06/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 03/09/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 03/09/2026 | Expense | | | -25.00 |
| 03/09/2026 | Expense | | | -571.00 |
| 03/10/2026 | Expense | | Patriot Software | -6,696.69 |
| 03/11/2026 | Expense | | | -25.00 |
| 03/11/2026 | Expense | | DAT | -108.00 |
| 03/11/2026 | Expense | | | -274.77 |
| 03/11/2026 | Expense | | Wex, Inc. | -1,500.00 |
| 03/11/2026 | Expense | | | -3,292.75 |
| 03/12/2026 | Expense | | Geico | -272.98 |
| 03/12/2026 | Expense | | | -25.00 |
| 03/12/2026 | Expense | | | -1,000.00 |

| 03/13/2026 | Expense |  | -25.00 |
| 03/13/2026 | Expense | Wex, Inc. | -1,200.00 |
| 03/13/2026 | Expense |  | -9.99 |
| 03/16/2026 | Expense | Motive | -610.08 |
| 03/17/2026 | Expense | Patriot Software | -6,072.41 |
| 03/18/2026 | Expense | Wex, Inc. | -2,000.00 |
| 03/18/2026 | Expense |  | -25.00 |
| 03/20/2026 | Expense | PrePass | -161.83 |
| 03/20/2026 | Expense | Great West Insurance | -3,353.25 |
| 03/20/2026 | Expense | Wex, Inc. | -2,500.00 |
| 03/20/2026 | Expense |  | -25.00 |
| 03/23/2026 | Expense | Wex, Inc. | -2,500.00 |
| 03/23/2026 | Expense |  | -25.00 |
| 03/23/2026 | Expense |  | -137.58 |
| 03/24/2026 | Expense | Patriot Software | -9,263.63 |
| 03/25/2026 | Expense |  | -84.75 |
| 03/26/2026 | Expense | HP Instant Ink | -1.61 |
| 03/26/2026 | Expense |  | -25.00 |
| 03/26/2026 | Expense | PrePass | -233.99 |
| 03/26/2026 | Expense | HP Instant Ink | -50.00 |
| 03/26/2026 | Expense | Wex, Inc. | -2,500.00 |
| 03/27/2026 | Expense |  | -410.55 |
| 03/27/2026 | Expense | Microsoft | -106.99 |
| 03/27/2026 | Expense | Wex, Inc. | -1,500.00 |
| 03/27/2026 | Expense |  | -25.00 |
| 03/27/2026 | Expense | Verizon | -347.28 |
| 03/30/2026 | Expense |  | -25.00 |
| 03/30/2026 | Expense |  | -22.19 |
| 03/30/2026 | Expense | OK Tire | -930.81 |
| 03/30/2026 | Expense | Wex, Inc. | -2,500.00 |
| 03/30/2026 | Expense |  | -2,800.00 |
| 03/31/2026 | Expense | Johnny's Tire | -882.75 |
| 03/31/2026 | Expense | Patriot Software | -11,323.51 |
| 03/31/2026 | Expense | Matt Hill | -500.00 |

| Total |  |  | -85,525.05 |

Deposits and other credits cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 03/02/2026 | Receive Payment |  | RXO | 2,280.02 |
| 03/02/2026 | Receive Payment |  | CH Robinson | 1,274.00 |
| 03/02/2026 | Receive Payment |  | CH Robinson | 2,087.40 |
| 03/03/2026 | Transfer |  |  | 3,300.38 |
| 03/04/2026 | Receive Payment |  | RXO | 2,425.75 |
| 03/05/2026 | Receive Payment |  | CH Robinson | 931.00 |
| 03/06/2026 | Receive Payment |  | Ryan Transportation | 2,280.02 |
| 03/06/2026 | Receive Payment |  | CH Robinson | 2,450.00 |
| 03/09/2026 | Receive Payment |  | Heartland Logistics Group | 1,128.80 |
| 03/10/2026 | Receive Payment |  | CH Robinson | 784.00 |
| 03/10/2026 | Transfer |  |  | 6,315.84 |
| 03/11/2026 | Receive Payment |  | FreightEx | 2,231.45 |
| 03/12/2026 | Transfer |  |  | 866.30 |
| 03/13/2026 | Receive Payment |  | ATS | 1,381.39 |
| 03/16/2026 | Receive Payment |  | TLX Logistics | 3,468.26 |
| 03/16/2026 | Receive Payment |  | CH Robinson | 3,136.00 |
| 03/16/2026 | Receive Payment |  | Heartland Logistics Group | 1,211.38 |

