Exhibit B - Financial Projections

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $122,581.36 | $17,081.36 | $18,521.20 | $19,961.04 | $21,400.88 | $22,840.72 | $24,280.56 | $25,720.40 | $26,041.50 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $70,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $182,581.36 | $77,081.36 | $78,521.20 | $79,961.04 | $81,400.88 | $92,840.72 | $84,280.56 | $85,720.40 | $86,041.50 |
| **OPERATING EXPENSES** | | | | | | | | | |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $15,400.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $3,833.29 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $175.11 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,170.83 | $53,820.87 | $53,820.87 |
| **EBITDA** | $6,829.17 | $6,829.17 | $6,829.17 | $6,829.17 | $6,829.17 | $16,829.17 | $6,829.17 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $85,000.00 | $5,389.33 | $5,389.33 | $5,389.33 | $5,389.33 | $15,389.33 | $5,389.33 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $27,329.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $17,081.36 | $18,521.20 | $19,961.04 | $21,400.88 | $22,840.72 | $24,280.56 | $25,720.40 | $26,041.50 | $26,362.60 |

Exhibit B - Financial Projections

| | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$26,362.60** | **$26,394.05** | **$26,513.00** | **$17,607.03** | **$17,928.13** | **$18,249.23** | **$18,570.33** | **$18,891.43** | **$19,212.53** |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $86,362.60 | $71,394.05 | $71,513.00 | $77,607.03 | $77,928.13 | $78,249.23 | $78,570.33 | $78,891.43 | $79,212.53 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $33.44 | $45.94 | $240.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $58,695.87 | $43,208.37 | $43,403.37 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $1,304.13 | $1,791.63 | $1,596.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $1,272.68 | $1,672.68 | $1,400.00 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $9,102.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $26,394.05 | $26,513.00 | $17,607.03 | $17,928.13 | $18,249.23 | $18,570.33 | $18,891.43 | $19,212.53 | $19,533.63 |

Exhibit B - Financial Projections

| | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$19,533.63** | **$19,854.73** | **$20,175.83** | **$20,496.93** | **$20,528.38** | **$20,647.33** | **$18,506.59** | **$18,827.69** | **$19,148.79** |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $79,533.63 | $79,854.73 | $80,175.83 | $80,496.93 | $65,528.38 | $65,647.33 | $78,506.59 | $78,827.69 | $79,148.79 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $5,858.03 | $5,858.03 | $5,858.03 | $1,272.68 | $1,672.68 | $1,672.68 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,259.69 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $19,854.73 | $20,175.83 | $20,496.93 | $20,528.38 | $20,647.33 | $18,506.59 | $18,827.69 | $19,148.79 | $19,469.89 |

Exhibit B - Financial Projections

| | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $19,469.89 | $19,790.99 | $20,112.09 | $20,433.19 | $20,754.29 | $21,075.39 | $21,396.49 | $21,427.94 | $21,546.89 |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Total Cash Available** | $79,469.89 | $79,790.99 | $80,112.09 | $80,433.19 | $80,754.29 | $81,075.39 | $81,396.49 | $66,427.94 | $66,546.89 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Factoring @ 3% | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Contractor Pay @ 45% | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| Wex, Inc/Fuel @ 22% | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| Accounting Service | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| Inuit QB | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| DRN (Internet) | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| US Drug Testing | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| City of Oakes | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| Taxes & License | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| Management Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maintenance/Repairs | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Tax Reserve (contingency) | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 |
| **PLAN PAYMENT** | | | | | | | | | |
| Administrative Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Class 2 - Starion Bank | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $1,272.68 | $1,672.68 | $1,672.68 |
| Class 3 - General Unsecured (Annual Distribution) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,259.69 |
| **Ending Cash Balance** | $19,790.99 | $20,112.09 | $20,433.19 | $20,754.29 | $21,075.39 | $21,396.49 | $21,427.94 | $21,546.89 | $19,406.15 |

