**Exhibit C**

## Class 2 (Starion) Amortization Schedule

| Month | Beginning Balance | Payment | Interest | Principal | Ending Balance |
|---|---|---|---|---|---|
| Sep-25 | $297,830.57 | 0 | $2,233.73 | -$2,233.73 | $300,064.30 |
| Oct-25 | $300,064.30 | 0 | $2,250.48 | -$2,250.48 | $302,314.78 |
| Nov-25 | $302,314.78 | 0 | $2,267.36 | -$2,267.36 | $304,582.14 |
| Dec-25 | $304,582.14 | 0 | $2,284.37 | -$2,284.37 | $306,866.51 |
| Jan-26 | $306,866.51 | 0 | $2,301.50 | -$2,301.50 | $309,168.01 |
| Feb-26 | $309,168.01 | 0 | $2,318.76 | -$2,318.76 | $311,486.77 |
| Month 1 | $311,486.77 | $85,000.00 | $2,336.15 | $82,663.85 | $228,822.92 |
| Month 2 | $228,822.92 | $5,389.33 | $1,716.17 | $3,673.16 | $225,149.76 |
| Month 3 | $225,149.76 | $5,389.33 | $1,688.62 | $3,700.71 | $221,449.05 |
| Month 4 | $221,449.05 | $5,389.33 | $1,660.87 | $3,728.46 | $217,720.59 |
| Month 5 | $217,720.59 | $5,389.33 | $1,632.90 | $3,756.43 | $213,964.16 |
| Month 6 | $213,964.16 | $15,389.33 | $1,604.73 | $13,784.60 | $200,179.56 |
| Month 7 | $200,179.56 | $5,389.33 | $1,501.35 | $3,887.98 | $196,291.58 |
| Month 8 | $196,291.58 | $5,858.03 | $1,472.19 | $4,385.84 | $191,905.74 |
| Month 9 | $191,905.74 | $5,858.03 | $1,439.29 | $4,418.74 | $187,487.00 |
| Month 10 | $187,487.00 | $1,272.68 | $1,406.15 | -$133.47 | $187,620.47 |
| Month 11 | $187,620.47 | $1,672.68 | $1,407.15 | $265.53 | $187,354.94 |
| Month 12 | $187,354.94 | $1,400.00 | $1,405.16 | -$5.16 | $187,360.10 |
| Month 13 | $187,360.10 | $5,858.03 | $1,405.20 | $4,452.83 | $182,907.27 |
| Month 14 | $182,907.27 | $5,858.03 | $1,371.80 | $4,486.23 | $178,421.04 |
| Month 15 | $178,421.04 | $5,858.03 | $1,338.16 | $4,519.87 | $173,901.17 |
| Month 16 | $173,901.17 | $5,858.03 | $1,304.26 | $4,553.77 | $169,347.40 |
| Month 17 | $169,347.40 | $5,858.03 | $1,270.11 | $4,587.92 | $164,759.48 |
| Month 18 | $164,759.48 | $5,858.03 | $1,235.70 | $4,622.33 | $160,137.15 |
| Month 19 | $160,137.15 | $5,858.03 | $1,201.03 | $4,657.00 | $155,480.15 |
| Month 20 | $155,480.15 | $5,858.03 | $1,166.10 | $4,691.93 | $150,788.22 |
| Month 21 | $150,788.22 | $5,858.03 | $1,130.91 | $4,727.12 | $146,061.10 |
| Month 22 | $146,061.10 | $1,272.68 | $1,095.46 | $177.22 | $145,883.88 |
| Month 23 | $145,883.88 | $1,672.68 | $1,094.13 | $578.55 | $145,305.33 |
| Month 24 | $145,305.33 | $1,672.68 | $1,089.79 | $582.89 | $144,722.44 |
| Month 25 | $144,722.44 | $5,858.03 | $1,085.42 | $4,772.61 | $139,949.83 |
| Month 26 | $139,949.83 | $5,858.03 | $1,049.62 | $4,808.41 | $135,141.42 |
| Month 27 | $135,141.42 | $5,858.03 | $1,013.56 | $4,844.47 | $130,296.95 |
| Month 28 | $130,296.95 | $5,858.03 | $977.23 | $4,880.80 | $125,416.15 |
| Month 29 | $125,416.15 | $5,858.03 | $940.62 | $4,917.41 | $120,498.74 |
| Month 30 | $120,498.74 | $5,858.03 | $903.74 | $4,954.29 | $115,544.45 |
| Month 31 | $115,544.45 | $5,858.03 | $866.58 | $4,991.45 | $110,553.00 |
| Month 32 | $110,553.00 | $5,858.03 | $829.15 | $5,028.88 | $105,524.12 |
| Month 33 | $105,524.12 | $5,858.03 | $791.43 | $5,066.60 | $100,457.52 |
| Month 34 | $100,457.52 | $1,272.68 | $753.43 | $519.25 | $99,938.27 |
| Month 35 | $99,938.27 | $1,672.68 | $749.54 | $923.14 | $99,015.13 |
| Month 36 | $99,015.13 | $1,672.68 | $742.61 | $930.07 | $98,085.06 |

