**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In Re:**                                                  **BKY No.: 25-30409**
                                                            **Chapter 11**

**H5 Transport, LLC,**

        **Debtor.**

## ORDER

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on April 8, 2026, for allowance of fees pursuant to §328 and §330 from January 1, 2026 to March 31, 2026. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period from January 1, 2026 to February 28, 2026, in the amount of $4,840.00 is approved.

2. The Trustee's request for approval of his interim fees for the period from March 1, 2026 to March 31, 2026, in the amount of $1,720.00 is approved.

3. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $6,560.00, as an administrative expense.

Dated: *May 11, 2026*                                  s/ William J. Fisher
                                                    Wlliam J. Fisher
                                                  United States Bankruptcy Judge