IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF CHRISTIANNA CATHCART REGARDING
SOLICITATION OF WRITTEN ACCEPTANCES OF THIRD AMENDED
PLAN OF REORGANIZATION PURSUANT TO FED. R. BANKR. P. 3019(a)**

1.    My name is Christianna A. Cathcart, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.    I am counsel for the Debtor, H5 Transport, LLC, in the above captioned case, and I make this Declaration based upon my personal knowledge, my review of the docket, and may communications with creditors and/or their counsel.

3.    The Debtor previously solicited ballots in connection with its Second Amended Subchapter V Plan of Reorganization (DE #108).

4.    The Debtor subsequently filed its Third Amended Subchapter V Plan of Reorganization (DE #131).

5.    A confirmation hearing on the Third Amended Plan was held on Friday, May 8, 2026.

6.    Following the confirmation hearing, the Court directed the Debtor to solicit written acceptance of the Third Amended Plan pursuant to Federal Rule of Bankruptcy Procedure 3019(a), with an order confirming the Plan to be entered upon the Debtor's filing of an affidavit showing such acceptance.

1

7.      On May 8, 2026, I transmitted a copy of the Third Amended Plan to counsel for the creditors who previously voted on, or otherwise stated a position regarding, the Second Amended Plan, and requested that each creditor advise whether its prior acceptance or rejection of the Second Amended Plan remained the same with respect to the Third Amended Plan.

8.      I received written responses from counsel for the following creditors:

| Class | Voting Party | Prior Position | Response to Third Amended Plan |
|---|---|---|---|
| 1 | TBK Bank, SSB d/b/a Triumph | Accept | Accepted |
| 2 | Starion Bank | Accept | Accepted |
| 3 | American Express National Bank | Accept | Accepted |
| 3 | Valley Tire | Reject | Rejected |
| 3 | Starion Bank | Accept | Accepted |

9.      Based on the written responses received, each creditor who accepted the Second Amended Plan confirmed that its acceptance remains the same with respect to the Third Amended Plan, and Valley Tire maintained its prior rejection.

I, Christianna Cathcart, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: May 14, 2026                    By:     /s/ Christianna Cathcart
                                               Christianna Cathcart, Esq.
                                               The Dakota Bankruptcy Firm
                                               1630 1st Avenue N
                                               Suite B PMB 24
                                               Fargo, North Dakota 58102-4246
                                               Phone: (701) 970-2770
                                               christianna@dakotabankruptcy.com
                                               *Counsel for the Debtor*

2