# The VerStandig Law Firm, LLC

**INVOICE**

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11136
Date: 05/20/2026
Due On: 06/19/2026

H5 Transport, LLC

## 00573-H5 Transport, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/16/2025 | 1.80 | $200.00 | $360.00 |

File Subchapter V Chapter 11 case and confirm docketing of petition and statement of financial affairs (.6); File first-day motions (.2); Draft and send email to J. Krings informing of new bankruptcy filing (.3); Place courtesy call to S. Horsager regarding bankruptcy case (.2) Draft and send detailed email to L. Helgerson outlining filing status, timeline for first-day hearing, and required documentation for Subchapter V compliance (.5)

| Christianna Cathcart | Service | 09/17/2025 | 0.30 | $200.00 | $60.00 |

Phone call with L. Helgerson regarding WEX fuel account status and coordination on access and payment logistics.

| Christianna Cathcart | Service | 09/17/2025 | 0.70 | $200.00 | $140.00 |

Phone call with J. Ullman, counsel for Triumph, to discuss the H5 Transport bankruptcy filing and the treatment of the prepetition factoring agreement under the proposed post-petition financing structure.

| Christianna Cathcart | Service | 09/17/2025 | 0.50 | $200.00 | $100.00 |

Prepare and serve Order Granting Motion to Expedite on all relevant parties via CM/ECF and update internal records (.2); Draft and send email to WEX regarding reinstatement of prepaid fuel account post-bankruptcy filing (.3)

| Christianna Cathcart | Expense | 09/18/2025 | 1.00 | $40.60 | $40.60 |

Mailing: THIS JOB WAS PROCESSED BY: Drasen Reade
Printing Subtotal: $13.30
- Credits Applied: $0.00
= Printing: $13.30
+ Postage: $27.30
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 40.60

Invoice # 11136 - 05/20/2026

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/18/2025 | 0.60 | $200.00 | $120.00 |

Email to S. Wencil providing update on progress with Triumph's post-petition factoring agreement and anticipated DIP financing motion (.3); reach out to WEX to determine status of account reactivation and fuel access following bankruptcy filing (.3).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/19/2025 | 0.60 | $200.00 | $120.00 |

Prepare post-petition budget in support of DIP financing motion (.4); send follow-up email to WEX regarding reactivation of fuel access (.2)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 09/21/2025 | 0.10 | $400.00 | $40.00 |

Review docket and file notice of appearance as co-counsel for debtor

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 09/22/2025 | 0.50 | $400.00 | $200.00 |

Review draft financing motion for factor's counsel and related draft documents, including assessment of reasonableness of terms contained therein and likelihood of certain varieties of relief being granted by court as well as potential impact such may have on goodwill held with senior lender

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/22/2025 | 3.80 | $200.00 | $760.00 |

Review Triumph's DIP factoring packet and prepare detailed redline revisions to proposed motion and order.

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/22/2025 | 0.10 | $200.00 | $20.00 |

Email to D. Kirsztajn inquiring about prepetition funds in suspended fuel account.

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/23/2025 | 1.60 | $200.00 | $320.00 |

Phone call with C. Mans, Subchapter V Trustee, to discuss case status (.1); Phone call with D. Kirsztajn at WEX clarifying structure and balances of prepetition fuel accounts (.1); Email to J. Ullman and L. Helgerson attaching redlined motion for post-petition financing and requesting feedback (.4); Draft and serve Order Setting Status Conference on all parties (.5); Email to L. Helgerson outlining next procedural deadlines and important court dates

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 09/24/2025 | 0.60 | $400.00 | $240.00 |

Review recusal order and assess strategic and geographic implications of new judge being assigned to case, including call with professional colleague experienced practicing before judge

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/24/2025 | 3.90 | $200.00 | $780.00 |

Phone call with J. Ullman to discuss edits to the DIP motion, treatment of Triumph's collateral, and status of cash collateral and budget (.3); Review and finalize amended DIP motion, including all exhibits (Factoring Agreement, DIP Rider, Interim Order, Budget); prepare and file with the Court (3.6)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/25/2025 | 1.40 | $200.00 | $280.00 |

Invoice # 11136 - 05/20/2026

Phone call with L. Helgerson to discuss recusal of prior judge and implications for upcoming status conference (.5); Prepare for upcoming status conference, including review of pending motions, docket activity, and procedural posture (.5); Attend and appear on behalf of Debtor at status conference before newly assigned judge (.4)

| Christianna Cathcart | Service | 09/25/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Draft Notice of Amended Motion and serve on all parties in interest via appropriate method; confirm service and update matter record to reflect notice compliance.

| Christianna Cathcart | Expense | 09/26/2025 | 1.00 | $437.19 | $437.19 |
|---|---|---|---|---|---|

Mailing: TRACKING NUMBER:7332381621

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $437.19
- Credits Applied: $0.00
= Printing: $437.19
+ Postage: $117.00
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 554.19

| Christianna Cathcart | Service | 09/26/2025 | 1.10 | $200.00 | $220.00 |
|---|---|---|---|---|---|

Call with C. Kreuziger and J. Ullman to review U.S. Trustee's objections to proposed DIP financing terms and discuss stipulation outlining agreed revisions for interim approval.

| Christianna Cathcart | Service | 09/26/2025 | 0.90 | $200.00 | $180.00 |
|---|---|---|---|---|---|

Draft and file Suggestion of Bankruptcy with the U.S. District Court to notify of the debtor's Chapter 11 filing; review relevant case docket and confirm alignment with pending bankruptcy petition; coordinate electronic filing and service on all parties.

| Christianna Cathcart | Service | 09/28/2025 | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|---|

Draft declaration of L. Helgerson in support of first-day motions, outlining operational needs and justifying relief sought.

