IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FINAL APPLICATION OF THE DAKOTA BANKRUPTCY FIRM
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED IN CONNECTION WITH REPRESENTATION OF H5 TRANSPORT, LLC**

NOTICE IS HEREBY GIVEN that Christianna A. Cathcart, Esq. and The Dakota Bankruptcy Firm, counsel for the Debtor in this case, have filed an application for final compensation. The applicants seek (i) final allowance of fees in the amount of $42,120.00; (ii) final allowance of expenses in the amount of $2,231.65; (iii) authorization to apply the pre-petition retainer in the amount of $10,062.00 to the allowed fees and expenses; and (iv) an allowed administrative expense claim in the amount of $34,289.65, being comprised of the foregoing fees and expenses less monies applied from the foregoing retainer.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: May 21, 2026   By:   /s/Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 21st day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, of even date, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel).

/s/ Christianna A. Cathcart
Christianna A. Cathcart

2