Label Matrix for local noticing
0868-3
Case 25-30409
District of North Dakota
Fargo
Thu Jan  8 10:51:22 CST 2026

Department of the Treasury
15th & Pennsylvania
Washington, DC 20222-0001

H5 Transport, LLC
322 11th St N, Apt 9
PO Box 72
Oakes, ND 58474-0072

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
175 W. Jackson Blvd.
Chicago, IL 60604-2908

Starion Bank
c/o John M. Krings, Jr.
KD Law, PLLP
PO Box 9231
Fargo, ND 58106-9231

TBK Bank, SSB
Ullman and Ullman, P.A.
2500 North Military Trail
SUITE 100
BOCA RATON, FL 33431-6342

U.S. Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Valley Tire, LLC
c/o Caren L. Stanley, Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

A W Diesel Service Inc.
PO Box 257
Gwinner, ND 58040-0257

Advance Business Capital LLC
651 Canyon Drive, Suite 105
Coppell, TX 75019-4112

Alan Salsburg
649 Vine Ave
Las Animas, CO 81054-1656

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anthony Anderson
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626

CORPORATION SERVICE COMPANY
PO BOX 2576
Springfield, IL 62708-2576

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Concentric, LLC
62861 Collections Center Drive
Chicago, IL 60693-0001

DeWitt
901 Marquette Ave, Suite 2100
Minneapolis, MN 55402-3713

ELM
22849 483rd Av
Flandreau, SD 57028-6640

FPL
General Mail Facility
Miami, FL 33188-0001

Great West Casualty Company
1100 West 29th Street
South Sioux City, NE 68776-3130

H5 Transport Logistics, LLC
5703 Red Bug Lake Rd, STE 523
Winter Springs, FL 32708-4969

I29 Truck Shop
1539 32nd Ave
Brookings, SD 57006-4731

Indeed
200 W 6th ST, Floor 36
Austin, Texas 78701-3161

Jared A. Ullman
2500 North Military Trail
Suite 100
Boca Raton, FL 33431-6342

Lonnie Dean Helgerson
322 N. 11th Street, Apt 9
Oakes, ND 58474-1402

Matt Hill
10985 86th St. E
Oakes, ND 58474-9702

Maurice B. VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246

Motive Technologies, Inc.
55 Hawthorne Street
Suite #500
San Francisco, CA 94105-3960

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Oakes Truck Trailer
11019 Hwy 11
Oakes, ND 58474-9106

Ottertail
215 S. Cascade St.
Fergus Falls, MN 56537-2897

Paul Coleman (P&C Transport, LLC)
4002 275th St
Clear Lake, IA 50428-9016

Penske Rentals
2675 Morgantown Road,
Reading, PA 19607-9676

(p)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

Revolutionary Road, LLC (Cameron
13117 27th Ave NW
Zimmerman, MN 55398

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320

Starion Bank
333 N 4th St
Bismarck, ND 58501-4020

Starion Bank
c/o John M. Krings, Jr.
PO Box 9231
Fargo, ND 58106-9231

TBK Bank, SSB d/b/a Triumph
651 Canyon Drive
Suite 105
Coppell, TX 75019-4112

Todd Franklin
917 Bremner Ave
Bismarck, ND 58503-0986

Trans Lease
1400 W 62nd Avenue
Denver, CO 80221-2400

Triumph Business Capital
651 Canyon Drive, Suite 105
Coppell, TX 75019-4112

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

US SBA-Office of District Counsel
721 19th Street, Suite 426
Denver, CO 80202-2517

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Valley Tire
PO Box 2147
Fargo, ND 58107-2147

Valley Tire, LLC
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND  58107-1389

(p)WALLWORK FINANCIAL CORPORATION
PO BOX 628
FARGO ND 58107-0628

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Steven B Nosek
Steven B. Nosek, P.A.
10285 Yellow Circle Drive
Hopkins, MN 55343-9142

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603

Wallwork Financial
PO Box 628
Fargo, ND 58107

(d)Wallwork Financial Corp
401 38th Street SW,
P.O Box 628
Fargo, ND 58107-0628

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wallwork Financial Corporation

(d)DeWitt LLP
901 Marquette Avenue, Suite 2100
Minneapolis, MN 55402-3713

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Toni L. Ptacek

End of Label Matrix
Mailable recipients    54
Bypassed recipients     4
Total                  58