# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 25-30409
                                                          Chapter 11 – Subchapter V

H5 Transport, LLC,


                            Debtor.
_____/

## ORDER SCHEDULING TELEPHONIC HEARING

IT IS ORDERED that a telephonic hearing shall be held by **telephone on Tuesday, July 7, 2026, at 2:30 PM (Central Standard Time)** to consider the following:

- **Final Application of the Dakota Bankruptcy Firm for Allowance of Compensation and Reimbursement of Expenses Incurred in Connection With Representation of H5 Transport, LLC filed May 21, 2026.  (Doc. 141)**


Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Should evidence be needed at the hearing, the Video Conference/ZOOM instructions can be found at https://www.ndb.uscourts.gov/video-conferences.

.

Dated: June 11, 2026.

                                                          BY THE COURT:


                                                          **/e/ William J. Fisher**
                                                          William J. Fisher, Judge
                                                          United States Bankruptcy Court


Copy served electronically June 11, 2026, to Electronic Mail Notice List for Adversary Case No. 25-30409.