# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

H5 Transport, LLC,

                             Debtor.

_____/

Bankruptcy No. 25-30409
Chapter 11 – Subchapter V

## AMENDED ORDER SCHEDULING TELEPHONIC HEARING

IT IS ORDERED that a telephonic hearing shall be held by **telephone on Wednesday, July 1, 2026, at 11:00 AM (Central Standard Time)** to consider the following:

- **Final Application of the Dakota Bankruptcy Firm for Allowance of Compensation and Reimbursement of Expenses Incurred in Connection With Representation of H5 Transport, LLC filed May 21, 2026.  (Doc. 141)**

   **Objection by United States Trustee to Final Application of the Dakota Bankruptcy Firm for Allowance of Compensation and Reimbursement of Expenses Incurred in Connection with Representation of H5 Transport, LLC filed June 10, 2026. (Doc. 144)**

Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Should evidence be needed at the hearing, the Video Conference/ZOOM instructions can be found at https://www.ndb.uscourts.gov/video-conferences.

.

Dated: June 11, 2026.

                        BY THE COURT:

                        **/e/ William J. Fisher**
                        William J. Fisher, Judge
                        United States Bankruptcy Court

Copy served electronically June 11, 2026, to Electronic Mail Notice List for Adversary Case No. 25-30409.