**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                                BKY No.:  25-30409
                                                                              Chapter 11

**H5 Transport, LLC,**

     **Debtor.**

## ORDER

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on June 4, 2026, for allowance of fees and expenses pursuant to §328 and §330 from April 1, 2026 to May 31, 2026. Based on the Application and record,

**IT IS ORDERED**:

1.  The Trustee's request for approval of his interim fees and expenses for the period from April 1, 2026 to May 31, 2026, in the amount of $1,960.00 for fees and $66.88 for expenses is approved.

2.  The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees and expenses in the amount of $2,026.88, as an administrative expense.

Dated: _July 7, 2026_

                               s/ William J. Fisher
                               _____
                               Wlliam J. Fisher
                               United States Bankruptcy Judge