**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                          BKY No.:  25-30409
                                                                        **Chapter 11**

**H5 Transport, LLC**

                    **Debtor.**

---

**APPLICATION FOR ALLOWANCE OF COMPENSATION**
**FOR SUBCHAPTER V TRUSTEE**

---

1.      Steven B. Nosek, in his capacity as the Subchapter V Trustee, appointed in the above-referenced case ("Trustee"), seeks compensation and reimbursement of expenses in the above referenced case and provides the following information.

2.      **ANY RESPONSES TO THIS APPLICATION ARE DUE WITHIN 21 DAYS OF THE FILING OF THIS APPLICATION.  IF NO RESPONSE TO THIS APPLICATION IS FILED, THE COURT MAY ENTER AN ORDER WITHOUT FURTHER NOTICE OR HEARING.**

3.      This Court has jurisdiction over this application under 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

4.      The voluntary petition commencing this chapter 11 case was filed on September 16, 2025.  The case is still pending in this Court.

5.      This Application arises under 11 U.S.C. §§328 and 330.  This Application is filed under Fed. R. Bankr. P. 2016 and Local Rule 2016-1.  Notice of this Application is provided to all creditors and parties in interest and the United States Trustee in accordance with Fed. R. Bankr. P. 2002 (a)(6) as described in the contemporaneously filed certificate of service.

6.      On September 22, 2025, the U.S. Trustee appointed the Trustee as the Subchapter V Trustee (Doc. 19).  Trustee did not receive a retainer in connection with his employment as Trustee.

7.      Trustee filed previous fee applications in the above case as follows:

a)      Application approved on December 5, 2025 for fees in the amount of $4,200.00. The Debtor has paid said allowed fees and expenses.

b)      Application approved on February 18, 2026 in the amount of $2,800.00. These fees have been paid.

c)      Application approved on May 11, 2026 in the amount of $6,560.00. These fees have

been paid.

d)    Application approved on July 7, 2026 in the amount of $2,026.88. These fees have not been paid.

8.    No compensation, whether previously received or to be received has been or will be shared and no agreement or understanding exists between Trustee and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this Fee Application pursuant to Fed. R. Bank. P. 2016 (a).

9.    Trustee has performed actual and necessary services in the exercise and furtherance of his duties under the Bankruptcy Code.  Attached as **Exhibit A** is a description of the amounts requested, the services rendered, the time spent and the expenses incurred from June 1, 2026 to June 30, 2026.  Trustee requests allowance of compensation for services rendered in the amount of $480.00 and expenses in the amount of $62.88 for a total of $542.88.

**WHEREFORE,** Trustee requests the Court enter an order allowing compensation in as an administrative expense consistent with the attached proposed order.

**STEVEN B. NOSEK, P.A.**

Dated:  July 8, 2026.

s/ *Steven B. Nosek*
Steven B. Nosek, Subchapter V Trustee
Attorney Bar No. 79960
10285 Yellow Circle Drive
Hopkins, MN 55343
(612) 335-9171
snosek@noseklawfirm.com

## VERIFICATION

I, Steven B. Nosek, Subchapter V Trustee, named in the foregoing document, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on:  July 8, 2026.

s/ *Steven B. Nosek*

# Steven B. Nosek, P.A.

10285 Yellow Circle Drive
Hopkins, MN 55343

(612) 335-9171

Invoice submitted to:

H5 Transport, LLC
c/o Christianna Carthcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste B PMB 24
Fargo, ND 58102-4246

July 1, 2026

In Reference To:  H5 Transport, L                    25-30409 H5 Transport, LLC

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/3/2026 SBN   Prepare, file and serve SBN Fee Application. | 0.80 400.00/hr | 320.00 |
| 6/12/2026 SBN   Review Pleadings and Court Order. | 0.40 400.00/hr | 160.00 |
| **For professional services rendered** | **1.20** | **$480.00** |

Additional Charges :

| | |
|---|---|
| 6/4/2026 CSC - Service of SBN Fee Application. | 62.88 |
| **Total additional charges** | **$62.88** |
| **Total amount of this bill** | **$542.88** |

Exhibit A



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                                  BKY No.:  25-30409
                                                                        Chapter 11

**H5 Transport, LLC,**

       **Debtor.**

## ORDER

---

This matter came before the Court on the Application of Steven B. Nosek, Subchapter V

Trustee filed on July 8, 2026, for allowance of fees pursuant to §328 and §330 from June 1, 2026

to June 30, 2026. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his fees for the period from June 1, 2026 to June 30, 2026, in the amount of $480.00 for fees and reimbursement of costs of $62.88 for a total in the amount of $542.88 is approved.

2. The Debtor is hereby authorized to pay the Trustee compensation for the allowed fees in the amount of $480.00 and reimbursement of costs in the amount of $62.88 for a total amount of $542.88, as an administrative expense herein.

Dated:                                      _____

                                    William J. Fisher
                                    United States Bankruptcy Judge