UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

  H5 TRANSPORT, LLC

CASE NO: 25-30409

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 149

---

On 7/8/2026, I did cause a copy of the following documents, described below,

Trustee Application ECF Docket Reference No. 149

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2026

        /s/ Steven B. Nosek, Trustee
        Steven B. Nosek, Trustee
        Subchapter V Trustee

        10285 Yellow Circle Drive
        Hopkins, MN 55343
        612-335-2335
        snosek@noseklawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

H5 TRANSPORT, LLC

CASE NO: 25-30409

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 149

On 7/8/2026, a copy of the following documents, described below,

Trustee Application ECF Docket Reference No. 149

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Steven B. Nosek, Trustee

10285 Yellow Circle Drive
Hopkins, MN  55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30409
DISTRICT OF NORTH DAKOTA
WED JUL 8 7-58-54 PST 2026

DEBTOR

H5 TRANSPORT  LLC
322 11TH ST N  APT 9
PO BOX 72
OAKES  ND 58474-0072

STARION BANK
CO JOHN M KRINGS  JR
KD LAW  PLLP
PO BOX 9231
FARGO  ND 58106-9231

TBK BANK  SSB
ULLMAN AND ULLMAN  PA
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON  FL 33431-6342

EXCLUDE

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

VALLEY TIRE  LLC
CO CAREN L STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

EXCLUDE

(U)WALLWORK FINANCIAL CORPORATION

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

A W DIESEL SERVICE INC
PO BOX 257
GWINNER  ND 58040-0257

ADVANCE BUSINESS CAPITAL LLC
651 CANYON DRIVE  SUITE 105
COPPELL  TX 75019-4112

ALAN SALSBURG
649 VINE AVE
LAS ANIMAS  CO 81054-1656

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ANTHONY ANDERSON
NILLES LAW FIRM
PO BOX 2626
FARGO  ND 58108-2626

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD  IL 62708-2576

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CONCENTRIC  LLC
62861 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693-0001

EXCLUDE

DEWITT
901 MARQUETTE AVE  SUITE 2100
MINNEAPOLIS  MN 55402-3713

(D)DEWITT LLP
901 MARQUETTE AVENUE  SUITE 2100
MINNEAPOLIS  MN 55402-3713

ELM
22849 483RD AV
FLANDREAU  SD 57028-6640

FPL
GENERAL MAIL FACILITY
MIAMI  FL 33188-0001

GREAT WEST CASUALTY COMPANY
1100 WEST 29TH STREET
SOUTH SIOUX CITY  NE 68776-3130

H5 TRANSPORT LOGISTICS  LLC
5703 RED BUG LAKE RD  STE 523
WINTER SPRINGS  FL 32708-4969

I29 TRUCK SHOP
1539 32ND AVE
BROOKINGS  SD 57006-4731

INDEED
200 W 6TH ST  FLOOR 36
AUSTIN  TEXAS 78701-3161

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JARED A ULLMAN
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON  FL 33431-6342

LONNIE DEAN HELGERSON
322 N 11TH STREET   APT 9
OAKES  ND 58474-1402

MATT HILL
10985 86TH ST E
OAKES  ND 58474-9702

MAURICE B VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  NORTH DAKOTA 58102-4246

MOTIVE TECHNOLOGIES  INC
55 HAWTHORNE STREET
SUITE 500
SAN FRANCISCO  CA 94105-3960

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E BOULEVARD AVE
DEPT 127
BISMARCK  ND 58505-0602

OAKES TRUCK TRAILER
11019 HWY 11
OAKES  ND 58474-9106

OTTERTAIL
215 S CASCADE ST
FERGUS FALLS  MN 56537-2897

PAUL COLEMAN (PC TRANSPORT  LLC)
4002 275TH ST
CLEAR LAKE  IA 50428-9016

PENSKE RENTALS
2675 MORGANTOWN ROAD
READING  PA 19607-9676

(P)PENSKE TRUCK LEASING CO  L P
PO BOX 563
READING PA 19603-0563

REVOLUTIONARY ROAD  LLC (CAMERON
13117 27TH AVE NW
ZIMMERMAN  MN 55398

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH ST
MINNEAPOLIS  MN 55415-1320

STARION BANK
333 N 4TH ST
BISMARCK  ND 58501-4020

STARION BANK
CO JOHN M KRINGS  JR
PO BOX 9231
FARGO  ND 58106-9231

TBK BANK  SSB DBA TRIUMPH
651 CANYON DRIVE
SUITE 105
COPPELL  TX 75019-4112

TODD FRANKLIN
917 BREMNER AVE
BISMARCK  ND 58503-0986

TRANS LEASE
1400 W 62ND AVENUE
DENVER  CO 80221-2400

TRIUMPH BUSINESS CAPITAL
651 CANYON DRIVE  SUITE 105
COPPELL  TX 75019-4112

US SMALL BUSINESS ADMINISTRATION
2 NORTH STREET
SUITE 320
BIRMINGHAM  AL 35203

US SBAOFFICE OF DISTRICT COUNSEL
721 19TH STREET  SUITE 426
DENVER  CO 80202-2517

VALLEY TIRE
PO BOX 2147
FARGO  ND 58107-2147

VALLEY TIRE  LLC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

(P)WALLWORK FINANCIAL CORPORATION
PO BOX 628
FARGO ND 58107-0628

EXCLUDE

(D)(P)WALLWORK FINANCIAL CORPORATION
PO BOX 628
FARGO ND 58107-0628

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND 58102-4246

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

EXCLUDE                                    EXCLUDE

STEVEN B NOSEK                             (U)TONI L PTACEK
STEVEN B NOSEK PA
10285 YELLOW CIRCLE DRIVE
HOPKINS  MN 55343-9142