United States Bankruptcy Court

District of North Dakota

In re:                                                                                                    Case No. 25-30409-wjf

H5 Transport, LLC                                                                                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID**     **Recipient Name and Address**
db     #+  H5 Transport, LLC, 322 11th St N, Apt 9, PO Box 72, Oakes, ND 58474-0072

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J Anderson | on behalf of Interested Party Wallwork Financial Corporation ajanderson@cornerstone.bank  bbrunelle@nilleslaw.com |
| Caren Stanley | on behalf of Creditor Valley Tire  LLC cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor H5 Transport  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Colin Kreuziger | on behalf of U.S. Trustee United States Trustee colin.kreuziger@usdoj.gov |
| Jared A Ullman | on behalf of Creditor TBK Bank  SSB jared.ullman@uulaw.net |

District/off: 0868-3                          User: admin                                Page 2 of 2
Date Rcvd: Jul 07, 2026                       Form ID: pdf2some                          Total Noticed: 1

John M Krings, Jr.
                    on behalf of Creditor Starion Bank john@kdlawpartners.com  janae@kdlawpartners.com

Maurice VerStandig
                    on behalf of Debtor H5 Transport  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil
                    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Steven B Nosek
                    snosek@noseklawfirm.com

Steven B Nosek
                    on behalf of Trustee Steven B Nosek snosek@noseklawfirm.com

United States Trustee
                    USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                              BKY No.:  25-30409
                                                                        **Chapter 11**

**H5 Transport, LLC,**

     **Debtor.**

**ORDER**

---

This matter came before the Court on the Interim Application of Steven B. Nosek, Subchapter V Trustee filed on June 4, 2026, for allowance of fees and expenses pursuant to §328 and §330 from April 1, 2026 to May 31, 2026. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees and expenses for the period from April 1, 2026 to May 31, 2026, in the amount of $1,960.00 for fees and $66.88 for expenses is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees and expenses in the amount of $2,026.88, as an administrative expense.

Dated: *July 7, 2026*

                                            s/ William J. Fisher
                                            Wlliam J. Fisher
                                            United States Bankruptcy Judge