# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 25-30409
                                                               Chapter 11 – Subchapter V

H5 Transport, LLC,

                    Debtor.

_____/

## ORDER SCHEDULING TELEPHONIC HEARING

IT IS ORDERED that a hearing shall be held by **telephone on Monday, August 16, 2026, at**

**10:00 AM (Central)** to consider the following:

- **Application for Allowance of Compensation for Subchapter V Trustee filed July 8, 2026.  (Doc. 149)**

   **Objection by Debtor to Application for Allowance of Compensation for Subchapter V Trustee filed July 29, 2026. (Doc. 152)**

Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
**2)** Enter the Meeting ID **16121907752#**
**3)** Press **#** again when prompted for a Participant ID
**4)** Enter Passcode **529952**
**5)** Please identify yourself when you have joined the conference.

Should evidence be needed at the hearing, the Video Conference/ZOOM instructions can be found at
https://www.ndb.uscourts.gov/video-conferences.

.

Dated: July 30, 2026.

                                        BY THE COURT:


                                        **/e/ William J. Fisher**
                                        William J. Fisher, Judge
                                        United States Bankruptcy Court


Copy served electronically July 30, 2026, to Electronic Mail Notice List for Adversary Case No. 25-30409.