**Fill in this information to identify the case:**

Debtor Name  H5 Transport, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 25-30409

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month:  05/01/26 to 05/15/26            Date report filed: 08/06/2026
                                                            MM / DD / YYYY

Line of business: Freight                    NAISC code:  4841

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:        Lonnie Helgerson, President

Original signature of responsible party  _____

Printed name of responsible party    Lonnie Helgerson

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  H5 Transport, LLC                                    Case number 25-30409

17. Have you paid any bills you owed before you filed bankruptcy?                     ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 127,490.95

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 27,726.67

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

- $ 30,054.32

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -2,327.65

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 125,163.30

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 1,500.00

*(Exhibit E)*

Debtor Name H5 Transport, LLC                     Case number 25-30409

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                     $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                     0

27. What is the number of employees as of the date of this monthly report?                     0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____ 1,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____ 8,500.00

30. How much have you paid this month in other professional fees?     $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?     $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 60,000.00 | − | $ 87,714.02 | = | $ 27,714.02 |
| 33. **Cash disbursements** | $ 50,579.43 | − | $ 78,235.61 | = | $ 27,656.18 |
| 34. **Net cash flow** | $ 9,420.57 | − | $ 9,478.41 | = | $ 57.84 |

35. Total projected cash receipts for the next month:                     $ 65,000.00

36. Total projected cash disbursements for the next month:                     − $ 55,500.00

37. Total projected net cash flow for the next month:                     = $ 9,400.00

Docusign Envelope ID: E59E5995-4417-8C71-8316-E979DCZFB585

Debtor Name  H5 Transport, LLC                                    Case number 25-30409

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DC7FB585

**EXHIBIT C**

| Date | Receipt Source/Description | Amount |
|---|---|---|
| 5/5/26 | Payment received via Triumph Finance | $1,754.70 |
| 5/7/26 | Payment received via Triumph Finance | $875.85 |
| 5/8/26 | Payment received via Triumph Finance | $2,242.95 |
| 5/8/26 | Payment received through TriumphPay on behalf of C.H. Robinson | $2,156.00 |
| 5/11/26 | Payment received via Triumph Finance | $4,752.56 |
| 5/11/26 | Payment received through TriumphPay on behalf of C.H. Robinson | $3,920.00 |
| 5/12/26 | Payment received through TriumphPay on behalf of C.H. Robinson | $1,127.00 |
| 5/15/26 | Payment received via Triumph Finance | $11,897.61 |
| **Total** | | **$28,726.67** |

Docusign Envelope ID: E59E5995-4417-8C71-8316-E979DCZFB585

**Exhibit D**

| Date | Description | Amount |
|---|---|---|
| 5/1/26 | Wire transfer service charge | $25.00 |
| 5/1/26 | Rent - Matt Hill | $500.00 |
| 5/1/26 | Fuel - Wex, Inc | $2,500.00 |
| 5/1/26 | Software - GoDaddy | $23.19 |
| 5/4/26 | Software - Patriot | $69.00 |
| 5/4/26 | Software - GoogleWorkspace | $19.20 |
| 5/4/26 | Tire purchase — Johnny R. Nelson Tire | $834.36 |
| 5/4/26 | Insurance - GEICO Auto | $463.85 |
| 5/4/26 | PrePass safety services | $263.86 |
| 5/4/26 | Utilities - Oakes ND | $65.00 |
| 5/4/26 | Quickbooks | $75.00 |
| 5/4/26 | Check No. 2004 | $250.00 |
| 5/5/26 | Utilities - Telecom | $42.00 |
| 5/5/26 | Payroll - Patriot Software | $6,984.88 |
| 5/6/26 | Service Charge | $25.00 |
| 5/6/26 | Fuel - Wex, Inc | $2,500.00 |
| 5/6/26 | Fuel purchase — Love's Travel Stops | $884.34 |
| 5/8/26 | Service Charge | $25.00 |
| 5/8/26 | Fuel - Wex, Inc | $3,000.00 |
| 5/11/26 | Service Charge | $25.00 |
| 5/11/26 | UA Inflight charge | $8.00 |
| 5/11/26 | Software - DAT Solutions | $108.00 |
| 5/11/26 | Fuel - Wex, Inc | $2,500.00 |
| 5/12/26 | Insurance - GEICO Auto | $278.11 |
| 5/12/26 | Utilities - FPL | $249.10 |
| 5/12/26 | Payroll - Patriot Software | $7,444.10 |
| 5/13/26 | Service Charge | $25.00 |
| 5/13/26 | Toll - Prepass | $526.84 |
| 5/13/26 | Fuel - Wex, Inc | $3,000.00 |
| 5/13/26 | Software - GoDaddy | $9.99 |
| 5/13/26 | PayPal purchase — Allegiant Travel | $305.50 |
| 5/14/26 | Ptacek Financial payment | $1,500.00 |
| 5/15/26 | Service Charge | $25.00 |
| 5/15/26 | Fuel - Wex, Inc | $3,500.00 |
| **Total** | | **$38,054.32** |

