**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In Re:** **BKY No.: 25-30409**
**Chapter 11**

**H5 Transport, LLC,**

**Debtor.**

**ORDER**

---

This matter came before the Court on the Application of Steven B. Nosek, Subchapter V Trustee filed on July 8, 2026, for allowance of fees pursuant to §328 and §330 from June 1, 2026 to June 30, 2026. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his fees for the period from June 1, 2026 to June 30, 2026, in the amount of $480.00 for fees and reimbursement of costs of $62.88 for a total in the amount of $542.88 is approved.

2. The Debtor is hereby authorized to pay the Trustee compensation for the allowed fees in the amount of $480.00 and reimbursement of costs in the amount of $62.88 for a total amount of $542.88, as an administrative expense herein.

Dated: August 18, 2026

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge