IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 TRANSPORT, LLC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF SUBSTANTIAL CONSUMMATION**

Please take notice that the third amended plan of reorganization in this case (the "Plan," as found at DE #131) has been substantially consummated, with H5 Transport, LLC, the reorganized debtor herein, having commenced performance under the Plan and made all payments and distributions required to be made as of the date of this Notice, with future payments to be made in accordance with the terms of the Plan.

Pursuant to Section 1183(c)(2) of Title 11 of the United States Code, it is respectfully suggested the services of the Subchapter V trustee herein are terminated by virtue of the Plan being substantially consummated.

Respectfully submitted,

Dated: September 8, 2026

By: /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue N
Suite B PMB 24
Fargo, ND 58104-2770
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Reorganized Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.