IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30409 |
| | ) | (Chapter 11) |
| H5 Transport, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that H5 Transport, LLC (the "Reorganized Debtor") hereby gives notice of its change of mailing address and requests that, effective as of the date of this Notice, all pleadings, notices, and other documents required to be served or mailed to the Reorganized Debtor be directed to:

H5 Transport, LLC
1822 Saint George Drive
Bradenton, FL 34208

Respectfully Submitted,

Dated: October 5, 2026

By: /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.