| 03/17/2026 | Receive Payment | | ShipOgre | 4,700.00 |
|---|---|---|---|---|
| 03/17/2026 | Receive Payment | | Ryan Transportation | 2,777.55 |
| 03/18/2026 | Receive Payment | | CH Robinson | 2,283.40 |
| 03/19/2026 | Receive Payment | | Magnum | 1,857.00 |
| 03/19/2026 | Receive Payment | | FreightEx | 1,741.36 |
| 03/20/2026 | Receive Payment | | Magnum | 2,299.00 |
| 03/20/2026 | Receive Payment | | Schneider | 2,165.93 |
| 03/23/2026 | Receive Payment | | JB Hunt | 3,688.70 |
| 03/24/2026 | Receive Payment | | Ryan Transportation | 2,200.00 |
| 03/24/2026 | Receive Payment | | Express Logistics | 2,910.19 |
| 03/24/2026 | Receive Payment | | CH Robinson | 1,666.00 |
| 03/24/2026 | Receive Payment | | Ryan Transportation | 1,800.00 |
| 03/25/2026 | Receive Payment | | CH Robinson | 1,650.00 |
| 03/25/2026 | Receive Payment | | CH Robinson | 2,221.00 |
| 03/25/2026 | Receive Payment | | CH Robinson | 539.00 |
| 03/30/2026 | Receive Payment | | CH Robinson | 1,666.00 |
| 03/31/2026 | Receive Payment | | CH Robinson | 3,430.00 |
| 03/31/2026 | Receive Payment | | JB Hunt | 3,429.10 |
| 03/31/2026 | Receive Payment | | Schneider | 1,500.00 |
| 03/31/2026 | Receive Payment | | Blue Grace Logistics | 2,600.00 |
| 03/31/2026 | Receive Payment | | RXO | 1,600.00 |

Total                                                                                         86,276.22

**Additional Information**

Uncleared checks and payments after 03/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2026 | Expense | | | -25.00 |
| 04/01/2026 | Expense | | Microsoft | -106.99 |
| 04/01/2026 | Expense | | Wex, Inc. | -2,500.00 |
| 04/02/2026 | Expense | | Patriot Software | -69.00 |
| 04/02/2026 | Expense | | Google | -19.20 |
| 04/02/2026 | Expense | | PrePass | -299.38 |
| 04/02/2026 | Expense | | Geico | -463.85 |
| 04/03/2026 | Expense | | | -25.00 |
| 04/03/2026 | Expense | | Oakes Truck & Trailer | -65.00 |
| 04/03/2026 | Expense | | Quickbooks | -75.00 |
| 04/03/2026 | Expense | | Wex, Inc. | -2,000.00 |
| 04/03/2026 | Check | 2002 | | -250.00 |
| 04/06/2026 | Expense | | Truckstop.com | -42.00 |
| 04/07/2026 | Expense | | Wex, Inc. | -2,500.00 |
| 04/07/2026 | Expense | | | -25.00 |
| 04/07/2026 | Expense | | Patriot Software | -10,266.26 |
| 04/08/2026 | Expense | | PrePass | -289.20 |
| 04/09/2026 | Expense | | | -25.00 |
| 04/09/2026 | Expense | | Wex, Inc. | -2,500.00 |
| 04/10/2026 | Expense | | | -25.00 |
| 04/10/2026 | Expense | | Wex, Inc. | -2,000.00 |