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$19,406.15** | **$19,727.25** | **$20,048.35** | **$20,369.45** | **$20,690.55** | **$21,011.65** | **$21,332.75** | **$21,653.85** | **$21,974.95** |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $79,406.15 | $79,727.25 | $80,048.35 | $80,369.45 | $80,690.55 | $81,011.65 | $81,332.75 | $81,653.85 | $81,974.95 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 | $5,858.03 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $19,727.25 | $20,048.35 | $20,369.45 | $20,690.55 | $21,011.65 | $21,332.75 | $21,653.85 | $21,974.95 | $22,296.05 |

Exhibit B - Financial Projections

| | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$22,296.05** | **$22,327.50** | **$22,446.45** | **$20,305.71** | **$21,479.23** | **$22,652.75** | **$23,826.27** | **$24,999.79** | **$26,173.31** |
| **REVENUE** | | | | | | | | | |
| **Operating Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $45,000.00 | $45,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Total Cash Available** | $82,296.05 | $67,327.50 | $67,446.45 | $80,305.71 | $81,479.23 | $82,652.75 | $83,826.27 | $84,999.79 | $86,173.31 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,350.00 | $1,350.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| **Rent** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $20,250.00 | $20,250.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $9,900.00 | $9,900.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 |
| **Ottertail** | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| **Verizon** | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| **Prepass** | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **GoDaddy** | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| **Insurance** | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| **FPL** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Motive** | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Life Insurance** | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Tax Reserve (contingency)** | $33.44 | $45.94 | $45.94 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 | $158.44 |
| **Total Operating Expenses** | $58,695.87 | $43,208.37 | $43,208.37 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 | $53,820.87 |
| **EBITDA** | $1,304.13 | $1,791.63 | $1,791.63 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 | $6,179.13 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $1,272.68 | $1,672.68 | $1,672.68 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 | $5,005.61 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $2,259.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | **$22,327.50** | **$22,446.45** | **$20,305.71** | **$21,479.23** | **$22,652.75** | **$23,826.27** | **$24,999.79** | **$26,173.31** | **$27,346.83** |

| | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **$27,346.83** | **$28,520.35** | **$29,693.87** | **$30,867.39** | **$30,898.84** | **$31,331.21** |
| **REVENUE** | | | | | | |
| **Operating Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Asset Sale Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Revenue** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $45,000.00 | $45,000.00 |
| **Total Cash Available** | $87,346.83 | $88,520.35 | $89,693.87 | $90,867.39 | $75,898.84 | $76,331.21 |
| **OPERATING EXPENSES** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Factoring @ 3%** | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,350.00 | $1,350.00 |
| Rent | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| **Contractor Pay @ 45%** | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 | $20,250.00 | $20,250.00 |
| **Wex, Inc/Fuel @ 22%** | $13,200.00 | $13,200.00 | $13,200.00 | $13,200.00 | $9,900.00 | $9,900.00 |
| Ottertail | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 | $190.00 |
| Verizon | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Prepass | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| GoDaddy | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 | $35.62 |
| **Accounting Service** | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| **Inuit QB** | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 |
| **DRN (Internet)** | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| **US Drug Testing** | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| Insurance | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| FPL | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| Motive | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 | $611.00 |
| **City of Oakes** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Life Insurance | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 | $70.81 |
| **Taxes & License** | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| **Management Fee** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Maintenance/Repairs** | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Tax Reserve (contingency) | $158.44 | $158.44 | $158.44 | $33.44 | $45.94 | $45.94 |
| **Total Operating Expenses** | $53,820.87 | $53,820.87 | $53,820.87 | $58,695.87 | $43,208.37 | $43,208.37 |
| **EBITDA** | $6,179.13 | $6,179.13 | $6,179.13 | $1,304.13 | $1,791.63 | $1,791.63 |
| **PLAN PAYMENT** | | | | | | |
| **Administrative Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Starion Bank** | $5,005.61 | $5,005.61 | $5,005.61 | $1,272.68 | $1,359.26 | $1,348.89 |
| **Class 3 - General Unsecured (Annual Distribution)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,042.22 |
| **Ending Cash Balance** | **$28,520.35** | **$29,693.87** | **$30,867.39** | **$30,898.84** | **$31,331.21** | **$20,731.73** |