**Exhibit C**

## Class 2 (Starion) Amortization Schedule

| Month | Beginning Balance | Payment | Interest | Principal | Ending Balance |
|---|---|---|---|---|---|
| Month 37 | $98,085.06 | $5,858.03 | $735.64 | $5,122.39 | $92,962.67 |
| Month 38 | $92,962.67 | $5,858.03 | $697.22 | $5,160.81 | $87,801.86 |
| Month 39 | $87,801.86 | $5,858.03 | $658.51 | $5,199.52 | $82,602.34 |
| Month 40 | $82,602.34 | $5,858.03 | $619.52 | $5,238.51 | $77,363.83 |
| Month 41 | $77,363.83 | $5,858.03 | $580.23 | $5,277.80 | $72,086.03 |
| Month 42 | $72,086.03 | $5,858.03 | $540.65 | $5,317.38 | $66,768.65 |
| Month 43 | $66,768.65 | $5,858.03 | $500.76 | $5,357.27 | $61,411.38 |
| Month 44 | $61,411.38 | $5,858.03 | $460.59 | $5,397.44 | $56,013.94 |
| Month 45 | $56,013.94 | $5,858.03 | $420.10 | $5,437.93 | $50,576.01 |
| Month 46 | $50,576.01 | $1,272.68 | $379.32 | $893.36 | $49,682.65 |
| Month 47 | $49,682.65 | $1,672.68 | $372.62 | $1,300.06 | $48,382.59 |
| Month 48 | $48,382.59 | $1,672.68 | $362.87 | $1,309.81 | $47,072.78 |
| Month 49 | $47,072.78 | $5,005.61 | $353.05 | $4,652.56 | $42,420.22 |
| Month 50 | $42,420.22 | $5,005.61 | $318.15 | $4,687.46 | $37,732.76 |
| Month 51 | $37,732.76 | $5,005.61 | $283.00 | $4,722.61 | $33,010.15 |
| Month 52 | $33,010.15 | $5,005.61 | $247.58 | $4,758.03 | $28,252.12 |
| Month 53 | $28,252.12 | $5,005.61 | $211.89 | $4,793.72 | $23,458.40 |
| Month 54 | $23,458.40 | $5,005.61 | $175.94 | $4,829.67 | $18,628.73 |
| Month 55 | $18,628.73 | $5,005.61 | $139.72 | $4,865.89 | $13,762.84 |
| Month 56 | $13,762.84 | $5,005.61 | $103.22 | $4,902.39 | $8,860.45 |
| Month 57 | $8,860.45 | $5,005.61 | $66.45 | $4,939.16 | $3,921.29 |
| Month 58 | $3,921.29 | $1,272.68 | $29.41 | $1,243.27 | $2,678.02 |
| Month 59 | $2,678.02 | $1,359.26 | $20.09 | $1,339.17 | $1,338.85 |
| Month 60 | $1,338.85 | $1,348.89 | $10.04 | $1,338.85 | $0.00 |