| Christianna Cathcart | Service | 09/29/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Review and file joint stipulation and supporting affidavit in advance of first-day hearing; ensure all factual representations and procedural certifications align with the relief requested in the post-petition DIP and cash collateral motions.

| Christianna Cathcart | Service | 09/29/2025 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

Attend and appear on behalf of the Debtor at first-day hearing concerning approval of post-petition factoring facility and use of cash collateral; monitor and prepare responses to any objections or judicial inquiries.

| Christianna Cathcart | Service | 09/29/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Attend and appear on behalf of the Debtor at first-day hearing concerning approval of post-petition factoring facility and use of cash collateral; monitor and prepare responses to any objections or judicial inquiries.

| Christianna Cathcart | Service | 10/01/2025 | 2.00 | $200.00 | $400.00 |

Prepared for status conference (1.0); Attend and appear on behalf of Debtor at status conference before Judge Senchal (0.4); Call with L. Helgerson providing post-conference update and identifying open items for final DIP filing (0.3); ███████████████████████████████ (3).

| Christianna Cathcart | Service | 10/06/2025 | 3.30 | $200.00 | $660.00 |

Draft Initial Debtor Interview (IDI) Report, including review of schedules, SOFA, corporate structure, business operations, and financial statements; outline compliance with Subchapter V reporting obligations and trustee inquiries.

| Christianna Cathcart | Service | 10/06/2025 | 0.20 | $200.00 | $40.00 |

Email to S. Horsager inquiring about status of pending order related to First Day relief.

| Christianna Cathcart | Service | 10/10/2025 | 3.40 | $200.00 | $680.00 |

Review docket activity and case posture in preparation for 11 U.S.C. § 1188 Status Report (.4); Draft detailed § 1188 report summarizing the Debtor's financial condition, post-petition operations, pending DIP motion, vendor relationships, and reorganization strategy (2.3); Email to L. Helgerson with updated key dates and confirmation of DIP hearing schedule (.3); Email to D. Kirsztajn following up on status of account reinstatement and fuel access logistics (.4)

| Christianna Cathcart | Service | 10/11/2025 | 2.50 | $200.00 | $500.00 |

██████████████████████████████████████████ (.7); begin substantive revisions to interim order for use as proposed final order (1.2); begin outlining response to U.S. Trustee's objections in advance of upcoming final hearing on cash collateral motion (0.6).

| Christianna Cathcart | Service | 10/13/2025 | 3.80 | $200.00 | $760.00 |

Draft response to the US Trustee objection to entry of a final order authorizing use of cash collateral, including review of interim order language, incorporation of factual record, and analysis of adequate protection issues and cash flow projections. Revise argument section to address concerns raised by UST and Triumph, and finalize for filing.

| Christianna Cathcart | Service | 10/14/2025 | 2.30 | $200.00 | $460.00 |

Call with L. Helgerson discussing IDI (.3); Attend initial debtor interview appear on behalf of Debtor (.9); Call with J. Ullman regarding revisions to DIP financing order in response to U.S. Trustee's objections (.1); Redraft final order on DIP financing incorporating UST comments and budget revisions (.7); Response to to N. Atkinson's follow-up questions regarding prior IDI disclosures (.3).

| Christianna Cathcart | Service | 10/15/2025 | 0.70 | $200.00 | $140.00 |

Invoice # 11136 - 05/20/2026

Review final draft of response to U.S. Trustee objection and updated interim/final order sent by J. Ullman (.5); File response and supporting documents with the Court (.2)

| Christianna Cathcart | Service | 10/16/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

Attend final hearing on motion to approve post-petition financing and advocate in support of proposed financing terms before the Court.

| Christianna Cathcart | Service | 10/16/2025 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Prepare exhibits in support of motion for final order granting cash collateral (1.2); File exhibits and proposed final order (.2)

| Christianna Cathcart | Service | 10/17/2025 | 1.90 | $200.00 | $380.00 |
|---|---|---|---|---|---|

Draft Notice of Challenge Period pursuant to DIP order and ensure compliance with form and service requirements (1.2); Prepare and file certificate of service for DIP motion, final order, and Notice of Challenge Period (.6); Send final DIP order to D. Kirsztajn and provide update on fuel budget status (.1).

| Christianna Cathcart | Expense | 10/17/2025 | 1.00 | $568.40 | $568.40 |
|---|---|---|---|---|---|

Mailing: THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $448.40
- Credits Applied: $0.00
= Printing: $448.40
+ Postage: $120.00
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 568.40

| Christianna Cathcart | Service | 10/21/2025 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson regarding DIP account activity and status of Bank of America documentation (.1); Draft and file certificate of service for final order approving DIP financing (.7)

| Christianna Cathcart | Service | 10/23/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Appear on behalf of debtor at status conference to address case status, pending deadlines, and next steps in reorganization process.

| Christianna Cathcart | Service | 10/23/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Call with Bank of America to confirm status and authorization

| Christianna Cathcart | Service | 10/27/2025 | 1.60 | $200.00 | $320.00 |
|---|---|---|---|---|---|

Attend and appear on behalf of H5 Transport, LLC at § 341 meeting of creditors.

| Christianna Cathcart | Service | 10/27/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Send email to L. Helgerson reminding him of upcoming § 341 meeting of creditors and providing outstanding documents requested for case administration.

| Christianna Cathcart | Service | 10/27/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

Call with L. Helgerson to follow up on § 341 meeting of creditors and confirm necessary documents have been submitted.

| Christianna Cathcart | Service | 10/27/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Review scheduling order on docket to confirm deadlines and procedural requirements; serve order on all creditors as required.

| Christianna Cathcart | Expense | 10/27/2025 | 1.00 | $47.56 | $47.56 |
|---|---|---|---|---|---|

Mailing: THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal: $15.58
- Credits Applied: $0.00
= Printing: $15.58
+ Postage: $31.98
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 47.56

| Christianna Cathcart | Service | 10/28/2025 | 1.20 | $200.00 | $240.00 |
|---|---|---|---|---|---|