Docusign Envelope ID: E59E5995-4417-8C71-8316-E979DC7FB585

## **EXHIBIT E**

**Unpaid Bills.** As of the close of the reporting period, the Debtor has one outstanding postpetition obligation in the amount of $1,500.00 owed to Toni Pktacek for tax preparation services rendered to the Debtor. This obligation was incurred in the ordinary course of business and remains unpaid as of April 30, 2026. The Debtor anticipates satisfying this obligation in the ordinary course, subject to available cash flow, and is not aware of any other material unpaid postpetition obligations requiring disclosure at this time.

# Business Market Rate Savings

May 31, 2026 ■ Page 1 of 4

LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DCZFB585

May 31, 2026 ■ Page 2 of 4

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $106,934.16 |
| Deposits/Credits | 300.91 |
| Withdrawals/Debits | - 277.03 |
| Ending balance on 5/31 | $106,958.04 |

Account number: ▮▮▮▮▮▮▮▮ (primary account)

LONNIE HELGERSON
H5 TRANSPORT, LLC

*Florida account terms and conditions apply*

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.91 |
| Average collected balance | $106,928.18 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.91 |
| Interest paid this year | $4.68 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/28 | Overdraft Protection to 6167120127 | | 277.03 | |
| 5/28 | Online Transfer From Lonnie Helgerson Business Checking xxxxxx0127 Ref #Ib0Y8Zsjw7 on 05/28/26 | 300.00 | | 106,957.13 |
| 5/29 | Interest Payment | 0.91 | | 106,958.04 |
| Totals | | $300.91 | $277.03 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $300.00 | $106,657.13 | ÷ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | ☐ |

The monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

YC/YC

Docusign Envelope ID: E59E5995-4417-8C71-8316-E979DC7FB585

May 31, 2026 ■ Page 3 of 4

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DC7FB585

May 31, 2026 ■ Page 4 of 4

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                      TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DCZFB585

# Initiate Business Checking

May 31, 2026 ■ Page 1 of 6



LONNIE HELGERSON
H5 TRANSPORT, LLC
1822 SAINT GEORGE DR
BRADENTON FL 34208-1438

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DC7FB585

May 31, 2026 ■ Page 2 of 6



Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $20,556.79 |
| Deposits/Credits | 66,546.36 |
| Withdrawals/Debits | - 78,535.61 |
| Ending balance on 5/31 | $8,567.54 |

Account number: ▓▓▓▓▓▓ (primary account)