Total                                                                                         -23,570.88

Uncleared deposits and other credits after 03/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

4/12/26, 7:35 PM

| 04/01/2026 | Receive Payment | Koola Logistics | 1,900.00 |
|---|---|---|---|
| 04/01/2026 | Receive Payment | Scotlynn USA Division | 3,051.65 |
| 04/03/2026 | Receive Payment | CH Robinson | 784.00 |
| 04/03/2026 | Receive Payment | JB Hunt | 1,660.00 |
| 04/03/2026 | Receive Payment | Uber Load App | 3,482.78 |
| 04/06/2026 | Receive Payment | Ryan Transportation | 2,200.00 |
| 04/06/2026 | Receive Payment | FreightEx | 1,410.05 |
| 04/07/2026 | Receive Payment | FreightEx | 2,077.15 |
| 04/07/2026 | Receive Payment | JB Hunt | 2,900.00 |
| 04/09/2026 | Receive Payment | CH Robinson | 1,764.00 |
| 04/09/2026 | Receive Payment | CH Robinson | 245.00 |
| 04/09/2026 | Receive Payment | CH Robinson | 3,430.00 |
| 04/10/2026 | Receive Payment | Ryan Transportation | 2,620.00 |
| 04/10/2026 | Receive Payment | Everest Transportation Syste… | 1,000.00 |
| 04/10/2026 | Receive Payment | JB Hunt | 2,646.13 |

| Total | | | 31,170.76 |

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

# Business Market Rate Savings

March 31, 2026 ■ Page 1 of 4

**WELLS FARGO**

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

---

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $116,186.37 |
| Deposits/Credits | 0.92 |
| Withdrawals/Debits | - 10,482.52 |
| Ending balance on 3/31 | $105,704.77 |

Account number: ███████████ (primary account)

LONNIE HELGERSON
H5 TRANSPORT, LLC



Florida account terms and conditions apply.
For Direct Deposit use
Routing Number (RTN): 063107513
For Wire Transfers use
Routing Number (RTN): 121000248

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

March 31, 2026 ■ Page 2 of 4

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.92 |
| Average collected balance | $108,057.80 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.92 |
| Interest paid this year | $2.90 |
| Total interest paid in 2025 | $1.22 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/4 | Overdraft Protection to 6167120127 | | 3,300.38 | 112,885.99 |
| 3/11 | Overdraft Protection to 6167120127 | | 6,315.84 | 106,570.15 |
| 3/13 | Overdraft Protection to 6167120127 | | 866.30 | 105,703.85 |
| 3/31 | Interest Payment | 0.92 | | 105,704.77 |
| Totals | | $0.92 | $10,482.52 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $300.00 | $105,703.85 | √ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | |

YC/YC

 # IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2068

March 31, 2026 ■ Page 3 of 4



Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

Case 25-30409   Doc 130   Filed 04/21/26   Entered 04/21/26 16:57:31   Desc Main
Document   Page 27 of 28

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                      TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Docusign Envelope ID: 5FF05299-8103-81C4-82E5-5755588F2968

H5 Transport, LLC

**Wells Fargo Savings, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/12/2026

Reconciled by: Lonnie Helgerson

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                           USD

Statement beginning balance.................................................................................................116,186.37
Checks and payments cleared (3)........................................................................................-10,482.52
Deposits and other credits cleared (1)...................................................................................0.92
Statement ending balance....................................................................................................105,704.77

Register balance as of 03/31/2026.......................................................................................105,704.77

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2026 | Transfer | | | -3,300.38 |
| 03/10/2026 | Transfer | | | -6,315.84 |
| 03/12/2026 | Transfer | | | -866.30 |
| Total | | | | -10,482.52 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2026 | Deposit | | | 0.92 |
| Total | | | | 0.92 |