Draft letter to Bank of America Legal Department regarding debtor-in-possession account and recent court order (1); fax letter and court order to Bank of America and confirm transmission (.2)

| Christianna Cathcart | Service | 10/29/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

████████████████████ (.2); draft detailed email responding to debtor's questions regarding need for court approval and implications of entering into agreement post-petition (.2)

| Christianna Cathcart | Service | 10/29/2025 | 0.50 | $200.00 | $100.00 |
|---|---|---|---|---|---|

███████████████████████████████████ (.2); █████
████████████████████████████ (.3)

| Christianna Cathcart | Service | 10/30/2025 | 1.30 | $200.00 | $260.00 |
|---|---|---|---|---|---|

███████████████████████████████ (.6); ████████████████ (.4); ██████████████ (.3)

| Christianna Cathcart | Service | 11/05/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Send email to L. Helgerson discussing status and issues related to Bank of America DIP account.

| Christianna Cathcart | Service | 11/06/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Amend petition and schedules to update mailing address and add omitted creditor (.2); Send email to L. Helgerson inquiring whether any additional amendments are needed (.1); Send email to J. Krings to request confirmation of vehicle title ownership (.1)

| Christianna Cathcart | Service | 11/13/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson requesting update on Bank of America DIP account status (.1); Send follow-up email to J. Krings inquiring about vehicle title documentation (.1); Send response to L. Helgerson regarding Bank of America DIP account and letter transmission to legal department (.1)

| Christianna Cathcart | Service | 11/14/2025 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

Send email to J. Beron regarding status of Bank of America DIP account and order transmission (.1); Email L. Helgerson regarding Wells Fargo DIP account status and update on Bank of America issues (.1); Follow-up email to J. Krings regarding post-petition interest accrual on Debtor's Starion account (.1)

| Christianna Cathcart | Service | 11/18/2025 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Call with L. Helgerson to discuss monthly operating report, Bank of America DIP account, and Wallwork financing issues (0.3); Send email to L. Helgerson providing monthly operating report and instructions for signature and submission (0.1)

| Christianna Cathcart | Service | 11/19/2025 | 3.20 | $200.00 | $640.00 |
|---|---|---|---|---|---|

Send email to J. Beron following up on DIP account information and confirming compliance with court order regarding use of existing bank account (.1); Review provided September monthly operating report for accuracy and completeness (.2); Draft and revise September monthly operating report, including review of income, expenses, and account reconciliations (2.5); Review October monthly operating report submitted by L. Helgerson for consistency and missing items (.4)

| Christianna Cathcart | Service | 11/20/2025 | 2.40 | $200.00 | $480.00 |
|---|---|---|---|---|---|

Prepare exhibits for October monthly operating report, including bank reconciliations, cash flow summaries, and transaction support for trustee review

| Christianna Cathcart | Service | 11/21/2025 | 4.70 | $200.00 | $940.00 |
|---|---|---|---|---|---|

Call with L. Helgerson to discuss accounting variances in September and October monthly operating reports (.2); Review October bank statements and transaction detail to reconcile monthly operating report (2.7); Review and reconcile September monthly operating report; file finalized version with the court (1.6); Reach out to T. Ramage regarding pending litigation and discuss retention of outside counsel (.2)

| Christianna Cathcart | Service | 11/24/2025 | 1.20 | $200.00 | $240.00 |
|---|---|---|---|---|---|

Review docket in H5 Transport, LLC v. Wallwork and download all entries for litigation tracking and file review (.9); Draft and send detailed summary email to T. Ramage outlining current status of Wallwork litigation and next steps for representation (.2); Send email to L. Helgerson confirming Bank of America DIP account retention and providing

Invoice # 11136 - 05/20/2026

copy of fax, letter, and court order (.1)

| Christianna Cathcart | Service | 11/26/2025 | 0.60 | $200.00 | $120.00 |

Call Bank of America to discuss procedures for retaining existing bank account post-petition in compliance with DIP requirements (.3); Send email to L. Helgerson summarizing discussion with Bank of America and next steps (.1); Review motion for order confirming absence of automatic stay and assess implications for post-petition creditor actions (.2)

| Christianna Cathcart | Service | 12/02/2025 | 0.10 | $200.00 | $20.00 |

Send email to L. Helgerson regarding transfer of DIP account to newly authorized bank per court order.

| Christianna Cathcart | Service | 12/04/2025 | 1.80 | $200.00 | $360.00 |

Send email to L. Helgerson regarding retention of special counsel for pending litigation (.1); Send email to L. Eslund, counsel for Great West, regarding proof of claim and proposed payment terms (.2); Draft amended scheduling order and accompanying certificate of service for submission to the court (1.2); Send email to L. Helgerson explaining revised scheduling order and transmitting DocuSign for execution (.2); Communicate with T. Ramage regarding status of pending litigation and coordination with special counsel (.1)

| Christianna Cathcart | Service | 12/05/2025 | 0.40 | $200.00 | $80.00 |

File and serve amended schedules with court and update creditor matrix as required (.3); Send email to J. Ullman providing amended schedules and request for advice on proper service.

| Christianna Cathcart | Expense | 12/10/2025 | 1.00 | $67.50 | $67.50 |

Mailing: Printing Subtotal: $28.50
- Credits Applied: $0.00
= Printing: $28.50
+ Postage: $39.00
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 67.50

| Christianna Cathcart | Service | 12/10/2025 | 0.10 | $200.00 | $20.00 |

Send email to L. Lytle to coordinate scheduling a call with J. Ullman regarding plan negotiation

| Christianna Cathcart | Service | 12/11/2025 | 0.30 | $200.00 | $60.00 |

Call with J. Ullman to discuss Triumph factoring agreement and treatment in plan.

| Christianna Cathcart | Service | 12/12/2025 | 0.30 | $200.00 | $60.00 |

Send email to L. Helgerson regarding status of Wells Fargo DIP account (.1); Respond to inquiry from L. Helgerson regarding financial projections and case strategy (.1); Send email to creditor providing bankruptcy case information and claim submission instruction (.1)

Invoice # 11136 - 05/20/2026

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/16/2025 | 0.20 | $200.00 | $40.00 |

Send email to J. Ullman providing amended Plan of Reorganization for review and feedback (.1); Send email to N. Atkinson providing 2024 tax returns for review in connection with financial disclosures (.1).