LONNIE HELGERSON
H5 TRANSPORT, LLC

*Florida account terms and conditions apply*

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   ▓▓▓▓▓▓▓▓▓▓

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Wire Trans Svc Charge - Sequence: 260501105526 Srf# Ow00006909038753 Trn#260501105526 Rfb# Ow00006909038753 | | 25.00 | |
| 5/1 | | Bill Pay Matt Hill Recurring No Account Number on 05-01 | | 500.00 | |
| 5/1 | | WT 260501-105526 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006909038753 Trn#260501105526 Rfb# Ow00006909038753 | | 2,500.00 | |
| 5/1 | | Paypal Purchase 260501 Godaddy.Com Helgerson Franchise Gr | | 23.19 | 17,508.60 |
| 5/4 | | Recurring Payment authorized on 05/01 Patriot Software Patriotsoftwa OH S356121372343561 Card 6292 | | 69.00 | |
| 5/4 | | Recurring Payment authorized on 05/01 Google *Workspace_ CC@Google.Com CA S586121409732598 Card 6292 | | 19.20 | |
| 5/4 | | Purchase authorized on 05/01 Johnny R Nelson Ti Parrish FL S586121503809679 Card 6292 | | 834.36 | |
| 5/4 | | Recurring Payment authorized on 05/01 Geico *Auto 800-841-3000 DC S586121554594636 Card 6292 | | 463.85 | |
| 5/4 | | Purchase authorized on 05/01 Prepass Safety All 800-773-7277 AZ S466122078540760 Card 6292 | | 263.86 | |
| 5/4 | | Recurring Payment authorized on 05/01 Psn*Oakes ND 701-742-2137 ND S346122219282272 Card 6292 | | 65.00 | |
| 5/4 | | Recurring Payment authorized on 05/02 Intuit *Qbooks Onl Cl.Intuit.Com CA S346122452816265 Card 6292 | | 75.00 | |
| 5/4 | 2004 | Check | | 250.00 | 15,468.33 |
| 5/5 | | Triumph Finance Payment 260505 131524 H5 Transport, LLC | 1,754.70 | | |
| 5/5 | | Recurring Payment authorized on 05/04 Internet Truckstop Codyellis@Tru ID S466124458576161 Card 6292 | | 42.00 | |
| 5/5 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260505 C34655969 H5 Transport LLC | | 6,984.88 | 10,196.15 |
| 5/6 | | Wire Trans Svc Charge - Sequence: 260506035750 Srf# Ow00006929180222 Trn#260506035750 Rfb# Ow00006929180222 | | 25.00 | |
| 5/6 | | WT 260506-035750 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006929180222 Trn#260506035750 Rfb# Ow00006929180222 | | 2,500.00 | |
| 5/6 | < | Business to Business ACH Debit - Loves Travel Sto Payments 260506 010011400190011 3548549 H5 Transport L | | 884.34 | 6,786.81 |
| 5/7 | | Triumph Finance Payment 260507 131524 H5 Transport, LLC | 875.85 | | 7,662.66 |
| 5/8 | | Triumph Finance Payment 260508 131524 H5 Transport, LLC | 2,242.95 | | |
| 5/8 | | Chrobinson8894 Triumphpay 260508 C22117095 **C22117095 Triumphpay on Behalf of C.H. Robinson | 2,156.00 | | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|--------------------|
| 5/8 | | Wire Trans Svc Charge - Sequence: 260508051770 Srf# Ow00006937281582 Trn#260508051770 Rfb# Ow00006937281582 | | 25.00 | |
| 5/8 | | WT 260508-051770 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006937281582 Trn#260508051770 Rfb# Ow00006937281582 | | 3,000.00 | 9,036.61 |
| 5/11 | | Triumph Finance Payment 260511 131524 H5 Transport, LLC | 4,752.56 | | |
| 5/11 | | Chrobinson8894 Triumphpay 260511 C22154464 **C22154464 Triumphpay on Behalf of C.H. Robinson | 3,920.00 | | |