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/17/2025 | 1.10 | $200.00 | $220.00 |

Draft motion to extend time to serve ballots, including legal basis and supporting explanation under FRBP 9006(b) (1); File motion to extend deadline to serve ballots with the court and confirm submission (.1)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/18/2025 | 0.50 | $200.00 | $100.00 |

Attend status conference on behalf of H5 Transport and report on plan filing status and upcoming deadlines (.3); Call with J. Krings discussing structure and provisions of Plan of Reorganization, including treatment of secured claims (.2)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/19/2025 | 0.40 | $200.00 | $80.00 |

Send email to L. Helgerson regarding insurance payment portal and necessary login credentials (.1); Send email to L. Helgerson providing updated financial projections for plan feasibility (.1); Send email to S. Nosek inquiring about Subchapter V trustee fee structure and timing over duration of proposed plan (.1); Send email to J. Krings providing amended plan of reorganization and updated projections for review (.1)

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $67.50 | $67.50 |

Mailing: THIS JOB WAS PROCESSED BY: Jorge Gonzalez
Printing Subtotal: $28.50
- Credits Applied: $0.00
= Printing: $28.50
+ Postage: $39.00
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 67.50

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $7.06 | $7.06 |

Mailing: THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $5.70
- Credits Applied: $0.00
= Printing: $5.70
+ Postage: $1.36
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 7.06

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $14.12 | $14.12 |

Mailing: THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $11.40

Invoice # 11136 - 05/20/2026

- Credits Applied: $0.00
= Printing: $11.40
+ Postage: $2.72
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 14.12

| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $23.30 | $23.30 |
|---|---|---|---|---|---|

Mailing: TRACKING NUMBER:7332403210

THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $17.86
- Credits Applied: $0.00
= Printing: $17.86
+ Postage: $5.44
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 23.30

| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $13.36 | $13.36 |
|---|---|---|---|---|---|

Mailing: TRACKING NUMBER:7332403224

THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $10.64
- Credits Applied: $0.00
= Printing: $10.64
+ Postage: $2.72
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 13.36

| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $284.90 | $284.90 |
|---|---|---|---|---|---|

Mailing: -------------------------------------------------------------------------------

TRACKING NUMBER:7332403221

THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $199.50
- Credits Applied: $0.00
= Printing: $199.50
+ Postage: $85.40
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 284.90

| Christianna Cathcart | Expense | 12/24/2025 | 1.00 | $16.28 | $16.28 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Mailing: TRACKING NUMBER:7332403213

THIS JOB WAS PROCESSED BY: Miranda Cobb
Printing Subtotal: $11.40
- Credits Applied: $0.00
= Printing: $11.40
+ Postage: $4.88
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 16.28

| Christianna Cathcart | Service | 12/29/2025 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

██████████████████████████

| Christianna Cathcart | Service | 12/29/2025 | 2.60 | $200.00 | $520.00 |
|---|---|---|---|---|---|

Draft monthly operating report, including income/expense analysis, bank reconciliations, and supporting exhibits (2.5); Send monthly operating report to L. Helgerson via DocuSign for signature and trustee review (.1)

| Christianna Cathcart | Service | 12/30/2025 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Send email to J. Ullman requesting information on Triumph reserve account (.1); Email L. Helgerson confirming communication with J. Ullman and request for clarification on reserve and fees (.1); Update Clio with recent court docket entries for internal file accuracy (.3); Respond to J. Ullman's inquiry regarding Triumph reserve and attorney fee statement (.1)

| Christianna Cathcart | Service | 12/31/2025 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson regarding reserve account and summarizing J. Ullman's response concerning Triumph-related escrow.

| Christianna Cathcart | Service | 01/07/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson attaching engagement application and agreement for review and signature (.1); Send email to L. Helgerson regarding sale of estate-owned assets (.1)

| Christianna Cathcart | Expense | 01/08/2026 | 1.00 | $55.68 | $55.68 |
|---|---|---|---|---|---|

Mailing: redits Applied: $0.00
= Printing: $18.24
+ Postage: $37.44
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 55.68

| Christianna Cathcart | Service | 01/12/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send follow-up email to L. Helgerson regarding engagement agreement status and confirming next steps for

Invoice # 11136 - 05/20/2026

execution.

| Christianna Cathcart | Service | 01/13/2026 | 0.10 | $200.00 | $20.00 |

Send email to L. Helgerson regarding outstanding payable to Triumph and confirming status of payment documentation.

| Christianna Cathcart | Service | 01/21/2026 | 2.90 | $200.00 | $580.00 |

Prepare monthly operating report, including review of income, disbursements, and supporting bank statements (2.1); File stipulated motion to continue plan confirmation hearing (.1); Send email to J. Krings regarding purchase agreement terms and related boat documentation (.2); Review purchase agreement and loan documents related to H5 asset financing (.5).