| 5/11 | | Wire Trans Svc Charge - Sequence: 260511079581 Srf# Ow00006949712616 Trn#260511079581 Rfb# Ow00006949712616 | | 25.00 | |
| 5/11 | | Purchase authorized on 05/07 Ua Inflt 016439 Houston TX S466127647587257 Card 6292 | | 8.00 | |
| 5/11 | | Purchase authorized on 05/10 Dat Solutions 800- 800-3285302 FL S356130266120448 Card 6292 | | 108.00 | |
| 5/11 | | WT 260511-079581 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006949712616 Trn#260511079581 Rfb# Ow00006949712616 | | 2,500.00 | 15,068.17 |
| 5/12 | | Chrobinson8894 Triumphpay 260512 C22171187 **C22171187 Triumphpay on Behalf of C.H. Robinson | 1,127.00 | | |
| 5/12 | | Recurring Payment authorized on 05/11 Geico *Auto 800-841-3000 DC S586131465408999 Card 6292 | | 278.11 | |
| 5/12 | | Fpl Direct Debit Elec Pymt 05/26 9368237518 Ppda Lonnie Helgerson | | 249.10 | |
| 5/12 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260512 C34811396 H5 Transport LLC | | 7,444.10 | 8,223.86 |
| 5/13 | | Wire Trans Svc Charge - Sequence: 260513045419 Srf# Ow00006956188111 Trn#260513045419 Rfb# Ow00006956188111 | | 25.00 | |
| 5/13 | | Purchase authorized on 05/12 Prepass Safety All 800-773-7277 AZ S466132554998211 Card 6292 | | 526.84 | |
| 5/13 | | WT 260513-045419 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006956188111 Trn#260513045419 Rfb# Ow00006956188111 | | 3,000.00 | |
| 5/13 | | Paypal Purchase 260513 Godaddy.Com Helgerson Franchise Gr | | 9.99 | |
| 5/13 | | Paypal Purchase 260513 Allegianttr Helgerson Franchise Gr | | 305.50 | 4,356.53 |
| 5/14 | | Purchase authorized on 05/13 Ptacek Financial S Oakes ND S586133694046207 Card 6292 | | 1,500.00 | 2,856.53 |
| 5/15 | | Triumph Finance Payment 260515 131524 H5 Transport, LLC | 11,897.61 | | |
| 5/15 | | Wire Trans Svc Charge - Sequence: 260515063287 Srf# Ow00006963860866 Trn#260515063287 Rfb# Ow00006963860866 | | 25.00 | |
| 5/15 | | WT 260515-063287 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006963860866 Trn#260515063287 Rfb# Ow00006963860866 | | 3,500.00 | 11,229.14 |
| 5/18 | | Triumph Finance Payment 260518 131524 H5 Transport, LLC | 6,194.84 | | |
| 5/18 | | Chrobinson8894 Triumphpay 260518 C22264902 **C22264902 Triumphpay on Behalf of C.H. Robinson | 1,568.00 | | |
| 5/18 | | Wire Trans Svc Charge - Sequence: 260518052352 Srf# Ow00006975622032 Trn#260518052352 Rfb# Ow00006975622032 | | 25.00 | |
| 5/18 | | Recurring Payment authorized on 05/15 Motive 855-434-356 855-434-3564 CA S306135437528225 Card 6292 | | 610.08 | |
| 5/18 | | WT 260518-052352 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006975622032 Trn#260518052352 Rfb# Ow00006975622032 | | 2,500.00 | |
| 5/18 | | Grtwestcas Grtwestcas 260518 McP61200F H5 Transport LLC | | 2,966.88 | 12,890.02 |
| 5/19 | | Triumph Finance Payment 260519 131524 H5 Transport, LLC | 3,268.28 | | |
| 5/19 | | Chrobinson8894 Triumphpay 260519 C22278303 **C22278303 Triumphpay on Behalf of C.H. Robinson | 4,116.00 | | |
| 5/19 | | Wire Trans Svc Charge - Sequence: 260519131376 Srf# Ow00006980205330 Trn#260519131376 Rfb# Ow00006980205330 | | 25.00 | |