| Christianna Cathcart | Service | 01/22/2026 | 0.40 | $200.00 | $80.00 |

Respond to L. Helgerson's email regarding additional collateral, case update, and continuance of confirmation hearing (.2); Send email to J. Ullman updating him on plan amendment and continued confirmation hearing (.1); Send email to J. Krings regarding debtor's intent to file amended plan of reorganization (.1)

| Christianna Cathcart | Expense | 01/27/2026 | 1.00 | $54.52 | $54.52 |

Mailing: TRACKING NUMBER:7332410516

THIS JOB WAS PROCESSED BY: Lauren McKinley
Printing Subtotal: $17.86
- Credits Applied: $0.00
= Printing: $17.86
+ Postage: $36.66
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 54.52

| Christianna Cathcart | Service | 01/27/2026 | 0.10 | $200.00 | $20.00 |

Phone call with S. Nosek to discuss revisions in the amended plan and timing for filing

| Christianna Cathcart | Service | 01/27/2026 | 0.30 | $200.00 | $60.00 |

Mail amended scheduling order to required parties and draft and file certificate of service with the Bankruptcy Court.

| Christianna Cathcart | Service | 02/03/2026 | 0.10 | $200.00 | $20.00 |

Send email to L. Helgerson regarding treatment of 1099 contractor payments and tax classification.

| Christianna Cathcart | Service | 02/05/2026 | 0.30 | $200.00 | $60.00 |

Attend status conference and report on status of Second Amended Plan and case developments (.2); Send email to S. Nosek and C. Kreuziger responding to their comments on Second Amended Plan and confirming timeline for

revisions (.1)

| Christianna Cathcart | Service | 02/09/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Phone call with J. Krings to discuss revisions to amended plan and treatment of secured claims.

| Christianna Cathcart | Service | 02/16/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to J. Krings to schedule call to discuss amended plan of reorganization and treatment of secured claims.

| Christianna Cathcart | Service | 02/17/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to S. Nosek regarding intent to file amended plan of reorganization and confirmation timeline.

| Christianna Cathcart | Service | 02/19/2026 | 0.70 | $200.00 | $140.00 |
|---|---|---|---|---|---|

Participate in Teams meeting with J. Krings to discuss revisions to Plan of Reorganization and treatment of secured claims (.6); Send email to J. Krings providing redline of Subchapter V Plan for review and comment (.1)

| Christianna Cathcart | Service | 02/23/2026 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Send follow-up email to J. Krings regarding proposed plan language revisions (.1); Review monthly operating reports for accuracy and consistency with plan projections (.5)

| Christianna Cathcart | Service | 02/25/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Draft and send detailed email to C. Kreuziger regarding status of amended plan and revenue shortfall reflected in monthly operating report

| Christianna Cathcart | Service | 02/26/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson providing copy of Subchapter V trustee fee order and explanation of its impact on plan payments.

| Christianna Cathcart | Expense | 03/04/2026 | 1.00 | $54.52 | $54.52 |
|---|---|---|---|---|---|

Reimbursable expenses: TRACKING NUMBER:7332420468

THIS JOB WAS PROCESSED BY: Brandon Rowe
Printing Subtotal: $17.86
- Credits Applied: $0.00
= Printing: $17.86
+ Postage: $36.66
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 54.52

| Christianna Cathcart | Service | 03/04/2026 | 0.40 | $200.00 | $80.00 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Send email to L. Helgerson regarding order rescheduling confirmation hearing (0.1) ; Serve order rescheduling hearing and draft/file certificate of service (0.2); Send email to S. Nosek and C. Kreuziger regarding Second Amended Plan of Reorganization (0.1)

| Christianna Cathcart | Service | 03/07/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson regarding United States Trustee's objection and next step.

| Christianna Cathcart | Service | 03/10/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Send email to all creditors requesting consent to file Plan of Reorganization (.1); Send email to S. Nosek regarding Subchapter V trustee fee treatment (.1)

| Christianna Cathcart | Service | 03/11/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson regarding Subchapter V trustee fee calculation and payment structure.

| Christianna Cathcart | Service | 03/13/2026 | 0.30 | $200.00 | $60.00 |
|---|---|---|---|---|---|

Draft and send detailed email to C. Kreuziger regarding Article 3 plan provisions and proposed revised language.

| Maurice VerStandig | Expense | 03/19/2026 | 1.00 | $479.16 | $479.16 |
|---|---|---|---|---|---|

Mailing: Service of second amended plan

Printing Subtotal: $359.48
- Credits Applied: $0.00
= Printing: $359.48
+ Postage: $119.68
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 479.16

| Christianna Cathcart | Service | 03/24/2026 | 0.80 | $200.00 | $160.00 |
|---|---|---|---|---|---|

Send email to N. Atkinson regarding outstanding monthly operating report (.1); Complete and review monthly operating report, including reconciliation and supporting documentation (.7)

| Christianna Cathcart | Service | 04/03/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson requesting additional information to oppose motion to dismiss.

| Christianna Cathcart | Service | 04/07/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Send email to J. Krings regarding U.S. Trustee motion to dismiss and request for follow-up information.

| Christianna Cathcart | Service | 04/08/2026 | 2.00 | $200.00 | $400.00 |
|---|---|---|---|---|---|

Invoice # 11136 - 05/20/2026

Conduct client consultation regarding bankruptcy eligibility, filing strategy, and documentation requirements.

| Christianna Cathcart | Service | 04/09/2026 | 0.10 | $200.00 | $20.00 |
|---|---|---|---|---|---|

Review and respond to email from L. Helgerson regarding U.S. Trustee motion and request additional information.

| Christianna Cathcart | Service | 04/11/2026 | 2.40 | $200.00 | $480.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson requesting March monthly operating report or underlying financial data (income, expenses, bank statements) for use in opposition to motion to dismiss (.1); Conduct legal research in support of opposition to motion to dismiss, including analysis of case law addressing dismissal standards and feasibility considerations (2.3)

| Christianna Cathcart | Service | 04/13/2026 | 3.60 | $200.00 | $720.00 |
|---|---|---|---|---|---|