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DC7FB585

May 31, 2026 ■ Page 4 of 6



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/19 | | Purchase authorized on 05/18 USPS.Com Clicknshi 800-344-7779 DC S386138726931706 Card 6292 | | 9.57 | |
| 5/19 | | WT 260519-131376 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006980205330 Trn#260519131376 Rfb# Ow00006980205330 | | 2,000.00 | |
| 5/19 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260519 C34965344 H5 Transport LLC | | 11,583.75 | 6,655.98 |
| 5/20 | | Chrobinson8894 Triumphpay 260520 C22310546 **C22310546 Triumphpay on Behalf of C.H. Robinson | 1,960.00 | | 8,615.98 |
| 5/21 | | Chrobinson8894 Triumphpay 260521 C22335535 **C22335535 Triumphpay on Behalf of C.H. Robinson | 3,528.00 | | |
| 5/21 | | Wire Trans Svc Charge - Sequence: 260521149197 Srf# Ow00006986671494 Trn#260521149197 Rfb# Ow00006986671494 | | 25.00 | |
| 5/21 | | Recurring Payment authorized on 05/20 Dickey Rural Telep Drn.Smarthub. ND S466140649289087 Card 6292 | | 84.72 | |
| 5/21 | | WT 260521-149197 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006986671494 Trn#260521149197 Rfb# Ow00006986671494 | | 3,000.00 | |
| 5/21 | | Ottertailpowerco BILLPAY 260521 Otter Tail Powe H5 Transport | | 112.11 | 8,922.15 |
| 5/22 | | Wire Trans Svc Charge - Sequence: 260522133173 Srf# Ow00006991259931 Trn#260522133173 Rfb# Ow00006991259931 | | 25.00 | |
| 5/22 | | WT 260522-133173 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00006991259931 Trn#260522133173 Rfb# Ow00006991259931 | | 1,500.00 | 7,397.15 |
| 5/26 | | Triumph Finance Payment 260526 131524 H5 Transport, LLC | 5,953.65 | | |
| 5/26 | | Wire Trans Svc Charge - Sequence: 260526061754 Srf# Ow00007001162572 Trn#260526061754 Rfb# Ow00007001162572 | | 25.00 | |
| 5/26 | | Recurring Payment authorized on 05/21 Pmt*Manatee County 866-835-4966 FL S346142163409797 Card 6292 | | 153.86 | |
| 5/26 | | WT 260526-061754 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00007001162572 Trn#260526061754 Rfb# Ow00007001162572 | | 3,000.00 | |
| 5/26 | | Paypal Inst Xfer 260526 1050540886797 Helgerson Franchise Gr | | 49.00 | |
| 5/26 | < | Business to Business ACH Debit - Patriot Software Ctrpayroll 260526 C35114528 H5 Transport LLC | | 7,549.35 | 2,573.59 |
| 5/27 | | Verizon Wireless Payments 260526 068854710800001 0000000068854710800001 | | 519.35 | |
| 5/27 | < | Business to Business ACH Debit - Loves Travel Sto Payments 260527 010011400223020 3548549 H5 Transport L | | 1,494.65 | |
| 5/27 | | Ottertailpowerco BILLPAY 260527 Otter Tail Powe H5 Transport | | 84.52 | |
| 5/27 | | Overdraft Protection From 7159822035 | 277.03 | | 752.10 |
| 5/28 | | Triumph Finance Payment 260528 131524 H5 Transport, LLC | 6,148.95 | | |
| 5/28 | | Chrobinson8894 Triumphpay 260528 C22434329 **C22434329 Triumphpay on Behalf of C.H. Robinson | 4,804.94 | | |
| 5/28 | | Wire Trans Svc Charge - Sequence: 260528091461 Srf# Ow00007011592435 Trn#260528091461 Rfb# Ow00007011592435 | | 25.00 | |
| 5/28 | | Online Transfer to Lonnie Helgerson Business Market Rate Savings xxxxxx2035 Ref #Ib0Y8Zsjw7 on 05/28/26 | | 300.00 | |
| 5/28 | | WT 260528-091461 Fifth Third Bank, N /Bnf=Wex Inc Srf# Ow00007011592435 Trn#260528091461 Rfb# Ow00007011592435 | | 2,000.00 | 9,380.99 |
| 5/29 | | Purchase authorized on 05/28 OK Tire - Bismarck 701-2237137 ND S466148597136795 Card 6292 | | 813.45 | 8,567.54 |
| Totals | | | $66,546.36 | $78,535.61 | |

*Transaction History (continued)*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2004 | 5/4 | 250.00 |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|

C1/W6

Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 30 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

Docusign Envelope ID: E59E5995-4417-8C71-8316-F979DCZFB585

May 31, 2026 ■ Page 6 of 6

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801