Continue drafting opposition to U.S. Trustee's motion to dismiss, including legal argument, factual development, and revisions (3.3); Review discrepancies in monthly operating reports and analyze impact on plan feasibility and reporting accuracy (.3)

| Christianna Cathcart | Service | 04/14/2026 | 4.70 | $200.00 | $940.00 |
|---|---|---|---|---|---|

Send email to L. Helgerson transmitting opposition to U.S. Trustee's motion to dismiss or convert for review and comment (.1); Send email to L. Helgerson transmitting declaration for review and signature and request return of executed copy (.1); Send follow-up email to L. Helgerson regarding incomplete signature pages on declaration (.1); Continue drafting opposition to motion to dismiss, including legal argument and factual support (4.4)

| Christianna Cathcart | Service | 04/14/2026 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Review monthly operating reports to support feasibility and confirmation requirements.

| Christianna Cathcart | Service | 04/15/2026 | 4.00 | $200.00 | $800.00 |
|---|---|---|---|---|---|

Phone call with L. Helgerson to prepare for confirmation hearing, including discussion of plan terms and anticipated issues (.3); Send email to J. Ullman regarding H5 ballot and plan voting process (.1); Continue drafting response to motion to dismiss, including legal analysis, factual development, and preparation of arguments addressing U.S. Trustee's grounds for dismissal (3.6)

| Christianna Cathcart | Service | 04/16/2026 | 1.40 | $200.00 | $280.00 |
|---|---|---|---|---|---|

Prepare for confirmation hearing, including review of plan provisions, feasibility issues, and anticipated objections.

| Christianna Cathcart | Service | 04/16/2026 | 0.60 | $200.00 | $120.00 |
|---|---|---|---|---|---|

Phone call with L. Helgerson regarding outcome of confirmation hearing and next steps (.1); Phone call with C. Kreuziger following confirmation hearing to discuss resolution of feasibility objection (.1); Send email to L. Helgerson regarding discussion with U.S. Trustee counsel, including financial projections, need for additional support, and anticipated follow-up (.1)

| Christianna Cathcart | Service | 04/20/2026 | 0.20 | $200.00 | $40.00 |
|---|---|---|---|---|---|

Send email to C. Kreuziger regarding proposed revisions to plan treatment and payment structure (.1); Send email to L. Helgerson regarding UST position and anticipated plan revisions to resolve confirmation issues (.1)

| Christianna Cathcart | Service | 04/27/2026 | 0.20 | $200.00 | $40.00 |

Send email to L. Helgerson requesting current balances for all bank accounts (.1); Send email to C. Kreuziger regarding revised Class 3 distribution language, pro rata allocation, and consistency with financial projections (.1)

| Christianna Cathcart | Service | 05/01/2026 | 2.80 | $200.00 | $560.00 |

Redraft and file summary of ballots in support of plan confirmation (.3); Draft April monthly operating report, including income, expense, and reconciliation entries (2.5)

| Christianna Cathcart | Service | 05/06/2026 | 0.10 | $200.00 | $20.00 |

Send email to T. Ptacek regarding status of invoice payment.

| Christianna Cathcart | Service | 05/08/2026 | 1.10 | $200.00 | $220.00 |

Prepare for confirmation hearing, including review of plan treatment, declaration, and confirmation issues (0.6); Attend and appear on behalf of debtor at confirmation hearing (0.3); Send email to accepting class regarding treatment under Second Amended Plan and Third Amended Plan (0.2)

| Christianna Cathcart | Service | 05/14/2026 | 0.80 | $200.00 | $160.00 |

Send email to J. Ullman regarding creditor's position on Third Amended Plan of Reorganization (0.1); Draft declaration in support of Third Amended Plan of Reorganization, including factual support for confirmation and feasibility (0.7)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 106.1 | $200.00 | $21,220.00 |
| Maurice VerStandig | 1.2 | $400.00 | $480.00 |
| | | **Subtotal** | **$23,931.65** |

## 00574-H5 Transport, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/11/2025 | 5.50 | $200.00 | $1,100.00 |

Call with L. Helgerson to discuss revisions to Plan of Reorganization and upcoming deadlines (.4); Begin drafting Plan of Reorganization, including structure, treatment of claims, and proposed classes (4.1); Begin drafting financial projections for use in Plan of Reorganization and feasibility analysis (.9); Send email to L. Helgerson

Invoice # 11136 - 05/20/2026

requesting feedback on draft financial projections and proposed assumptions (.1)

| Christianna Cathcart | Service | 12/15/2025 | 0.10 | $200.00 | $20.00 |

Send email to L. Helgerson regarding current draft of the Plan of Reorganization, requesting feedback on proposed treatment of secured creditors and enclosing updated financial projections for internal review.

| Christianna Cathcart | Service | 12/15/2025 | 3.50 | $200.00 | $700.00 |

Continue drafting Plan of Reorganization, including detailed classification of secured, priority, and general unsecured claims; outline proposed treatment under each class; draft language regarding administrative expense claims, executory contracts, and feasibility-related findings pursuant to 11 U.S.C. § 1129

| Christianna Cathcart | Service | 12/15/2025 | 0.30 | $200.00 | $60.00 |

Continue drafting 60-month income and expense projections to support feasibility analysis of proposed plan; incorporate historical cash flow data and expense assumptions based on current operating performance; coordinate projections with anticipated payment obligations and post-confirmation budget.

| Christianna Cathcart | Service | 12/15/2025 | 4.40 | $200.00 | $880.00 |

Prepare and refine detailed payment schedule to accompany Plan of Reorganization, including month-by-month allocation of payments to administrative, secured, and unsecured creditors; ensure consistency with financial projections and internal class treatment.

| Christianna Cathcart | Service | 12/16/2025 | 1.30 | $200.00 | $260.00 |

Redraft payment schedule to align with amended Plan of Reorganization and reflect updated classification and monthly disbursements.

| Christianna Cathcart | Service | 12/17/2025 | 2.30 | $200.00 | $460.00 |

Call with L. Helgerson to review and discuss plan of reorganization structure, treatment of claims, and feasibility concerns (.9); Follow-up call with L. Helgerson regarding classification structure and payment terms for secured creditors (.6); Additional call with L. Helgerson addressing updates to plan projections and integration with payment schedule (.7); Send email to L. Helgerson providing amended plan projections and forecasted income and expense assumptions (.1)

| Christianna Cathcart | Service | 12/17/2025 | 5.50 | $200.00 | $1,100.00 |

Continue drafting detailed payment schedule and financial projections, including amortization tables for secured creditors, factoring agreements, and administrative expense forecasts.

| Christianna Cathcart | Service | 12/17/2025 | 2.60 | $200.00 | $520.00 |

Continue revising First Amended Plan of Reorganization, including reclassification of creditor claims, adjustment of priority structures, and revision of plan language to reflect updated treatment and feasibility.

| Christianna Cathcart | Service | 12/18/2025 | 4.40 | $200.00 | $880.00 |

Invoice # 11136 - 05/20/2026

| | | | | | |
|---|---|---|---|---|---|
| Continue drafting Plan of Reorganization and re-amortizing secured claims across multiple creditor classes, including adjustments for interest rates, payment duration, and class structure. | | | | | |
| Christianna Cathcart | Service | 12/19/2025 | 6.10 | $200.00 | $1,220.00 |
| Continue drafting and revising Plan of Reorganization, including amending liquidation analysis, updating treatment of creditor classes, and recalculating secured debt obligations and distributions. | | | | | |
| Christianna Cathcart | Service | 12/22/2025 | 4.60 | $200.00 | $920.00 |
| Call with J. Krings to discuss edits to draft plan of reorganization (.1); Draft ballot and revise class structure in plan text to reflect updated claim classifications (1.2); Review financial projections and payment schedule for consistency with amended plan terms (.6); Revise liquidation analysis and class treatment within plan of reorganization, including updated unsecured distributions and administrative expense adjustments (2.7). | | | | | |
| Christianna Cathcart | Service | 12/23/2025 | 4.80 | $200.00 | $960.00 |
| Send email to L. Helgerson regarding final review and feedback on First Amended Plan of Reorganization (.1); Call with L. Helgerson to discuss updates to First Amended Plan, treatment of claims, and confirmation timeline (.2); Revise First Amended Plan of Reorganization, including reclassification of claims, updated secured treatment, and feasibility disclosures (3.5); File and serve First Amended Plan of Reorganization, update case docket, and confirm noticing to creditor list (.7); Draft certificate of service for amended plan filing (.2); Send email to J. Ullman providing copy of amended plan and summary of key revisions (.1) | | | | | |
| Christianna Cathcart | Service | 01/06/2026 | 0.80 | $200.00 | $160.00 |
| Review completed ballot from Valley Tire for plan voting and confirm acceptance classification (.1); Resubmit revised payment schedule for plan with enhanced formatting for clarity and legibility (.7) | | | | | |
| Christianna Cathcart | Service | 01/19/2026 | 2.00 | $200.00 | $400.00 |
| Draft liquidation analysis in support of Plan of Reorganization, including valuation of assets, secured claims review, and administrative expense estimate. | | | | | |
| Christianna Cathcart | Service | 01/20/2026 | 4.80 | $200.00 | $960.00 |
| Redraft Plan of Reorganization, including revision of class treatment, feasibility, priority claims, and updated financial disclosures (4.7); Send email to C. Kreuziger regarding H5 Transport's amended Plan of Reorganization and upcoming filing timeline (.1) | | | | | |
| Christianna Cathcart | Service | 01/21/2026 | 1.40 | $200.00 | $280.00 |
| Review trustee's additional comments regarding subchapter V plan and assess necessary revisions (.4); Send email to S. Nosek and C. Kreuziger regarding plan comments and agreed continuance of confirmation hearing(.3); Review amended plan and updated liquidation analysis; participate in internal team communication regarding plan strategy (.7) | | | | | |
| Christianna Cathcart | Service | 01/29/2026 | 3.10 | $200.00 | $620.00 |
| Draft Second Amended Plan of Reorganization, including updated classification of claims, plan language, feasibility statements, and compliance with Subchapter V. | | | | | |

Invoice # 11136 - 05/20/2026

| Christianna Cathcart | Service | 01/30/2026 | 5.10 | $200.00 | $1,020.00 |

Amend Schedule A/B to reflect updated asset values and revised treatment of real and personal property (.6); Redraft financial projections to support feasibility analysis, updating income, expenses, and cash flow assumptions over plan term (3.6); Redraft amortization schedule for secured creditors, adjusting interest rates and monthly payments to align with plan terms (.9)

| Christianna Cathcart | Service | 02/02/2026 | 8.00 | $200.00 | $1,600.00 |

Revise financial projections for feasibility analysis, including updated income, expense assumptions, and debt service coverage; (1.6) Revise Plan of Reorganization, including section-by-section edits to treatment of claims, classification structure, liquidation analysis, and feasibility disclosures under Subchapter V (6.4)

| Christianna Cathcart | Service | 02/03/2026 | 5.40 | $200.00 | $1,080.00 |

Send email to J. Krings providing status update and attaching Second Amended Plan of Reorganization for review (.1); Send email to C. Kreuziger and S. Nosek attaching amended plan for trustee review and feedback (.1); Final review of Second Amended Plan of Reorganization, including confirmation of class treatment, feasibility language, and revised exhibits (5.2)

| Christianna Cathcart | Service | 03/03/2026 | 1.80 | $200.00 | $360.00 |

Review Second Amended Plan of Reorganization for accuracy, class treatment, and feasibility language.

| Christianna Cathcart | Service | 03/03/2026 | 0.50 | $200.00 | $100.00 |

Send email to L. Helgerson requesting signature and consent to file Second Amended Plan (.1); Phone call with J. Krings discussing final amendments to Plan of Reorganization (0.2); Send email to J. Ullman regarding Second Amended Plan and treatment of creditor claims (.1); Send email to S. Nosek and C. Kreuziger regarding amended plan filing and continuance of confirmation hearing (.1).

| Christianna Cathcart | Service | 03/12/2026 | 3.70 | $200.00 | $740.00 |

Review and finalize Plan of Reorganization, including confirmation of class treatment, feasibility provisions, and consistency with supporting financial projections and exhibits

| Christianna Cathcart | Service | 04/14/2026 | 0.80 | $200.00 | $160.00 |

Draft declaration of L. Helgerson in support of confirmation hearing.

| Christianna Cathcart | Service | 04/16/2026 | 0.60 | $200.00 | $120.00 |

Appear for and attend confirmation hearing on behalf of debtor.

| Christianna Cathcart | Service | 04/27/2026 | 1.60 | $200.00 | $320.00 |

Redraft language for Third Plan of Reorganization, including revised class treatment and distribution provisions (.9); Redraft financial projections to align with amended plan treatment and projected distributions (.7)

| Christianna Cathcart | Service | 04/28/2026 | 0.70 | $200.00 | $140.00 |

Conduct final review of Plan of Reorganization for accuracy, class treatment, feasibility language, and consistency with projections.

| Christianna Cathcart | Service | 04/29/2026 | 0.90 | $200.00 | $180.00 |

Redraft financial projections to accompany Third Plan of Reorganization and align projected payments with plan terms (.8); Draft email to L. Helgerson requesting review and signature of Third Plan documents (.1)

| Christianna Cathcart | Service | 04/30/2026 | 1.60 | $200.00 | $320.00 |

Phone call with L. Helgerson regarding Third Plan of Reorganization, feasibility issues, and proposed treatment of claims (.6); Conduct final review and file Third Plan of Reorganization with the Bankruptcy Court (1)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 88.2 | $200.00 | $17,640.00 |
| | | **Subtotal** | **$17,640.00** |

## 00576-H5 Transport, LLC

## Fee and Employment Application

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/16/2025 | 0.50 | $200.00 | $100.00 |

File employment application for Debtor's counsel and supporting declaration.

| Christianna Cathcart | Service | 10/16/2025 | 0.20 | $200.00 | $40.00 |

Provide proposed financial advisor with case background and supporting information to complete employment application.

| Christianna Cathcart | Service | 10/23/2025 | 2.80 | $200.00 | $560.00 |

Draft employment application and supporting declaration for proposed financial advisor, including disclosures under Bankruptcy Rule 2014 and verification of disinterestedness

| Christianna Cathcart | Service | 10/27/2025 | 0.20 | $200.00 | $40.00 |

Draft notice of employment application for Toni Ptacek as financial advisor, including summary of terms, scope of services, and deadline for objections in accordance with Bankruptcy Rule 2014

| Christianna Cathcart | Service | 10/27/2025 | 0.40 | $200.00 | $80.00 |

Review cash collateral and DIP financing terms to ensure compliance with court orders and U.S. Trustee guidelines (0.3); file employment application for proposed professional (0.1)

| Christianna Cathcart | Service | 10/27/2025 | 0.10 | $200.00 | $20.00 |

Send email to T. Ptacek and L. Helgerson confirming that application to employ financial advisor has been filed with the court.

| Christianna Cathcart | Service | 10/30/2025 | 0.30 | $200.00 | $60.00 |

Draft and send detailed email to T. Ptacek regarding employment application process, including ability to begin work prior to court approval and limitations on compensation absent approval under 11 U.S.C. § 330 and Rule 2014

| Christianna Cathcart | Service | 12/05/2025 | 2.60 | $200.00 | $520.00 |

Draft employment agreement on behalf of T. Ramage outlining scope of representation and compensation terms (1.2); Draft declaration in support of T. Ramage's employment as special litigation counsel (1.3); Send draft employment documents to T. Ramage for review and approval (.1)

| Christianna Cathcart | Service | 12/16/2025 | 0.90 | $200.00 | $180.00 |

Draft fee application on behalf of T. Ptacek, including summary of services and compliance with Bankruptcy Rule 2016

| Christianna Cathcart | Service | 12/30/2025 | 0.30 | $200.00 | $60.00 |

Review proposed employment application and engagement letter for T. Ramage (.2); Send email to T. Ramage requesting revisions to engagement letter prior to filing (.1)

| Christianna Cathcart | Service | 01/07/2026 | 1.80 | $200.00 | $360.00 |

Revise amended engagement agreement for litigation counsel, incorporating updated terms, scope, and compensation structure.

| Christianna Cathcart | Service | 01/08/2026 | 2.00 | $200.00 | $400.00 |

Redraft fee application for T. Ptacek, updating service summary, time entries, and supporting declaration in compliance with Bankruptcy Rule 2016

| Christianna Cathcart | Service | 05/18/2026 | 1.50 | $200.00 | $300.00 |

Draft final fee application, including review and compilation of billing records, summary of services rendered, expenses incurred, and supporting declaration and proposed order for approval of compensation

| Christianna Cathcart | Service | 05/18/2026 | 0.30 | $200.00 | $60.00 |

Draft notice and certificate of service for final fee application and prepare for filing

Invoice # 11136 - 05/20/2026

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 13.9 | $200.00 | $2,780.00 |
| | | **Subtotal** | **$2,780.00** |
| | | **Total** | **$44,351.65** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11136 | 06/19/2026 | $44,351.65 | $0.00 | $44,351.65 |
| | | | **Outstanding Balance** | **$44,351.65** |
| | | | **Total Amount Outstanding** | **$44,351.65** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.